UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES DELLINGER, | ) |
| | ) |
| *Petitioner*, | ) |
| v. | ) NO.: 3:09-cv-104 |
| | ) (VARLAN/SHIRLEY) |
| RICKY BELL, Warden, | ) |
| | ) |
| *Respondent*. | ) |

## O R D E R

James Dellinger, a death-row inmate in the Riverbend Maximum Security Institution in Nashville, Tennessee, has filed an application to proceed in this matter without prepayment of fees, as well as a motion for the appointment of counsel under 18 U.S.C. § 3599 to research, investigate and prepare a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Docs. 1 and 2). Petitioner specifically requests the appointment of the Federal Defender Services for the Middle District of Tennessee, and Mr. Francis L. Lloyd, Jr. as his counsel in his intended habeas corpus proceedings.

Petitioner's application to proceed *in forma pauperis* reflects that he has the sum of $15.00 in his trust fund but a printout of his trust fund transactions reflects that his current balance in his inmate trust account as of February 24, 2009, is $415.00. Obviously, Petitioner has the financial capability to pay the $5.00 filing fee. Accordingly, since *in forma pauperis* status exists for a person who "is unable to pay such fees or give security," *see* 28 U.S.C. § 1915(a), Petitioner's application to proceed *in forma pauperis* must be and hereby is **DENIED** [Doc. 1].

Accordingly, Dellinger has **thirty (30) days** from the date on this order, to pay the $5.00 filing fee. If Petitioner fails to respond to this order within the established time-limits, the Clerk is **DIRECTED** to close the file.

One other matter remains for discussion. Petitioner has not requested a stay of execution pursuant to 28 U.S.C. § 2251, and it does not appear that an execution date has been set. Though the Court would certainly grant such a request, it would be premature to do so at this point, given the above disposition of the *in forma pauperis* application.

**ENTER**:

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE