UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JAMES DELLINGER,                          )
                                          )
         *Petitioner*,                    )
                                          )
v.                                        )         NO.:  3:09-cv-104
                                          )               (VARLAN/SHIRLEY)
RICKY BELL, Warden,                       )               DEATH PENALTY
                                          )
         *Respondent*.                    )

**O R D E R**

The record reflects that *pro se* petitioner James Dellinger ("Dellinger") failed to "personally" sign his Application for Appointment of Counsel to Investigate, Prepare, and File Amended Petition for Writ of Habeas Corpus in Capital Case (hereinafter "Application for Appointment of Counsel") as required by Rule 11 of the Federal Rules of Civil Procedure [Doc. 2]. Rather than using a personal signature, Dellinger has typed his name on the signature line. The rule provides that "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention." Fed.R.Civ.P. 11(a).

Accordingly, the Clerk of Court is **DIRECTED** to retain a copy of the Application for Appointment of Counsel and return the original Application for Appointment of Counsel to Dellinger for his signature [Doc. 2]. If Dellinger wishes to pursue appointment of counsel to assist him in his habeas proceedings, he **SHALL** personally sign the Application for

Appointment of Counsel [Doc. 2].  The signed application **SHALL** be returned to the Court

on or before **April 13, 2009.**

      **ENTER**:

s/ Thomas A. Varlan

UNITED STATES DISTRICT JUDGE

Case 3:09-cv-00104-TAV-DCP     Document 8     Filed 03/26/09     Page 2 of 2     PageID #: 179