IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES DELLINGER, ) | |
| ) | |
|     Petitioner, ) | Case No. 2:09-cv-104 |
| ) | Varlan/Shirley |
| v. ) | |
| ) | |
| RICKY BELL, Warden, ) | |
| ) | |
|     Respondent. ) | |

## NOTICE OF APPEARANCE

The undersigned counsel hereby gives notice of her appearance as counsel of record in this matter on behalf of respondent, RICKY BELL, Warden, and requests that court notices and service of all pleadings, motions and other papers be directed to the undersigned.

Respectfully submitted,

ROBERT E. COOPER, JR.
Tennessee Attorney General

 /s/ Jennifer L. Smith
JENNIFER L. SMITH
Associate Deputy Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Phone: (615) 741-3487
Fax: (615) 532-7791
Tenn. B.P.R. No. 16514

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2009, a copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to: Michael J. Passino, 810 Broadway, Suite 200, Nashville, TN 37203.

    /s/ Jennifer L. Smith
JENNIFER L. SMITH
Associate Deputy Attorney General