| SENDER: | | |
|---|---|---|
| • Complete items 1 and/or 2 for additional services.<br>• Complete items 3, and 4a & b.<br>• Print your name and address on the reverse of this form so that we can return this card to you.<br>• Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>• Write "Return Receipt Requested" on the mailpiece below the article number<br>• The Return Receipt will show to whom the article was delivered and the date delivered. | I also wish to receive the following services (for an extra fee):<br>1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery<br>Consult postmaster for fee. | |
| 3. Article Addressed to:<br>Warden Ricky Bell<br>Riverbend Maximum Security<br>7475 Cockrill Bend Industrial Rd.<br>Nashville, TN 37243-0471 | 4a. Article Number<br>7002 0860 0002 2465 2178 | |
| | 4b. Service Type<br>☐ Registered ☐ Insured<br>☑ Certified ☐ COD<br>☐ Express Mail ☐ Return Receipt for Merchandise | |
| | 7. Date of Delivery | |
| 5. Signature (Addressee) | 8. Addressee's Address (Only if requested and fee is paid) | |
| 6. Signature (Agent)<br>CeoFBend | | |

PS Form **3811**, December 1991 ☆U.S. GPO: 1993—352-714 **DOMESTIC RETURN RECEIPT**



UNITED STATES POSTAL SERVICE

FILED Official Business

PENALTY FOR PRIVATE
USE TO AVOID PAYMENT
OF POSTAGE, $300

U.S. MAIL

2009 APR 15 P 12: 13

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ DEPT. CLERK

Print your name, address and ZIP Code here

- U.S. District Court
  800 Market St. Suite 130
  Knoxville, TN 37902

3:09-CV-104
#11