**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Office of the Attorney General
425 Fifth Ave. North
Cordell Hull Building, 2nd Floor
Nashville, TN 37243-0493

4a. Article Number
7002 0860 0002 2465 2161

4b. Service Type
☐ Registered   ☐ Insured
☑ Certified    ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

7. Date of Delivery
4/8/06

5. Signature (Addressee)
Harre Sherrill

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, December 1991   ☆U.S. GPO: 1993—352-714   **DOMESTIC RETURN RECEIPT**

UNITED STATES POSTAL SERVICE

**Official Business**

FILED

2009 APR 23 P 12:01

U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_____ DEPT. CLERK

PENALTY FOR PRIVATE
USE TO AVOID PAYMENT
OF POSTAGE, $300

U.S. MAIL

Print your name, address and ZIP Code here

U.S. District Court
800 Market St. Suite 130
Knoxville, TN 37902

3:09-CV-114
#11