**Exhibit 4**

O.K.
B.

OFFICIAL SCHOOL RECORD
SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

10-4-2002
Donna Waskovick

# TENNESSEE
# SCHOOL REGISTER

Laurel Licks School

1 - 8 Type
**Organization of School—(1-6), (7-12), etc.**

One **Number of Teachers**

1 — 8 **Grade or Subject**

[illegible] **Teacher**

White **Race**

Sevier **County or City**

Route 2, Sevierville, Tenn. **Permanent Address of School**

**School Year** Aug. [illegible], 19[illegible] to May [illegible], 19[illegible]

NOTE—This Register is the property of the State of Tennessee. Each classroom teacher shall keep the Register neatly and accurately according to instructions, completely fill in all data, and return the Register at the close of the school term to the office of the principal or county superintendent to be filed before the teacher's salary for the last month can be drawn. It becomes an important official record for the school. PLEASE READ, AND FOLLOW DIRECTIONS.

**JOE MORGAN**
**STATE COMMISSIONER OF EDUCATION**

Jerry Luther Ogle

Record of Attendance
(List **Boys** alphabetically by grades on this page.)

Month Beginning Aug. 28 1961
And Ending Sept. 22 1961

See Instructions Page 2 and 4 Re "Transported Pupils"

| | 1 | 2 | 3 | | 4 | | | | | 5 | | | | | 6 | | | | | 7 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Pupils | Grade | Age Sept. 1 Yr. | Mo. | Aug 28 | 29 | 30 | 31 | Sept. 1 | 4 | 5 | 6 | 7 | 8 | 11 | 12 | 13 | 14 | 15 | 18 | 19 | 20 | 21 | 22 |
| | Noah | | | | | | | | | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | | | | | |
| 15 | James Dellinger | 3 | 10 | 0 | E | | | | | | | | | | | | | X | | | | | X | X |
| 16 | | | | | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | | | | | | |
| | Daily Total "Days Present" | | | | 31 | 31 | 31 | 31 | 31 | 30 | 29 | 30 | 32 | 32 | 32 | 31 | 32 | 28 | 30 | 30 | 30 | 30 | 28 | 2[illegible] |
| | Daily Total "Days Absent" | | | | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 2 | 0 | 0 | 0 | 1 | 0 | 4 | 2 | 2 | 2 | 2 | 4 | 4 |
| | Daily Total "Days Transported" More than 1½ Miles | | | | | | | | | | | | | | | | | | | | | | | |

OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

10-4-2002
Donna Waskovick

| See Instructions Page 2 and 4 Re "Transported Pupils" | Record of Attendance (List Boys alphabetically by grades o[n] this page.)<br>1<br>Name of Pupils | 2<br>Grade | Yr. |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | James Dellinger | 3 | 10 |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| Daily Total "Days Present" | | | |
| Daily Total "Days Absent" | | | |
| Daily Total "Days Transported" | | | |

| Number | 27 DATE OF BIRTH | | | | 28 PLACE OF BIRTH | | SUMMARY FOR YEAR | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | EVIDENCE* | COUNTY | STATE | 29<br>Days Belonging | 30<br>Days Present | 31<br>Days Absent | 32<br>Days Unexcused Absence | 33<br>Times Tardy | 34<br>Days Pupils Transported More Than 1½ Miles |
| 14 | | | | | | | | | | | | |
| 15 | 1 | 25 | 51 | | | | 117 | 50 | 67 | | | |

OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

10-4-2002
Donna Waskovick

*CODE FOR RECORDING EVIDENCE OF DATE OF BIRTH

1. Birth Certificate
2. Bible Record
3. Insurance Policy
4. Written Statements
5. None

See Instructions Page 2 and 4 Re "Transported Pupils"

Record of Attendance
(List **Boys** alphabetically by grades o[n]
this page.)

Month Beginning Nov. 20 1961
And Ending Dec. 21 19

| 1 | 2 | | | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Name of Pupils | Grade | Yr | Number— | Insert Month and Date Taught In Spaces Below (See Example Page 3) | | | |

Dates: Nov 20, 21, 27, 28, 29, 30, Dec 1, ...

Jerry Luther Ogle

| No. | Name of Pupils | Grade | Yr | Number | Attendance |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | 14 | |
| 15 | James Dellinger | 3 | 10 | 15 | X X X X X X X X X X |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |
| 37 | | | | | |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daily Total "Days Present" | 32 | 32 | 32 | 29 | 28 | 28 | 25 | 24 | 29 | 31 | 31 | 31 | 27 | 26 | 29 | 26 | 27 | 27 | 31 | 31 |
| Daily Total "Days Absent" | 0 | 0 | 0 | 3 | 4 | 4 | 7 | 8 | 4 | 1 | 1 | 1 | 5 | 6 | 3 | 6 | 5 | 5 | 4 | 4 |
| Daily Total "Days Transported" | | | | | | | | | | | | | | | | | | | | |

OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

10-4-2002
Donna
Waslovick

RECORD OF GRADES

| Number | 8 Days Belonging | 9 Days Present | 10 Days Absent | 11 Days Unexcused Absence | 12 Times Tardy | 13 Days Pupils Transported More Than 1½ Miles | 14 Citizenship | 15 Reading | 16 Language | 17 Spelling | 18 Writing | 19 Science | 20 Geog. | 21 Arith | 22 Health | 23 Phys. Ed. | 24 Art | 25 Music | 26 Hist |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 21 | 19 | 1 | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | |
| 15 | 20 | 9 | 11 | 2 | | | B- | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | |

| | 39 | 40 |
|---|---|---|
| AN | | 97 |
| | Telephone Number | OCCUPATION |
| | | 3 |

| | |
|---|---|
| 569 | Monthly Total "Days Present" (Total Column 9) |
| 71 | Monthly Total "Days Absent" (Total Column 10) |
| | Monthly Total "Days Transported More than 1½ Miles" (Tot. Col. 13) |

OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

10-4-2002
Donna Waskovick

O.K.
Burns

OFFICIAL SCHOOL RECORD
SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

# TENNESSEE SCHOOL REGISTER

10-4-2002
Donna Waskovick

Laurel Lick **School**

1-8 **Type**
**Organization of School—(1-6), (7-12), etc.**

1 **Number of Teachers**

1-8 **Grade or Subject**

Merion King **Teacher**

W **Race**

Sevier County **County or City**

Route 2, Sevierville **Permanent Address of School**

**School Year** Sept. 4 **19**64 **to** May 31 **19**65

NOTE—This Register is the property of the State of Tennessee. Each classroom teacher shall keep the Register neatly and accurately according to instructions, completely fill in all data, and return the Register at the close of the school term to the office of the principal or county superintendent to be filed before the teacher's salary for the last month can be drawn. It becomes an important official record for the school. PLEASE READ, AND FOLLOW DIRECTIONS.

**J. H. WARF**
**STATE COMMISSIONER OF EDUCATION**

Record of Attendance
(List **Boys** alphabetically by grades on this page.)

Month Beginning *September 4* 19 *64*
And Ending *October 2* 19 *64*

See Instructions Page 2 and 4 Re "Transported Pupils"

| | 1 | 2 | 3 | | 4 | | | | | 5 | | | | | 6 | | | | | 7 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Pupils | Grade | Age Sept. 1 Yr. | Mo. | Sept 4 | 8 | 9 | 10 | 11 | 14 | 15 | 16 | 17 | 18 | 21 | 22 | 23 | 24 | 25 | 22 | 29 | 30 | Oct. 1 | 2 |
| 1 | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | Dellinger, James | 3 | 13 | 7 | | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | | | | | | |
| | Daily Total "Days Belonging" | | | | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |
| | Daily Total "Days Present" | | | | 9 | 8 | 7 | 8 | 8 | 7 | 7 | 9 | 7 | 8 | 7 | 9 | 6 | 9 | 8 | 8 | 9 | 9 | 9 | 7 |
| | Daily Total "Days Absent" | | | | 0 | 1 | 2 | 1 | 1 | 2 | 2 | 0 | 2 | 1 | 2 | 0 | 3 | 0 | 1 | 1 | 0 | 0 | 0 | 2 |
| | Daily Total "Days Transported" More than 1½ Miles | | | | | | | | | | | | | | | | | | | | | | | |

Number


OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

10-4-2002
Donna Waskovik

Record of Attendance
(List **Boys** alphabetically by grades this page.)

See Instructions Page 2 and 4 Re "Transported Pupils"

Month Beginning February 10 1965
And Ending March 9 1965

Insert Month and Date Taught In Spaces Below (See Example Page 3)

| | 1 Name of Pupils | 2 Grade | Y | Number— | Feb 10 | 11 | 12 | 15 | 16 | 17 | 18 | 19 | 22 | 23 | 24 | 25 | 26 | Mar 1 | 2 | 3 | 4 | 5 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | Dellinger, James | 3 | 1[illegible] | 8 | | | | | | | | | | E | | | | | | | | | | |
| 9 | | | | 9 | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | | | | | |
| 36 | | | | 36 | | | | | | | | | | | | | | | | | | | | |
| 37 | | | | 37 | | | | | | | | | | | | | | | | | | | | |
| 38 | | | | 38 | | | | | | | | | | | | | | | | | | | | |
| 39 | | | | 39 | | | | | | | | | | | | | | | | | | | | |
| 40 | | | | 40 | | | | | | | | | | | | | | | | | | | | |
| | Daily Total "Days Belonging" | | | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |
| | Daily Total "Days Present" | | | | 7 | 6 | 7 | 7 | 6 | 7 | 7 | 6 | 8 | 8 | 9 | 9 | 6 | 7 | 5 | 8 | 9 | 7 | 6 | 9 |
| | Daily Total "Days Absent" | | | | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 2 | 0 | 1 | 0 | 0 | 3 | 2 | 4 | 1 | 0 | 2 | 3 | 0 |
| | Daily Total "Days Transported" | | | | | | | | | | | | | | | | | | | | | | | |

OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

10-4-2002
Donna Waskovick

## RECORD OF GRADES

| Number | 8 Days Belonging | 9 Days Present | 10 Days Absent | 11 Days Unexcused Absence | 12 Times Tardy | 13 Days Pupils Transported More Than 1½ Miles | 14 Citizenship | 15 SUBJECTS Reading | 16 Language | 17 Spelling | 18 Writing | 19 Science | 20 Geography | 21 Arithmetic | 22 Health | 23 Phy. Ed. | 24 Art | 25 Music | 26 History | DIAN | 39 Telephone Number | 40 OCCUPATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | | |
| 8 | 20 | 0 | 20 | | | | | | Incomplete | | | | | | | | | | | | | Farmer |
| 9 | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | | | | |

| | |
|---|---|
| 180 | Monthly Total "Days Belonging" (Total Column 8) |
| 125 | Monthly Total "Days Present" (Total Column 9) |
| 55 | Monthly Total "Days Absent" (Total Column 10) |
| | Monthly Total "Days Transported More than 1½ Miles" (Tot. Col. 13) |

OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

10-4-2002
Donna Waskowiak

| See Instructions Page 2 and 4 Re "Transported Pupils" | Record of Attendance (List Boys alphabetically by grades this page.) 1 Name of Pupils | 2 Grade | Y | Number | 27 DATE OF BIRTH MONTH | DAY | YEAR | EVIDENCE* | 28 PLACE OF BIRTH COUNTY | STATE | 29 SUMMARY FOR YEAR Days Belonging | 30 Days Present | 31 Days Absent | 32 Days Unexcused Absence | 33 Times Tardy | 3 Days Pupils Transported |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | |
| 8 | Dellinger, James | 3 | 1 | 8 | 1 | 25 | 51 | 4 | Sevier | Tenn. | 69 | 7 | 62 | | 2 | |
| 9 | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | |
| 35 | | | | 35 | | | | | | | | | | | | |
| 36 | | | | 36 | | | | | | | | | | | | |
| 37 | | | | 37 | | | | | | | | | | | | |
| 38 | | | | 38 | | | | | | | | | | | | |
| 39 | | | | 39 | | | | | | | | | | | | |
| 40 | | | | 40 | | | | | | | | | | | | |
| | | | | | | | | | | TOTAL | 1541 | 1216 | 325 | | 6 | |

| | |
|---|---|
| Daily Total "Days Belonging" | |
| Daily Total "Days Present" | |
| Daily Total "Days Absent" | |
| Daily Total "Days Transported" | |

OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE TENNESSEE 37862

10-4-2002

Donna Waskovick

*CODE FOR RECORDING EVIDENCE OF DATE OF BIRTH

1. Birth Certificate
2. Bible Record
3. Insurance Policy
4. Written Statements
5. None

| | 35 | | 36 | 37 | 38 | 39 | 40 |
|---|---|---|---|---|---|---|---|
| | Promoted | | In What Grade Should Pupil Be Placed Next Year? | PARENT OR GUARDIAN | | | |
| Number | Yes | No | | NAME | ADDRESS | Telephone Number | OCCUPATION |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | ✓ | | | | | | |
| 8 | | ✓ | 3 | Clyde Dellinger | " | | Farmer |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |
| Total | 7 | 2 | | | | | |

OFFICIAL SCHOOL RECORD
SEVIER COUNTY DEPT. OF EDUCATION
PUPIL [illegible] SERVICES
2?5 C..AR STREET
SEVIERVILLE, TENNESSEE 37862
10-4-2002
Donna Waskovick

O.K.

# TENNESSEE
# SCHOOL REGISTER

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

10-4-2002
Donna Waslovich

Laurel Lick School

1-8 Type
**Organization of School—(1-6), (7-12), etc.**

one **Number of Teachers**

1-8 **Grade or Subject**

Merion King **Teacher**

White **Race**

Sevier **County or City**

Route 2, Sevierville, Tenn **Permanent Address of School**

**School Year** Aug. 23 19 63 **to** May 25 19 64

**NOTE—This Register is the property of the State of Tennessee. Each classroom teacher shall keep the Register neatly and accurately according to instructions, completely fill in all data, and return the Register at the close of the school term to the office of the principal or county superintendent to be filed before the teacher's salary for the last month can be drawn. It becomes an important official record for the school. PLEASE READ, and FOLLOW DIRECTIONS.**

**J. H. WARF**
**STATE COMMISSIONER OF EDUCATION**

See Instructions Page 2 and 4 Re "Transported Pupils"

Record of Attendance
(List **Boys** alphabetically by grades on this page.)

Month Beginning *August 23* 19*63*
And Ending *September 20* 19*63*

| | 1 | 2 | 3 | | 4 | | | | | 5 | | | | | 6 | | | | | 7 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Pupils | Grade | Age Sept. 1 Yr. | Mo. | Aug 23 | 27 | 28 | 29 | 30 | Sept 2 | 3 | 4 | 5 | 6 | 9 | 10 | 11 | 12 | 13 | 16 | 17 | 18 | 19 | 20 |
| 1 | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | Dellenger, James | 3 | 19 | 8 | | | | | | | | | | | | E | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | | | | | | |
| | Daily Total "Days Belonging" | | | | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 11 | 12 | 12 | 12 | 12 | 13 | 13 | 13 | 13 | 13 |
| | Daily Total "Days Present" | | | | 10 | 10 | 10 | 10 | 10 | 8 | 9 | 10 | 10 | 10 | 10 | 12 | 12 | 12 | 12 | 12 | 12 | 13 | 12 | 12 |
| | Daily Total "Days Absent" | | | | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 |
| | Daily Total "Days Transported" More than 1½ Miles | | | | | | | | | | | | | | | | | | | | | | | |

OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

10-4-2002
Donna Waskovrak

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | |
| 12 | 20 | 18 | 2 | | | | | C | C | C | C | C | C | C | C | B | C | C | | | | Farmer |
| 13 | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | | | |

OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

10-4-2002
Donna Waskovick

| | |
|---|---|
| 260 | Monthly Total "Days Belonging" (Total Column 8) |
| 240 | Monthly Total "Days Present" (Total Column 9) |
| 20 | Monthly Total "Days Absent" (Total Column 10) |
| | Monthly Total "Days Transported More than 1½ Miles" (Tot. Col. 13) |

## RECORD OF GRADES

| Number | 8 Days Belonging | 9 Days Present | 10 Days Absent | 11 Days Unexcused Absence | 12 Times Tardy | 13 Days Pupils Transported More Than 1½ Miles | 14 Citizenship | 15 Reading | 16 Language | 17 Spelling | 18 Writing | 19 Science | 20 Geography | 21 Arithmetic | 22 Health | 23 Phy. Ed. | 24 Art | 25 Music | 26 History | 39 Telephone Number | 40 OCCUPATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | |
| 12 | 19 | 14 | 5 | | | | | C | C- | C- | C | C | C | C | C | C | C | C | | | [illegible] |
| 13 | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | | | |

| | |
|---|---|
| 247 | Monthly Total "Days Belonging" (Total Column 8) |
| 214 | Monthly Total "Days Present" (Total Column 9) |
| 33 | Monthly Total "Days Absent" (Total Column 10) |
| | Monthly Total "Days Transported More than 1½ Miles" (Tot. Col. 13) |

OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

10-4-2002

Donna Waskoviak

See Instructions Page 2 and 4 Re "Transported Pupils"

Record of Attendance
(List **Boys** alphabetically by grades this page.)

| | 1 Name of Pupils | 2 Grade | Y |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | Dellenger, James | 3 | V |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| Daily Total "Days Belonging" | | | |
| Daily Total "Days Present" | | | |
| Daily Total "Days Absent" | | | |
| Daily Total "Days Transported" | | | |

Month Beginning December 16 19 6
And Ending January 29 19 6

4 | 5 | 6 | 7

Insert Month and Date Taught In Spaces Below (See Example Page 3)

| Number— | Dec 16 | 17 | 18 | 19 | 20 | Jan 6 | 7 | 8 | 9 | 10 | 16 | 17 | 20 | 21 | 22 | 23 | 24 | 27 | 28 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | W | withdrawn and did not return | | | | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | | |
| | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |
| | 10 | 10 | 11 | 10 | 11 | 11 | 11 | 10 | 10 | 11 | 7 | 10 | 9 | 11 | 10 | 10 | 11 | 11 | 10 | 10 |
| | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 4 | 1 | 2 | 0 | 1 | 1 | 0 | 0 | 1 | 1 |
| | | | | | | | | | | | | | | | | | | | | |

OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

10-4-2002
Donna Wardovick