**Exhibit 5**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMES **DELLINGER**, | ) | |
| | ) | |
| Petitioner, | ) | No. 3:09-CV-404 |
| | ) | |
| vs. | ) | Judge Varlan/ Magistrate Shirley |
| | ) | |
| RICKY **BELL**, Warden, Riverbend | ) | |
| Maximum Security Institution | ) | |
| | ) | |
| Respondent. | ) | |

**Declaration of Rickey Harvelle**

My name is Rickey Harvelle; I am an adult resident of Sevier County, Tennessee. I state the following:

1) I was an instructor in the educational program at Riverbend Maximum Security Prison.

2) James Dellinger was in the Pre-GED program. In the Pre-GED program the process is to break down the work to each student's level, thus students may be working in the program at all different levels. The policy is to help them succeed the best they can.

3) Dellinger had already been in the program at least a couple of years when I became his teacher. At the point I took over, he knew almost all his ABC's.

4) I was his instructor for at least four years. Because of the class size and James' need to have one on one instruction, I went to his cell and spent thirty minutes three times a week working with him.

5) James could only do work at the very lowest level. It was like teaching phonics at the first grade level.

6) Often times he could not recall what we studied in out last session.

7) Even at the end of our years together, James was still working at the lowest level.

8) James didn't score high enough to even approach the GED program. He was never going to be able to do the GED test.

I, declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Rickey Harville

12/14/2010

Date