**Exhibit 6**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| JAMES **DELLINGER**,<br><br>Petitioner,<br><br>vs.<br><br>ROLAND **COLSON**, Warden, Riverbend Maximum Security Institution,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.3:09-cv-104<br>Judge Varlan/Magistrate Shirley<br><br>**Death Penalty Case** |

**DECLARATION OF MARALEE DELLINGER RAMSEY**

1. I am Maralee Ramsey, an adult resident of Sevierville, Sevier County, Tennessee.

2. I am the youngest sister of James Dellinger who is on death row in Nashville. James was born in January 1951, and I was born in January 1953.

3. We were poor growing up; things were tough. It seemed like when I was real little that our dad was away a lot working. That left us with no car or anyway to get around. Mom had to take care of everything. When I was about eight, we moved up to the farm on Mill Creek. There we could grow enough food to eat and have our chickens and cow for milk. Having plenty of food makes a big difference. It took about a year for us to get the garden planted and food up there because it was winter when we moved.

4. We all had to work together to have enough to eat and put away for winter. We worked for other people too, which helped us have a little more money. Even though things were some better for me and my brother Ralph coming up than they were for my older brothers and sisters, there never was money for extra things. You could say we didn't have a lot of treats or sweet stuff. I remember one time us kids found some jelly a neighbor had thrown out. It was still in the jar and wasn't broken, so we ate it. It made me sick; I guess because it was old. I just remember it was a sweet treat, and we were glad to get it.

5. We didn't have toys, so us kids all just played together. We played things like hide and seek, kick the can, and we played in the creek trying to catch crawfish. When we had neighbor children, they played with us too.

6. Sometimes Daddy didn't make enough money to keep the bills up, and we went hungry. I remember one time, I guess I was maybe four or five and James was about six or seven when Mama didn't even have any meal to make cornbread. I didn't understand why I couldn't have any and cried for some. So Mama went to a neighbor and got a piece of cornbread for me. That was when we didn't have money coming in and no food put back for the winter. At one point we got a box of government food; it had cheese, powdered eggs, powdered milk and some other things. Mama would step back and let everybody else eat; then she'd eat if something was left. Mama would get food from a neighbor if she needed to for us. Mama and Daddy would make a way; we always had something, even if it might just be a piece of bread.

7. We went to a school that was all the grades in one room. There was only one teacher for everybody. You weren't supposed to start school until you were six, but I guess they needed another kid, because I started at five. The teacher picked me up and took me to school every day. I still remember that teacher, Miss Atchley, because she was so nice. I got to ride, while my other brothers and sisters walked. The next year when I was six, I had to walk with them.

8. We didn't make it to school much in the winter. It was too hard to get there walking, and we didn't have warm enough clothes. Churches back then didn't help with things like food and clothes like they do now.

9. One of the fun things about school at Laurel Lick, where we went when we lived over on Mill Creek, was that we all got to play baseball. The school had baseball equipment there, and all of us played together. Walking home from school, we'd stop by Eula Ogle's house, and she'd have us a piece of cornbread to eat. She had about five kids and was always real nice to us. She still lives in a trailer on Laurel Lick not far from where we used to live.

10. James tried to learn in school, but he just couldn't remember what he studied the very next day. Changing schools was hard for all of us. It was real hard for him to change and go there. There was a row of kids for each grade. Sometimes the teacher would let the 7th and 8th grade kids help us younger ones. I didn't get to go to school much. It wasn't worth it going just between harvest times, like I had to. You don't pass because you miss so much school that it ain't really worth going. When we first got to Laurel Lick I was bout the right age for my grade. Three years later I was still in the same grade that I started in, but the other kids with me were younger.

11. I remember when James got ~~what they~~ promoted to third grade. He was about ten years old when we moved to Mill Creek and started going to Laurel Lick School. There he was, a big ten year old boy, sitting in the first grade row with all the little six year olds. One day the teacher asked the little girl behind James why she wasn't doing her sums like she was supposed to. She said she couldn't because, "big ole James is blocking the board, and I can't see it." The teacher said to James to go on and move on over to the empty seat in the third grade row. We've always laughed and teased James about how he got "promoted" all the way to third grade.

12. When James quit school, he worked in the fields with Daddy. He went to work before he was supposed to and lied about his age to get to go to work. I think he was around fourteen or fifteen when he started hiring out to do construction work. After that I think he always had a public job.

13. He bought his own car by the time he was fifteen or sixteen, I think. He didn't have a license, but he could drive. When I was about thirteen, James was learning me to drive his car. I drove it into a ditch. I remember I was crying and apologizing for driving his car into the ditch. He was really sweet about it. He didn't get mad at me and said it was no big deal, that we'd get it pulled out of the ditch with a wrecker. That's what we did, and it was fine.

14. I remember when James was a teenager, when he could, he'd go to the city dump and look for things he could give to Mama. He found some real nice things that maybe just had a little piece chipped off and some of them might still have a box it went in. The vases, bowls and other things that James found at the dump came from the factories around Gatlinburg where they made things for tourist shops around there. It didn't bother Mama or James if it was chipped. Mama saved all those things James gave her. Though I guess my sister Ann probably has thrown them out by now, I'm sure Mama still had all those things when she passed away;

15. After James started working construction jobs and made a paycheck, he'd stop and cash his check at a store near our house. The Law would be waiting for James every Friday afternoon. They knew James didn't have a license and that he'd just gotten paid. The cops took his money just about every weekend.

16. The Law must have let James keep some of his money because after James started working, he bought his own things. That was a real help to Mama and Daddy. I don't think James ever learned to write a check. Even after he was married to Annabel, he always carried cash around.

17. James dated some other girls before he and Annabel married. Girls seemed to like James's personality. I think James and Annabel went to the Justice of the Peace to get married. Mama had to sign for them. I think James really loved Annabel even after they were divorced.

18. We didn't go to church when I was little. There wasn't one close by where we could walk. Later after we moved to Mill Creek, we went to Hurst Chapel Baptist Church where I still go. We moved there when I was about eight years old. Our parents are buried in the cemetery there by the church.

19. My sister Mary and I were, you could say, church girls. We got real into church. That was partly because of my friends, Wanda and Dorothy. They're the ones who got us to going. They asked me to go to church with them, and I asked Mary to go with me. I was just a kid. I guess I wanted to see what church was like. I got saved when I was ten. After I started

going to church up at Hurst Chapel, I really liked the people. They were just good mountain people, real nice. Most of them are either kin to my family or to my husband's family.

20. Even though we were poor, we knew that there were rich people in our area. I'd say that the Ogles, the Sharps, and AJ King who owned a plant where they made hardwood floors, were all in the rich category. You know Dolly Parton grew up around Sevierville. From what I hear now, the Partons were probably about as bad off as us back then. Dolly didn't live near us though. She grew up in Jones's Cove. My sister, Ann, was married to a cousin of Dolly's, Ralph Parton. They divorced, I believe because he had a problem with alcohol.

21. When I was about ten years old and James was twelve, me, mom and James all had a tobacco allotment together. Really what happened was that Daddy got Manuel Fox's allotment, and we worked it. Mary, George and John had another one; I think they had Bernard Large's allotment. Our family got half of the crop, and the owner got the other half.

22. Growing tobacco is real hard work. It is kindly a year round job. You start with your tobacco bed outside somewhere about 12 feet by 20 feet or so. Usually in February Daddy and the boys burned the beds to get out all the weeds with a brush fire. Then they'd dig it up, sow the seeds and we'd cover the plants with a canvas to keep the frost from killing the little plants. We left the seeds growing up till about April when they were plants. Then we'd take the plants up and set them in the field by hand. The bigger kids did the plowing with our mules, Kate and Tob. I don't think we ever lost a tobacco crop. You just couldn't afford to lose one. You might have to buy some plants, which cut into your profits though, if the frost got them.

23. Everybody had to work in the tobacco. There just were different jobs depending on what you could do, depending on how big you were. When we were just real little kids we could set the plants out in the row in the field. They are about 12 inches high when you set em out. You put them about 14 inches apart and hoe around them good. When you can afford it, you add fertilizer. We sprayed them to get the bugs off. Sometimes we dusted em. To dust them, we used a can with holes in it, put the dust in there and just shook it over the plants. After about a year up at Mill Creek I guess, we made enough money that we could use the chemicals on the plants. Before that we picked and broke off suckers from the plants.

24. You had to time the planting just right to get a good crop of tobacco. You've got to have enough time for the plants to grow tall enough. They don't grow so well in cooler temperatures. If you're late planting, then they just won't produce as much. There is a pink bloom in the plant that you cut off. August is about the time tobacco is ready to cut. A tobacco stick is about five feet long. I used a sharp metal knife to cut the tobacco when I was about ten or eleven. The handle was about a foot and a half long. When we cut the tobacco, one of us would spear about five tobacco stalks on one tobacco stick. You had to be careful to not put too many stalks on a stick or you couldn't lift the stick into the truck. The boys or bigger people would hang the tobacco up in the barn. You had to be taller than Mary and me to hang it. With tobacco,

you go halves with the owner of the allotment. You can get real bad sunburned working it. It's real hot work in the summer. It's real cold in the winter when you grade the tobacco.

25. Tobacco grading's a whole nother part of it. There are four grades of tobacco all on one stalk: "Long Leaf" (red) is next to the strongest, "Tips" (darkest) is the strongest, "Ground Leaves" which are raggedy, and light. When you're pulling the leaves off the stalks, you make four stacks so you can put each grade separate. You tie up the leaves with the same type of leaf. You'd tie up the long leaf grade with a long leaf, not some other grade. We had to do this on damp cold days. Some things you need to do with tobacco, you need to do in dry hot weather. Other times it needs to be damp. After you get tobacco tied, you pack it on big round tobacco baskets. If it's too wet, your tobacco will mold and won't be much good. You won't get much for it either. We tried to get our tobacco on the market before Christmas, because prices are better that way.

26. My older sister Mary and I are real close. She got married about a year and a half before I did. I married her husband's brother in August 1967 when I was fourteen years old. We knew our husbands when we were kids growing up. They played with our brothers. Me and Mary pretty much have always been neighbors. Even when my husband, Gene, and I went to North Carolina for him to work in the furniture plant, Mary and Wade came too. They came back home after about a month, but we stayed about a year in North Carolina. About the farthest Mary and I have lived from each other except for North Carolina is around fifteen or so miles here in Sevierville. Now we live right next door to each other and see each other all the time.

27. My health hasn't been too good. Mama told me that I had asthma when I was little. I think I have kinda outgrown it now though. When we were little, Mama treated us with home remedies, since we didn't have money for going to the doctor. Years ago when I was about thirty-eight, I ruptured a disc in my back working at the blue jean factory. It was real bad, and I couldn't walk for a good while. Nine or ten years ago, I went to an orthpedic surgeon. He couldn't believe that my regular doctor hadn't sent me for tests. He sent me to a specialist, who diagnosed me with rheumatoid arthritis. Now I have lupus, rheumatoid arthritis and problems with that old back injury. I recently started drawing Social Security Disability because of my health problems now. They are going to try a new treatment to help with the pain from my rheumatoid arthritis. I just got a walker to help me get around in the house better.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Maralee Ramsey
Signature

1-5-2012
Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMES **DELLINGER**, | ) | |
| | ) | |
| Petitioner, | ) | No. 3:09-CV-104 |
| | ) | |
| vs. | ) | Judge Varlan/Magistrate Shirley |
| | ) | |
| ROLAND **COLSON**, Warden, Riverbend Maximum Security Institution | ) | **Death Penalty Case** |
| | ) | |
| Respondent. | ) | |

**Declaration of Ann Walker-King, Investigator**
**Office of the Federal Public Defender**

My name is Ann Walker-King; I am an adult resident of Nashville, Davidson County, Tennessee. I state the following:

1) I am an investigator for the Office of the Federal Public Defender.
2) In that capacity, I met Maralee Ramsey (nee Dellinger), a witness in the above listed case.
3) Because Mrs. Ramsey is unable to read, I read the preceding declaration to her on January 5, 2012 and witnessed her signature of that document.

I, declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Ann Walker-King
Ann Walker-King

January 17, 2012
Date