# Exhibit 7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| JAMES **DELLINGER**,<br><br>Petitioner,<br><br>vs.<br><br>ROLAND **COLSON**, Warden, Riverbend Maximum Security Institution,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.3:09-cv-104<br>Judge Varlan/Magistrate Shirley<br><br>**Death Penalty Case** |

## DECLARATION OF JOHN ALBERT DELLINGER

1. My name is John Dellinger. I am an adult resident of Sevierville, Sevier County, Tennessee.

2. I am about two years older than my brother, James Dellinger. Our sister Maralee is next just under James.

3. We lived in hellacious places back when we were kids. The first house I ever can recall that our family lived in was the one up in Christopher Hollow. It was cold up in that hollow. I think that house had a fireplace. I guess that is how we heated it in the winter. To see, we had kerosene lamps. I remember that house. It was like we were in the jungle back in that hollow. It was all closed in back there. There were a lot of vines and underbrush. Daddy cleaned it up around the house to be able to make a garden. To get to that house, you went way back up the road in the hollow. It was really just a wagon road back into where we lived. The house set by itself up on a hill on the left back in there. For bathing we brought water in from the well or spring in buckets. We'd heat it on the stove and put it in a big wash tub. I think the girls washed first. We always had an outhouse for the bathroom.

4. I was too little to go to school when we lived in Christopher Hollow. I think it was Kellum School where I went. I probably only went to the second grade in school. It was three miles going and three miles coming to get to school. At least it seemed that far. We had to walk. Our school was one big room. There was a coal stove in the room to heat it. The older boys kept the stove going. There was just one teacher at a time at the school. I remember one year we had a Miss Atchley and another year we had a Miss Newman. I'd say there were 25 to 30 kids in the room. I can't say the teachers took any special interest in any of us. As best I can remember, the little kids sat on one side and the bigger kids sat on the other side.

5. I couldn't learn nothing in school. I had asthma back then, though I was pretty

well grown before I first went to the doctor for it. I guess we just knew I had asthma when I was a kid. When I grew up and finally went to the doctor, they gave me an inhaler for it. With asthma, you can't breathe no air in; it's like somebody is trying to drown you. Because of the asthma, I couldn't run so much sometimes. Heat made it bad, and cold weather had a lot do with it. I remember Mama would put her head against my chest to see if I was wheezing. Sometimes I just had to lay around. It's like asthma just drains you and you don't feel like doing nothing. We didn't have enough warm clothes to wear in the winter walking to school, and Mama wouldn't send me to school when I was sick. I still can't read and write except for my name. I'd say I was home from school more than I went.

6. When we had a fever, Mama would give us a spoonful of moonshine whiskey to break the fever. I wasn't allowed to drink moonshine except for medicine when I was sick. Mama would put us to bed with a poultice on our chest to open up our breathing. Sometimes it would be hog lard or Vicks salve. It seemed like I had an ear ache all the time. Mama would warm sweet oil and put it in my ears in drops. I don't remember ever going to a dentist. Maybe I didn't need one.

6. Mama learned to write her name. Daddy didn't have no education. They learned him some when he was in the army.

7. Mama took in laundry for the neighbors when we were at Allensville Road. That was when I was probably about five or six years old. The first kind of iron she had was the heavy ones you set on the wood stove to get them hot and then iron with them. Later she got the kind that you could open up and put the hot coals in. That way you didn't have to keep putting it back on the stove to get it hot again.

8. Daddy was off working part of the time when we were growing up. He worked in Boone, North Carolina. That was a ways off. He was probably working for the Brackins then. Mama had us help her at home. My father also worked on the Blue Ridge Parkway; I worked there with him some when I got older. I guess when I was about 16 years old. But when we were little and Daddy was gone, we all tried to help Mama. We carried coal, cleaned out ashes, carried water from the well, stuff like that. Things got easier for Mama and Daddy after some of us got bigger, I think, partly because us bigger ones could earn our own money. Times were better by the time my littlest brother Ralph was small. It sure was rough on Mama and Daddy when the rest of us were coming up though.

9. I remember Christmas was mostly like any other day at our house. I never thought about Santa Claus. We just knowed we couldn't get anything. Mama and Daddy didn't have to explain it. I don't remember even when I was older getting anything at Christmas.

10. I stayed with Mama and Daddy till I got married the first time. I was over 21 then and married a girl seven years older than me. She was my brother Junior's wife's sister. We never had any children. My wife now, Sadie, is Darrel, my sister Ann's husband's, sister. Junior was the first one of us to get married. Ann was next. She got married when she was fifteen. My sisters Mary and Maralee are married to brothers just like I married my brother's

wife's sister (the first time) and my sister's husband's sister (the second time).

11. From the time I was six or seven I worked picking up tobacco leaves. The little ones of us would string the leaves together. The bigger ones loaded the tobacco and hung it up. We had our own barn when we lived on Allensville Road. The barn came with the land. When you cut tobacco, you spear it on a stick and then hang it in a barn. You put the wire spear through the tobacco stem. You tie the tobacco up by grade. You can learn to do this when you are real young. Tobacco was a good cash crop. We started cutting tobacco around about August. It cured pretty good in the hot weather. Working tobacco was hard work.

12. Tobacco money came in once a year. You had to draw it out all year long. If the tobacco wasn't good one year, you had a lot less to live on.

13. I got examined for the Army, but they turned me down, I think for my asthma. I've done farming, construction for Earl Huskey and worked for John Dodgen building houses. Daddy and my brother, Junior, worked for Woody and Eugene Brackins up on the Blue Ridge Parkway where they cut the road through. I worked some with them. We scattered straw on the slopes of the road by hand. I guess I was about seventeen when I was up there with them. I started drawing disability after I got cancer back around 2005. They said I have degenerative bone disease. Not having no education was part of getting the disability, I think No education is a disability itself.

14. One of the fun things we did was listen to the Grand Ole Opry on a battery radio. In the summer we'd swim in the creek. When we got older, we'd go to the skating rink in Pigeon Forge. Sometimes we'd go to the creek with the Ramsey boys – the ones my sisters married when they growed up. Those Ramsey boys would catch catfish and bass with their hands back up against the rocks. I'm afraid of snakes so I didn't get back in there next to the rocks. All us brothers ran with the Ramsey brothers. There wasn't much playing time for us. It was all working.

15. We were all supposed to work with Dad in the tobacco or the garden or whatever needed doing. But when James was around twelve or thirteen, he started taking off instead of working. We would all be out working in the field and James would get it in his head he didn't want to work that day and he'd just take off. Sometimes I would say to Daddy that that just wasn't fair — James getting out of the work that way. Daddy would whip James when he got home, but James didn't seem to learn not to keep on doing that.

16. Back when we were coming up, we didn't always have a car. Daddy had a team of two mules and a wagon when we lived in Christopher Hollow and on Mill Creek. We needed them for farming. If we didn't have a car we went into town in the wagon. We could go into Sevierville and load up the wagon with coal to heat with. Getting the coal ourselves was a lot cheaper than if they delivered it to our house.

17. Temples Mill and store in town would grind up our corn into cornmeal. We could trade it there for flour too. There also was a rolling store that come through near where we lived

once a week. It sold meal, flour and other supplies. The man that had the rolling store was Orville Green. It was a big bus. He'd pull over by the road at Allensville. He had a certain time he came by. Mama would send us to get what she needed. It was fun to go in the rolling store and see what all he had. That was when we'd moved out of the hollow and up on the road to the house right on the road. We didn't have a place for a big garden at that house.

18. Mama made our clothes. She made my shirts. Some kids at our school made fun of our clothes. Some of them were a little better off, I guess. Mama used feed sacks to sew up for clothes for us. I think companies back then made the feed sacks so people could sew them up into clothes. You got about three yard of cloth from a bag.

19. Mama had a pretty smile. I remember she sang to us. She always liked singing the "Great Speckled Bird" and "Amazing Grace." When Mama was dying, my wife Sadie sang "The Great Speckled Bird" to her, and Mama tried to sing along.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

John W Dillingham — 1/15/2012

Signature — Date



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMES **DELLINGER**, | ) | |
| | ) | |
| Petitioner, | ) | No. 3:09-CV-104 |
| | ) | |
| vs. | ) | Judge Varlan/Magistrate Shirley |
| | ) | |
| ROLAND **COLSON**, Warden, Riverbend Maximum Security Institution | ) | **Death Penalty Case** |
| | ) | |
| Respondent. | ) | |

**Declaration of Ann Walker-King, Investigator**
**Office of the Federal Public Defender**

My name is Ann Walker-King; I am an adult resident of Nashville, Davidson County, Tennessee. I state the following:

1) I am an investigator for the Office of the Federal Public Defender
2) In that capacity, I met John Albert Dellinger, a witness in the above listed case.
3) Because Mr. Dellinger is unable to read, I read the preceding declaration to him on January 5, 2012 and witnessed his signature of that document.
4) I inadvertently misdated the document as having been signed on January 15th, when in fact it was signed on the 5th of January.
5) I took the photograph of Mr. Dellinger which is attached to his declaration. It is a faithful likeness of him.

I, declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Ann Walker-King
Ann Walker-King

January 17, 2012
Date