**Exhibit 8**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMES **DELLINGER**, | ) | |
| | ) | |
| Petitioner, | ) | No. 3:09-CV-404 |
| | ) | |
| vs. | ) | Judge Varlan/Magistrate Shirley |
| | ) | |
| RICKY **BELL**, Warden, Riverbend Maximum Security Institution | ) | |
| | ) | |
| Respondent. | ) | |

**Declaration of Annabel Stewart**

My name is Annabel Stewart; I am an adult resident of Sevier County, Tennessee. I state the following:

1) I was fifteen years old when I married James Dellinger. He was seventeen years old. We got married at the courthouse in Sevierville over Easter when I was on break from school. My mother had to sign for me to get married, because I was under-age. I never went back to school to finish.

2) I first saw James at the skating rink in Pigeon Forge. He was wearing boots, tight-assed blue jeans, and a white T-shirt with Marlboro cigarettes rolled up in the sleeve. I told my sister, "that is the guy I'm going to marry." A year and a half later, I married him.

3) After we were married, we lived with James' parents for two years in Dellinger Hollow off Middle Creek Road in Sevier County, Tennessee. The Dellinger house had two bedrooms, a living room, and a kitchen, with a lean-to off the kitchen just big enough for a bed. They had an outhouse, no bathroom inside. Clyde and Janie, James' parents, had a room with a bed. Me, James; James' two sisters and their husbands, and James' brother John all slept in one room. James' brother George slept in the lean-to. This was supposed to be for a month, but it went on for a long time.

4) When James worked, he handled all our money. He never knew how to figure out how much his paycheck was going to be – he couldn't figure out his rate of pay times the number of hours he worked. He didn't have a bank account; he always just took his check in and got cash money for it.

5) James never knew how to save up money for anything. He just spent whatever he had. He didn't know the different denominations of bills or the value of different coins. If you gave James a dime and a quarter, he couldn't tell you what they were. When he needed to pay for

something, he would put out his hand with some money in it and let whoever he was paying take what they wanted.

6) James didn't really understand how prices worked. He thought that one pencil was as good as another and never caught on that one might cost more than another. That went for all kinds of things.

7) James did everything in his life day-by-day. He usually didn't buy anything ahead of time, not cigarettes or beer or anything. He'd just get them as he went. He kept a tab at the grocery store that he would sometimes pay when he got paid.

8) The one time I knew James to save up some money was when we went to North Carolina with his sister Maralee and her husband Gene. Gene had heard that they were paying $7.00 an hour at a furniture factory over there. We all moved over there together with the plan to live there for six months, save up some money so we could move back and get our own place. We stayed for six months, but we only saved up a very little money. James kept that money in his billfold.

9) When we first met, James couldn't write anything at all. He signed his name with an X; he couldn't print his name or nothing. He always cashed his check at the same store where they knew him. Years later, James learned to sign his name, but I never knew James to be able to write anything else. He could sign his name, but it wasn't really plain unless you knew how he signed it. James also couldn't read. I remember sometimes he would go in the wrong bathroom if the door was only marked with words. He could tell which to use if there were signs with those pictures of a man or woman.

10) James didn't know how to keep up with dates, not even his own birthday. He didn't know the month and day of my birthday or his children's. I'd have to tell him the week before and remind him the day before. Otherwise he wouldn't know when it was. He sure couldn't point to a date on a calendar; he was generally confused as to what day of the week it was.

11) If he was going to the store and I asked him to get something, he wouldn't remember. If I told him to get milk, he'd get bread. You just couldn't count on him to remember anything. He was real bad to hide things, his money, his liquor, his cigarettes, and forget where he'd put them.

12) James couldn't get to a new place just by you telling him how to get there. You'd have to take him and show him where it was. Once you took him, he could go back.

13) James could tell time on a digital clock. He wore a digital watch. He couldn't tell time on the other kind of clock. He could read the numbers off the digital clock, but he didn't know to say that 12:45 was a quarter till one or things like that.

14) James had a little book he wrote phone numbers in. He couldn't look up a number in the regular phone book or use information. He just wrote down all the numbers he needed — without any names. If he didn't remember which number was the one for the person he wanted to call, he'd call every one of the numbers in his book until he got the right person.

15) As far as I knew, James never went to anything but maybe the second grade. I believe it bothered him when the kids were learning to read. They would ask him to read to them and he would change the subject. James was real good at changing the subject. If he didn't know what you were talking about, if you were talking and he didn't understand, he would start talking about something he did know.

16) A lot of people took advantage of James. He took people at their word. He kept being taken advantage of by his friends. Bill Cogdill kept cheating James about old cars. He'd tell James, "this is a good car, great car." Usually those "great cars" didn't run well enough to even make it home. But James kept trusting him. This happened at least three times.

17) Another person I know cheated James was Mr. Ramsey. He's dead now. James would ask Mr. Ramsey to go get beer, and he would not give James all the change back. James never knew any better. James had no idea he was being cheated. People knew that it was pretty easy to trick him.

18) James often had really bad judgment. He just didn't seem to understand how dangerous some of the stuff he did really was. He thought that running from the law was a joke. Sometimes he'd go out and get the law to chase him just for fun. He never thought about how that might be dangerous for himself or other people; he looked at it as a game.

19) I remember one time James held my head underwater at the swimming hole as a joke. He held it for a long time and really scared me. I don't think he knew how dangerous that was. He was just laughing and having a good time. I don't think he realized that I could have died.

20) James expected people to know what he was thinking. If he wanted something he thought you knew what it was — even without him telling you. You didn't tease James and you never ever played a joke on him. He didn't get the jokes and would get angry; he thought you were making fun of him. Sometimes it was like he didn't understand the rules other people live by. Like if we were in a movie theater where you should be quiet, he'd just keep talking anyway. If he was going off for awhile, he wouldn't tell me where he was going or when he would be back.

21) James had some funny ways: he could shower and bathe himself, but he didn't dry off with a towel. Even when his hair and body were sopping wet, he would just put his clothes on and shake his head to get the water off. He wasn't careful about safety; he was all the time getting hurt, cut. When he got hurt, someone would have to help him take care of the wound. He couldn't take medicine on his own or take his own temperature.

22) James' and my two boys stayed in school, but neither of them can read. Both my kids went to special education. In school Lee did mechanic work, but he wasn't in the classroom learning to read. James, Jr. works with his father-in-law laying carpet. Lee now does some carpenter work. I worked two jobs for them to have a chance to get an education; I might as well have kept them at home cleaning the house.

23) I was married to James for fourteen years, but really lived with him as man and wife for about five. Even though he ran off on me and married Lynda, he and I continued to be involved with each other right up to the time he went to prison.

I, declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Annabel B Stewart
Annabel Stewart

12-17-10
Date