# Exhibit 9

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMES **DELLINGER**, | ) | |
| | ) | |
| Petitioner, | ) | No. 3:09-CV-404 |
| | ) | |
| vs. | ) | Judge Varlan/Magistrate Shirley |
| | ) | |
| RICKY **BELL**, Warden, Riverbend Maximum Security Institution | ) | |
| | ) | |
| Respondent. | ) | |

**Declaration of Jeff Dodgen**
Former Employer of James Dellinger

My name is Jeff Dodgen; I am an adult resident of Sevier County, Tennessee. I state the following:

1) James Dellinger worked for my father's construction company for five or six years in the late 1980s. He and I started working for Dad about the same time. In the beginning, I was doing the same sort of work as James. Over time, I became more skilled and worked my way up. Eventually I became James' boss.

2) I knew that James was "slow." I never saw James read or write anything. You had to figure out how to explain things to James, had to be selective in how you said it. You had to give explicit instructions and usually had to repeat the instructions. You somewhat had to refresh his recollection every day. You could tell James to sweep the floor, and he'd do it. But on more complex things you would have to tell him over and over -- and watch him too.

3) Sometimes we would have James do some basic carpentry: he could nail up boards, he couldn't measure, but if a board was already marked, sometimes we'd let him saw. He was strictly a laborer not a skilled carpenter. We would never have left James in charge of a project.

4) James was a good helper. He carried lumber for the carpenters. He also carried shingles to the roofers.

5) I recall that my dad and I finally had to stop James from walking on the roof before it was roofed. James never could learn that when the felt was on the roof, before the shingles were put on, that he had to walk flat-footed up there. James just kept walking on his tip-toes no matter how many times we warned him. He nearly fell off several times --- and he brought the felt down besides. Because he just couldn't learn or remember not to do that, we had to tell him just to not ever go up there.

6) There were some other things that James just couldn't catch on to. For instance, when you pour footers, you have to do a step-down. James didn't understand how to figure that out, he would say, "I can't do that." He just couldn't plan ahead.

7) James didn't operate our big equipment. He wasn't able to do that, but you could send him out to mow or something like that.

8) James generally didn't think to put up his tools or sweep up at the end of the work day. He had to be told to clean up his area. He wasn't a neat worker; I'd have to help him clean up.

9) If we got in a hurry to finish a project, James just couldn't pick up the pace. He just had one speed.

10) He could follow some directions – you could tell him to sweep up after he moved a pile of lumber and he could follow that. But if it was much more complex than that, James had trouble shifting gears from one thing to another.

11) I monitored his work; I knew what James could and couldn't do and was able to give him jobs that he could do. If I told James to try something or to work to do something better, he'd try to. Sometimes James just couldn't do any better.

I, declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Jeff Dodgen

Jeff Dodgen

12-10-10

Date