# Exhibit 11

SCHOLARSHIP RECORD

PAGE 1

NAME Dellinger (LAST) Tammy (FIRST) Sue (MIDDLE)

CHECK ONE: BOY ☐ GIRL ☒

| GRADE | DATE ENTERED | CHRONOLOGICAL AGE * | DATE WITHDRAWN | NO. DAYS IN SCHOOL YEAR | DAYS PRESENT | DAYS ABSENT | DAYS NOT ENROLLED | TIMES TARDY | NAME OF SCHOOL | TEACHER | LANGUAGE ARTS: READING | WRITING | SPELLING | ENGLISH | LITERATURE | SOCIAL STUDIES: GEOGRAPHY | U. S. HISTORY | CIVICS | TENN. HISTORY | ARITH.: ARITH. | HEALTH: HEALTH | PHYS. ED. | NUTRITION | SAFETY | SCIENCE AND CONSERVATION: SCIENCE | CON. | AG. | HOME MAKING | APPRECIATION: MUSIC | ART | PROMOTED: YES | NO | NO. IN CLASS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-12-77 | 7 | | 175 | 74 | 27 | 101 | | Sevierville Prim | L. Johns | U | U | | | | | | | | U | | A | | | | | | | A | A | | X | 24 |
| 1 | 8/31/77 | 8 | | 171 | 123 | 48 | 0 | 0 | Sev. Prim. | Lou Copas | S | S | | | | | | | | S | S | S | | | S | | | | S | S | | X | 27 |
| | 8/24/78 | 9 | | 175 | 165 | 10 | 0 | 0 | " " | Margaret Trundle | D | C | | | | | | | | C- | | S | | | C | | | | S | S | ✓ | | 27 |
| 2 | 8-79 | 10 | 4-21-80 | 175 | 135 | 13 | 35 | | " " | Margaret Soode | U | U | U | U | | | | | | U | | S | | | S | | | | S | S | | | |
| 3 | 8/22/80 | 11 | | 175 | 91 | 84 | | | " " | Mary Anne Wertham | U | U | U | U | | U | | | | U | ✓ | ✓ | | | U | | | | Social ✓ | Promotion ✓ | ✓ | | 26 |
| 4 | 8/24/81 | 12 | | 175 | 124 | 51 | 0 | 0 | Sevierville Middle | Sharon Dill | C | S | D | D | | — | | | | F | — | A | | | — | | | | S | S | ✓ | | 28 |
| 4 | 9/3/82 | 13 | | 175 | 19 | 20 | | | Pittman Center | Vera Ogle | F | | F | F | | | | | | F | F | | | | F | | | | | | ✓ | | 35 |

OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

1-13-2011
Donna Washowiak
Records Custodian

GRADE 9

COURSE

| SUBJECT | TEACHER | GRADE 1 | GRADE 2 | CRED. |
|---|---|---|---|---|

DAYS PRESENT______ TOTAL CREDITS______

MAJOR MINOR

GRADE 10

COURSE

| SUBJECT | TEACHER | GRADE 1 | GRADE 2 | CRED. |
|---|---|---|---|---|

DAYS PRESENT______ TOTAL CREDITS______

MAJOR MINOR

GRADE 11

COURSE

| SUBJECT | TEACHER | GRADE 1 | GRADE 2 | CRED. |
|---|---|---|---|---|

DAYS PRESENT______ TOTAL CREDITS______

MAJOR MINOR

GRADE 12

COURSE

| SUBJECT | TEACHER | GRADE 1 | GRADE 2 | CRED. |
|---|---|---|---|---|

DAYS PRESENT______ TOTAL CREDITS______

MAJOR MINOR

* To Determine C. A. as of { 1. Add ½ year if birthday is between 2. Subtract ½ year if birthday 3. Enter age in years if birthday is between

# ATTENDANCE AND SCHOLARSHIP RECORD

PAGE 1

NAME Dellinger (LAST) Tammy (FIRST) Sue (MIDDLE) 094180

CHECK ONE: BOY ☐ GIRL ☑

| GRADE | DATE ENTERED | CHRONOLOGICAL AGE * | DATE WITHDRAWN | NO. DAYS IN SCHOOL YEAR | DAYS PRESENT | DAYS ABSENT | DAYS NOT ENROLLED | TIMES TARDY | NAME OF SCHOOL | TEACHER | LANGUAGE ARTS: READING | WRITING | SPELLING | ENGLISH | LITERATURE | | SOCIAL STUDIES: GEOGRAPHY | U.S. HISTORY | CIVICS | TENN. HISTORY | ARITH.: ARITH. | | HEALTH: HEALTH | PHYS. ED. | NUTRITION | SAFETY | | SCIENCE AND CONSERVATION: SCIENCE | CON. | AG. | HOME MAKING | | APPRECIATION: MUSIC | ART | PROMOTED: YES | NO | NO. IN CLASS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

OFFICIAL SCHOOL RECORD

SEVIER COUNTY
PUPIL PER.
236 CE.
SEVIERVILLE, T.
1-13-2011

GRADE 9

COURSE

| SUBJECT | TEACHER | GRADE 1 | GRADE 2 | CRED. |
|---|---|---|---|---|
| Voc Lang Arts | Johnson | 86 | 68 | 1/2 |
| Voc Math | Johnson | 75 | 68 | 1/2 |
| Voc Homeliving | Johnson | 75 | 65 | 1/2 |
| Voc Voc Skills | Pender | B | B | 1 |
| Voc Voc Skills | Pender | B | B | 1 |
| Voc Voc Skills | Pender | B | B | 1 |

DAYS PRESENT 96 TOTAL CREDITS 4 1/2

GRADE 10

COURSE

| SUBJECT | TEACHER | GRADE 1 | GRADE 2 | CRED. |
|---|---|---|---|---|
| LAng. Arts | Edmondson | C | F | 1/2 |
| MAth | Edmondson | D | F | 1/2 |
| Voc. SKills | HArPer | D | F | 1/2 |
| Voc. SKills | HArper | D | F | 1/2 |
| Voc. SKills | HArper | F | F | 0 |
| workStudy | mayes | - | F | 0 |

DAYS PRESENT 91 TOTAL CREDITS 2

GRADE 11

COURSE

| SUBJECT | TEACHER | GRADE 1 | GRADE 2 | CRED. |
|---|---|---|---|---|

DAYS PRESENT ____ TOTAL CREDITS ____

GRADE 12

COURSE

| SUBJECT | TEACHER | GRADE 1 | GRADE 2 | CRED. |
|---|---|---|---|---|

DAYS PRESENT ____ TOTAL CREDITS ____

# ATTENDANCE AND SCHOLARSHIP RECORD

**PAGE 1**

NAME: Dillinger (LAST) Tammy (FIRST) Sue (MIDDLE)

CHECK ONE: BOY ☐ GIRL ☑

| GRADE | DATE ENTERED | CHRONOLOGICAL AGE * | DATE WITHDRAWN | NO. DAYS IN SCHOOL YEAR | DAYS PRESENT | DAYS ABSENT | DAYS NOT ENROLLED | TIMES TARDY | NAME OF SCHOOL | TEACHER | LANGUAGE ARTS: READING | WRITING | SPELLING | ENGLISH | LITERATURE | | SOCIAL STUDIES: GEOGRAPHY | U. S. HISTORY | CIVICS | TENN. HISTORY | | ARITH.: ARITH. | | HEALTH: HEALTH | PHYS. ED. | NUTRITION | SAFETY | | SCIENCE AND CONSERVATION: SCIENCE | CON. | AG. | HOME MAKING | | APPRECIATION: MUSIC | ART | | PROMOTED: YES | NO | NO. IN CLASS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | Whites | M. McCammon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

1-13-2011

GRADE 9

COURSE

| SUBJECT | TEACHER | GRADE 1 | GRADE 2 | CRED. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DAYS PRESENT______ TOTAL CREDITS______

MAJOR MINOR

GRADE 10

COURSE

| SUBJECT | TEACHER | GRADE 1 | GRADE 2 | CRED. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DAYS PRESENT______ TOTAL CREDITS______

MAJOR MINOR

GRADE 11

COURSE

| SUBJECT | TEACHER | GRADE 1 | GRADE 2 | CRED. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DAYS PRESENT______ TOTAL CREDITS______

MAJOR MINOR

GRADE 12

COURSE

| SUBJECT | TEACHER | GRADE 1 | GRADE 2 | CRED. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DAYS PRESENT______ TOTAL CREDITS______

# HEALTH RECORD

NAME Dillinger (LAST) Tammy (FIRST) Sue. (MIDDLE)
Sex F

Address Route 5 Sevierville, Tenn.
Father's Name
Address Route 5 Sevierville, Tenn.
Mother's Name Ms James Harrison Dillinger
Date of Birth Dec. 4, 1969 Birth Record Number 141-69-068340 Birthplace Knoxville, Tenn
Family Physician
Attendant at Delivery Catherine Gilreath

SUPPLEMENTAL FACTS
History, Habits, or Other Clinical Record and Past School Record

OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

IMMUNITY STATUS

| Diphtheria Date | | Smallpox Date | | Typhoid Date | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

OTHER TESTS

| Date | Type | Result |
|---|---|---|
| | | |
| | | |

| Disease | Date | Disease | Date | Injury–Operation | Date |
|---|---|---|---|---|---|
| | | 1-13-2011 | | | |
| | | | | | |
| | | | | | |

| Date | Notes on Clinical, Conference, and Field Visits (List the Name of Worker, Furnishing Date) | Date | Teacher's Notes (Taken from Classsroom Worksheet or Data Furnished by Other Worker by Name) |
|---|---|---|---|
| 1-19-76 | Titmus Vision test - ok S. Henry | | Absence Due to Colds, Sore Throat, Headaches, Hygiene, Etc. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# HEALTH RECORD

NAME Dellinger (LAST) Tammy (FIRST) Sue (MIDDLE) Sex female

Address Father's Name James Dellinger

Address Rt 5 Mother's Name Annie Dellinger

Date of Birth ~~4-7-70~~ ~~12-4-69~~ 12-4-69 Birth Record Number Birthplace Sev. Co. Family Physician Attendant at Delivery

**SUPPLEMENTAL FACTS**
History, Habits, or Other Clinical Record and Past School Record

OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PU. . ERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

**IMMUNITY STATUS**
Should have 5 DPT, 4 Polio, 1 Measles, and 1 Rubella Immunization. Record date of each shot.

| DPT or DIPHTHERIA, PERTUSSIS (Whooping Cough), TETANUS Date | POLIO Date | MEASLES Date | RUBELLA Date |
|---|---|---|---|
| 1. 3-10-70 | 1. 3-10-70 | 1. 10-19-71 | 1. 10-19-71 |
| 2. 7-21-70 | 2. 7-21-70 | | |
| 3. 9-1-70 | 3. 10-19-71 (6) | Other | Other |
| 4. B 10-19-71 | 4. 11-13-74 | | |
| 5. B 11-13-74 | | | |

| Disease | Date | INJURY — OPERATION | DATE |
|---|---|---|---|
| | | 1-13-2011 | |
| | | | |
| | | | |

OTHER TEST

| DATE | TYPE | RESULTS |
|---|---|---|
| | | |
| | | |

| Date | Notes on Clinical, Conference, and Field Visits (List the Name of Worker, Furnishing Date) |
|---|---|
| 10-21-82 | Titmus Vision Both eyes 20/40 glasses acquired |
| 11-8-82 | Hearing Screening Passed T. Lawson |

| Date | Teacher's Notes (Taken from Classsroom Worksheet or Data Furnished by Other Worker by Name) |
|---|---|
| | Absence Due to Colds, Sore Throat, Headaches, Hygiene, Etc. |

## FINDINGS ON PHYSICAL EXAMINATION

CODE FOR EXAMINATION:
0 - Satisfactory
1,2,3 - Slightly, Moderately or Markedly Unsatisfactory
X - Needing Medical or Dental Attention

| | |
|---|---|
| VISION R 20/____ L 20/____ | ORAL HYGIENE ____ |
| HEARING R 20/____ L 20/____ | TONSILS ____ |
| NUTRITION ____ | SPEECH ____ |
| SKIN ____ | HEART ____ |
| LYMPH NODES ____ | LUNGS ____ |
| THYROID ____ | ABDOMEN ____ |
| EYES ____ | ORTHOPEDIC ____ |
| NOSE ____ | POSTURE ____ |
| EARS ____ | HEIGHT ____ INCHES |
| TEETH ____ | WEIGHT ____ POUNDS |

PARENT PRESENT - MOTHER ____ FATHER ____

RECOMMENDATIONS: ____

____

SIGNATURE OF EXAMINING PHYSICIAN ____ DATE ____

Keep this record that your child may take it to the teacher when he enters school.

Keep it for your own information.

THIS COPY [illegible] DO NOT [illegible] THERE WILL BE A CHARGE FOR ANOTHER COPY.

# PARENTS' RECORD
## of
## Immunizations, Physical Examination and Recommendations

These are the requirements for entrance to school.
PLEASE KEEP THIS RECORD FOR USE THEN.

If you do not have a birth certificate, see your local health department for information.

NAME OF CHILD Dellinger, Tammy Sue

BIRTHDATE 12-4-69 BIRTH REGISTRATION NO. ____

FATHER'S NAME James

MOTHER'S MAIDEN NAME Anna Belle Cowan

ADDRESS ____

CHILD HEALTH SERVICES
PHLH FORM NO. 33.06
REVISED 3-75

## IMMUNIZATIONS

| NUMBER | DIPHTHERIA WH. COUGH TETANUS | POLIOMYELITIS | MEASLES (RUBEOLA) | TETANUS | TETANUS DIPHTHERIA |
|---|---|---|---|---|---|
| 1 | 3-10-70 | Tri 3-10-70 | | | |
| 2 | 7-21-70 | 7-21-70 | RUBELLA | | |
| 3 | 9-1-70 | @ 10-19-71 | | MEASLES RUBELLA & MUMPS | |
| BOOSTER | 10-19-71 | 11-13-74 | COMBINED MEASLES & RUBELLA | | MUMPS |
| BOOSTER | 11-13-74 | | 10-19-71 | | |

## TESTS

| TUBERCULIN TEST | | HEMATOCRIT | | OTHER (SPECIFY) | | | |
|---|---|---|---|---|---|---|---|
| DATE | RESULT | DATE | RESULT | | | | |
| 11-13-74 | Neg. | | | | | | |
| | | | | | | | |

## MEDICAL HISTORY

| CHILDHOOD DISEASES | | OTHER ILLNESSES | |
|---|---|---|---|
| CHICKENPOX | : YEAR ______ | TONSILLECTOMY | : YEAR ______ |
| WHOOPING COUGH | : YEAR ______ | APPENDECTOMY | : YEAR ______ |
| RHEUMATIC FEVER | : YEAR ______ | DISCHARGING EARS | : YEAR ______ |
| MEASLES(RED) | : YEAR ______ | CRIPPLING CONDITION | : ______ |
| MUMPS | : YEAR ______ | | ______ |
| OTHER | : YEAR ______ | OTHER | ______ |

Have your physician record all immunizations, tests, examination findings, and recommendations on this record.

## FINDINGS ON PHYSICAL EXAMINATION

CODE FOR EXAMINATION:
0 - Satisfactory
1,2,3 - Slightly, Moderately or Markedly Unsatisfactory
X - Needing Medical or Dental Attention

VISION R 20/____ L 20/____ ORAL HYGIENE ______

HEARING R 20/____ L 20/____ TONSILS ______

NUTRITION ______ SPEECH ______

SKIN ______ HEART ______

YMPH NODES ______ LUNGS ______

THYROID ______ ABDOMEN ______

EYES ______ ORTHOPEDIC ______

NOSE ______ POSTURE ______

EARS ______ HEIGHT ______ INCHES

TEETH ______ WEIGHT ______ POUNDS

PARENT PRESENT - MOTHER ______ FATHER ______

RECOMMENDATIONS: ______

______

SIGNATURE OF
EXAMINING PHYSICIAN ______ DATE ______

Keep this record that your child may take it to the teacher when he enters school.

Keep it for your own information.

Dellinger, Tammy

PERMANENT
TENNESSEE CERTIFICATE OF IMMUNIZATION
TCA (49-1765 THROUGH 49-1769)

| Dellinger, Tammy | 12-04-69 | |
|---|---|---|
| CHILD'S NAME | DATE OF BIRTH | PARENT OR GUARDIAN |

SECTION A: REQUIRED IMMUNIZATIONS FOR SCHOOL ATTENDANCE.

NOTE TO PROVIDER. IF CHILD HAS NOT RECEIVED THE FOLLOWING REQUIRED IMMUNIZATIONS, PLEASE USE THE TEMPORARY CERTIFICATE OF IMMUNIZATION.

| VACCINE | IMMUNIZATIONS REQUIRED* | IMMUNIZATIONS RECEIVED CHECK DOSES RECEIVED | DATE OF LAST DOSE |
|---|---|---|---|
| DTP/Td | 4 DOSES OF DTP OR IF AGE SEVEN OR OLDER 3 DOSES OF DTP OR Td OR COMBINATION, ONE OF WHICH WAS GIVEN ON OR AFTER THE SIXTH BIRTHDAY. | 1 2 3 4 ☒5 | 11-13-74 |
| POLIO | 4 DOSES. HOWEVER, IF AGE SEVEN OR OLDER 3 DOSES, ONE OF WHICH WAS GIVEN ON OR AFTER THE SIXTH BIRTHDAY. | 1 2 3 4 ☒ | 11-13-74 |
| M-M-R OR | 1 DOSE—MUST BE GIVEN ON OR AFTER THE FIRST BIRTHDAY. | 1 | |
| MEASLES | 1 DOSE—MUST BE GIVEN ON OR AFTER THE FIRST BIRTHDAY, OR A HISTORY OF MEASLES DISEASE DIAGNOSED AND ATTESTED TO BY A PHYSICIAN. | ☒ | 10-19-71 |
| RUBELLA | 1 DOSE—MUST BE GIVEN ON OR AFTER THE FIRST BIRTHDAY. FEMALES WHO HAVE ATTAINED THEIR THIRTEENTH BIRTHDAY ARE NOT REQUIRED BY LAW TO HAVE RUBELLA VACCINE, BUT IT IS HIGHLY RECOMMENDED. | ☒ | 10-19-71 |
| MUMPS | 1 DOSE. (NOT REQUIRED BY LAW FOR SCHOOL ATTENDANCE, BUT HIGHLY RECOMMENDED) | ☒ | 09-19-83 |

*REQUIRED IMMUNIZATIONS ARE DEFINED AS THOSE REQUIRED BY LAW. HOWEVER, MOST HEALTH DEPARTMENTS AND PHYSICIANS WOULD RECOMMEND MORE THAN THE REQUIRED ONE. EXAMPLE: MUMPS VACCINE IS HIGHLY RECOMMENDED BUT IS NOT REQUIRED BY LAW.

SECTION B: MEDICAL EXEMPTION

I CERTIFY THAT THE ABOVE NAMED CHILD IS GRANTED A MEDICAL EXEMPTION. A SIGNED STATEMENT INDICATING REASON IS ATTACHED.

☐ YES, THE STATEMENT IS ATTACHED.

THE ABOVE NAMED CHILD HAS RECEIVED THE ABOVE IMMUNIZATIONS REQUIRED FOR SCHOOL ATTENDANCE OR HAS BEEN GRANTED A MEDICAL EXEMPTION WHICH IS ATTACHED.

SEVIER COUNTY HEALTH DEPARTMENT
P. O. BOX 112
SEVIERVILLE, TENN. 37862

| | SEVIER COUNTY HEALTH DEPARTMENT P. O. BOX 112 SEVIERVILLE, TENN. 37862 | 08-30-85 |
|---|---|---|
| MEDICAL PROVIDER'S NAME (PLEASE PRINT) | MEDICAL PROVIDER'S SIGNATURE/STAMP | DATE |

SECTION C: RELIGIOUS EXEMPTION

THE ABOVE NAMED CHILD IS EXEMPT FROM RECEIVING REQUIRED IMMUNIZATIONS FOR RELIGIOUS REASONS. A SIGNED STATEMENT FROM THE RELIGIOUS LEADER IS ATTACHED.

☐ YES, A STATEMENT FROM A RELIGIOUS LEADER IS ATTACHED.

NOTE TO SCHOOL OFFICIALS: THIS CERTIFICATE AND ANY ATTACHMENTS MUST BE FILED IN THE STUDENT'S CUMULATIVE FOLDER.

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
224 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862
1-13-2011
OFFICIAL SCHOOL RECORD

PH-2414

**ACHIEVEMENT TEST RECORD**

Place achievement test "gummed labels" in sequential order on this form beginning at the top of the sheet. When the front of the sheet is full, continue on the reverse side.

Start Here:

DELLINGER TAMMY S GR 09 LEV 10 FORM F * TEST OF ACADEMIC SKILLS * DATE 10 85

| | TYPE SCORE | READ COMP | READ VOC | SPEL LING | ENG LISH | SOC SCI | SCI ENCE | USNG INFO | READ ING | TOT ENG | MATH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SEVIER COUNTY<br>SEVIER CO HIGH | NP | 5 | 6 | 11 | 6 | 9 | 11 | 22 | 5 | 6 | 4 |
| 00 780 055 001 | NS | 2 | 2 | 3 | 2 | 2 | 3 | 3 | 2 | 2 | 2 |

OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

CONFIDENTIAL
OFFICIAL SCHOOL RECORD

CONFIDENTIAL
RECEIVED
FEB 14 1984
COBB COUNTY PUBLIC SCHOOLS
SPECIAL EDUCATION DEPT.

PSYCHOLOGICAL SERVICES

COBB COUNTY BOARD OF EDUCATION
514 Glover Street
Marietta, Georgia 30060

James O. Niblett, Ph.D.
Supervisor, Psychological Services

Thomas S. Tocco, Ph.D.
Superintendent of Schools

# PSYCHOEDUCATIONAL REPORT

**Name** Tammy Sue Dellinger **School** Osborne Middle

**Parent's Name** Mr. & Mrs. James Dellinger **Telephone** 429-1273

**Address** 1238 Atlanta Road, Marietta, Georgia 30060

**Date of Testing:** (yr.) 83 (mo.) 12 (day) 13 **Grade** 6

**Birthdate:** (yr.) 69 (mo.) 12 (day) 4 **Sex** Female

**Chronological Age:** (yr.) 14 (mo.) 0 **Examiner** Marvin McDaniel

**Test(s) used:**

Wechsler Intelligence Scale for Children-Revised (WISC-R)
Bender Gestalt
Draw-A-Person (DAP)
Roberts Apperception Test for Children

---

**Vision:** Passed 8-83
**Hearing:** Passed 8-83

---

## STATUS OF PARENT CONFERENCE

Parents contacted by Psychological Services (yes) or (no)
Parents were in agreement with recommendations (yes) or (no)

CONFIDENTIAL
OFFICIAL SCHOOL RECORD

INTRODUCTION AND BACKGROUND:

Tammy was referred for an evaluation due to low academic performances and acting out behavior. Her family history is eventful and can be reviewed on the attached forms.

In August of 1983, an educational evaluation indicated ability in the mentally deficient range. Achievement scores were on mid second and third year levels and consistent with ability scores measured. Due to reading problems and indications of higher ability she was given placement in a Learning Disabilities Program while in school in Tennessee.

Reading scores in September of 1983 were even lower. Mid first year scores were obtained on the Peabody. The Stanford Diagnostic Reading Test given at the same time indicated mid second year skills. Behavior rating scales given at this time revealed problems with being impulsive, having a short attention span, poor use of her intellect, poor ego strength and feeling persecuted. None of the measures on all behaviors were in the "normal" range. Self-concept measures were in the low average range. Work samples provided indicate poor spelling skills and poor skills in written communications. Confusions in math problems were present. Measures of vocabulary skills were in the high average range.

OBSERVATIONS:

Tammy was at ease during testing but was prone to become frustrated easily. Confused work habits were then apt to occur. Response times were within usual time limits.

TEST RESULTS AND IMPRESSIONS:

According to current WISC-R scores, Tammy is currently functioning intellectually in the Borderline range. Variances among subtests are extreme, indicating poor verbal expressive skills and underachievement. Attending skills, visual and auditory, were poorly displayed. Recall accordingly is poor. There are indications that these skills, as measured, are below her potential level. Underachievement is indicated.

Visual sequential skills and abilities to work with spatial relationships are normally developed. Yet, visual organizational skills were poorly utilized. Scale differences on the WISC-R are seen as artifacts reflecting the behavioral/emotional factors in test taking as opposed to dysfunctional perceptual/motor skills.

CONFIDENTIAL
OFFICIAL SCHOOL RECORD

The Bender figures were drawn with good motor skills judging by the qualities of line segments and points of juncture. Tammy tended to distort the angularity of these figures. She also rotated one 90 degrees.

Good motor skills were used to complete the human figure drawing. Contents suggest an emotional/social immaturity. Her replies to the Roberts Apperception Test for Children indicate low tendencies to rely on others for assistance. Yet, she perceives others as being supportive. She is apt to view situations as problem situations where others set limits. Her solutions to these problems are most likely to be a wishful or superficial nature. Measures of anxiety and rejection are excessive. The rejection measure approaches significance. She does not present excessive tendencies toward aggressiveness or depression. A number of atypical responses were made where the usual themes were distorted by comments on death and dying. A distortion in primary thinking processes is suspected.

CONCLUSIONS AND RECOMMENDATIONS:

These test results indicate that academic progression has been hampered more by emotional/behavioral factors than by deficits in learning skills. Extremes in scores are seen as reflecting anxiety. She distorts usual themes sufficiently to warrant considerations for placement in the Behavior Disorders Program. Personal counseling would also be warranted.

Emphasis on developing plans of action that address problems realistically rather than superficially is recommended. Developing support systems among her peers should be encouraged. Provide teacher attention and approval for behaviors that are within stated limits. Avoid attention for negative behaviors.

The nature of her visual acuity problem is unclear. From comments made, failed vision tests may have been from anxiety. Follow-up in this area is needed. Recheck vision when she is not anxious and her attention spans appear more average.

fc



SEVIER COUNTY, GATEWAY TO THE GREAT SMOKY MOUNTAINS NATIONAL PARK

# SEVIER COUNTY DEPARTMENT OF EDUCATION


EUGENE W. HUSKEY
Superintendent of Public Instruction, Sevierville, Tennessee



CONFIDENTIAL
OFFICIAL SCHOOL RECORD
SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862


## PSYCHOLOGICAL REPORT
## CONFIDENTIAL

Name: Tammy Dellinger
Birthdate: 12-4-69
C.A.: 12-10
School: Pittman Center
Grade: 4
Evaluation Date: 11-2-82

Parent: Ann Dellinger
Rt. 1, Cosby ... 37722


1-13-2011
Donna Washovich
Records Custodian


EVALUATION PROCEDURE:

Wechsler Intelligence Scale for Children - Revised (WISC-R)
Wide Range Achievement Test (WRAT)
Woodcock Reading Mastery Tests
Bender Visual-Motor Gestalt Test
Draw-A-Person (DAP)
Teacher Interview
Cumulative File Review

REASON FOR REFERRAL:

Tammy was referred for an evaluation by her classroom teacher, Vera Ogle, because she "performs far below grade level". According to Ms. Ogle, Tammy is functioning on approximately the 1st or 2nd grade level in all academic areas, and is far below all the other students in her class. Tammy is currently receiving Chapter I services.

BACKGROUND INFORMATION AND OBSERVATIONS:

Tammy is a 12 year 10 month old caucasian female enrolled in the 4th grade at Pittman Center Elementary School. Tammy attended 1st through 3rd grades at Sevierville Primary School and 4th grade at Sevierville Middle before transferring to Pittman Center for the present school term. A review of her cumulative file revealed that she has been retained 3 times -- in the 1st, 2nd, and 4th grades. Poor school attendance has been typical for Tammy since her first year and has become progressively worse. A truancy hearing was held March 3, 1982, after which Tammy was ordered to return to school. Tammy was initially referred and evaluated in 1977, which resulted in special education placement due to slightly below average intellectual functioning. After a reevaluation in 1980, she was withdrawn from the program with the discontinuation of the Learning Problems category. The most recent administration of the Metropolitan Achievement Test Mathematics Survey (4-27-82) indicated that Tammy is performing on the 2.3 grade level, 1st percentile. According to the Gates-MacGinitie Reading Test, her performance on the vocabulary and comprehension subtests was 2.5 grade equivalent, 7th percentile and 2.4 grade level, 7th percentile, respectively.

Tammy reported living with her two brothers, age one and ten, a "stepdaddy", and mother. During the testing situation she was cooperative, friendly and appeared to work diligently, although slowly, on all tasks.

ASSESSMENT RESULTS:

On the WISC-R, Tammy obtained a Verbal IQ of 70, a Performance IQ of 77, resulting in a Full Scale IQ of 72. This places her in the Borderline Range intellectually and at the 3rd percentile. Subtest scaled scores were as follows:

| | | | |
|---|---|---|---|
| Information | 4 | Picture Completion | 7 |
| Similarities | 6 | Picture Arrangement | 11 |
| Arithmetic | 5 | Block Design | 1 |
| Vocabulary | 3 | Object Assembly | 7 |
| Comprehension | 8 | Coding | |
| Digit Span | 3 | | |

CONFIDENTIAL
OFFICIAL SCHOOL RECORD

Her overall performance was very inconsistent with scaled scores ranging from a 1 on Block Design to an 11 on Picture Arrangement. A relative cognitive strength was manifested on the Picture Arrangement subtest of the Performance scale which measures the ability to place pictures sequentially in a logical, causal relationship. This is indicative of average ability in visual sequencing, perceptual organization and interpreting social situations. On the verbal scale, Tammy's highest score was on the Comprehension subtest which fell in the low average range. Both subtests are concerned with social interactions and are reflective of Tammy's ability to verbally demonstrate practical information in solving everyday situations. A significant cognitive weakness appeared on the Block Design subtest which measures spatial relationships, non-verbal concept formation and visual-motor coordination. This depressed score is consistent with Tammy's performance on the Bender which is an age equivalent of 7 years to 7 years, 5 months. Her scoreable errors on the Bender, like those of the Block Design subtest, reflected a deficit in analyzing and integrating abstract information. She also had difficulty on tasks which measure crystallized intelligence. The Information, Arithmetic and Vocabulary subtests are strongly dependent for their development on exposure to cultural opportunities and are highly influenced by formal or informal educational factors.

The WRAT yielded the following results:

| | Grade Rating | Standard Score | Percentile |
|---|---|---|---|
| Reading | 2.9 | 64 | 1 |
| Spelling | 2.4 | 60 | .8 |
| Arithmetic | 1.7 | 55 | .3 |

Tammy's performance on the WRAT was below her grade placement and far below her chronological age. Although her grade placement in reading and spelling is not significantly low, it does not reflect an adequate picture of her true ability as was evidenced on the Woodcock. The results of the Woodcock were as follows:

| | Reading Grade Score |
|---|---|
| Letter Identification | 3.2 |
| Word Identification | 1.7 |
| Word Attack | 1.6 |
| Word Comprehension | 1.7 |
| Passage Comprehension | 2.0 |
| Total Reading | 1.9 (less than 1st percentile) |

Tammy showed familiarity with basic sight words being able to read "in", "tree" and "animal" from the Level II portion of the WRAT and several words from the Level I portion of the WRAT and the Word Identification subtest of the Woodcock. Word attack skills were not demonstrated in Tammy's attempt to read unfamiliar words. The initial sound was all she could successfully decode. The arithmetic subtest was significantly below the expected level according to the WISC-R. She could work only the simplest written math problems without help. Although she appeared to understand more advanced concepts of regrouping and carrying, her computational skills were not adequate enough to complete the processes.

SUMMARY:

Tammy is a 12 year 10 month old fourth grader functioning in the Borderline range intellectually. Academically, she is far below grade and age level in all areas, and significantly below the expected level in math, according to the WISC-R.

RECOMMENDATIONS:

1. A significant discrepancy of more than one standard deviation exists between Tammy's cognitive/intellectual functioning and her measured achievement in the area of mathematics calculation. Thus, she qualifies for special education placement as a Learning Disabled child. Although there is not a discrepancy between her measured ability and reading, the standard scores are not a true reflection of her ability.

2. Possible activities to broaden her general knowledge and verbal skills are: (a) review basic concepts such as months, directions, and familiar historical events; (b) focus on current events by referring to magazines, newspapers, etc; (c) have Tammy explain how story characters are feeling and thinking.

3. Possible activities to remediate spatial and visual motor deficits are: (a) use jigsaw puzzles; (b) match letters, shapes, numbers; (c) use dot-to-dot exercises; (d) have Tammy solve a maze; (e) use tracing exercises (spelling words, etc.); (f) encourage trial and error activities and reinforce persistence.

4. The M-Team should consider double promotion at the end of this year with extended resource for the next academic term.

Mike Buckley
School Psychology Extern

William J. Kenney, Ph.D.
Licensed Psychologist

CONFIDENTIAL
OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862




SEVIER COUNTY DEPARTMENT OF EDUCATION

EUGENE W. HUSKEY

Superintendent of Public Instruction, Sevierville, Tenn.



CONFIDENTIAL
OFFICIAL SCHOOL RECORD


PSYCHOLOGICAL REPORT
CONFIDENTIAL

Name: Tammy Sue Dellinger
Date of Birth: December 4, 1970
Chronological Age: 9 years, 9 months
School: Sevierville Primary
Grade: 2
Examiner: Joen Ellisor
Date of Evaluation: November 3, 1980

Parents: Mr. & Mrs. James Dellinger
Rt. 5
Sevierville, TN 37862
453-9324


SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862
1-13-2011
Donna Waskovich


REASON FOR REFERRAL:

Periodic reevaluation

EVALUATION PROCEDURE:

The evaluation consisted of observation of the child, interviews with the child and the resource teacher, a review of records, and administration of the following tests: Bender Visual-Motor Gestalt Test, Wide Range Achievement Test (WRAT), Wechsler Intelligence Scale for Children - Revised (WISC-R).

BACKGROUND INFORMATION:

Tammy Dellinger is presently enrolled in the third grade at Sevierville Primary. According to records, the child has participated in the Special Education resource program since her first grade year. Her resource teacher noted that, while Tammy has made progress in the program, she is still working below grade level and below her apparent ability level. Tammy reflected positive feelings about school and her participation in the resource program.

EVALUATION RESULTS AND BEHAVIORAL OBSERVATIONS:

Tammy was observed working cooperatively in the resource room. She approached the testing situation in a curious and relaxed manner and cooperated well throughout the evaluation.

Tammy's performance on the Bender indicates slight perceptual-motor difficulty on the part of the child. According to the Koppitz method of scoring, Tammy's visual-motor skills measured at a seven year to seven year, five month developmental level, indicating visual-motor skills somewhat uncommensurate with her ability level.

WRAT results showed Tammy's word recognition skills to be at the second percentile, with a standard score of 68. Her spelling skills measured at the fourth percentile, with a standard score of 73. The child's math skills were at the eighth percentile, yielding a standard score of 79. In attempting to recognize unfamiliar words, Tammy

showed a poor understanding of phonics. Rather than attempting to sound unfamiliar words phonetically, Tammy often read the stimulus word as another word similar in length and structure. For example, she read spell as sleep and even as each. Such performance suggests that Tammy may be more suited for a sight-recognition reading program rather than one which is phonetically based. Tammy demonstrated relative strength in her math skills and appears to be working up to her ability in this area.

On the WISC-R, Tammy attained an I.Q. score within the "Low Average" range, according to the Wechsler Classification system. The child's Verbal Scale I.Q. score was 78; her Performance Scale I.Q. score was 85; and, her resultant Full Scale I.Q. score was 80 $\pm$ 6. The chances that the range of scores from 74 to 86 includes her true I.Q. are 95 out of 100. The child performed most tasks within the low average to slightly below average range. She showed average ability on one task involving the understanding of socially adaptive, commonsense behavior, as well as on another task involving visual planning skills.

SUMMARY & RECOMMENDATIONS:

Tammy Dellinger is a nine year, nine month old child of low average ability who has demonstrated learning problems in the regular classroom. Evaluation results substantiate the child's eligibility to continue receiving special education resource assistance. Tammy's individual program might involve remediation of basic skills with emphasis on the development of a strong sight-word vocabulary as well as more adaptive approaches to visual-motor tasks. A discussion of program needs and changes should be participated in by all multidisciplinary team members.

CONFIDENTIAL
OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

Joen D. Ellisor

Joen D. Ellisor, M.A.
Certified School Psychologist

# COBB COUNTY PUBLIC SCHOOLS, MARIETTA, GEORGIA

## MIDDLE SCHOOL RECORD

NAME [illegible] (LAST) [illegible] (FIRST) Sue (MIDDLE) DOB 12/4/69

843 364
STUDENT NUMBER

FIRST YEAR

MIDDLE SCHOOL

Name Last First Middle: [illegible] Tammy
Home Room Teacher: [illegible]
Entry Date
Withdrawal Date
Grade 7
School Name

| 19__ 19__ | Fall | Winter | Spring |
|---|---|---|---|
| Art | | u/u | |
| Business | | | |
| Home Economics | | | S/S |
| Speech & Drama | | | |
| Inst. Music | | | |
| Music | S/S | | |
| Physical Ed. | S/2 | u/S | S/u |
| | | | |
| Reading | C | C | B |
| Spelling | A | C | B |
| English | B | C | B |
| Mathematics | B | B | B |
| Social Studies | D | C | C |
| Science | D | C | B |
| Health | | | |
| SKILLS LEVEL | | | |
| Reading | ES | ES | ES |
| Mathematics | ES | ES | ES |

MARKING SYSTEM
A 90-100 F Below 60
B 80-89 E Excellent
C 70-79 S Satisfactory
D 60-69 U Unsatisfactory

SKILLS LEVELS
ES Elementary
6 6th Grade
7 7th Grade
8 Grade

Next year's classification is 8th grade

Annual Attendance — Days Present 137 — Days Absent 38

Name Last First Middle: Dellinger, Tammy
Home Room Teacher: Adams
Entry Date 8/21/84
Withdrawal Date
Grade 8
School Name: Osborne Middle

| 19 84-85 | Fall | Winter | Spring |
|---|---|---|---|
| Art | | | F |
| Business | | | |
| Home Economics | A | | |
| Inst. Music | | | |
| Music | | B | |
| Physical Ed. | C | B | D |
| | | | |
| | | | |
| Reading | D | C | F |
| Spelling | B | D | D |
| English | C | B | F |
| Mathematics | C | C | F |
| Social Studies | B | D | D |
| Science | B | F | F |
| Health | | | |
| SKILLS LEVEL | | | |
| Reading | ES | ES | ES |
| Mathematics | ES | ES | ES |

MARKING SYSTEM
A 90-100 D 60-69
B 80-89 F Below 60
C 70-79

SKILLS LEVELS
ES Elementary
6 6th Grade
7 7th Grade
8 8th Grade

Annual Attendance — Days Present 138 — Days Absent 40

Next Year's Grade Assignment Is 9th
*Modified expectations - additional records available

FOURTH YEAR

MIDDLE SCHOOL

NOTE: [illegible] transfer to the high school, the following items should remain in the permanent record: immunization form and pertinent health records, confidential file card, reading management card, mathematics management card, SST folder, guardianship papers, standardized test card, and recent scores and transcipts from other systems

Transcripts Sent — Date

**Information contained in this transcript cannot be subsequently released without further consent.**

fold line

Place each label in chronological order as close to the preceding label as possible.
**DO NOT OVERLAP LABELS.**

**COBB COUNTY PUBLIC SCHOOLS**
**INDIVIDUAL STANDARDIZED TEST RESULTS**
**MIDDLE SCHOOL RECORD**

DOB 12/4/69

GEORGIA CRITERION-REFERENCED TESTS — GRADE 8

NAME: TAMMY S. DELLINGER — TEST DATE: SPRING 85

STUDENT NO:

| READING | [illegible] | | | [illegible] | | | | [illegible] | | | | TOTAL OBJECTIVES ACHIEVED | TOTAL SCALE SCORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OBJECTIVE NO. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 0 | 162 |
| | – | – | – | – | – | – | – | – | – | – | – | | |

| MATHEMATICS | [illegible] | | | [illegible] | | | [illegible] | | | | | TOTAL OBJECTIVES ACHIEVED | TOTAL SCALE SCORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OBJECTIVE NO. | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 10 | 11 | 1 | 177 |
| | – | – | – | – | – | – | – | – | – | – | ✭ | | |

| CAREER DEVELOPMENT | [illegible] | [illegible] | [illegible] | [illegible] | TOTAL OBJECTIVES ACHIEVED |
|---|---|---|---|---|---|
| OBJECTIVE NO. | 1 2 3 4 5 6 7 | 8 9 10 11 12 | 13 14 15 16 | 17 18 19 20 | 1 |
| | – – – | – – – | ✭ – | – – | |

Information contained in this transcript cannot be subsequently released without further [illegible]