**Exhibit 12**

PAGE 1

Student # ~~087602~~ 134904

NAME Dellinger Timmy Lee
LAST FIRST MIDDLE

CHECK ONE: BOY ☑ GIRL ☐

| GRADE | DATE ENTERED | CHRONOLOGICAL AGE * | DATE WITHDRAWN | NO. DAYS IN SCHOOL YEAR | DAYS PRESENT | DAYS ABSENT | DAYS NOT ENROLLED | TIMES TARDY | NAME OF SCHOOL | TEACHER | Language Arts: READING | WRITING | SPELLING | ENGLISH | LITERATURE | Social Studies: GEOGRAPHY | U.S. HISTORY | CIVICS | TENN. HISTORY | ARITH. | Health: HEALTH | PHYS. ED. | NUTRITION | SAFETY | Science and Conservation: SCIENCE | CON. | AG. | HOME MAKING | Appreciation: MUSIC | ART | | Promoted: YES | NO | NO. IN CLASS | AG. SCORE READ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8/24/78 | 6 | | 175 | 162 | 13 | 0 | 0 | Sev. Prim | Lou Copas | U | U | | | | | | | | U | | S | | | U | | | | S | U | | | X | 24 | |
| 1 | 8/24/79 | 7 | 4/16/80 | 175 | [illegible] | [illegible] | 35 | 0 | Sevierville Pri. | Cathy Poag | D | C | - | - | - | - | - | - | - | C | S | S | - | - | S | - | - | - | S | S | | | | 24 | |
| 2 | 8/?/80 | 9 | | 175 | 119 | 56 | | | " | K. Thomas | U | U | U | U | | U | | | | U | U | S | | | U | | | | S | S | | | X | 24 | |
| 2 | 8/25/81 | 9 | | 175 | [illegible] | 54 | | | " | Anthony Watson | D | U | U | U | | | | | | U | | S | | | | | | | S | S | | ✓ | | 24 | |
| 2 | 9/?/83 | 10 | | 175 | 85 | 90 | | | Pittman Center | S. Kimmel | U | D | U | U | | | | | | U | | S | | | U | | | | S | S | | ✓ | | 21 | |
| 6 | ?/85 | | 11/?/85 | 175 | 43 | 1 | | | Pittman Center | T. Gosnell | Timmy's assignments were all modified to his level and he did satisfactory work at this level | | | | | | | | | | | | | | | | | | | | | | | | |
| [illegible] | ?/85 | 13 | | 180 | 180 | 90 | - | - | PF Middle | Hugh Dollar | Ungraded Program | | | | | | | | | | | | | | | | | | | | | | | | |
| [illegible] | ?/86 | 14 | | 180 | 98 | 82 | 11 | | PFM | Judy Watson | non graded PROGRAM | | | | | | | | | | | | | | | | | | | | | | | | |

GRADE 9 Sevier Co High

COURSE 1987-1988

| SUBJECT | TEACHER | GRADE 1 | GRADE 2 | CRED. |
|---|---|---|---|---|
| Voc. Skills | Hardin | D | B | 1 |
| Math | Haynes | I | F | 0 |
| Voc. Ag. | Loveday | F | | 0 |
| Ind. Living | Hardin | D | B | 1 |
| P.E. | Mills | D | F | 1/2 |
| Staff | Pre. Voc | D | C+ | 1 |
| Lang. Arts | Haynes | | F | 0 |

DAYS PRESENT 130 TOTAL CREDITS 3 1/2

MAJOR MINOR

GRADE 10

134904 DELLINGER, TIMMY 914
1988-89 Sevier County High School

| Course | Teacher | Grades 1 | 2 | CRED. |
|---|---|---|---|---|
| Auto Mechanics II | Breeden, J | C | B | 2 |
| Work Study V Math | Marzullo | B | B | 1 |
| Voc Work Study | Hardin | B | | 1/2 |
| Physical Education | Mills | D | C | 1 |
| Ws. English | Marzullo | C | B | 1 |
| Work Study | Mills | | B | 1/2 |

DAYS PRESENT 163 / 180 TOTAL CREDITS 6

MAJOR MINOR

GRADE 11

134904 DELLINGER, TIMMY 914
Sevier County High School 1989-90

| Course | Teacher | grades 1 | 2 | Cred |
|---|---|---|---|---|
| Resourse Arithmetic | Lusk | C | - | 1/2 |
| ~~Resource English I~~ | ~~Marzullo~~ | | | |
| Auto Mechanics II | Breeden, J. | B | B | 1 |
| Work Study Work Releas | Esch BJ | A | A | 3 |
| Work Study | Esch | B | - | 1/2 |

DAYS PRESENT ____ TOTAL CREDITS ____

MAJOR MINOR

GRADE 12 1990 #1

134904 DELLINGER, TIMMY
Sevier County High School 1990

| Course | Teacher | grades 1 | 2 |
|---|---|---|---|
| Auto Mechanics II | Breeden, J. | B+ | B |
| Work Study Work Releas | Tredup | B | B |

DAYS PRESENT 144/180 TOTAL CREDITS 6

MAJOR MINOR

* To Determine C. A. as of September 1st Any Year. 1. Add 1/2 year if birthday is between January 1st and May 31st. 2. Subtract 1/2 year if birthday is in December. 3. Enter age in years if birthday is between June 1st and November 30th.

NAME Dellinger Timmy Lee
LAST FIRST MIDDLE

| GRADE | | | | | GRADE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| COURSE | | | | | COURSE | | | | |
| SUBJECT | TEACHER | GRADE 1 | GRADE 2 | CRED. | SUBJECT | TEACHER | GRADE 1 | GRADE 2 | SEM. |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

DAYS PRESENT ____ TOTAL CREDITS ____ DAYS PRESENT ____ TOTAL CREDITS ____

MAJOR ____ MINOR ____ MAJOR ____ MINOR ____

## MISCELLANEOUS INFORMATION

DATE OF GRADUATION 6-1-91

NUMBER IN CLASS 330

RANK IN CLASS 175 GPA 2.54

SPED Diploma

IF PUPIL DROPPED OUT OF SCHOOL BEFORE GRADUATION, GIVE DATE AND CAUSE ____

Gary O Roach
SIGNATURE OF PRINCIPAL

(TO BE SIGNED BY PRINCIPAL AT TIME OF GRADUATION OR WHEN STUDENT DROPPED OUT OF SCHOOL.)

## PORTRAIT

* To Determine C. A. as of September 1st Any Year.

1. Add ½ year if birthday is between January 1st and May 31st.
2. Subtract ½ year if birthday is in December.
3. Enter age in years if birthday is between June 1st and November 30th.

CODE

C. A. Actual Age in Years
M. A. Mental Age
I. Q. Intelligence Quotient
E. A. Educational Age
A. Q. Accomplishment Quotient

## MENTAL TEST RECORD

| NAME OF TEST | FORM | DATE | SCORE | C. A.* | M. A. | I. Q. | % RANK |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## ACHIEVEMENT TEST RECORD

| NAME OF TEST | FORM | DATE | TEST NORM | PUPILS SCORE | E. A. | C. A.* | A. Q. | SCHOOL GRADE | % RANK |
|---|---|---|---|---|---|---|---|---|---|

```
METRO SURVEY BATTERY          SCHOOL - 00 780 060
DELLINGE TIMM READ MATH LANG BASI SCIE SOCI COMP
GR  2.2      RS   16   12   21   69   12   22   83
LEV P1       SS  433  292  350  339  257  411  315
TEST DATE NCE 17.3  6.7 27.2 13.1  1.0 33.7  6.7
  80 09      S/P 2  6 1  2 3 14 2  4 1  1 3 22 1  2
MAT-78       GE  1.3  K.3  1.3  1.1  K.4  1.6  K.6

METRO SURVEY BATTERY          SCHOOL - 00 780 050
DELLING TIMMY READ MATH LANG BASI SCIE SOCI COMP
GR  2.2      RS   16   13   13   42   12   15   69
LEV P1       SS  433  308  255  308  257  317  263
TEST DATE NCE 17.3  6.7  6.7  1.0  1.0  6.7  1.0
  81 09      S/P 2  6 1  2 1  2 1  1 1  1 1  2 1  1
MAT-78       GE  1.3  K.5  K.3  K.9  K.4  K.6  K.1

METRO SURVEY BATTERY          SCHOOL - 00 780 050
DELLING TIMMY READ MATH LANG BASI SCIE SOCI COMP
GR  2.2      RS   19   17   11   67   26   18   91
LEV P1       SS  461  362  228  331  496  356  339
TEST DATE NCE 24.2 23.0  1.0  0.7 55.3 17.3 17.3
  82 09      S/P 3 11 2 10 1  1 1  2 6 60 2  6 2  6
MAT-78       GE  1.4  1.3  PK   1.0  3.0  1.0  K.8
```

FORM T-1 — APPROVED BY STATE COMMISSIONER OF EDUCATION FOR USE IN TENNESSEE SCHOOLS, GRADES 1-12 PUBLISHED EXCLUSIVELY FOR TENNESSEE EQUIPMENT & SUPPLY CO., NASHVILLE, TENN.

**PERMANENT**
**TENNESSEE CERTIFICATE OF IMMUNIZATION**
**TCA (49-1785 THROUGH 49-1789)**

| Dellinger, Timmy | 04-23-72 | |
|---|---|---|
| CHILD'S NAME | DATE OF BIRTH | PARENT OR GUARDIAN |

**SECTION A:** REQUIRED IMMUNIZATIONS FOR SCHOOL ATTENDANCE.

NOTE TO PROVIDER. IF CHILD HAS NOT RECEIVED THE FOLLOWING REQUIRED IMMUNIZATIONS, PLEASE USE THE TEMPORARY CERTIFICATE OF IMMUNIZATION.

| VACCINE | IMMUNIZATIONS REQUIRED* | IMMUNIZATIONS RECEIVED CHECK DOSES RECEIVED | DATE OF LAST DOSE |
|---|---|---|---|
| DTP/Td | 4 DOSES OF DTP OR IF AGE SEVEN OR OLDER 3 DOSES OF DTP OR Td OR COMBINATION, ONE OF WHICH WAS GIVEN ON OR AFTER THE SIXTH BIRTHDAY. | ☐1 ☐2 ☐3 ☐4 ☒ | 06-01-76 |
| POLIO | 4 DOSES, HOWEVER, IF AGE SEVEN OR OLDER 3 DOSES, ONE OF WHICH WAS GIVEN ON OR AFTER THE SIXTH BIRTHDAY. | ☐1 ☐2 ☐3 ☐4 ☒ | 06-01-76 |
| M-M-R OR | 1 DOSE—MUST BE GIVEN ON OR AFTER THE FIRST BIRTHDAY. | ☐1 | |
| MEASLES | 1 DOSE—MUST BE GIVEN ON OR AFTER THE FIRST BIRTHDAY, OR A HISTORY OF MEASLES DISEASE DIAGNOSED AND ATTESTED TO BY A PHYSICIAN. | ☒ | 01-15-74 |
| RUBELLA | 1 DOSE—MUST BE GIVEN ON OR AFTER THE FIRST BIRTHDAY. FEMALES WHO HAVE ATTAINED THEIR THIRTEENTH BIRTHDAY ARE NOT REQUIRED BY LAW TO HAVE RUBELLA VACCINE, BUT IT IS HIGHLY RECOMMENDED. | ☒ | 01-15-74 |
| MUMPS | 1 DOSE. (NOT REQUIRED BY LAW FOR SCHOOL ATTENDANCE, BUT HIGHLY RECOMMENDED) | ☒ | 09-19-83 |

*REQUIRED IMMUNIZATIONS ARE DEFINED AS THOSE REQUIRED BY LAW. HOWEVER, MOST HEALTH DEPARTMENTS AND PHYSICIANS WOULD RECOMMEND MORE THAN THE REQUIRED ONE. EXAMPLE: MUMPS VACCINE IS HIGHLY RECOMMENDED BUT IS NOT REQUIRED BY LAW.

**SECTION B:** MEDICAL EXEMPTION

I CERTIFY THAT THE ABOVE NAMED CHILD IS GRANTED A MEDICAL EXEMPTION. A SIGNED STATEMENT INDICATING REASONS IS ATTACHED.

☐ YES, THE STATEMENT IS ATTACHED.

THE ABOVE NAMED CHILD HAS RECEIVED THE ABOVE IMMUNIZATIONS REQUIRED FOR SCHOOL ATTENDANCE OR HAS BEEN GRANTED A MEDICAL EXEMPTION WHICH IS ATTACHED.

| | [illegible]VIER COUNTY HEALTH DEPARTMENT P. O. BOX 112 | 08-30-85 |
|---|---|---|
| MEDICAL PROVIDER'S NAME (PLEASE PRINT) | [illegible]STAMP | DATE |

---

**SECTION C:** RELIGIOUS EXEMPTION

THE ABOVE NAMED CHILD IS EXEMPT FROM RECEIVING REQUIRED IMMUNIZATIONS FOR RELIGIOUS REASONS. A SIGNED STATEMENT FROM THE RELIGIOUS LEADER IS ATTACHED.

☐ YES. A STATEMENT FROM A RELIGIOUS LEADER IS ATTACHED.

---

**NOTE TO SCHOOL OFFICIALS:** THIS CERTIFICATE AND ANY ATTACHMENTS MUST BE FILED IN THE STUDENT'S CUMULATIVE FOLDER.

PH-3416

**COBB COUNTY PUBLIC SCHOOLS, MARIETTA, GEORGIA**

NAME: Dellinger, Jimmy Lee (M) 4-25-72

Last / First / Middle / (Name called by) / Sex / Date of Birth / Immunization Record / Student File No.

ADDRESS 1238 Atlanta St. Marietta Ga. 429-1273

Street / City / Phone / Street / City / Street / City

Step- MOTHER NAME Lynda Dellinger ( ) Deceased ( ) Divorced FATHER NAME James Dellinger ( ) Deceased ( ) Divorced Step-father Step-mother Guardian

Carpenter

Occupation Bus. Phone Occupation Bus Phone Occupation Bus Phone Occupation Bus Phone Occupation Bus Phone

PERTINENT INFORMATION

## ELEMENTARY RECORD

| | Kindergarten | | | | | | |
|---|---|---|---|---|---|---|---|
| School | | | | | MILFORD | Fair Oaks 1983-84 | Hollydale 1983-84 |
| Year | | | | | 1984-85 | | 83-84 |
| Teacher | | | | | GRANT | Reeder | GRANT |
| Days Present | | | | | [illegible] | | 27 |
| Days Absent | | | | | 2 | | 2 |
| Days Off Roll | | | | | | | |
| Entry Date | | | | | 8/21/84 | | 11-7-83 |
| Withdrawal Date | | | | | | | |

| Quarter | F | W | S | F | W | S | F | W | S | F | W | S | F | W | S | F | W | S | F | W | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Language Arts | | | | | | | | | | | | | 5 | 5 | | | | | 5 | 5 | 5 |
| Mathematics | | | | | | | | | | | | | 5 | 5 | | | | | 5 | 5 | 5 |

LEGEND: *Indicates Level Completed. A non-graded continuous progress program has been implemented. The number given indicates the level on which the student is working in LANGUAGE ARTS (Reading, Spelling, Writing, and English) and MATHEMATICS. Refer to reading and math folders. Note: Each child also receives instruction in Art, Science, Social Studies, Music, Health, Safety and Physical Education.

LANGUAGE ARTS CONVERSION TABLE



MATHEMATICS CONVERSION TABLE



TEST RESULTS

| Date | Year | Name | Results |
|---|---|---|---|
| | | | |

TEST RESULTS (Summed Later)



1984-85

**Information contained in this transcript cannot be subsequently released without further consent**

COBB COUNTY PUBLIC SCHOOLS, MARIETTA, GEORGIA

NAME: Dellinger, Jimmy Lee (M) 4-25-72

| Last | First | Middle | (Name called by) | Sex | Date of Birth | Immunization Record | Student File No. |
|---|---|---|---|---|---|---|---|

ADDRESS 1238 Atlanta St Marietta 429-1273

NAME: Dellinger, Jimmy Lee

| Last | First | Middle | Sex | Birthdate | Place of Birth | Social Security Number |
|---|---|---|---|---|---|---|
| | | | | | | [illegible] |

ADDRESS:

| Street | City | State |
|---|---|---|
| | | Georgia |

| | |
|---|---|
| Father Name ( ) Deceased | |
| Mother Name ( ) Deceased | |
| Guardian | |
| Home Phone | Mother Business Phone |
| Father Business Phone | Guardian Business Phone |
| If Student lives with other than parent explain | |

PERTINENT INFORMATION

| HONOR OR ACTIVITY | Grade |
|---|---|
| | |

| | |
|---|---|
| Date of Graduation | |
| Rank in Class | GPA |

| TRANSCRIPTS SENT | DATE |
|---|---|
| | |

COBB COUNTY PUBLIC SCHOOLS, MARIETTA, GEORGIA

TEST SCORES

**Information contained in this transcript cannot be subsequently released without further consent**

# COBB COUNTY PUBLIC SCHOOLS, MARIETTA, GEORGIA
## ELEMENTARY RECORD

NAME Dellinger, Jimmy Lee
LAST FIRST MIDDLE (Name called by)

ADDRESS 1238 Atlanta Rd. Marietta 30060
STREET CITY

STREET CITY

| Sex | Date of Birth | Birth Certificate Number | Immunization Adequate — Yes — No | Student Number |
|---|---|---|---|---|
| M | 4/25/72 | | Yes (circled) | 84-3365 |

Kindergarten

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year in School | | | | | | | | | | | | | | | | | | | | | |
| School | | | | Hollydale | | | | | | | | | | | | | | | | | |
| Year | | | | 1983 84 | | | | | | | | | | | | | | | | | |
| Teacher | | | | Grant | | | | | | | | | | | | | | | | | |
| Days Present | | | | | | | | | | | | | | | | | | | | | |
| Days Absent | | | | 3 | | | | | | | | | | | | | | | | | |
| Entry Date | | | | 9-28-83 | | | | | | | | | | | | | | | | | |
| Withdrawal Date | | | | 11-3-83 | | | | | | | | | | | | | | | | | |
| REPORTING PERIOD | F | W | S | F | W | S | F | W | S | F | W | S | F | W | S | F | W | S | F | W | S |
| * LANGUAGE ARTS | | | | | | | | | | | | | | | | | | | | | |
| * MATHEMATICS | | | | | | | | | | | | | | | | | | | | | |

NOTE Each child also receives instruction in Art, Science, Social Studies, Music, Health, Safety and Physical Education

LEGEND * Indicates Level Completed. A non-graded continuous progress program has been implemented. The number given indicates the level on which the student is working in LANGUAGE ARTS (Reading, Spelling, Writing, and English) and MATHEMATICS

LANGUAGE ARTS CONVERSION TABLE



MATHEMATICS CONVERSION TABLE




Information contained in this transcript cannot be subsequently released without further consent.

# Sevier County School System

226 Cedar Street
Sevierville, Tennessee 37862
(615) 453-4671
(615) 546-6751

JACK PARTON
Superintendent

PSYCHOLOGICAL EVALUATION

CONFIDENTIAL

CONFIDENTIAL
OFFICIAL SCHOOL RECORD

Name: Timmy Dellinger
Age: 16 years, 5 months
Date of Birth: 4-23-72
Grade: 10th
School: Sevier County High School
Examiner: Mark R. Zitlin, Ph.D
Evaluation Date: 9-22-88

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862
1-13-2011
Donna Washburn
Records Custodian

REASON FOR REFERRAL:

This is the routine re-evaluation of Timmy's eligibility to receive special educational services.

EVALUATION PROCEDURE:

Wechsler Intelligence Scale for Children-Revised (WISC-R)
Bender-Gestalt Visual Motor Test
Teacher Interview
Cumulative File Review

BACKGROUND INFORMATION AND OBSERVATIONS:

Timmy is a sixteen-five year old tenth grader at Sevier County High School. His cumulative file was not available at the time of testing. It is reported that Timmy is currently in the VAP program and is doing adequately in that setting.

During the individual testing, it was observed that Timmy was friendly, cooperative and hard working. However, it was noted that he could be an inconsistent performer. There was a great deal of variation in his individual tests, such that he would miss an easier item and then later on pass a more difficult item. He did this on many of the WISC-R subtests. However, he clearly wanted to do his best and maintained a consistent effort level and concentration level throughout the testing. He attempted all tasks presented to him. He was often, however, quick to say that he did not know the answers to verbal test questions. He often was slow to respond and seemed to have difficulty in formulating his thoughts in order to respond to questions. He needed the math questions repeated before he was able to answer them. These questions have to be done in the examinee's head and no paper and pencil is allowed. Throughout the testing, Timmy seemed to be somewhat uncertain and unsure of himself and at times hesitant about his answers. He was observed to have spatial orientation and rotation problems while working on the block

design test. This test involves the copying of geometric designs in a nonverbal task.

CONFIDENTIAL
OFFICIAL SCHOOL RECORD
SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

ASSESSMENT RESULTS:

WISC-R:

Full Scale IQ: = 65
Verbal Score = 57
Performance Score = 77

| Verbal | Scaled Score | Performance | Scaled Score |
|---|---|---|---|
| Information | 3 | Picture Completion | 8 |
| Similarities | 3 | Picture Arrangement | 9 |
| Arithmetic | 3 | Block Design | 4 |
| Vocabulary | 2 | Object Assembly | 7 |
| Comprehension | 4 | Coding | 5 |
| (Digit Span) | 3 | | |

BENDER-GESTALT VISUAL MOTOR TEST:

Total Errors: 6 Mean Age: 7-0 Mean Grade: 2nd

Timmy obtained a WISC-R Full Scale IQ of 65, placing him in the mentally retarded range of intellectual functioning. The 20-point difference between his Verbal (57) and Performance (77) IQ is statistically significant. This discrepancy reflects a pattern that is commonly associated with children who have a specific learning disorder. However, when the scores drop this low the learning disorder is complicated by problems of mild retardation. In fact, the only time that Timmy's scores went above the mild deficit range were in the Picture Completion, Picture Arrangement and Object Assembly subtest of the Performance Section. All other subtests were in the borderline deficient and deficient range. Generally, therefore, Timmy is likely to have severe difficulty in his verbal comprehension which would include his ability to use verbal skills, reasoning and solving problems and in his capacity to learn visual material. He is only slightly stronger in the efficiency and integrity of his perceptual organization which would include his nonverbal reasoning skills, Timmy's ability to employ visual images in thinking and his ability to process visual material.

Perceptually, Timmy made numerous errors in the Bender-Gestalt Test. At his age it is expected that he should be able to do this test without making any errors at all. The nature of the errors suggest that Timmy has difficulty with spatial orientation and that he also has not fully acquired the fine motor and visual motor skills expected of a youngster his age.

SUMMARY:

Timmy is a sixteen-five year old tenth grader in the VAP Program. Test data suggests that he is having difficulties both with mental retardation and also with a learning disability. There is also evidence of an expressive fine motor difficulty and also evidence of problems with spatial rotation. Both of

these are likely to interfere with both reading and writting skill development and acquisition.

RECOMMENDATIONS:

1. The Evaluation Team should assess Timmy's academic functioning, in order to determine if a discrepancy exists which warrant the certification of a handicapping condition.

2. In all areas more time should be used when introducing new materials. New work should be presented sequentially and ample opportunity given to master a new concept before the next concept is presented; and there should be a frequent reinforcement of previously acquired skills by allowing more time for practice exercise.

3. Timmy should be encouraged to proof-read or double check his written work; and he should also be encouraged to develop the habit of double checking things he has read especially instructions.

CONFIDENTIAL
OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

Mark R. Zitlin, Ph.D.
Licensed Psychological Examiner

Mike T. Buckley, Ed.S.
Certified School Psychologist

Sevier County School System

226 Cedar Street
Sevierville, Tennessee 37862
(615) 453-4671
(615) 546-6751

JACK PARTON
Superintendent

PSYCHOLOGICAL EVALUATION

CONFIDENTIAL

CONFIDENTIAL
OFFICIAL SCHOOL RECORD

Name: Timmy Dellinger
Age: 16 years, 5 months
Date of Birth: 4-23-72
Grade: 10th
School: Sevier County High School
Examiner: Mark R. Zitlin, Ph.D
Evaluation Date: 9-22-88

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862
1-13-2011
Donna Waskovak
Records Custodian

REASON FOR REFERRAL:

This is the routine re-evaluation of Timmy's eligibility to receive special educational services.

EVALUATION PROCEDURE:

Wechsler Intelligence Scale for Children-Revised (WISC-R)
Bender-Gestalt Visual Motor Test
Teacher Interview
Cumulative File Review

BACKGROUND INFORMATION AND OBSERVATIONS:

Timmy is a sixteen-five year old tenth grader at Sevier County High School. His cumulative file was not available at the time of testing. It is reported that Timmy is currently in the VAP program and is doing adequately in that setting.

During the individual testing, it was observed that Timmy was friendly, cooperative and hard working. However, it was noted that he could be an inconsistent performer. There was a great deal of variation in his individual tests, such that he would miss an easier item and then later on pass a more difficult item. He did this on many of the WISC-R subtests. However, he clearly wanted to do his best and maintained a consistent effort level and concentration level throughout the testing. He attempted all tasks presented to him. He was often, however, quick to say that he did not know the answers to verbal test questions. He often was slow to respond and seemed to have difficulty in formulating his thoughts in order to respond to questions. He needed the math questions repeated before he was able to answer them. These questions have to be done in the examinee's head and no paper and pencil is allowed. Throughout the testing, Timmy seemed to be somewhat uncertain and unsure of himself and at times hesitant about his answers. He was observed to have spatial orientation and rotation problems while working on the block

design test. This test involves the copying of geometric designs in a nonverbal task.

CONFIDENTIAL
OFFICIAL SCHOOL RECORD
SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

ASSESSMENT RESULTS:

WISC-R:

| | |
|---|---|
| Full Scale IQ: = | 65 |
| Verbal Score = | 57 |
| Performance Score = | 77 |

| Verbal | Scaled Score | Performance | Scaled Score |
|---|---|---|---|
| Information | 3 | Picture Completion | 8 |
| Similarities | 3 | Picture Arrangement | 9 |
| Arithmetic | 3 | Block Design | 4 |
| Vocabulary | 2 | Object Assembly | 7 |
| Comprehension | 4 | Coding | 5 |
| (Digit Span) | 3 | | |

BENDER-GESTALT VISUAL MOTOR TEST:

Total Errors: 6 Mean Age: 7-0 Mean Grade: 2nd

Timmy obtained a WISC-R Full Scale IQ of 65, placing him in the mentally retarded range of intellectual functioning. The 20-point difference between his Verbal (57) and Performance (77) IQ is statistically significant. This discrepancy reflects a pattern that is commonly associated with children who have a specific learning disorder. However, when the scores drop this low the learning disorder is complicated by problems of mild retardation. In fact, the only time that Timmy's scores went above the mild deficit range were in the Picture Completion, Picture Arrangement and Object Assembly subtest of the Performance Section. All other subtests were in the borderline deficient and deficient range. Generally, therefore, Timmy is likely to have severe difficulty in his verbal comprehension which would include his ability to use verbal skills, reasoning and solving problems and in his capacity to learn visual material. He is only slightly stronger in the efficiency and integrity of his perceptual organization which would include his nonverbal reasoning skills, Timmy's ability to employ visual images in thinking and his ability to process visual material.

Perceptually, Timmy made numerous errors in the Bender-Gestalt Test. At his age it is expected that he should be able to do this test without making any errors at all. The nature of the errors suggest that Timmy has difficulty with spatial orientation and that he also has not fully acquired the fine motor and visual motor skills expected of a youngster his age.

SUMMARY:

Timmy is a sixteen-five year old tenth grader in the VAP Program. Test data suggests that he is having difficulties both with mental retardation and also with a learning disability. There is also evidence of an expressive fine motor difficulty and also evidence of problems with spatial rotation. Both of

these are likely to interfere with both reading and writting skill development and acquisition.

RECOMMENDATIONS:

1. The Evaluation Team should assess Timmy's academic functioning, in order to determine if a discrepancy exists which warrant the certification of a handicapping condition.

2. In all areas more time should be used when introducing new materials. New work should be presented sequentially and ample opportunity given to master a new concept before the next concept is presented; and there should be a frequent reinforcement of previously acquired skills by allowing more time for practice exercise.

3. Timmy should be encouraged to proof-read or double check his written work; and he should also be encouraged to develop the habit of double checking things he has read especially instructions.

CONFIDENTIAL
OFFICIAL SCHOOL RECORD

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

Mark R. Zitlin, Ph.D.
Licensed Psychological Examiner

Mike T. Buckley, Ed.S.
Certified School Psychologist

CONFIDENTIAL
OFFICIAL SCHOOL RECORD

RECEIVED
JUL 15 1985
COBB COUNTY PU...
SPECIAL EDUCATI...

CONFIDENTIAL

PSYCHOLOGICAL SERVICES

COBB COUNTY BOARD OF EDUCATION
514 Glover Street
Marietta, Georgia 30060

James O. Niblett, Ph.D.
Supervisor, Psychological Services

Thomas S. Tocco, Ph.D.
Superintendent of Schools

# PSYCHOEDUCATIONAL REPORT

Name Timmy Lee Dellinger School Milford

Parent's Name Mr. & Mrs. James Dellinger Telephone

Address 1238 Atlanta Road Marietta, Ga. 30060

Date of Testing: (yr.) 85 (mo.) 5 (day) 28 Grade SCMIMH (5)

Birthdate: (yr.) 72 (mo.) 4 (day) 25 Sex male

Chronological Age: (yr.) 13 (mo.) 1 Examiner Marvin McDaniel

Test(s) used:

Wechsler Intelligence Scale for Children - Revised
Peabody Picture Vocabulary Test - Revised
Bender Visual-Motor Gestalt Test

Vision:
Hearing: passed 12/4/84

## STATUS OF PARENT CONFERENCE

Parents contacted by Psychological Services (yes) or (no)
Parents were in agreement with recommendations (yes) or (no)

CONFIDENTIAL
OFFICIAL SCHOOL RECORD

## Reason for Referral and Background:

Timmy was evaluated as a three year re-evaluation due to having received services through Special Education. He is currently being served in a self-contained program for the Mildly Mentally Handicapped.

The current educational evaluation indicates an ability index of 67 (SIT) with achievement scores on first and second grade levels. He was said to be aggressive and display inappropriate social behaviors if not closely supervised. He will physically abuse others without the close supervision. Adaptive behavior as measured by the AAMD Adaptive Behavior Scale more closely resembles that of the TMR reference group.

## Observations:

Timmy was friendly, cooperative and worked well throughout testing. He used his fingers as concrete aids to count and do simple computations. He had a speech impediment but this did not seem to unduly impair him. He was aware of family relationships and the activities the family enjoys.

## Test Results and Interpretation:

Current Wechsler scores approximate those obtained in 1982. Overall intellectual functioning is in the borderline range. Verbal comprehension skills are in the mentally deficient range. Timmy exhibited average range skills to pay attention to visual details and to properly sequence visual materials which required him to comprehend materials of a social nature. These strengths distort the overall pattern of intellectual skills. This distortion implies that impaired intellectual functioning seen over time reflects a neurological basis that allows Timmy to exhibit some normal skills that do not necessarily transfer to academic tasks and/or learning.

An IQ of 69 was obtained on the Peabody Picture Vocabulary Test - Revised. This, too, approximates that obtained in 1982. No difference between receptive and expressive language skills is seen.

CONFIDENTIAL
OFFICIAL SCHOOL RECORD

Visual-motor integration skills are poorly developed. Timmy reproduced the Bender figures with poor form qualities. He exhibited difficulties in relating two parts to each other and to make acute angles. A tendency to act on impulse is seen.

Conclusions and Recommendations:

These test data support a need to continue with MIMH programming. He needs to be in a school setting where he can receive vocational training in the near future. It would be advisable to consider shortening the amount of time he spends in a middle school program to facilitate getting services he will need. Too, being with age peers would tend to help control some of his physical aggressive behavior. It may be that his adaptive behaviors will improve with more appropriate age model peers. He does seem to comprehend the contents of pictorial materials better. Using an instructional technique patterned after a comic strip format may be effective.

ep



SEVIER COUNTY, GATEWAY TO THE GREAT SMOKY MOUNTAINS NATIONAL PARK

# SEVIER COUNTY DEPARTMENT OF EDUCATION

**EUGENE W. HUSKEY**
**Superintendent of Public Instruction, Sevierville, Tennessee**

CONFIDENTIAL
OFFICIAL SCHOOL RECORD

PSYCHOLOGICAL REPORT
CONFIDENTIAL

| | |
|---|---|
| Name: Dellinger, Timmy | Parents: Anna Dellinger |
| Birthdate: 4-23-72 | Rt. 3, Walnut Grove Rd. |
| Age: 10 years, 0 months | Sevierville, TN 37862 |
| School: Sevierville Primary | |
| Grade: 2 | |
| Test Date: 5-10-82 | |

REASON FOR REFERRAL:

To measure school progress and determine if special education services are still needed.

TEST FINDINGS:

Wechsler Intelligence Scale for Children - Revised

| | |
|---|---|
| VSIQ | 60 |
| PSIQ | 75 |
| FSIQ | 67 |

Subtest Scaled Scores:

| | | | |
|---|---|---|---|
| Information | 3 | Picture Completion | 10 |
| Similarities | 3 | Picture Arrangement | 9 |
| Arithmetic | 5 | Block Design | 2 |
| Vocabulary | 6 | Object Assembly | 6 |
| Digit Span | 1 | Coding | 5 |

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862
1-13-2011
Donna Waslovak
Records Custodian

Peabody Picture Vocabulary Test

| | |
|---|---|
| IQ | 66 |
| MA | 5 years, 11 months |

Bender

7-0 to 7-5

Wepman Auditory Discrimination Test

invalidated

Wide Range Achievement Test

| | Grade | Standard Score | Percentile |
|---|---|---|---|
| Word Recognition | 1.8 | 60 | 0.8 |
| Arithmetic Computation | 2.3 | 67 | 01 |

DISCUSSION:

Timmy is a friendly 10 year old white male with red hair and freckles. He is of average height and weight and looks his stated age. Timmy related in a passive, compliant manner and attempted all tasks asked of him. His approach to tasks was impulsive with little forethought. He appeared unsure of himself in approaching new tasks and would look to the examiner for confirmation and assistance. However, once he experienced success he appeared more confident and tried hard. The following discussion is considered an accurate approximation of Timmy's current functioning.

Timmy is currently functioning in the mild mentally retarded range of intelligence. Timmy did considerably better on non-verbal tasks requiring visual-motor skills. Timmy's verbal skills are quite poor for his age. He has great difficulty expressing himself. As a task becomes more abstract his performance deteriorates. In contrast, Timmy attends with age appropriate skill to visual detail and visual sequencing tasks. He tends to work slowly on grapho-motor tasks. Visual-motor development is comparable to a 7 year old. Academically, Timmy is functioning near his current 2nd grade placement but far below his age expectation.

CONCLUSIONS & RECOMMENDATION:

Timmy's current placement is appropriate with his abilities. He should probably be promoted to the 3rd grade next year as he is large for his age and nearly on grade level. He will require continued special education services and when in high school would probably benefit from vocational training.

CONFIDENTIAL
OFFICIAL SCHOOL RECORD
SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

Michael W. Sanders, M.A.
School Psychology Extern

William J. Kenney, Ph.D.
Licensed Psychologist



SEVIER COUNTY, GATEWAY TO THE GREAT SMOKY MOUNTAINS NATIONAL PARK

# SEVIER COUNTY DEPARTMENT OF EDUCATION

EUGENE W. HUSKEY
Superintendent of Public Instruction, Sevierville, Tennessee

CONFIDENTIAL
OFFICIAL SCHOOL RECORD

## PSYCHOLOGICAL REPORT
## CONFIDENTIAL

Name: Timmy Dellinger
School: Sevierville Primary
Grade: 1
Date of Birth: 4-23-72
Age at Testing: 7-0
Dates of Assessment: 4-18-79, 4-20-79, 4-30-79, 5-14-79

Parents:
Rt. 5, Sevierville, TN 37862
Phone: 453-9324

REASON FOR REFERRAL:

Timmy was referred by his first grade teacher Ms. Lou Copas for evaluation because he is working below grade level in language arts and mathematics. Ms. Copas would like to know if Timmy qualifies for resource services.

ASSESSMENT PROCEDURES:

- Stanford-Binet Intelligence Scale - Form L-M (SB)
- Peabody Picture Vocabulary Test (PPVT)
- Bender Visual Motor Gestalt Test
- Developmental Test of Visual-Motor Integration (VMI)
- Wide Range Achievement Test (WRAT)
- Draw-A-Person (DAP)
- Classroom Observation
- Informal Testing
- Interviews

SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862
1-13-2011
Donna Washburn
Records Custodian

BACKGROUND AND OBSERVATIONS:

Timmy is a 7 year old Caucasian male with red hair and freckles. He appears average in height and weight. Overall balance and gross motor coordination appear to be normal. Timmy's speech is not clear. He mispronounces words and has poor syntax.

As Timmy did not attend Kindergarten, this is his first year of school. He presently attends Title I reading for ½ hour per day and speech therapy for 30 minute sessions on Wednesday and Friday. Timmy's teachers describe him as having a short attention span, being easily distractible and immature. Ms. Copas reports that Timmy has made less progress this year than his peers who are also in their first year of school.

Timmy's Title I teacher, Sally Kirby, believes Timmy tries hard in the Distar Reading program. She states that Timmy has made progress this year, and that he needs more help remembering words and sounds of letters.

Catherine Edwards, Timmy's Speech Therapist, indicates that Timmy has severe articulation difficulties that are slowly being remediated. She reports that Timmy

has been making progress with the proper syntax of articles and verbs, but needs more help in this area. Timmy (age 6-5) scored at the 16th percentile on the PPVT when he was given this test by Ms. Edwards and he scored in the 30th percentile when this examiner gave the test to Timmy (age 7-0). This suggests Timmy has advanced 13 months in receptive language skills.

During the classroom observation Timmy was frequently inattentive. Any extraneous movement or sound seemed to attract his attention.

Timmy appeared to enjoy the tests administered by this examiner. He seemed to try hard on some tests and he worked very quickly on others. Timmy seemed to need praise and encouragement to help him stay on task. When he completed one task, he was eager to start a new one.

CONFIDENTIAL
OFFICIAL SCHOOL RECORD

TEST RESULTS:

Timmy's performance on the SB was slightly below average. Timmy started at 4-6 and continued on to his ceiling at the 8 year level. One of Timmy's strengths on the SB seemed to be the ability to make proper judgments in social situations. For example, he knew what to do if he found a lost baby, broke a friend's toy or was late in coming to school. Another strength is Timmy's visual organization and concentration. For instance, when shown pictures of a glove without a finger, a face without an ear or a teapot without a handle he easily stated which piece was missing. On his own drawings of a square and a diamond Timmy pointed out where he had made mistakes. Timmy has difficulty understanding and using words. On the vocabulary subtest Timmy knew what "orange", "straw", "tap" and "roar" meant but did not know the meaning of "envelope", "gown", or "eyelash". When asked to state how objects are different (i.e. bird & dog, slipper & boot, wood & glass) or how things are the same (i.e. wood & coal, ship & automobile), Timmy did not seem to understand how to make comparisons between objects. Another weakness for Timmy is confusion with numbers. When given nine blocks and asked to place "7" and then "6" blocks on a sheet of paper, he placed "8" and then 5 blocks. He could count the blocks initially but when recounting them he made mistakes. This suggests that Timmy understands seriation, but not the concept of quantity.

On the WRAT Timmy could spell his name and copy slanting lines, circles, triangles and parts of squares (Grade level = 1.2). On the reading subtest he could identify "A" and "B" by stating their names, and gave the phonetic sounds to "S", "C", "T", "B", "R" and "M". He confused a typed "t" with a typed "f", and "V" with "U". On the arithmetic test Timmy counted 15 dots, showed 3 and 8 fingers, and identified the numbers "3", "5" and "6". For "17" and "41" he stated they were "1" "7" and "4" "1" respectively.

Analysis of Timmy's Bender and VMI protocols, which require Timmy to copy geometric designs, suggests that his functioning was equivalent to that of a 5½ year old. On the Bender (Koppitz) he had 6 distortions, 4 integration errors and one rotation. On some drawings (#1, #3) Timmy substituted circles for dots and on others (#7, #8) he had a number of missing angles. Timmy used two sheets of paper, instead of one, to complete his drawings. These results suggest that Timmy has significant problems integrating and expressing himself on grapho-motor tasks.

On informal testing Timmy's laterality or hand dominance did not seem to be established. He seemed to prefer different hands for different tasks. He writes with his right hand, but throws and catches a ball with his left hand. Timmy could distinguish his right and left hands. However, when given directions such as: Show me your left ear using your right hand, Timmy used his right hand to touch his right ear.

CONCLUSIONS AND IMPRESSIONS:

Timmy is an extremely likeable, confident seven year old. He seems to try hard when given encouragement and praise. Timmy is a highly distractible child, but when activities are varied, he is able to concentrate and attend to the tasks with greater consistency. He seems to understand and reason what should be done in different

social situations. Another of Timmy's most important strengths is that he seems able to accurately perceive incoming visual stimuli when specifically questioned, eg. he could explain the difference between his drawings and the models provided by the S-B.

As Timmy did not attend kindergarten, he seems to be just catching up for some of his lack of exposure to school related activities. After more exposure to the 3 R's with concurrent remediation of speech, language and visual-motor integrative and expressive difficulties, Timmy may well function within the average range of intellectual abilities.

RECOMMENDATIONS:

1. It is recommended that Timmy be placed in the resource program 1 hour per day for remediation in math and visual-motor difficulties.

2. It is recommended that Timmy remain in the Title I reading class. Distar seems to be an appropriate method of instruction.

3. It is recommended that Timmy continue to receive comprehensive speech therapy.

4. As Timmy seems easily distractible, the reduction of classroom stimuli should be attempted. This might include having his desk face the wall or in a corner away from the door. A study cubicle where Timmy could go and work would be advantageous. A set of ear plugs or ear muffs might also help to eliminate auditory distractions.

5. To help Timmy remember better the following recommendations are made:
   a) keep assignments short
   b) frequent repetition
   c) teach rhymes
   d) connect new information with old associations and experiences
   e) be read short stories and asked comprehension questions
   f) sight words

6. It suggested that Timmy be motivated by encouragement and rewarded with praise. Assignments should be at the 90% success level.

7. It is recommended that Timmy be given work to take home and that his parents spend 10 minutes a night helping him so that Timmy can catch up faster.

8. It is suggested that Timmy be given letters to trace, then imitate, followed by incremental steps in forming letters, numbers and shapes.

9. It is recommended that Timmy be taught to identify left and right on himself and others. He should achieve 100% accuracy.

10. It is recommended that Timmy receive orientation training with activities such as the hokey-pokey or Simon says.

CONFIDENTIAL
OFFICIAL SCHOOL RECORD
SEVIER COUNTY DEPT. OF EDUCATION
PUPIL PERSONNEL SERVICES
226 CEDAR STREET
SEVIERVILLE, TENNESSEE 37862

Rosemary L. Burr Ed.D.

Dirk Hightower
School Psychology Doctoral Student

Rosemary L. Burr, Ed.D.
Certified School Psychologist