**Exhibit 13**

NAME Dellinger (Last) James (First) Anderson (Middle)

087862

Boy ☒ Girl ☐

Social Security number ____________

Computer I.D. number 087862

Birthdate 2-4-81

| Grade | Date Entered | Date Withdrawn | No. Days in School Year | Days Present | Days Absent | Days Not Enrolled | Times Tardy | NAME OF SCHOOL | TEACHER | Reading | Writing | Spelling | English | | Mathematics | Pre-Algebra | Algebra | | Social Studies | Tenn. History | | Science | Phys. Ed. | Health | | Music | Art | Promote: Yes | Promote: No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDC | 9/13/93 | | 180 | 173 | 7 | | | Pigeon Forge Middle | K. Hembree | | CDC - Nongraded Program | | | | | | | | | | | | | | | | | | |
| CDC | 8/24/94 | | 169 | 143 | 26 | | | Pigeon Forge Middle | K. Hembree | | CDC - Nongraded Program | | | | | | | | | | | | | | | | | | |
| CDC | 8/26/96 | | 180 | | | | | Parkway Academy | | Non-Graded | | | | | | | | | | | | | | | | | | | |
| 3DC | 8/25/97 | | 180 | | | | | Parkway Academy | | | Non-graded Program - See IEP. | | | | | | | | | | | | | | | | | | |

# SCHOLARSHIP RECORD

Feb 1 2011 09:25am P002/005
Fax:865-428-5867
SEVIER COUNTY HIGH



087862

NAME: Dellinger (LAST) James (FIRST) Anderson (MIDDLE)

CHECK ONE: BOY ☑ GIRL ☐

| Grade | Date Entered | Chronological Age * | Date Withdrawn | No. Days in School Year | Days Present | Days Absent | Days Not Enrolled | Times Tardy | Name of School | Teacher | Reading | Writing | Spelling | English | Literature | Geography | U.S. History | Civics | Tenn. History | Arith. | Health | Phys. Ed. | Nutrition | Safety | Science | Con. | Ag. | Home Making | Music | Art | Promoted Yes | Promoted No | No. in Class | No. Names Above |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | 8/25/86 | 5 | 1/6/87 | 180 | 53 | 28 | 99 | 0 | Pittman Center | Karen Shults | U | U | | | | | | | | U | S | S | | S | S | | | | S | S | | | | |
| K | 1/6/87 | 5 | | [illegible] | [illegible] | [illegible] | | | Pigeon Forge Pri | Helen Rawlings | | | | | | | | | | | | | | | | | | | | | | | 24 | |
| 1 | 8/27/87 | 6 | 1/22/88 | 180 | 63 | 25 | 88 | 2 | Sevierville Primary | Brooke Elrod | U | U | U | U | | | | | | U | S | S | S | S | S | | | | S | S | | | | |
| 1 | 1-25-88 | 6 | | 180 | [illegible] | 11 | 91 | / | Pigeon Forge Pri. | Debbie Mason-Green | Ungraded Program | | | | | | | | | | | | | | | | | | | | | | 14 | |
| 1 | 8/88 | 7 | | 175 | | | | | Wearwood | Davis | U | S | U | U | | | | | | S | U | S | | S | U | | | | S | | ✓ Socially promoted | | 20 | |
| 2 | 8-25-89 | 8 | | 180 | 170 | 10 | | | Wearwood Elem | Davis | S | S | U | U | | | | | | C | S | S | | S | | | | | S | S | Socially promoted | | 16 | |
| 4 | 8-24-90 | 9 | | 180 | [illegible] | [illegible] | 0 | 0 | Wearwood Elem | Rice SPED. | B | B | B | B | | | | | B | B | B | S | | | B | | | | S | S | ✓ | | 9 | |
| 5 | 9-3-91 | 10 | [illegible] | 180 | [illegible] | 0 | [illegible] | 1 | " | Watson SPED 1st grade level | C | C | A | A | | | | | | A | | | | | | | | | | | | | | |
| 5 | 9/91 | [illegible] | | [illegible] | [illegible] | 12 | [illegible] | | SIS | N. Hendrick | B | C | C | C | SPED - Below Level | | | | | B- | S | S | | | S | | | | S | S | ✓ | | 29 | |
| 6 | 9-1-92 | | | | | | | | Pigeon Forge Middle | J. Gibson | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | 9-21-92 | | | 180 | 170 | 10 | | | -- SMS | Dill/Wyrosdick | | | | | | | | | | | | | | | | | | | | | | | | |

GRADE 9 COURSE

| SUBJECT | TEACHER | GRADE 1 | GRADE 2 | CRED. |
|---|---|---|---|---|
| | | | | |

DAYS PRESENT ______ TOTAL CREDITS ______
MAJOR ______ MINOR ______

GRADE 10 COURSE

| SUBJECT | TEACHER | GRADE 1 | GRADE 2 | CRED. |
|---|---|---|---|---|
| | | | | |

DAYS PRESENT ______ TOTAL CREDITS ______
MAJOR ______ MINOR ______

GRADE 11 COC - Non Graded Program
COURSE

| SUBJECT | TEACHER | GRADE 1 | GRADE 2 | CRED. |
|---|---|---|---|---|
| | | | | |

DAYS PRESENT ______ TOTAL CREDITS ______
MAJOR ______ MINOR ______

GRADE 12 13
COURSE

| SUBJECT | TEACHER | GRADE 1 | GRADE 2 | CRED. |
|---|---|---|---|---|
| | | | | |

DAYS PRESENT ______ TOTAL CREDITS ______
MAJOR ______ MINOR ______

* To Determine C. A. as of September 1st Any Year.
1. Add ½ year if birthday is between January 1st and May 31st.
2. Subtract ½ year if birthday is in December.
3. Enter age in years if birthday is between June 1st and November 30th.

# ACHIEVEMENT TEST RECORD

Place achievement test "gummed labels" in sequential order on this form beginning at the top of the sheet. When the front of the sheet is full, continue on the reverse side.

Start Here:

DELLINGER JAMES A GR 01 LEV PRI 1 E SEM 2 * STANFORD ACHIEVEMENT TEST * DATE 04 25 89

SEVIER COUNTY
WEARWOOD ELEM

00 780 080 001

| TYPE SCORE | WORD STDY | WORD READ | READ COMP | VOC | LIST COMP | SPEL LING | CONC NUMB | MATH C&A | ENVR | READ ING | TOT READ | TOT LIST | TOT MATH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NP | 4 | 9 | 15 | 35 | 27 | 8 | 2 | 7 | 23 | 10 | 8 | 34 | 4 |
| NS | 2 | 2 | 3 | 4 | 4 | 2 | 1 | 2 | 4 | 2 | 2 | 4 | 2 |

OTIS-LENNON SCHOOL ABILITY TEST DATE 9/89
NAME- DELLIGER JAMES SCHOOL- 00 780 080
GRADE- 2.2 CLASS- 1 AGE 8 YEARS 7 MONTHS

| RAW SCORE | SAI | BY AGE XILE | BY AGE STAN | BY GRADE XILE | BY GRADE STAN | LEVEL |
|---|---|---|---|---|---|---|
| 22 | 67 | 2 | 1 | 7 | 2 | PR2 |

TENNESSEE COMPREHENSIVE ASSESSMENT PROGRAM APRIL, 1990 SCORES

DELLINGER JAMES A

SEVIER COUNTY 00780
WEARWOOD ELEM 0081

SSN: - -
ID: 151-00780
DOB: 2/04/81
SURVEY FORM: 4
NORMS FROM: 1988

GRADE: 1.7
LEVEL: 11
Q.MTH: 31

| CTBS/4 SCORES | READING VOC | READING COMP | READING TOTL | LANGUAGE MECH | LANGUAGE EXPR | LANGUAGE TOTL | MATHEMATICS COMP | MATHEMATICS C&A | MATHEMATICS TOTL | TOTL BATT | WORD ANLY | SCI | SOC STD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SS | 444 | 430 | 471 | *437 | 456 | 477 | 426 | 480 | 463 | 467 | 440 | 642 | 633 |
| NCE | 8 | 26 | 19 | *15 | 22 | 1 | 23 | 24 | 23 | 16 | 16 | 66 | 68 |
| NS | 1 | 3 | 2 | * 1 | 2 | 1 | 2 | 3 | 2 | 2 | 2 | 6 | 6 |
| NP | 2 | 13 | 7 | * 4 | 9 | 2 | 10 | 11 | 11 | 5 | 5 | 76 | 76 |
| RANGE | 1-12 | 8-21 | 4-13 | 1-21 | 1-26 | 1-16 | 6-17 | 6-21 | 6-15 | 3-10 | 3-9 | 53-90 | 62-90 |

TENNESSEE DOMAIN SCORES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MECHANICS | N | | | | | SPL/ND 13 | P | COMPREHEN | AN |
| REF STUDY | AN | | | NUMERATN | P | WHOLE/INT | P | FRACTIONS | N |
| GRAPHS | P | MEASURMNT | P | GEOMETRY | N | PROB SOLV | N | | |

TENNESSEE COMPREHENSIVE ASSESSMENT PROGRAM APRIL, 1991 SCORES

DELLINGER JAMES A

SEVIER COUNTY 00780
WEARWOOD ELEM 0080

SSN: - -
ID: 143-02987
DOB: 0/02/81
SURVEY FORM: B
NORMS FROM: 1988
CNT. CODES

GRADE: 4.7
LEVEL: 14
Q.MTH: 31

| CTBS/4 SCORES | READING VOC | READING COMP | READING TOTL | LANGUAGE MECH | LANGUAGE EXPR | LANGUAGE TOTL | MATHEMATICS COMP | MATHEMATICS C&A | MATHEMATICS TOTL | TOTL BATT | SPEL | STDY SKIL | SCI | SOC STD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SS | *526 | *528 | *527 | 601 | *567 | 584 | *487 | *496 | *492 | 634 | 568 | 678 | *564 | *560 |
| NCE | * 1 | * 1 | * 1 | 11 | * 2 | 1 | * 1 | * 1 | * 1 | 1 | 8 | 21 | * 1 | * 1 |
| NS | * 1 | * 1 | * 1 | 1 | * 1 | 1 | * 1 | * 1 | * 1 | 1 | 1 | 2 | * 1 | * 1 |
| NP | * 1 | * 1 | * 1 | 3 | * 1 | 1 | * 1 | * 1 | * 1 | 1 | 2 | 8 | * 1 | * 1 |
| RANGE | 1-14 | 1-15 | 1-21 | 1-24 | 1-19 | 1-10 | 1-6 | 1-8 | 1-3 | 1-11 | 1-7 | 1-34 | 1-17 | 1-23 |

TENNESSEE DOMAIN SCORES

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MECHANICS | N | LANG USE | N | SENT/PARA | N | SPL/ND 13 | N | COMPREHEN | N | LIT SKILL | N |
| REF STUDY | N | | | NUMERATN | N | WHOLE/INT | AN | FRACTIONS | AN | DECIMALS | N |
| GRAPHS | N | MEASURMNT | N | GEOMETRY | N | PROB SOLV | N | | | | |

# PERMANENT
# TENNESSEE CERTIFICATE OF IMMUNIZATION
## TCA (49-1765 THROUGH 49-1769)

James A. Dellinger, Jr. — 02-04-81 — ____________
CHILD'S NAME — DATE OF BIRTH — PARENT OR GUARDIAN

**SECTION A:** REQUIRED IMMUNIZATIONS FOR SCHOOL ATTENDANCE.

NOTE TO PROVIDER. IF CHILD HAS NOT RECEIVED THE FOLLOWING REQUIRED IMMUNIZATIONS, PLEASE USE THE TEMPORARY CERTIFICATE OF IMMUNIZATION.

| VACCINE | IMMUNIZATIONS REQUIRED* | IMMUNIZATIONS RECEIVED CHECK DOSES RECEIVED | DATE OF LAST DOSE |
|---|---|---|---|
| DTP/Td | 4 DOSES OF DTP OR IF AGE SEVEN OR OLDER 3 DOSES OF DTP OR Td OR COMBINATION, ONE OF WHICH WAS GIVEN ON OR AFTER THE SIXTH BIRTHDAY. | ☐1 ☐2 ☐3 ☐4 ☒ | 9-9-85 |
| POLIO | 4 DOSES. HOWEVER, IF AGE SEVEN OR OLDER 3 DOSES, ONE OF WHICH WAS GIVEN ON OR AFTER THE SIXTH BIRTHDAY. | ☐1 ☐2 ☐3 ☐4 ☒ | 9-9-85 |
| M-M-R OR | 1 DOSE—MUST BE GIVEN ON OR AFTER THE FIRST BIRTHDAY. | ☒ | 6-24-82 |
| MEASLES | 1 DOSE—MUST BE GIVEN ON OR AFTER THE FIRST BIRTHDAY, OR A HISTORY OF MEASLES DISEASE DIAGNOSED AND ATTESTED TO BY A PHYSICIAN. | ☐1 | |
| RUBELLA | 1 DOSE—MUST BE GIVEN ON OR AFTER THE FIRST BIRTHDAY. FEMALES WHO HAVE ATTAINED THEIR THIRTEENTH BIRTHDAY ARE NOT REQUIRED BY LAW TO HAVE RUBELLA VACCINE, BUT IT IS HIGHLY RECOMMENDED. | ☐1 | |
| MUMPS | 1 DOSE. (NOT REQUIRED BY LAW FOR SCHOOL ATTENDANCE, BUT HIGHLY RECOMMENDED) | ☐1 | |

*REQUIRED IMMUNIZATIONS ARE DEFINED AS THOSE REQUIRED BY LAW. HOWEVER, MOST HEALTH DEPARTMENTS AND PHYSICIANS WOULD RECOMMEND MORE THAN THE REQUIRED ONE. EXAMPLE: MUMPS VACCINE IS HIGHLY RECOMMENDED BUT IS NOT REQUIRED BY LAW.

**SECTION B:** MEDICAL EXEMPTION

I CERTIFY THAT THE ABOVE NAMED CHILD IS GRANTED A MEDICAL EXEMPTION. A SIGNED STATEMENT INDICATING REASON IS ATTACHED.

☐ YES, THE STATEMENT IS ATTACHED.

THE ABOVE NAMED CHILD HAS RECEIVED THE ABOVE IMMUNIZATIONS REQUIRED FOR SCHOOL ATTENDANCE OR HAS BEEN GRANTED A MEDICAL EXEMPTION WHICH IS ATTACHED.

SEVIER COUNTY HEALTH DEPARTMENT
P. O. BOX 112
SEVIERVILLE, TENN. 37862-0112
453-1032 637-6853

____________ — ____________ — 09-09-85
MEDICAL PROVIDER'S NAME (PLEASE PRINT) — MEDICAL PROVIDER'S SIGNATURE/STAMP — DATE

**SECTION C:** RELIGIOUS EXEMPTION

THE ABOVE NAMED CHILD IS EXEMPT FROM RECEIVING REQUIRED IMMUNIZATIONS FOR RELIGIOUS REASONS. A SIGNED STATEMENT FROM THE RELIGIOUS LEADER IS ATTACHED.

☐ YES, A STATEMENT FROM A RELIGIOUS LEADER IS ATTACHED.

**NOTE TO SCHOOL OFFICIALS:** THIS CERTIFICATE AND ANY ATTACHMENTS MUST BE FILED IN THE STUDENT'S CUMULATIVE FOLDER.

PH-2414

STATE OF TENNESSEE
**DEPARTMENT OF HEALTH AND ENVIRONMENT**
CORDELL HULL BUILDING
NASHVILLE, TENNESSEE 37219-[illegible]

Paula Taylor
STATE REGISTRAR

I hereby certify the below to be a true and correct copy of the official [illegible] this date [illegible] 1986. Valid ONLY when embossed seal of the Tennessee Department [illegible] Environment and red imprinted signature of the State Registrar are affixed.

Paula Taylor
State Registrar

[redacted]

78000
23
78000—

**CERTIFICATE OF LIVE BIRTH**
TENNESSEE DEPARTMENT OF PUBLIC HEALTH
VITAL RECORDS

141- 81 008070

| | | |
|---|---|---|
| CHILD—NAME: 1. James Anderson Dellinger, Jr. | DATE OF BIRTH: 2a. February 4, 1981 | HOUR: 2b. 1:04 a.m. |
| SEX: 3. Male | THIS BIRTH: 4a. Single | IF NOT SINGLE BIRTH: 4b. N/A |
| COUNTY OF BIRTH: 5a. Sevier | CITY, TOWN OR LOCATION OF BIRTH: 5b. Sevierville; INSIDE CITY LIMITS: 5c. No | HOSPITAL—NAME: 5d. Sevier County Medical Center |
| MOTHER—MAIDEN NAME: 6a. Anna Belle Cowan | AGE: 6b. 28 | STATE OF BIRTH: 6c. Tennessee 43 |
| RESIDENCE—STATE: 7a. Tennessee; COUNTY: 7b. Sevier | CITY, TOWN OR LOCATION: 7c. Sevierville; STREET AND NUMBER: 7d. Rt. 5 | INSIDE CITY LIMITS: 7e. No; 7f. N/A |
| FATHER—NAME: 8a. James Anderson Dellinger, Sr. | AGE: 8b. 30 | STATE OF BIRTH: 8c. Tennessee |
| 9. MOTHER'S SIGNATURE: Anna Dellinger | | |
| 10a. SIGNATURE: [signature] | ATTENDANT: 10b. M.D. | DATE SIGNED: 10c. 2/5/81 |
| NAME: 10d. Glenn Jennings, M.D. | MAILING ADDRESS: 10e. Middle Creek Rd., Sevierville, Tn. 37862 | |
| REGISTRAR—SIGNATURE: 11a. [signature] | DATE RECEIVED BY LOCAL REGISTRAR: 11b. 02-16-81 | |
| MOTHER'S MAILING ADDRESS: 12. Rt. 5, Sevierville, Tn. 37862 | | |

CONFIDENTIAL INFORMATION FOR MEDICAL AND HEALTH USE ONLY

Left margin: [redacted] ... IS ILLEGAL ... IN PROPERLY ... D FILED. ... [redacted] ... STATE ... CH CHILD ... BIRTH. ... [redacted] ... [redacted] ... [redacted] ... UST SIGN

550 Eastgate Road
Sevierville, TN 37862

**SEVIER COUNTY SCHOOLS/DEPARTMENT OF SPECIAL EDUCATION**
**INDIVIDUAL EDUCATION PROGRAM (IEP) TOTAL SERVICE PLAN**

Phone: 453-1036/453-1037
Fax: 423-453-3112

Academic Year From 98 to 99

___ Initial ✓ Annual ___ Interim ___ Addendum

Student: Dellinger (Last) James (First) Anderson (Middle) Birthdate: 2/4/81 (Mo/Day/Yr) Grade: NG

Student Social Security/ID#: 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 Sex: ✓ M ___ F

Relationship to Student: (Circle One) (Parent — circled) Guardian Surrogate H.C.: Primary 02 Secondary 06

Name: Stewart (Last) Anna (First) — (Middle) Home Phone: 429-2288 # After 3:00

Address: 1345 E. Ridge Rd. Sevierville TN 37862 Work Phone: NONE

Student's Residence (if different) ___ Home Phone: NONE

Attending School: Douglas Cooperative Home School (if different): S.C.H.S.

IEP Monitor Tannis Duncan

**A. *Present Levels of Performance:***

Student Strengths: James is kind hearted, hard working if it is something he likes to do.

Parent Concerns/Considerations: Parent does not have any at this time.

Student Involvement and Progress in the General Curriculum: Due to James disability and behaviors he is unable to participate in the General Curriculum at this time.

Consideration of Special Factors: Indicate student needs by circling yes or no.

Braille: Yes (No — circled) Limited English Proficiency: Yes (No — circled) Behavior: (Yes — circled) No

Assistive Technology: Yes (No — circled) Communication Needs (Ex. Sign Language): Yes (No — circled)

Name James Dellinger

E. ***State Mandated Tests:***

___ Student will participate in the following state mandated assessment(s): ___ TCAP Achievement ___ TCAP Competency ___ TCAP Writing ___ Exit Exam (Specify which test)

TCAP Competency Test Scores:

___ Math Date Passed: ___ ___ Language Date Passed: ___

___ Work Keys ___ ACT ___ SAT ___ Other: ___

Allowable modifications for this student:

___ No Modifications ___ Revised Format ___ Flexible Scheduling
___ Alternative Test Format ___ Flexible Setting ___ Recording Answers
___ Signing Directions ___ Auditory Aids (special permission) ___ Other: ___

✓ Student will participate in a state-mandated alternative assessment(s): (a) Justify: reason(s): Jamie's needs can not be assessed by the above tests at this time due to his disability (b) How will student be assessed? Jamie will be assessed through observation summaries.

F. ***Special Education and Related Services:***

| Service Code | Type of Service Classes/Subjects | Sessions Per Wk/Mo/Yr | Time Per Session | Hours Per Week | Beginning Date | Ending Date | Person or Agency Responsible |
|---|---|---|---|---|---|---|---|
| 01 | Consultation | | | | | | |
| | DI Work Release | 1 / Mo. | 15 min | / | 4/27/98 | 4/27/99 | Douglas Supervised |
| | | / | | / | / / | / / | |
| 02 | Direct Special Education (Special Education Instruction and Inclusion. For Inclusion, refer to *State Instruction Booklet*, under "Type of Service" section.) | | | | | | |
| | N/A | / | | / | / / | / / | |
| | | / | | / | / / | / / | |
| | | / | | / | / / | / / | |
| | | / | | / | / / | / / | |
| 03 | Supervision (Option 8 only) | / | | / | / / | / / | |
| | Other Service(s), including Instruction from Specialized Personnel | | | | | | |
| 14 | Douglas Cooperative | 5 / wk | 3.5 | 17.5 | 4/27/98 | 4/27/99 | Douglas Coop Staff |
| | | / | | / | / / | / / | |
| | | / | | / | / / | / / | |

Other Service Codes:

| | | | |
|---|---|---|---|
| 04 Psychological | 08 Recreation Services | 12 Orientation & Mobility Services | 16 Ancillary-Interpreter |
| 05 Social Worker | 09 Physical Therapy | 13 Audiology Services | 17 Ancillary - Other |
| 06 Occupational Therapy | 10 School Health Services | 14 Other Services | 18 Residential |
| 07 Speech/Language Pathology Services | 11 Counseling | 15 Ancillary-Attendant | 19 Homebound/Hospital |

| Total Regular Education hours per week: | Ø | Total Special Education hours per week: | 17.5 |
|---|---|---|---|

Revised 2/98

Name *James Dellinger*

**G. Justification Statement:**

Justify the extent to which: (1) the child will not be educated in the regular curriculum; (2) the child will not participate in extra curricular and non-academic activities; and/or (3) agency is other than LEA/Home School.

*At this time, James needs the structured environment of Douglas Cooperative with a scheduled ½ day of work study*

**H. Special Transportation:** Does student require special transportation? ✓ Yes ___ No

**I. Extended School Year:** Date Considered by IEP Team *4-27-98* and determined that an ESY program ___ is ✓ is not to be provided.

**J. IEP Participants:** (The following individuals attended the IEP Team and participated in the development of this Individualized Education Program.)

| Name | Position | In Agreement | Date |
|---|---|---|---|
| *[signature]* | LEA Representative | ✓ Yes __ No | *4-27-98* |
| *Marianne Vaughn* | Special Education Teacher | ✓ Yes __ No | *4/27/98* |
| | Regular Education Teacher | __ Yes __ No | |
| *Anna Stewart* | Parent(s) | ✓ Yes __ No | *4-27-98* |
| *James Dellinger* | Student (if appropriate) | ✓ Yes __ No | *4-27-98* |
| | Interpreter of Evaluation Results | __ Yes __ No | |
| | | __ Yes __ No | |
| | | __ Yes __ No | |

**K. Informed Parental Consent:**

✓ Yes __ No I certify that I am the legal parent(s) / guardian(s) of this child.
✓ Yes __ No I have been informed of and understand my rights as a parent, and have received a copy of my rights.
✓ Yes __ No I have been involved in the IEP Team meeting and/or the development of this IEP, and give permission for the proposed program described in this IEP for my child.
If applicable: __ Yes __ No My child and I have been informed of his/her right to represent himself/herself upon his/her eighteenth birthdate. (Note: This information must be provided one year prior to the student's 18th birthday.)

*Anna R. Stewart*
Parent/Guardian Signature Date If applicable: Student Signature Date

**L. Documentation of IEP Review by Classroom Teachers not Attending the IEP Team:**

✓ Yes __ No *[signature]* Signature *4/29/98* Date __ Yes __ No ____ Signature Date
__ Yes __ No ____ Signature Date __ Yes __ No ____ Signature Date

**M. Attempts to Contact Parents for IEP Team Meeting:**

| Written Contact Date | Telephone Contact Date | Date and Explanation of Other Attempts |
|---|---|---|
| (1) *4/17/98* *Mother didn't show up for IEP Team scheduled at this time.* | (1) *4/21/98* *No answer* | (1) __/__/__ |
| (2) *4/27/98* | (2) *4/22/98* *No answer* | (2) __/__/__ |

Page ___ of ___

Revised 2/98

TOTAL P.012

**SEVIER COUNTY SCHOOLS**
**COMPREHENSIVE PSYCHOLOGICAL EVALUATION**
**CONFIDENTIAL**

| | |
|---|---|
| **NAME:** | **James Dellinger** |
| SCHOOL: | Alternative Learning Center |
| Date of Birth: | February 4, 1981 |
| GRADE: | Ninth |
| TEACHER: | Mr. Yarber |
| DATE OF EVALUATION: | May 24, 1996 |
| SCHOOL PSYCHOLOGIST: | John E. Porter, M.S./Psychological Examiner |
| PARENT'S NAME: | Ann Stewart |
| HOME ADDRESS: | East Ridge Road, Sevierville, TN |

**REASON FOR REFERRAL:**

James Dellinger was referred for a psychological evaluation to assist in assessing his need for special education services. He has recently been placed in the Alternative Learning Center due to demonstrating some behavior problems at Sevier County High School. James has been enrolled in a CDC program.

**BACKGROUND INFORMATION:**

James Dellinger is fifteen year old student who is currently placed at the Alternative Learning Center in the Ninth Grade. He lives with his mother, Ann Stewart, and a male friend of his mother. His father, James Dellinger, is reportedly incarcerated due to a homicide charge. His parents divorced, according to James, when he was seven years of age and he has not had any contact with his father since that time. James has demonstrated several behavioral problems at school during this academic year. He has reportedly been suspended in the past year due to smoking at school, fighting, and being put off the bus due to dipping skoal. He had been in the ninth grade at Sevier County High School until his behavior necessitated a placement in the Alternative Learning Center.

**MENTAL STATUS AND BEHAVIORAL OBSERVATIONS:**

James came willingly to the evaluation and was observed to be highly active, impulsive, distractible, and easily frustrated. He was anxious for the evaluation to be completed from the moment he began the evaluation. He required a great deal of encouragement to do his best. He reported that he did not know his address and was finally able to report that he lived on East Ridge Road but could not give a street address. He said that he has not had any

contact with his father since he was seven years of age. He indicated that his father is in prison due to being convicted for a homicide charge. James reported that he has problems in the area of math and reading. He admitted to having problems with his temper and with getting into fights at school. He acknowledged having been suspended on at least three occasions due to violating school rules. James indicated that he has not been involved in juvenile court. He denied any significant depression and he denied any intentions of harming himself or others. He denied any drug or alcohol abuse. He denied ever having been physically or sexually abused. James said that his sister had died as a result of an automobile accident three or four years ago. He continues to be sad over his sister's death.

James was somewhat vague about the reason for his placement at the Alternative Learning Center. He indicated that he had been accused of touching a female peer on her posterior. He denied doing this and went on to say that he was also accused of touching a retarded girl's breast while on the school bus. He denied this behavior. He said that he gets into trouble for many things which he does not do. James said that he will be a freshman next year because he has been told that he back talks. He denied that he has ever received any mental health counseling. He also denied that he has ever been on medication for his behavior. He said that he feels that he does not need any medication. James reported that he plans on finishing high school even though he does not like school. He indicated that he is not sure as to what he would like to do when he becomes an adult. He said that he is working part time at a television repair shop. He takes out the parts of televisions which are being scrapped.

James' insight and judgment were considered to be poor. He presents as an impulsive young person who acts before considering the consequences of his actions. James appears to require a highly structured classroom setting.

**PSYCHOLOGICAL TESTING:**

Wechsler Intelligence Scale for Children-Third Edition (WISC-III):
Woodcock Johnson Tests of Achievement (WJ-R):
Vineland Adaptive Behavior Scales-Interview Edition:
Bender Gestalt Test:
House-Tree-Person:
Achenbach Behavior Scales:
Behavior Evaluation Scales-2 (BES-2):
Sentence Completion:
Review of Teacher's Observations and Other Records:



JAN-31-2011 15:45 Special Education Dept 865 453 3112 P.004

## WECHSLER INTELLIGENCE SCALE FOR CHILDREN-THIRD EDITION (WISC-III):

On the WISC-III, an individually administered test of general intelligence, James obtained a Verbal IQ Score of 66 and a Performance IQ Score of 65, resulting in a Full Scale IQ Score of 63. There is a 95% probability that his true Full Scale IQ Score falls between 59 and 70. His Full Scale IQ Score falls in the Mild Mental Retardation Range of intellectual functioning and at the 1st percentile when compared to other students in the same age range. There was no significant difference noted between his Verbal IQ Score and his Performance IQ Score. This would suggest that his abilities are relatively consistent across measures. He demonstrated a subtest weakness in the area of Block Design, which is a measure of an individual's ability to analyze, synthesize, and reproduce an abstract two-dimensional geometrical pattern. He did not demonstrate any significant subtest strengths.

James' General Ability Domains are as follows:

| Domain | Ability Level |
|---|---|
| Fund of Information | Deficient |
| Verbal Abstract Reasoning | Borderline |
| Numerical Reasoning (Concentration) | Deficient |
| Word Knowledge | Deficient |
| Common Sense Reasoning and Judgment | Deficient |
| Visual Alertness | Borderline |
| Sequential Processing | Deficient |
| Understanding Abstract Visual Stimuli | Borderline |
| Understanding Part-To-Whole Relationships | Deficient |
| Rapid Eye-Hand Coordination (Attention) | Borderline |

With a mean of 10 and a range from 1 to 19, the following are the WISC-III Scaled Scores:

| | | | |
|---|---|---|---|
| Information | 3 | Picture Completion | 5 |
| Similarities | 6 | Coding | 4 |
| Arithmetic | 3 | Picture Arrangement | 6 |
| Vocabulary | 4 | Block Design | 1 |
| Comprehension | 4 | Object Assembly | 5 |

## Woodcock Johnson Test of Achievement (WJ-R):

James was administered a WJ-R on April 26, 1996 by Ms. Tredup. The following results were obtained:

| | Std. Score | Grade Equiv. | Percentile |
|---|---|---|---|
| Broad Reading | 35 | 1.4 | 0.1 |
| Basic Reading Skills | 43 | 1.3 | 0.1 |
| Broad Math | 54 | 2.3 | 0.1 |
| Passage Comprehension | 44 | 1.5 | 0.1 |
| Mathematics Reasoning | 72 | 3.0 | 3 |

James demonstrated a significant academic weakness in the area of Reading and appears to be Learning Disabled in that area.

## Vineland Adaptive Behavior Scales-Interview Edition:

On the Vineland Adaptive Behavior Scales-Interview Edition, with James serving as the informant, James earned the following standard scores and age equivalences:

| | Standard Score | Age Equivalent |
|---|---|---|
| Communication Domain | 41 | 6.7 |
| Daily Living Skills Domain | 90 | 13.0 |
| Socialization Domain | 72 | 10.0 |
| Adaptive Behavior Composite | 47 | 9.8 |

In combination with his demonstrated WISC-III Scores, these adaptive scores support a diagnosis of Mild Mental Retardation. His strongest area is in the area of Daily Living Skills.

## Bender Gestalt Test:

The results of James' Bender Gestalt Test would suggest that he has some significant visual-motor difficulties. These appear to be consistent with his intellectual testing.

## House-Tree-Person:

James' projective drawings suggested that he feels inadequate and inferior, that he feels environmentally constricted, that he needs a great deal of structure and support, that he is impulsive, and that his perception of reality is distorted. They suggested that his self-concept is poor.

## Achenbach Behavior Scales:

The Achenbach-Child Behavior Checklist was completed by one of his teachers, Ms. Tredup. The checklist suggested that James has significant problems in the areas of oppositional and defiant behaviors. He has touched girls inappropriately; he refuses to do



JAN-31-2011 15:46 Special Education Dept 865 453 3112 P.006

his work; he is defiant; he talks back to teachers; and he is impulsive.

Behavior Evaluation Scale-2:

The Behavior Evaluation Scale-2 (BES-2) was completed by Ms. Tredup. The BES-2 has a subtest mean of 10 and a Behavior Quotient mean of 100. The following standard scores were obtained.

| Characteristic | Standard Score |
|---|---|
| 1. An inability to learn which cannot be explained by intellectual, sensory, or health factors. | 4 |
| 2. An inability to build or maintain satisfactory interpersonal relationships with peers and teachers. | 6 |
| 3. Inappropriate types of behavior or feelings under normal circumstances. | 4 |
| 4. A general pervasive mood of unhappiness or depression. | 8 |
| 5. A tendency to develop physical signs or symptoms or fears associated with personal or school problems. | 7 |
| Behavior Quotient | 72 |

James appears to have significant problems in all rated areas with the exception of unhappiness or depression. He could be considered for educational certification as Serious Emotionally Disturbed.

Sentence Completion:

James' sentence completions indicated that he has an impaired sense of reality. He had difficulty with even responding verbally to the sentences. He realizes that his temper gets him into trouble. He reports that he is happiest when he is at home.

Review of Teacher's Observations and Other Records:

James has been described as demonstrating a significant number of oppositional and defiant behavior in the school setting. He has touched several girls in an inappropriate sexual manner. He has made inappropriate sexual remarks. He has been tardy and truant a large number of days. He has been cited for insubordination on several occasions. He is easily frustrated and his behavior



JAN-31-2011 15:46 Special Education Dept 966 453 3112 P.007

interferes with his learning process. He does respond well to praise.

## Summary and Recommendations:

James Dellinger is a fifteen year old student who is enrolled in the ninth grade at the Alternative Learning Center. He was recently placed there due to disruptive behavior in his placement at Sevier County High School where he has been in CDC. A psychological evaluation has been completed to assist in assessing his current need for special education services.

James has demonstrated a number of noncompliant behaviors in the school setting. He has been described as oppositional and defiant. He has made inappropriate sexual comments and advances toward female peers. He has been involved in a number of fights with peers and he has been physically aggressive toward a younger child. James appears to be having difficulties with adjusting to the changing demands associated with adolescence. When evaluated he did not appear to be upset or distressed. His insight and judgment were considered to be poor. He presents as an impulsive child who acts before considering the consequences of his actions. He has difficulty with accepting responsibility for his behaviors. His overall interpersonal adjustment appears to be characterized by consistent immaturity and poor social adaptation.

James was administered a WISC-III and he demonstrated a Full Scale IQ Score of 63, a Verbal IQ Score of 66, and a Performance IQ Score of 65. Educational testing with the Woodcock Johnson Test of Achievement indicated that he appears to be Learning Disabled in the area of Reading. A Vineland Adaptive Behavior Scale, Interview Edition was completed on James. The results suggested that James meets the criteria for a diagnosis of Mild Mental Retardation in that both his demonstrated intellectual ability and his achieved adaptive scores are in the Mild Mental Retardation Range.

James was observed to be far more active than his peers during the evaluation process. He was frequently off task and took a great deal of encouragement to complete the required procedures. He had problems with focusing. His teachers have described him as having difficulties with focusing on his required work. It is recommended that James be referred to a physician to determine if he would benefit from a trial of medication to assist in controlling his Attention Deficit Disorder with Hyperactivity.

For educational purposes, James also appears to meet the guidelines for certification as Seriously Emotionally Disturbed in

that for an extended period of time and to a marked degree he has demonstrated "Inappropriate types of behavior or feelings under normal circumstances."

His M-Team may want to consider him as multiply handicapped in that he could be considered for special education certification in several areas.

James would probably benefit from classes in a vocational tract. He needs to develop skills which will help him to function independently as an adult. He would benefit from counseling to address issues related to behavioral compliance, adjustment to adolescence, appropriate interaction with peers and adults, poor self-esteem, feelings of abandonment and rejection, and vocational guidance. James will require a high degree of structure with set limits. He should be encouraged to become involved in work situations outside of school. He responds well to praise and his teachers will need to continue to focus on good behaviors which he demonstrates. James appears to have the potential to be pleasant and cooperative and to succeed in vocational areas.

John E. Porter, M.S. — 5/30/96

John E. Porter, M.S. — Date
Psychological Examiner



JAN-31-2011 15:47 Special Education Dept 865 453 3112 P.009