**Exhibit 15**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| JAMES **DELLINGER**, | ) | |
| | ) | |
| Petitioner, | ) | No.3:09-cv-104 |
| | ) | Judge Varlan/Magistrate Shirley |
| vs. | ) | |
| | ) | |
| ROLAND **COLSON**, Warden, Riverbend Maximum Security Institution, | ) | **Death Penalty Case** |
| | ) | |
| | ) | |
| Respondent. | ) | |

**DECLARATION OF RALPH EDWARD DELLINGER**

1. My name is Ralph Edward Dellinger. I am an adult resident of Sevierville, Sevier County, Tennessee.

2. I am the baby of a family of nine children. I am about four or five years younger than my brother James Dellinger. My sister Maralee is about two years older than me. James is about two years older than Maralee. I think Mama was real young when she married Daddy. I had a baby sister, Lola, who was born dead before my oldest brother Junior was born. I think Mama had Lola, Clyde Jr., George and Ann before Daddy went off to World War II.

3. I have a picture of Daddy in his military uniform, and we put his service papers and a picture of Mama in with his picture in the frame too. We keep it hanging in our house. That paper shows that our daddy, Clyde McKinley Dellinger, was inducted to the service December 29, 1943, and he got discharged December 26, 1945. His service was Honorable. The paper says that Daddy's civilian job was a jackhammer operator, and his military job was a truck driver. Daddy won a WWII Victory Ribbon, a American Theater ribbon, AP theater ribbon, Bronze Star and Philippine Liberation ribbon. He didn't get wounded. He got qualified as a marksman too.

4. Back when we were coming up, we lived in some pretty rough places, but we made do. In our house, the boys slept in one room, and the girls had their own room. Sometimes we had three or four of us boys in a double bed. You kept warm that way. We didn't have a bathroom inside the house; we had an outhouse. At night we used a slop jar; there was one in each bedroom so you didn't have to go outside in the cold. Our slop jars were usually just an old paint bucket, and we emptied them every day. Our outhouse was probably around 50 feet away from the house. It was a two-seater so two people could go at the same time if they needed to. I remember we had a billy goat that would bump the door of the outhouse. It cornered the girls in

there one day, and they couldn't get out. I still laugh when I remember my sisters hollering about that old billy goat butting its head on the outhouse.

5. In the winter, we hunted deer, rabbit, squirrel and bear. There were more bear than deer then. We hunted on our own land and ate what we killed. When we had land to hunt on like at Mill Creek, we could keep us in meat.

6. When I started school, it was at a one room school house. I was six, I think. The school was Laurel Lick. I remember Merion King was my first grade teacher at Laurel Lick. We had an apple tree. I fell out of it and broke my leg. I had to stay out of school that year. When I went back to school, they put me back in the first grade at Pigeon Forge School. I was twice the age of the other kids and twice as big. I passed first grade at Pigeon Forge School, but didn't pass second grade there. I quit after that year; I think it was in 1967. None of us did good in school. It was hard being in with the little kids when you are so big. You can get made fun of.

7. My sisters got to go to school more than us boys, I think. We had to work in the fields and help. We went from one season to the next season growing food and working tobacco. We worked to survive. Sometimes we cut timber to sell. We pulled the timber out of the woods with a mule. It was mostly pine used for paneling and for 2 x 4's. Daddy had an old broken down truck then. We used it to haul the timber to the sawmill in Newport or the one in Knoxville. At first we had to use a cross cut saw – which means one of you is on each side pulling. That was the hardest work James and me done. When Daddy got some money ahead, we got a power saw.

8. Back when we were little, you didn't go to the doctor unless you were real bad off, because it cost so much. Bout the only time I remember going to the doctor was when they took me to Dr. Broadie when I broke my leg. He told me that my leg was broke plumb in two, but he said, "I don't do casts." He sent us to a hospital in Knoxville. They put a cast on me that went from my ankle up to the top of my leg. I was in that cast almost a year. Somehow I twisted my leg in the cast, and they had to reset it. I was on crutches a pretty good while.

9. One thing I remember happened to my brother James was when he was kicked by the pony. We was grading tobacco; Daddy was throwing the tobacco stalks down over the hill. The pony come into the barn. This was a big pony, not one of those little ones. James grabbed a hold of the pony by its tail. He had done that before, and the pony would pull him. That day instead of giving James a ride, the pony kicked James in the head. It knocked him plumb out. We all ran over there to James. After awhile he came to his senses. James's eye swelled shut. It knocked him completely out for maybe 5 or 10 minutes. My daddy was there with us, and I believe my brother, John was there and maybe some other of my brothers and sisters. When James came to his senses, he wondered what had happened. We got James up under his arms, one of us on each side of him, and carried him back down to the house. He was so groggy, it took two of us to get him to the house.

10. When James was kicked by the pony, we didn't take him to the doctor, because he came to and Mama could look after him. She put ice packs on his eye and stayed up with him. She wouldn't let him sleep for fear that would be bad. It's a wonder that kick didn't break his nose. It'd probably of killed him if the horse had shoes on. James' face was black and blue, all swelled up. The kick was right in the front of his head. I think it was the left side of his face, but I can't remember for sure. James was real sore for awhile. His head hurted for at least a week, on and off. Mama gave him BC powders to ease the pain. James said he's never been hit so hard. He didn't have to work again for about a week and got to lie around and rest; that was the kind of thing we did to try to take care of ourselves since doctors cost so much.

11. I have worked for over thirty years in sanitation. I work the 3:00 am to noon shift with the City of Pigeon Forge here in Sevier County. People tell me I should quit work and draw disability, but I like to work. I don't know what I would do if I didn't work.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Ralph Dellinger
Signature

1-5-2012
Date



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMES **DELLINGER**, | ) | |
| | ) | |
| Petitioner, | ) | No. 3:09-CV-104 |
| | ) | |
| vs. | ) | Judge Varlan/Magistrate Shirley |
| | ) | |
| ROLAND **COLSON**, Warden, Riverbend Maximum Security Institution | ) | **Death Penalty Case** |
| | ) | |
| Respondent. | ) | |

**Declaration of Ann Walker-King, Investigator**
**Office of the Federal Public Defender**

My name is Ann Walker-King; I am an adult resident of Nashville, Davidson County, Tennessee. I state the following:

1) I am an investigator for the Office of the Federal Public Defender.
2) In that capacity, I met Ralph Edward Dellinger, a witness in the above listed case.
3) Because Mr. Dellinger is unable to read, I read the preceding declaration to him on January 5, 2012 and witnessed his signature of that document.
4) I took the photograph of Mr. Dellinger that is attached to his declaration. It is a faithful likeness of him.

I, declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Ann Walker-King
Ann Walker-King

January 17, 2012
Date