**Exhibit 16**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| JAMES DELLINGER,<br><br>Petitioner,<br><br>vs.<br><br>ROLAND COLSON, Warden, Riverbend Maximum Security Institution,<br><br>Respondent. | ) | No.3:09-cv-104<br>Judge Varlan/Magistrate Shirley<br><br>**Death Penalty Case** |

**DECLARATION OF MARY HELEN DELLINGER RAMSEY**

1. I am an adult resident of Sevierville, Sevier County, Tennessee.

2. I was born the fourth of eight children December 22, 1946 in Sevier County, Tennessee. One of my younger brothers is James Dellinger who is on death row in Nashville. The investigator from his public defender's office in Nashville came up to East Tennessee where I live and asked me to tell her about how we grew up. That was kind of hard for me, because I am quiet and don't talk much. I told her the truth though.

3. Me and my husband took that investigator up to Christopher Hollow (which other people call Cold Springs Hollow) where my family lived when I was little. Back then, you couldn't drive back up in there in the winter, because the roads were rutted dirt mud. Even now, we had to park the car and walk back up in the hollow to show her where our house had been. It was the roughest house we lived in. It's torn down now, but I still remember it.

4. It's always colder back in that hollow. I remember back when we lived there, that Mama would pile a whole bunch of quilts on top of us at night to try to keep us warm. She'd put so many quilts over us, you could hardly move. Me and my sister Ann huddled up in our bed to keep warm. The boys had a bed, and me and Ann had a bed. The boys had more of them to help keep each other warm. Our baby sister, Maralee, was still little and slept with Mama and Daddy in their bed in the living room.

5. Maralee was born when we lived in Christopher Hollow. One reason I remember her being born is that Daddy took me and my sister Ann up to Miss Lindsey's house, which was right as you turn down into the hollow. She was our closest neighbor – and she was pretty far away. We stayed with her while Daddy went to get the woman that helped deliver babies. They

called her a midwife, but I'm pretty sure she didn't have any special training or schooling for it. My little sister was born in January 1953, and that dirt road down into the hollow was real bad. In the wintertime you couldn't get back into the end of the hollow where we lived with a car because of the ruts in the road. Daddy parked the car at the opening of the hollow, but then it was probably a mile back and up a hill to where we lived. I remember that when Maralee was being born, Daddy took us kids down to Miss Lindsey's on a sled with the mule pulling. He used the mule and sled to bring in the woman that helped mama deliver my sister. After Maralee was born Daddy came and got us with the mule again, and we went back home.

6. I know that all of us were born at home, but other than that I don't remember Mama talking too much about when any of us were born, except for James. She told me that she had a hard time with James when he was being born. From what she said, it seems like they must have pulled him out with forceps. I remember that Mama let us hold James when he was a baby, but she'd be right up beside of us.

7. We just didn't go to the doctor, and I don't think there was a hospital back then. You had to be really bad off to go to a doctor, although there was one in town. He had a little office there. I remember when Maralee was little and got real sick. They said she had asthma. I got real scared because Mama was so upset and worked up about Maralee. I remember they took Maralee to the doctor that one time, but I don't know what the doctor did to help her.

8. When I was about ten or eleven, I guess it was, I started passing out. I still don't know what caused it. We would be playing or I'd be doing something, and the next thing I would know, I would wake up with Mama and the kids standing around me. Mama would have a cold rag on my head. I didn't know when to expect the passing out spells. Daddy was usually gone off to North Carolina building the Parkway then, so we didn't have a way to get to the doctor. I don't think I ever went to the doctor for those spells. I have diabetes now, but I don't know if I had it then. Back then you had to pay cash at the doctor's. That was a big part of why we couldn't go – we didn't have the money.

9. We were real poor growing up, even though Daddy worked real hard. He had lots of different jobs. Daddy was away a lot – one job was working for a man laying sod. I guess the man had a big company because Daddy went out of town and even to North Carolina to lay sod on the Parkway. Part of the time when we lived in Christopher Hollow, Daddy worked at the can factory at night.

10. When we lived back in that hollow, we had enough land to grow a garden and have chickens. We generally growed the food and Mama canned it for the winter. In Christopher Hollow, Daddy farmed with mules and a wooden plow. My oldest brother, Junior, worked with Daddy and Mama in the fields. My big sister, Ann, cooked the meals while they were all working outside. When we grew our own food, we always had enough to eat. It wasn't always what we wanted, and sometimes we got really tired of potatoes – but we didn't starve.

11. Back in Christopher Hollow, it was just us. Miss Lindsey, up on the main road, was the closest neighbor we had. Daddy moved us onto Allensville Road and out of the hollow when I was about seven years old. We didn't have land for the big garden there. I think part of why Daddy moved us was so we wouldn't be so far from school and maybe could go more. We got electricity when we moved out of the hollow up onto Allensville Road. That house later burned, but part of it is still standing there.

12. When Daddy was away working, he would give Mama money when he came in on the weekends. Because there were so many of us kids and because Daddy didn't make much money, it was hard for Mama to stretch that money all week. Mama took in washing to have money to feed us when Daddy was away. It was mostly neighbors that lived around us that paid Mama to do their laundry. I think they must have known she was having a hard time and wanted to help us out a little. They seemed like they were better off – maybe because they didn't have as many children. Anyway I remember how hard Mama worked. She was a good mama. If there wasn't much food, she'd claim she wasn't hungry. Now, looking back, I know that she was, but she wanted us children to have her food. I remember sometimes we'd ask her if she was going to eat, and she'd say, "I'll eat after while."

13. There were times we didn't get our fill of food. Sometimes I could of eaten more, but we just didn't have it. Mama would fix potatoes and make cornbread and that was all we had – besides milk from our cow. The first year we moved to Mill Creek it was rough that year. Daddy was out of a job. It was the winter time when we moved up there, and Daddy owed on the house. He had traded our house and lot on Allensville Road for the farm up in Mill Creek. It was hard that winter. Daddy bought a big old sack of pinto beans, and we still had potatoes. Because it was winter, we couldn't grow anything else. We had our cow, so we had milk. I remember, I got real tired of potatoes that winter. We could of used more food, but we made it through. When Spring came, we planted a garden again. The people Daddy bought the farm from at Mill Creek said he'd never pay it off because we was so poor. Daddy showed them.

14. We lived in a lot of different houses. The first house I remember was the one back in Christopher Hollow. That house was real rough and cold, but we had enough to eat because we grew a garden. Daddy traded that house and land for a house up on Allensville Road. It wasn't as far from there to walk to school as back in the hollow, but it was still a piece. Mama never learned to drive, and Daddy would have the truck with him anyway. Daddy sold that house on the main road to Mama's brother, Uncle Bart, and we bought the house next door to it. The house we sold to Uncle Bart was a better house, but Daddy fixed up the house next to it. You wouldn't call either house nice, but it was a place to live. I think that last house was the one Daddy traded in for the farm on Mill Creek in the hollow that later was named after our family, Dellinger Hollow.

15. The houses we lived in were rough. The houses were made of wood planks. Daddy put up some wallpaper right on top of the planks. This helped keep the wind from blowing through the cracks between the planks, but it was still really cold in the winter. There

wasn't any insulation at all. We didn't have electricity till we moved out on Allensville Road, so before that we used oil lamps. I remember our house in Christopher Hollow had a wood fireplace in the living room. That was our only heat. The other two rooms were the kitchen and the bedroom. The kitchen had a wood cook stove with four burners. You'd lift up the eye of the burner and put wood underneath it and light the wood to cook. That stove had a water tank hooked to the side of it that heated water for cooking and bathing. We bathed in a tin tub and drew water from the spring to fill it. But that was a lot of work. Usually we just washed off in a basin unless we were really dirty. We could swim in the creek to get clean in the summertime. We hauled water from the spring for cooking, washing, drinking – for everything really. We had an out-house to go to the toilet. There was no stove or fireplace in the bedroom. It was really cold in there in the winter. I dreaded winter because it was so cold. We mostly just stayed home. Now I don't know how Mama put up with all of us and kept her sanity.

16. You were supposed to start first grade when you were six years old. I remember when I was six. Mama sent me off to school walking with my older brothers and sister. They kept having to stop and wait on me. I was small, and my legs were short. I just couldn't walk that far to school, so Mama let me wait till the next year for school. I never really finished much school.

17. We just couldn't get to school a lot of the time. We didn't have coats, boots and enough warm clothes to bundle up in to stay warm enough for that long walk to school. If we outgrew a pair of shoes and they weren't worn out, we passed them to the next one behind us. Shoes back then all looked alike. We didn't think of them as for boys or girls. They were just tie up brown shoes. We went to school during the Spring and probably the Fall too. In the Winter it was just too cold. I had cotton dresses Mama made from feed sacks. They weren't warm at all. Your legs would freeze off. I didn't have long johns or anything like that. I didn't much like school. We missed so much; I was always behind. I didn't like being held back in school with the little kids. I missed so much that I couldn't pass. Even when it wasn't cold, sometimes Mama didn't have food to send with us to school for lunch. When we did have food to take to school, I remember taking fried potatoes on a biscuit. We were ashamed to take them for lunch because the other kids had store bought bread and food. I was so embarrassed that I would throw mine out before I got to school. When Mama didn't have food for us to take to school, we'd have to walk home at lunch to eat. By the time we got home and ate, it was too late to walk back, so we'd just stay home. None of us got to go to school that much.

18. Our school was all the grades in one room at Kellum School. It was heated with a coal stove. I remember the teacher, Miss Atchley, was real nice to us. She took me and some of the other of my brothers and sisters to get our first shots that kids get. It was free to get shots at the Health Department. Another time, when I was about ten or eleven years old, she took me to the dentist. I got my teeth cleaned then. It was the only time I ever went to a dentist until I was grown up.

19. I had a best friend at school, Marilyn Hurst. That was when I was about twelve or thirteen. Marilyn lived on up the road from me. We went to each other's houses. Her daddy had a better job than my Daddy. He worked at Oak Ridge. Marilyn had more clothes than me. They had light bread and store bought food. Marilyn was real nice. She never made me feel like I was poor. When I was about fifteen, two friends, Judy and Susie Wright, invited me and Maralee to go to church with them. They were having a revival. The first night we went, Maralee went down to the altar and got saved. I went with her, but didn't get saved that night. The Spirit wasn't drawing me. The next day, when we were back at home the Spirit was drawing me. I knew I was ready to go to the altar that night, no doubt at all. They took us to another church to be baptized inside because it was winter then. This was really the first we went to church. Later our brothers went some, but not as much as us. James went more than my other brothers. Mama and Daddy started going to church after we did. We all got saved at that church: Daddy, Mama, me, Maralee, James and Annabelle, Junior and his wife Shirley, and John. Our brother George got saved later when he had open heart surgery. Going to church changed our family. Daddy quit drinking and smoking. He had tried to quit smoking on his own before but couldn't.

20. It was hard to get around back then because roads were so bad. Our tires were always bald, so that made it even harder on the dirt roads when they turned to mud. Mostly we stayed home. On a Saturday sometimes we got to go to town with Mama and Daddy in good weather. That was fun. We'd play with other kids there on the square. Daddy would talk to the men there whittling, and Mama talked to women. There were always a lot of preachers outside the courthouse preaching. When we couldn't get to town, which was most of the time, we'd just stay home. Mama would sing to us and tell us Bible stories. She got them from her mama telling the stories to her.

21. I don't think Mama ever lived anywhere but Sevier County, except for a little while when she and Daddy were in Knoxville where Mama had an aunt. Mama worked in a laundry then. She worked one shift and Daddy worked another during that time they were in Knoxville. Mama told me just a little about when they lived in Knoxville. They just had Junior and George then.

22. Our Mama was a real hard worker. When I was little, she made our dresses out of flour feed sacks. Back then those flour sacks had pretty flower designs on them. She'd sew them up on her foot pedal sewing machine. We didn't never buy new clothes. There was a little used clothing store in town where we bought a few things, but we didn't usually have extra money for even that store. Mama churned butter and taught us how to churn. We all learned to work hard. You had to to make it.

23. I remember Daddy went out with another woman. Mama and Daddy almost got a divorce then. The way Mama found out about it, the woman and Daddy had a wreck and ended up in the hospital. I couldn't see why Daddy went out with this woman; Edith Green was her name. She wasn't near as pretty as Mama was. I don't know what Daddy saw in her. I kept praying that Mama and Daddy wouldn't get a divorce. Mama had Daddy put in jail for seeing

her, but I don't know how. Them seeing each other went on for several months after Daddy got caught. Mama worried and cried then. Daddy would give his paycheck to that woman, which made it real hard on Mama. He drank on the weekends then, but still worked during the week. Daddy finally came back home. I was too little to know how he and Mama worked things out.

24. Daddy whipped us some. The girls got whipped with a limb broken off a tree, but with the boys Daddy used a leather strop like you sharpen razor blades. Mostly he'd whip us for not doing what we were told. We were all supposed to work in the tobacco field, but sometimes James didn't want to, so he would take off. When he got back, Daddy used that strop on him. James never seemed to listen. My brothers George and John listened to Daddy more. Sometimes Mama would beg Daddy to stop when he was whipping one of the boys. She'd say, "Clyde, quit! That's enough!"

25. The time we were the best off was when we lived on farms. James was still little when we lived in Christopher Hollow. He wasn't old enough then for school. That's where we had a big garden, raised chickens, and Mama ground up corn for meal. We traded that meal in for flour. I guess James was about ten when we moved up on Mill Creek. We had plenty to eat there, well, after that first winter.

26. Up on Mill Creek was the first place me and James worked tobacco. There were no certain hours, but we worked all together, kids too. We'd all work all day and all quit working at the same time. Sometimes it was a long day. If Daddy was plowing and we were hoeing, sometimes we'd have to keep working till dark to finish. The boys hung the tobacco. Me and my sisters helped lift it onto the truck to be hauled to the barn. We hung Daddy's tobacco allotment in his barn. We worked other tobacco allotments for people, so my brothers would hang their tobacco in their barns. It kept us all busy working our tobacco allotment and other people's too. We were trying to pay off the place on Mill Creek. By then, Junior had already left home and was married. Daddy took the tobacco to market. We used DDT and other chemicals to treat the plants for pests in the garden and in the tobacco fields. The first year or so we couldn't afford chemicals and we just had to break suckers off the tobacco by hand. We were glad when we could use the chemicals, because they worked so well. It was a long time before Daddy was able to pay off our place on Mill Creek.

27. When you worked somebody else's tobacco allotment for them, usually you would divide the money half-n-half when it sold. I remember when we were trying to pay off our place on Mill Creek, we kids helped Mama and Daddy work Daddy's allotment plus Junior Brackins', the Fox's, the B. Large's and Dewey Large, and Clyde Howser's allotment, all of them at the same time. Sometimes we worked on Sundays too. We started when James was around ten with the tobacco and kept on – even after we were grown. When James was a baby, Daddy, Mama, Junior and George worked tobacco back in Christopher Hollow and for Miss Lindsey up on Allensville Road. The rest of us were too little then to do tobacco work.

28. Our father's parents were Julia Carr and Anderson Dellinger. I heard that Daddy's daddy was maybe from North Carolina. I think all the rest of our people were from around Sevier County. We all stay around here even now. I sort of remember Daddy's parents, but we didn't see them as much as Granny, our Mama's mother. I played in the hen house when we visited my grandparents. Granddaddy, my Daddy's daddy, was short and round as a barrel. I think that he drew welfare when he got old. Whenever we visited them, our grandmother was in the bed sick. I never knew what was wrong with her, but I don't remember her ever being up out of the bed. She would tell her daughter, Aunt Mary Jane, to go fix us kids something to eat. They were real poor too, so I don't know if my grandmother ever went to the doctor.

29. For Christmas we sometimes got a piece of fruit or a stick of candy. Our neighbors, the Scotts, had three daughters too, just like we did. When they got new dolls, they gave us their old dolls. We never had balls, bats and things like that at home. We'd play up at the school with the ones they had there; boys and girls both. For fun, we'd ride Daddy's mules bare back; two of us would get on one mule. We never got throwed. We had a mule named "Kate." When the sun went down, Kate would just quit working. She'd find her way home even if we were working in the fields at somebody's else's place. Once she went home pulling the plow by herself. She just took off!

30. I married my husband Wade when I was about 19 or 20, but we went together about three years before we got married. Wade and his brother Gene had run around with my brothers, so I had known Wade a long time. James, John and George was still living at home when I got married. They all rode together with Wade to work in Gatlinburg doing building on ski chalets for awhile. Maralee married Gene, Wade's brother, when she was just 14. Daddy and Mama had to sign for her to get married. I didn't go to work at a regular job after I married till our daughter Lisa was old enough for a sitter. Then me and Maralee did motel work cleaning rooms together. I worked in a sewing mill some too. Back then you could get jobs easier than you can now. You didn't have to have much education.

31. All of us kids have sorta stayed close to home: Maralee and I lived in Dellinger Hollow with our husbands at one time. Daddy gave me and Wade a lot. Maralee's husband, Gene, bought some acreage from Daddy for their place. My brother, George, lived with Mama and Daddy up until Daddy died. Maralee moved back in with our parents when Gene was drafted in the army. Gene didn't get through basic training though. The only time I lived with Mama and Daddy after I married was when Wade and I came back from living a little while in North Carolina. We stayed with them a month or so to kind of get started over again.

32. My daughter heard me telling about some of these things. I told her we were so poor growing up that I feel ashamed of it.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Mary Ramsey
Signature

1/4/12
Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMES **DELLINGER**, | ) | |
| | ) | |
| Petitioner, | ) | No. 3:09-CV-104 |
| | ) | |
| vs. | ) | Judge Varlan/Magistrate Shirley |
| | ) | |
| ROLAND **COLSON**, Warden, Riverbend Maximum Security Institution | ) | **Death Penalty Case** |
| | ) | |
| Respondent. | ) | |

**Declaration of Amy Dawn Harwell, Attorney**
**Office of the Federal Public Defender**

My name is Amy Dawn Harwell; I am an adult resident of Nashville, Davidson County, Tennessee. I state the following:

1) I am an attorney for the Office of the Federal Public Defender.
2) In that capacity, I met Mary Helen Ramsey (nee Dellinger), a witness in the above listed case.
3) Because Mrs. Ramsey is unable to read, I read the preceding declaration to her on January 4, 2012 and witnessed her signature of that document.

I, declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

A. D. Harwell
Amy Dawn Harwell

1/17/12
Date