**Exhibit 17**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| JAMES **DELLINGER**,<br><br>Petitioner,<br><br>vs.<br><br>ROLAND **COLSON**, Warden, Riverbend Maximum Security Institution,<br><br>Respondent. | ) | No.3:09-cv-104<br>Judge Varlan/Magistrate Shirley<br><br>**Death Penalty Case** |

<u>Declaration of Clyde McKinley Dellinger, Junior</u>

1. My name is Clyde Dellinger, Junior. I am an adult resident of Sevierville, Sevier County, Tennessee.

2. I am 73, the oldest of my parents' eight living children. I am a brother to James Dellinger, who is in Nashville on death row. We were raised in Sevier County Tennessee where we all still live – except for James. Things were hard for us back then when we were little, but we worked hard and survived it.

3. The first place I remember us living was called Frog Alley back then and is still known that way by the old timers. Other people sometimes call it McMahan Addition. It was off Dolly Parton Parkway and the post office sits on part of it now. It got the name Frog Alley because grit frogs, these little summer frogs, were all over there then. They hollered out in the spring of the year. Old people said when you hear em hollering, winter's over.

4. I was just a little boy, maybe five or so, when Dad left for the army. He tried to get a stay of three days before he left. My baby sister, Anna Mae, was born one night, and Dad left for the army after one more day. It was war time, and they wouldn't give him a stay to be with his new baby.

5. Dad had been working at Fontana Dam and Douglas Dam right near here. His boss told him that since it was a government job, if he stayed at it, he might not have to go to the war. Dad must not have been making too good a money, because he told his boss he had to make a living for his family and quit. He was going to work for the Alcoa aluminum plant, but they drafted him first. He didn't even get to go to work at Alcoa. I think Dad must have been a good

worker and that his boss wanted to keep him at the dam. Once, when he was working over at Fontana Dam, he came and got us all and found a little place for us to stay a week or so on the Cherokee reservation there. Me and the little Indian boys there got along fine playing together. It was real hard to get across the mountain in our 1934 Ford, though. Daddy got us half way up the mountain once, and that old Ford just quit on him. He had to turn the car around and back it up the mountain in reverse. Back then cars weren't that much faster than a horse and buggy. Some of them might have said they got 60 miles an hour, but ours was old and didn't go over 30.

6. They told everybody back then that the Douglas Dam would help us all, and they had people believing it. They didn't build it to help Sevier County. It went to Oak Ridge, probably to that atomic bomb there. It didn't do Sevierville no good then, for sure.

7. Our house in Frog Alley was right in town. Because we were in town, we didn't have no garden, no animals. With Daddy off in the war, we got by with the military sending Mama a check. They also gave out stamps for rations during the war. Mama would buy corn, tomatoes and other vegetables off a truck that came around. She canned everything she could so we had something to eat in the winter. We picked blackberries too, getting up real early and filling the washing tubs with berries. We sold them for 50cents a gallon.

8. Even though we lived in town, we still had an out house for the toilet. When your out house got full, you just dug another one and used that dirt to cover over and fill in the old one. People joke about using the Sears Catalog in the out house for paper – well, we used it. The house had four rooms: a kitchen and living room with a divider between them and two bedrooms. We heated our house with coal and we didn't have no lights. Mama cooked on a wood stove. We had a well that you pulled the water up with a bucket. Everybody back then was afraid of getting sick. Mama boiled water on that stove all the time to try and keep back disease.

9. I played with the Blalock boys who lived in front of us. Their daddy ran a sawmill, and I guess they were better off than us, but they didn't act like it. I was pretty good at shooting marbles. I had a steel shooter that I won a lot of marbles with. One day Mrs. Blalock came over and asked if I took her boys' marbles. I said that I did, but I had won them fair and square. I said I would give them back, but she said as long as I won them, they were mine.

10. Another thing I did for fun was roll an old hoop. It was kinda like the metal kind you see around a barrel except it was flat. I used the metal part of a clothesline to roll it with. I'd go all over rolling that hoop.

11. Dad came home from the army when the war ended in December. He joked and said old Santa rode home on the boat from the war with him. Dad was drinking worse after he came home from the war. He grabbed me up and took off with me to Chicago on a drinking spree with his brother, Conley. Conley had got shot in the war with the Germans while Dad was fighting the Japanese. Dad picked up a woman in a bar up North and brought her back to Tennessee with us. He left her in a bar in Knoxville before we got all the way home.

12. After a month or two, we went back home to Mama. I had a big carbuncle under my arm, so big that I had to hold my arm out to the side because it hurt real bad. When we got home, Mama and Dad took me to a doctor. He deadened under my arm, and cut out what looked like a boiled egg from under there. It ought to have been cut out before then, but we were on the road. I told Mama about the woman Dad had picked up. I know Mama must have been real upset with Dad, but, because I was just a kid, I don't really know what she said to him about it.

13. That woman wasn't the only woman dad was with other than Mama. When I was older she tried to get me to take her to a woman's house where she thought Dad was. I told her I wouldn't do it, that no matter what happened, one of them – her or dad – would be mad at me. She finally got my uncle to take her over there. I think she had Dad arrested over it, she was so mad. She got a warrant on him, but I don't know what for. Mama loved Dad though. They were still married when Dad died. Mama missed him terribly after he went.

14. My Dad was a hard worker. I watched him do mechanical things. I didn't ask anything, just watched. I learned how to build engines and do all kinds of mechanic work by watching. Later my boss at one job told me he wanted me to learn his two boys to do mechanic work. They had college educations but couldn't do things. I can't read or write, but I know how to build engines and take them apart.

15. Dad never told me he loved me, but I knowed he did. I don't remember mom ever saying she loved me either. I guess there are a lot of fathers a lot closer to their sons, but my dad loved me. I know Mama did too.

16. After Dad came home from the army, the next house we lived in was on Boyd's Creek. I think we rented there. That was on Cal Fox's old farm, and Slim Louellen was Cal's son-in-law. There were two houses on the farm. Cal's daughter and Slim lived in the house on the road. We lived in the one up in the hollow. The army backed dad some way on the farm. I was too young to know exactly how.

17. We lived up on Cal Fox's place a year or two. Mary was born there. Mama was supposed to stay down a week or two after her babies were born. She was up after three or four days. You couldn't keep her down. Our house had 4 or 5 rooms. The living room was by itself with a fireplace. The main bedroom where Mama and Dad slept had a fire place, but we kept it all open so heat could get to us.

18. Before I got old enough to work in the tobacco, I took care of the kids so Mama could work in the fields. I cooked some, diapered them and learned some of them how to walk. I'd let em hold on to a little chair and drag it along till they got steady on their feet. John was crazy about me. I'd have to carry him up and down the rows in the field or he'd cry.

19. We left the Cal Fox place when Daddy got a better deal, I guess, with a Miss Beal and Miss Hodge. Their place was behind where the Ford place is now on Dolly Parton Highway

on the left. They had a big farm, and I think their husbands were dead. I was about ~~10~~ 12 years old when we went there. The ladies got part of what we grew, but I think we got more of it, because we furnished everything. We bought all the seeds, materials, even built a tobacco barn for them. We cut wood and kept them in wood too. There was a house on the place and a cow barn that I think we fixed up. There were big yellow poplars on the place. We sawed them and made floors for our house out of it. Dad had to tear out the old rotten floors. That yellow poplar made good floors. Dad put in new windows too and boards on the outside of the house. We grew tobacco there on their farm. The first time I ever drove a team of mules by myself was when we were moving to that farm. Dad had a 1930-something old pickup truck he loaded stuff in to move. I followed along slower, in the wagon. It was piled full of stuff – with the mules pulling it. Dad would slow up and wait for me to catch up and ask if I was okay before he went on. He watched me go through town to make sure I was alright. There wasn't as much traffic back then in town.

20. I guess we stayed on those ladies' farm about two years, and then Daddy bought a farm from a fellow down on the square in Sevierville. People would go into town, and the men would sit on benches there and whittle. This fellow offered to sell Dad his farm. Dad said he didn't have enough money to buy a good broke horse (which then was about $90-$150), much less a farm. The fellow said he would work with Dad. That place was on Allensville Road in Cold Springs Hollow. It was way back in the hollow, off the road. My sisters call it Christopher Hollow – I don't know why, unless it's because our uncle with that name lived back in there at one time. Most people call it Cold Springs Hollow, but we are talking about the place way back in there that was about impossible to get to except by walking in the winter. When we moved to Cold Springs Hollow, I carried my sister Ann on the back of a cow – we went through the hills on an old wagon road. That was the last place I lived with my parents. From there, I went to live with Granny and Uncle Bart. That was before I was old enough to get a driver's license.

21. I think James and John were born up in Cold Springs Hollow. We fixed up that house. The Henderson boys owned the land up around there. We growed tobacco on their place and split it with them. Me and Mama helped Daddy on it. With our part, Mama got her first washing machine, and I got a 20 gauge shotgun. Mama's washing machine was run by a gas motor. I guess Dad used the rest of the tobacco money just to buy things we needed. Bout the only time we got clothes was when we sold tobacco. We wore shoes till they were too tight or worn out. I always said when I got old enough to buy shoes, I was never going to wear tight shoes again. There were a few rag stores around then. Mama was good at the rag stores, finding things we could use. Boots were too expensive for us to have. They would have been good to have in the winter though.

22. My family lived about four different places over there near Allensville Road. The place back in Cold Springs Hollow was off Allensville Road. That was the first place. Dad sold that place back in the hollow to a man named Marshall Gann. From Cold Springs Hollow, Dad moved the family right up on the main road at the Scotts' old place. Besides it being right on the road, I really don't know why Daddy bought that place. He didn't keep it too long and sold it to

Uncle Bart. At one point my parents moved to the Sam Parish place across Allensville Road. Sam Parish was a colored fellow who laid bricks. He was a Mason. Back then people thought Masons were a gang that had ties with the government.

23. People in our family just didn't go to the doctor. After Granny passed away, Uncle Bart got squashed when the tractor hit a hole in the ground and fell over on him. It squashed his chest in. Uncle Bart wouldn't go to the doctor. Everybody tried to get him to go, but he didn't. He bled to death. The blood came out of him, not just bleeding inside.

24. The other kids went to school more than me, I guess. I got tired of going and being behind. I don't know how many times I've signed my name by putting an X. Later I learned myself to write my name. I would copy Dad's as it was the same. One teacher the other kids had was Miss Ballard. She was nice. I wasn't going to school anymore by the time she was their teacher, but I'd go up to the school and play ball with them if I wasn't working with Dad. Miss Ballard learned me the letters to spell my name. There was another awful good teacher, Lloyd Tarwater. He told Dad that, "you can't learn nothing going to school one day a month." Dad told him that I was the only one he had to help him with work and that he couldn't do without me. He told the teacher that if he or the school board people wanted to come take my place helping him work, he'd send me to school. They didn't.

25. Most of the boys I was around my age that I knew, got to go to school everyday. They still had to work at home after school was out. They had bigger and nicer houses than we did and nicer clothes. That's just the way it was.

26. By the time I was about 14, I worked at the Stokely plant. I stomped in the silo. I had to keep the corn level. You were in there all by yourself stomping around on whatever they were canning. I usually stomped the corn. By the end of the day, my clothes were like they were starched, just stand all by themselves.

27. Probably the hardest work I ever did though was working in a lumber mill. Tobacco work was hard too. Cutting a notch in the tobacco stalk to hang it would leave blisters that popped on your hands. When that tobacco juice got into the cuts, it sure burned.

28. Mama always told me I had a little sister born before me. I wouldn't have knowed it if Mama hadn't told me about her. My sister, Lula Mae, is buried on Allensville in the cemetery. I think she was born dead.

29. Mama worked real hard. She washed our clothes on a rub board until we bought the house on Allensville Road and she got the washer. I drawed water from the well, carried it with a bucket and took it in to Mama to wash the clothes.

30. It was my pony, "Little Boy" that kicked James. I wasn't there when it happened. They say James had been grabbing the pony by the tail and letting it pull him up the hill for fun.

That time the pony must not have seen him and kicked him.

31. I moved out of our parents house to live with Granny and Uncle Bart before I was old enough to get a drivers license. Mama and Dad were fussing, and I thought I better go. I only saw Dad hit Mama once. I said something to him about it, and he told me I better get a place of my own. I was afraid it would happen again; I knew that if it did Dad and I would get into it.

32. Things were a little better for my folks by the time some of the youngest ones came along. They were still poor though. Sometimes Mama sent us to school with a sausage and fried egg on top wrapped in a corn shuck. We used everything. My granddaddy even used the guts of the pig and fried them up as chitlins in lard. We didn't have store bought food because we didn't have money for it. When I was at school, I would trade a biscuit and ham from one of the hogs we killed for a bologna sandwich with another kid at lunch. I loved the light bread people bought in the store. One time I had enough money that I bought a whole loaf and ate it myself. I dipped it in sweet milk. It tasted so good.

33. After I got married in 1962, my wife Shirley and I saw my folks on the weekends mostly, so I wasn't around James and the rest of the family as much.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Clyde Dellinger Jr. 1/4/2012

Signature Date


BLALOCK
READY MIX

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMES **DELLINGER**, | ) | |
| | ) | |
| Petitioner, | ) | No. 3:09-CV-104 |
| | ) | |
| vs. | ) | Judge Varlan/Magistrate Shirley |
| | ) | |
| ROLAND **COLSON**, Warden, Riverbend Maximum Security Institution | ) | **Death Penalty Case** |
| | ) | |
| Respondent. | ) | |

**Declaration of Ann Walker-King, Investigator**
**Office of the Federal Public Defender**

My name is Ann Walker-King; I am an adult resident of Nashville, Davidson County, Tennessee. I state the following:

1) I am an investigator for the Office of the Federal Public Defender
2) In that capacity, I met Clyde McKinley Dellinger, Jr., a witness in the above listed case.
3) Because Mr. Dellinger is unable to read, I read the preceding declaration to him on January 4, 2012 and witnessed his signature of that document.
4) On page 4 of Mr. Dellinger's declaration, he asked me to correct the document to reflect that he was 12 years old when his family moved as opposed to 10 as the document originally said. I inadvertently neglected to have Mr. Dellinger initial the change to the text.
5) I took the photograph of Mr. Dellinger which is attached to his declaration. It is a faithful likeness of him.

I, declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Ann Walker-King
Ann Walker-King

January 17, 2012
Date