**Exhibit 18**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| JAMES DELLINGER, | ) | |
| | ) | |
| Petitioner, | ) | No.3:09-cv-104 |
| | ) | Judge Varlan/Magistrate Shirley |
| vs. | ) | |
| | ) | |
| ROLAND COLSON, Warden, Riverbend Maximum Security Institution, | ) | Death Penalty Case |
| | ) | |
| Respondent. | ) | |

**DECLARATION OF GEORGE FRANK DELLINGER**

1. I am an adult resident of Sevierville, Sevier County, Tennessee.

2. I broke down before I got 62. I was 61. All my life I did construction work. I applied for Social Security. They wouldn't say "yes". They wouldn't say "no." After I had to have open heart surgery, they had a disability hearing. There was a man there that had a list of jobs that I could do with a bad heart. He said I couldn't do those jobs because I can't read and write. That's when the judge gave me the disability.

3. I am now 70 years old. I am the second oldest of my eight brothers and sisters. Right over me is my brother Clyde Dellinger, Junior, then me, then my sister Anna May. Because we were the oldest, Clyde, Anna, and me were in school some together before the rest of them were old enough to go. Clyde Junior walked us back and forth to school when we lived at Slim Llewellyn's place, and he walked us back and forth to Kellum School from our house back in Christopher Hollow. We always had to walk. Junior only went to Kellum School that one year. After that he got a job at a filling station, but I don't know how old he was.

4. I can still remember the names of some of the teachers at Kellum School. It was a one room school with just one teacher and kids all ages. The three teachers I remember are: Lloyd Tarwater, Miss Ballard and Rush Haggard. There was also a woman who came to our school from an ocean far away, she said. I don't know where that was. I liked Kellum School pretty good. I liked Lloyd Tarwater too. He didn't live too far from us. Teachers back then didn't bear down on you the way they do now. Miss Ballard was a young lady. She wouldn't whip nobody for nothing. She let me play if I didn't do my lessons. Daddy beared down on me some about school; then he just quit. You know, Johnny Cash didn't have no education.

5. That teacher, Rush Haggard, threw off on us kids. He said we ought to wear

better clothes than we did to school. The clothes we wore were what we had – we didn't have any better or different. Some of the daddies went to the school and asked the kids to step outside. They wanted to know what gave that teacher the right to throw off on us kids. They threatened him with a hickory stick and told him his own parents wouldn't recognize him when they got through whipping him if he threw off on us again. Mr. Haggard left our school after that. The principal said Mr. Haggard told him he wanted to go back where he come from.

6. I remember that one day while we were walking on the way to school, a man named Luther Brackins stopped in a car and said they were going to shut down Kellum School. He offered to pick me and Ann up for school at Milligan Grove, so I said okay. I told Daddy about what Luther Brackins had said to us. Daddy said, "fine; you'll get a ride that way." It was just me and Ann then. Junior had quit school already. Luther Brackins carried me and Ann to school about a year and a half till we moved away. He was a teacher awhile, and then he got with his family and worked with his other brothers in the family company.

7. Daddy and Junior worked for the Brackins' family. I did too later. My teacher became my boss. The Brackins got into work with the Southern Roadway. They bid on jobs and hired people for the jobs. When I worked for them, my job was to scatter straw on the slopes where the road was going through. They had a big blower, but it couldn't reach every place. You carried a bale of straw on your back with one hand and held onto roots and branches to climb up the slopes with the other hand. It was real steep. If you couldn't do the work, then they didn't need you. They worked you hard. The pay was pretty good, about $5 an hour, but the job would break you down. Daddy twisted his back once carrying one of those bales. He didn't go to the doctor for it, but it hurt him pretty bad for about a month. If you can't do the job like they want it, it's no time till you're laid off. When Daddy got older his back bothered him quite a bit, and sometimes he rested his self. Then he would just work the tobacco and not take on other work.

8. When we lived on Rex Ingle's place we rented. Me and Anna went to White School. Junior had already quit school and was working at the filling station. James and John were too young still for school. As soon as I was old enough, I quit school too. I don't remember how old you had to be then to quit. I can't read or write, except to write my name. That's about it. None of us went to school much. We had to work. We all had to work together to help Daddy. Plenty of times, I worked for nothing. I plowed for nothing. We had to eat.

9. When I got old enough to quit school, Daddy and I worked on the farm together and then for Earl Huskey building A frames on Ski Mountain. I kept on living with Mama and Daddy till Daddy died in 1986. After Daddy died of the heart attack, Mama got somebody to stay with her. I had a pretty good job then, so I moved out and got my own place. This trailer I live in here is mine. I pay rent on the lot. Junior lives up the hill beside me with his wife. We all stick pretty close together and look out for each other.

10. I guess that coming up, our clothes didn't look too good. Shoes we had then looked like they were made from paste board boxes, like thin cardboard held together with glue. We got our clothes at the donated store; they were used clothes, but you had to pay for them. Our Uncle Bart had money compared to us, but even his pants had patches. We didn't throw

away nothing. Mama patched over all our clothes. Mama scrubbed them on a scrub board till she got that washing machine. Our britches were so thin from her trying to keep everything clean. By the time my littlest brother Ralph come along, things were a little better. It's like the Alan Jackson song, "mama bought a washing machine. . ." When mama finally got a wringer washing machine, you had to crank it up. It had a gas engine. We still didn't have electricity. By that time they had electricity back in where we lived, but we didn't have it. You put gas and oil in Mama's new machine. Mama kept our clothes washed and clean. We passed our pants down to the one below us if they would fit and weren't wore out.

11. At a house we lived in on Pitner Hollow, we had a wood burning stove to heat with and an ice box to keep milk cold. The ice box was a big metal box. You bought a block of ice and put in it, and that kept food cold. We didn't have no electricity. We got electric lights when we moved to Allensville Road. I was maybe 15 or so then.

12. When I was about eighteen years old, I tried to sign up for the army in Knoxville. They turned me off because of my eyes and no education, they said. They said if they needed me they'd call me. I guess they never did. They said I was short. They liked the tall people. Our daddy went to the army when I was little. When he came back I didn't know who he was. I had forgot about my daddy. I asked our Mama who that old man was. She said it was our daddy come back. Daddy always said the army took good care of you. Daddy had a bad infection in his throat when he went. They cured him. They took out his tonsils, pulled some teeth for him and took a bone out of Daddy's nose. Daddy came home after Japan and the US made peace. He was the only one of all of us that got to be in the military.

13. Daddy and Mama lived on Panther Creek when Daddy died. He was around 73. He couldn't do construction anymore when he got older because of his back. He had had lots of jobs; I couldn't even list them all. I remember he worked for the Brackins sowing seed; he worked at Fontana Dam. He farmed to keep us fed. He worked for Earl Huskey a good while. That was in construction. Daddy was always looking for extra work When we moved to Mill Creek, we had electricity but no well. The man Daddy had traded our other place with was supposed to dig us one. Daddy had traded in the well digger to get the new house. That man never did dig us a well. It wasn't written down. He didn't keep his word. I guess up at Mill Creek Daddy had maybe nine or ten acres, but he didn't have enough money to pay somebody to dig us a well.

14. When we were little, Daddy just moved us around a lot. He made the living, and we followed him. We didn't ask no questions about why we were moving or why he traded one thing for another thing. We just did what Daddy said. Times were hard for us. Times were hard. You done what you had to do. We always worked. You never'd turn down a job.

15. I remember Mama worked at Collier's Motel in Pigeon Forge cleaning rooms. This was after James was married and gone from home. I think Mama and James' wife, Annabelle, worked at Collier's together. Mama was just a little woman, but she sure worked hard.

16. Nobody went to James and Annabelle's wedding. I don't think it was much of a

wedding. James did take her to meet Mama before they got married. We all respected Mama like that.

17. Before Junior and I were born, we had a little sister. Her name was Lola Mae. I don't remember everything Mama said about her, but I believe she just lived a little bit. Mama cried when she talked about Lola Mae. I think she is buried in Milligan Cemetery. My sister Maralee lost a baby too, Billy Ray. He didn't live long. His head was like a blown up balloon. His little head had just shrunk up. He died when he was a little boy.

18. Mama said that her daddy made moonshine. My daddy would get drunk on moonshine sometimes, him and his brothers. It seemed like Daddy could hold it pretty good. He never let on; you couldn't really tell he was drinking. I think he probably drank when he was working off at places. He never did much drinking at home. There was money in moonshine back then. People got $30 to $40 a gallon. Mama's uncle or her granddaddy, somebody related to Mama, got caught and went to prison for making moonshine. Mama told me about it, but I can't remember who it was. All of us could buy moonshine then in Wears Valley. The people that made it didn't drink it. A guy told me he used a bushel of horse manure in his moonshine and a couple of car batteries dropped in it. Moonshine could kill you.

19. All us children were born at home. They said that Aunt Kay Keeler delivered me. She was an old granny woman. She was no kin to us; we just called her "Aunt." Daddy gave her a pig for delivering me. Daddy always made jokes about trading a pig in for me.

20. When I think back on my family coming up, I remember how we all worked together. We was family. When you got big enough, you hired out for somebody else, but you still put in what you earned. It was what you call "survival." When we had a job making some money, we put in for groceries or gave Mama and Daddy some money. We hauled tobacco, cut weeds, picked beans, mowed, chopped tobacco, cut wood, picked up walnuts to sell, anything we could do. It was all about putting groceries on the table. We come up hard, but we stuck together and helped each other.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

[signature] 12/21/11

Signature Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMES **DELLINGER**, | ) | |
| Petitioner, | ) | No. 3:09-CV-104 |
| vs. | ) | Judge Varlan/Magistrate Shirley |
| ROLAND **COLSON**, Warden, Riverbend Maximum Security Institution | ) | **Death Penalty Case** |
| Respondent. | ) | |

**Declaration of Gaye Nease, Investigator**
**Office of the Federal Public Defender**

My name is Gaye Nease; I am an adult resident of Nashville, Davidson County, Tennessee. I state the following:

1) I am an investigator for the Office of the Federal Public Defender.
2) In that capacity, I met George Frank Dellinger, a witness in the above listed case.
3) Because Mr. Dellinger is unable to read, I read the preceding declaration to him on December 21, 2011 and witnessed his signature of that document.
4) I have reviewed the photograph of Mr. Dellinger that is attached to his declaration. It is a faithful likeness of him.

I, declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Gaye Nease
Gaye Nease

01/19/2012
Date