**Exhibit 20**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL ANGELO **COLEMAN**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:89CV2469 D |
| | ) | |
| RICKY **BELL**, | ) | |
| | ) | |
| Respondent. | ) | |

**FINAL ORDER OF DISMISSAL**

Upon Petitioner Michael Angelo Coleman's Fed.R.Civ.P 41(a)(2) motion to dismiss his habeas corpus petition with prejudice, and where (1) Respondent has no objections, (2) the Petitioner's death sentence has been set aside, (3) Petitioner has been resentenced to life; and (4) Petitioner is now off death row and is eligible for parole, and for good cause shown, this Court grants the motion and directs that:

> The Clerk enter this order dismissing Petitioner habeas corpus petition with prejudice.

IT IS SO ORDERED this 16th day of December, 2011.

**s/ Bernice B. Donald**
BERNICE B. DONALD
UNITED STATES CIRCUIT JUDGE
Sitting by Designation