**Exhibit 22**

| **Sevier Co. Witness**<br>**(* State's Witnesses begins)**<br>**(** Defense Witnesses begins)**<br>**(*** Rebuttal Witnesses begins)** | **Sevier #/Blount # (See witness on left hand list for comparison)** | **See Witness on right hand list for notation remark** | **Blount Co. Witness**<br>**(* State's Witnesses begins)**<br>**(** Defense Witnesses begins)**<br>**(*** Rebuttal Witnesses begins)** |
|---|---|---|---|
| John Brown - #1 * | #1/#10 | Not called in Sevier Co. | Stella Whitted - #1 * |
| Terry Lilly - #2 | #2/#3 | | Jamie Carr (Forsythe) - #2 |
| Cindy Walker - #3 | #3/#4 | | Terri Newman (Lilly) - #3 |
| Kenneth Walker - #4 | #4/#5 | | Cindy Walker - #4 |
| Sharon Davis - #5 | #5/#6 | | Kenneth Walker - #5 |
| Steven Brooks - #6 | #6/#8 | | Sharon Davis- #6 |
| Drew Roberts - #7 | #7/#9 | | Sandra Hicks - #7 |
| Sandy Hicks - #8 | #8/#7 | | Steven Brooks - #8 |
| Alvin Henry -#9 | #9/#12 | | Drew Roberts - #9 |
| Jennifer Branam - #10 | #10/#13 | | John Brown - #10 |
| Sandy Branam - #11 | #11#15 | Not called in Sevier Co. | Sherry Smelcer - #11 |

| **Sevier Co. Witness (* State's Witnesses begins) (** Defense Witnesses begins) (*** Rebuttal Witnesses begins)** | **Sevier #/Blount # (See witness on left hand list for comparison)** | **See Witness on right hand list for notation remark** | **Blount Co. Witness (* State's Witnesses begins) (** Defense Witnesses begins) (*** Rebuttal Witnesses begins)** |
|---|---|---|---|
| Tim Nichols - #12 | #12(st)/#12(def) | | Alvin Henry - #12 |
| David Duggan - #13 | #13/N/A | | Jennifer Branam - #13 |
| Herman Lewis - #14 | #14/#14 | | Herman Lewis - #14 |
| Ray Herron - #15 | #15/#16 | | Sandy Branam - #15 |
| Thomas DeFoe - #16 | #16/#18 | | Ray Herron - #16 |
| Jason McDonald - #17 | #17/#19 | Not called in Sevier Co. | Ken Beeler - #17 |
| Brenda McKeon - #18 | #18/#20 | | Thomas DeFoe - #18 |
| Elaine Mayes - #19 | #19/N/A | | Jason McDonald - #19 |
| Nancy Bryant - #20 | #20/N/A | | Brenda McKeehan - #20 |
| Jerry Sullivan - #21 | #21/#21 | | Jerry Sullivan - #21 |
| Jamie Forsythe - #22 | #22/#2 (but recall #22) | | Jamie Carr (Forsythe) - recall |

| **Sevier Co. Witness<br>(* State's Witnesses begins)<br>(** Defense Witnesses begins)<br>(*** Rebuttal Witnesses begins)** | **Sevier #/Blount # (See witness on left hand list for comparison)** | **See Witness on right hand list for notation remark** | **Blount Co. Witness<br>(* State's Witnesses begins)<br>(** Defense Witnesses begins)<br>(*** Rebuttal Witnesses begins)** |
|---|---|---|---|
| Terry Lilly - recall | #3(but recall #23)/#3 | | Terri Newman (Lilly) - recall |
| Barbara Gordon - #23 | #23/#25 | | Thomas Carter, Jr. - #22 |
| Thomas Carter, Jr. - #24 | #24/#22 | Not called in Sevier Co. | Gary Hamilton - #23 |
| James Widener - #25 | #25/#30 | | James Gordon - #24 |
| Larry Munsey - #26 | #26/#35 | | Barbara Gordon - #25 |
| James Gordon - #27 | #27/#24 | | William Bass - #26 |
| Gary Clabo - #28 | #28/#28 | | Murray Marks - #27 |
| Dr. William Bass - #29 | #29/#26 | | Gary Clabo - #28 |
| Murray Marks - #30 | #30/#27 | Not called in Sevier Co. | Eric Ellington, MD - #29 |
| Larry McMann - #31 | #31(st)/#22(def) | | James Widener - #30 |
| David Davenport - #32 | #32/N/A | | Don Carmen - #31 |

| **Sevier Co. Witness**<br>**(* State's Witnesses begins)**<br>**(** Defense Witnesses begins)**<br>**(*** Rebuttal Witnesses begins)** | **Sevier #/Blount # (See witness on left hand list for comparison)** | **See Witness on right hand list for notation remark** | **Blount Co. Witness**<br>**(* State's Witnesses begins)**<br>**(** Defense Witnesses begins)**<br>**(*** Rebuttal Witnesses begins)** |
|---|---|---|---|
| David Carmen - #33 | #33/#31 | Not called in Sevier Co. | Joe Masson - #32 |
| Dr. Wayne Stewart - #1 ** | #1/#7 | | James Widener - #33 |
| Dr. Ittoop Malivekkel - #2 | #2/#13 | David/Ben - both employees of phone co. - checked transcripts for names to verify | Ben Duggan - #34 |
| Matthew Coverly - #3 | #3/#10 | Not called in Sevier Co. | Larry Muncy - #35 |
| Lynda Dellinger - #4 | #4/N/A | Not called in Sevier Co. | Jenny Brookshire (out of jury) - #36 |
| Bill Cogdill - #5 | #5/N/A | | Ton Talbott (out of jury) - #37 |
| Joyce Tipton - #6 | #6/N/A | | Gary Hamilton (out of jury) - #38 |
| Angela Gray - #7 | #7/N/A | | Jeff Clark (out of jury) - #39 |
| Carolyn Weaver - #8 | #8/#9 | Rebuttal witness #3 in Sevier | Mark Turner - #40 |

| **Sevier Co. Witness (* State's Witnesses begins) (** Defense Witnesses begins) (*** Rebuttal Witnesses begins)** | **Sevier #/Blount # (See witness on left hand list for comparison)** | **See Witness on right hand list for notation remark** | **Blount Co. Witness (* State's Witnesses begins) (** Defense Witnesses begins) (*** Rebuttal Witnesses begins)** |
|---|---|---|---|
| Jimmy Sutton - #9 | #9/N/A | Not called in Sevier Co. | Ricky Hurst - #1 ** |
| Diane Sutton - #10 | #10/#23 | Not called in Sevier Co. | James Moore - #2 |
| Shelly Longmire - #11 | #11/#21 | Not called in Sevier Co. | Roy Beason - #3 |
| Reese Sutton - #12 | #12/N/A | Not called in Sevier Co. | Mary Louise Franklin - #4 |
| Leroy Sutton - #13 | #13/N/A | Not called in Sevier Co. | Sherman Tullock - #5 |
| Earl Sutton - #14 | #14/#17 | Not called in Sevier Co. | Ralph Dellinger - #6 |
| Amy Franklin - #15 | #15/N/A | | Dr. Wayne Stewart - #7 |
| Kent Hatcher - #16 | #16/N/A | | Ralph Dellinger - recall |
| Justin Sutton - #17 | #17/#15 | Not called in Sevier Co. | Kathy Dellinger - #8 |

| **Sevier Co. Witness (* State's Witnesses begins) (** Defense Witnesses begins) (*** Rebuttal Witnesses begins)** | **Sevier #/Blount # (See witness on left hand list for comparison)** | **See Witness on right hand list for notation remark** | **Blount Co. Witness (* State's Witnesses begins) (** Defense Witnesses begins) (*** Rebuttal Witnesses begins)** |
|---|---|---|---|
| Gary Sutton - #18 | #18/N/A | | Carolyn Weaver - #9 |
| Ron Drinnon - #19 | #19/#35 | | Matthew Coverly - #10 |
| Gary Clabo - #1 *** | | Not called in Sevier Co. | Teresa Hodge - #11 |
| Don Ogle - #2 | | | Tim Nichols - #12 |
| Mark Turner - #3 | | | Dr. Ittoop Malivekkel - #13 |
| William Barnes - #4 | | Not called in Sevier Co. | Don Huskey - #14 |
| | | | Justin Sutton - #15 |
| | | Not called in Sevier Co. | Natasha Henry - #16 |
| | | | Earl Sutton - #17 |
| | | Not called in Sevier Co. | Danny Sutton (out of jury) - #18 |
| | | Not called in Sevier Co. | Bob Brooks - #19 |

| **Sevier Co. Witness<br>(* State's Witnesses begins)<br>(** Defense Witnesses begins)<br>(*** Rebuttal Witnesses begins)** | **Sevier #/Blount #<br>(See witness on left hand list for comparison)** | **See Witness on right hand list for notation remark** | **Blount Co. Witness<br>(* State's Witnesses begins)<br>(** Defense Witnesses begins)<br>(*** Rebuttal Witnesses begins)** |
|---|---|---|---|
| | | Not called in Sevier Co. | Larry Higgins - #20 |
| | | | Shelly Longmire - #21 |
| | | | Larry McMahan (McMann) - #22 |
| | | | Diane Sutton - #23 |
| | | Not called in Sevier Co. | Charles Currier - #24 |
| | | Not called in Sevier Co. | Katherine Turner - #25 |
| | | | Claude Sutton - #26 |
| | | Not called in Sevier Co. | Bill DeWitt - #27 |
| | | Not called in Sevier Co. | Robert Webb - #28 |
| | | Not called in Sevier Co. | Neal Stone - #29 |

| **Sevier Co. Witness<br>(* State's Witnesses begins)<br>(** Defense Witnesses begins)<br>(*** Rebuttal Witnesses begins)** | **Sevier #/Blount #<br>(See witness on left hand list for comparison)** | **See Witness on right hand list for notation remark** | **Blount Co. Witness<br>(* State's Witnesses begins)<br>(** Defense Witnesses begins)<br>(*** Rebuttal Witnesses begins)** |
|---|---|---|---|
| | | Not called in Sevier Co. | Clyde Dellinger - #30 |
| | | Not called in Sevier Co. | Martha Blair - #31 |
| | | Not called in Sevier Co. | Robert Whiteman - #32 |
| | | Not called in Sevier Co. | Jack Sutton - #33 |
| | | Not called in Sevier Co. | Larry Wolfe, MD - #34 |
| | | | Ronald (Ron) Drinnon - #35 |
| | | Not called in Sevier Co. | Beverly Sparks - #1 *** |
| | | Not called in Sevier Co. | Charles Harlan - #2 |