**Exhibit 23**

**Exhibit 23**

**MEMORANDUM**

DATE: June 20, 1995

TO: Dellinger file

FROM: EBD

SUBJECT:

---

Spoke with client on 6-20-95 after accepting his collect call and had the following discussion with him regarding potential witness Bobby Floyd. He stated that Tommy Griffin was involved in drug trafficing with two known groups, one brother James Griffin and two, a group of Cubans. He stated that on one occasion that the Cubans came to Bobby Floyd's house in Sevier County apparently to pick up drug money and discovered that Floyd was $350.00 short and that Floyd had apparently broken the seal on the cocaine bags. TG was involved in this drug deal and quickly came to James Dellinger's house to borrow $350.00 so that the Cubans wouldn't kill Bobby Floyd. Dellinger loaned Tommy $350.00 which was given to the Cubans so that Floyd wouldn't be short in the drug transaction. Dellinger believed that Floyd was dealing in Blount County and Floyd had reported that the Maryville drug dealers didn't want to continue doing business with TG. He believes that TG was a drug mule for both Bobby Floyd and James Griffin and that Floyd in turn was dealing with the Cubans in Sevier County. He stated that TG was willing to take the risk for Bobby Floyd and James Griffin and had told him that if he got caught he would keep his mouth shut and take the rap. Regarding his compensation Dellinger stated that TG was sometimes paid $100 but more likely was simply given beer and drugs for his services. He reported that he had seen Tommy shooting up drugs with a needle and he had tried to talk Tommy out of being involved in the drug culture.

He ~~testified~~ spoke regarding another incident involving a shipment of drugs inside magazines. Apparently the Cubans would mail magazines to Tommy with the drug concealed in small quantities inside the pages of the magazine. He believed that Tommy received a certain number of magazines containing hidden dope in the mail and was supposed to delivery all of these magazines to

the Cubans but kept some for himself. He suggested that this was a dangerous thing to do since the Cubans had threatened to kill Bobby Floyd for shorting them by $350.00. Dellinger further stated that Bobby Floyd had the practice of buying the cocaine, taking it to Tommy's house and cutting it up so that he wouldn't risk being caught in his own home.

Regarding James Griffin, Dellinger reported that he was a witness to Tommy's brother, James Griffin, threatening to shot Tommy in the foot for being a squealer. Apparently some coke dealer had told James that Tommy was a snitch. As a result James had beaten Tommy rather severely for talking to their mother Viola about this charge of being a snitch. Tommy had apparently complained to his mother that James was calling him a snitch and James thereupon gave Tommy severe beating. Will consider offering this proof as a possible motive for homicide.

Dellinger reported that he was not close friends with Bobby Floyd and that they had known each other for 2 or 3 months before the murder. The thing they had in common was that they both knew and liked Tommy Griffin. He said they had shot pool and went to bars together on several occasions with Tommy. Follow up with on James Griffin and Bobby Floyd for possible motives a.s.a.p.

James hooked on cocaine / Connie would try to get James out of trees / James shot up home of his friend Hippie Schuler / heard Tommy tell about going to trailer park in Maysville for James / one did not pay for drugs