**Exhibit 24**

3-10-92
S.C.S.O CASE # 92-1682
TBI CASE # 58513
CHIEF M. B. VONCANNON

BACKGROUND:

ON 2-24-92 CONNIE BRANAM AND TOMMY GRIFFIN WERE REPORTED MISSING BY VIOLA GRIFFIN, THEIR MOTHER. SHE SAID TOMMY WAS LAST SEEN ON 2-21-92 WHEN HE WAS BAILED OUT OF THE BLOUNT CO. JAIL BY 2 MEN BELIEVED TO BE JAMES DELLINGER AND GARY SUTTON. CONNIE WAS LAST SEEN ON 2-22-92 WHEN SHE LEFT HEADED TO BLOUNT CO. TO TRY TO FIND TOMMY. ADDITIONALLY, TOMMY GRIFFIN'S TRAILER BURNED ON THE NIGHT OF 2-21-92. IT WAS RULED ARSON BY STATE ARSON INVESTIGATOR GARY CLABO.

TOMMY GRIFFIN'S BODY WAS FOUND ON THE AFTERNOON OF 2-24-92 IN THE WALLAND SECTION OF BLOUNT CO. HE HAD BEEN SHOT TO DEATH. BLOUNT CO. RECOVERED 12 GAUGE SHELLS AT THE CRIME SCENE; AND 12 GAUGE WADDING AND 00 BUCKSHOT PELLETS FROM THE BODY. BLOUNT CO. DETECTIVES INTERVIEWED JAMES DELLINGER AND GARY SUTTON AT THE SEVIER COUNTY SHERIFF'S DEPARTMENT ON 2-25-92. THEY REPORTEDLY SAID THEY DIDN'T KNOW WHAT HAPPENED TO TOMMY GRIFFIN AFTER THEY GOT HIM OUT OF JAIL, THAT HE WAS MET BY AN UGLY FAT WHITE WOMAN WITH BLACK HAIR AND HE LEFT WITH HER IN A RAGGED OUT 1970'S BLACK OR DARK BLUE FORD FALCON. DELLINGER SAID THAT THE LAST TIME HE HEARD FROM CONNIE BRANAM WAS ON SATURDAY WHEN SHE CALLED LINDA DELLINGER AND SAID SHE WAS ON HER WAY TO MARYVILLE TO LOOK FOR TOMMY.

ON 2-27-92 AN AIR AND MOBILE SEARCH OF THE WEARS VALLEY / WALDEN'S CREEK AREA WAS CONDUCTED BY THE SEVIER COUNTY SHERIFF'S DEPARTMENT WITH NO RESULTS.

SUMMARY OF MY INVESTIGATION:

2-28-92 (FRIDAY)

1845 HRS I WAS NOTIFIED THAT CONNIE BRANAM'S CAR HAD POSSIBLY BEEN LOCATED IN THE CLEAR FORK SECTION OF WEAR'S VALLEY. I ARRIVED AT THE SCENE AT ABOUT 2100 HRS. I MET SHERIFF OGLE, CAPTAIN McMAHAN, DETECTIVES HARMON AND HUSKEY AT THE FIRST DIRT ROAD TO THE LEFT OFF OF CLEAR FORK RD. DETECTIVES FROM THE BLOUNT COUNTY SHERIFF'S DEPARTMENT WERE ALSO AT THE SCENE. AS WE WALKED IN FROM CLEAR FORK RD., CAPTAIN McMAHAN AND DETECTIVES HARMON AND HUSKEY COLLECTED ITEMS WITH POSSIBLE EVIDENCE VALUE FOR LATER PROCESSING. AMONG THE ITEMS COLLECTED WERE BUDWIESER BEER CANS AND FIRED SHOTGUN SHELLS. ABOUT 1/2 MILE IN FROM CLEAR FORK, WE CAME UPON THE BURNED OUT CAR. THE TAG # VLT105 AND BODY STYLE (70 DODGE DART SWINGER) MATCHED THE DESCRIPTION OF THE VEHICLE CONNIE BRANAM WAS LAST SEEN DRIVING. THERE WAS WHAT APPEARED TO BE A BADLY BURNED BODY LYING ON THE FRONT SEAT OF THE CAR. THERE WERE VERY FEW REMAINS TO WORK WITH. THE HEAD WAS UNDERNEATH THE STEERING WHEEL AND THE PELVIS WAS IN THE MIDDLE OF THE SEAT. SHERIFF OGLE MADE THE DECISION TO SECURE THE CRIME SCENE UNTIL MORNING AND GET DR. WILLIAM BASS FROM THE UNIVERSITY OF TENNESSEE TO RECOVER THE REMAINS. THE SCENE WAS GUARDED DURING THE NIGHT BY ROY HODGES AND JOEY PARTON. THEY WERE

RELIEVED BY JACK PHIBBS AND JAMES WHALEY THE NEXT MORNING. WE DEPARTED THE SCENE AT ABOUT 2300 HRS. AT THE JAIL, SHERIFF OGLE NOTIFIED AGENT DAVID DAVENPORT OF THE TENNESSEE BUREAU OF INVESTIGATION. A CALL HAD BEEN MADE EARLIER FOR AN ARSON INVESTIGATOR. GARY CLABO WAS INITIALLY UNAVAILABLE AND CECIL BURGE FROM HARRIMAN RESPONDED. THEY WERE ESCORTED TO THE SCENE BY PARTON ON HIS WAY TO GUARD THE CRIME SCENE. I LEARNED THAT DELLINGER AND SUTTON HAD BEEN INTERVIEWED BY BLOUNT CO. DETECTIVES AGAIN ON THE 28TH AND THAT SUTTON HAD INVOKED HIS RIGHT TO COUNSEL. AT THE REQUEST OF THE BLOUNT CO. AUTHORITIES, SUTTON AND DELLINGER WERE DETAINED IN THE JAIL.

2330 HRS. WE CALLED BOYD BRANAM, CONNIE'S HUSBAND AND ASKED HIM TO COME TO THE SHERIFF'S DEPARTMENT WHERE WE OBTAINED HIS CONSENT TO SEARCH THE CAR AND NOTIFIED HIM HAT THERE WAS A BODY INSIDE. WE TOLD HIM THAT IT WAS PROBABLY CONNIE; BUT THAT WE WOULD NEED MORE TIME TO KNOW FOR SURE. SUTTON WAS RELEASED FROM CUSTODY. AGENT DAVENPORT ARRIVED.

0010 HRS. WE ATTEMPTED TO INTERVIEW JAMES DELLINGER ABOUT CONNIE'S DEATH. PRESENT WERE SHERIFF OGLE, DAVENPORT, VONCANNON, AND HARMON. DELLINGER TOLD US HE HAD BEEN ADVISED BY ATTORNEY DAVID WEBB NOT TO MAKE ANY STATEMENTS. HE DID TELL US THAT HE OWNED A SILVER 87 OLDS CUTLASS GREY IN COLOR AND A WHITE 83 DODGE TRUCK. HE DESCRIBED HIMSELF, TOMMY, AND CONNIE AS THE BEST OF FRIENDS. DELLINGER SAID THAT ALL HIS PROBLEMS WITH THE GRIFFIN FAMILY BEGAN WHEN GARY SUTTON (HIS NEPHEW) AND BILLY GRIFFIN GOT INTO A FIGHT AROUND CHRISTMAS. HE SAID THAT HE AND TOMMY AND CONNIE HAD DRANK TOGETHER, WENT SWIMMING TOGETHER AND HE HAD NO REASON TO HURT EITHER OF THEM. WHEN PRESSED, HE WOULD SAY HIS ATTORNEY TOLD HIM NOT TO SAY ANYTHING. HE DID SAY HE WAS TIRED OF HIS WORDS BEING TURNED AROUND ON HIM IN THE NEWS MEDIA BY BLOUNT CO. THE INTERVIEW ENDED AT 0030. WE RELEASED HIM; AND AGREED TO MEET DR. BASS AT THE SHERIFF'S DEPARTMENT AT

2-29-92 (SATURDAY)

0800 HRS. WE MET AT THE [illegible] AND AFTER A BRIEFING, LEFT HEADED TO THE SCENE. BLOUNT CO [illegible] SUPPOSED TO HAVE BEEN AT THE JAIL FOR THE BRIEFING BUT NO ONE [illegible] ED UP. I ARRIVED AT THE CRIME SCENE AT 0947 HRS. PRES[illegible] THE SCENE ON 2-29-92 WERE SHERIFF OGLE, MYSELF, CAPT. MC[illegible] DETECTIVES HARMON HUSKEY TURNER AND MCCARTER, DAVENPORT [illegible] EPUTIES PHIBBS AND WHALEY. BLOUNT CO. DETECTIVE JIM WIDNE[illegible] ED WHILE THE CAR WAS BEING PROCESSED. THE INTERIOR OF TH[illegible] WAS EXCAVATED BY DR. WILLIAM BASS, HIS ASSISTANT MU[illegible] RKS, AND ARSON INVESTIGATOR GARY CLABO. INSIDE THE CAR, T[illegible] OVERED A FIRED .303 BRITISH CASING. WIDNER WHEN THE SHELL [illegible] SCOVERED, SAID THAT THEY (BLOUNT CO.) HAD TAKEN A .303 [illegible] WHEN THEY SERVED A SEARCH WARRANT AT JAMES DELLINGER'S R[illegible] ON 2-28-92. WHEN SEARCH OF THE CAR WAS COMPLETE[illegible] TOWED BY MOUSE'S WRECKER SERVICE. CAPT. MCMAHAN, CLABO [illegible] AND MYSELF CANVASSED CLEAR FORK RD. FROM THE HAPPY [illegible] INTERSECTION TO ABOUT 250

YARDS PAST THE DIRT ROAD. WE THEN BROKE FOR LUNCH AND MET BACK AT THE SHERIFF'S DEPARTMENT AT 1500.

1500 HRS. WHEN WE REASSEMBLED WE BEGAN INTERVIEWING THE FAMILY AND FRIENDS OF THE GRIFFINS. SHERIFF OGLE, HARMON, AND MYSELF INTERVIEWED VIOLA GRIFFIN (TOMMY AND CONNIE'S MOTHER) AND TAMMY GRIFFIN (THEIR SISTER) AT VIOLA'S HOUSE ON WHITE'S SCHOOL RD. THE INTERVIEWS WERE TAPE RECORDED (REFER TO THE TRANSCRIPTIONS). WE THEN SPLIT UP WITH DET. HARMON AND MYSELF INTERVIEWING ELAINE MAYS, 2322 BLUFF HEIGHTS RD. HER INTERVIEW WAS ALSO TAPE RECORDED (REFER TO THE TRANSCRIPTIONS). SATURDAY EVENING WE OBTAINED A SEARCH WARRANT FOR JAMES DELLINGERS 1983 DODGE TRUCK. THE TRUCK WAS TOWED TO THE SHERIFF'S DEPARTMENT WHERE THE WARRANT WAS SERVED. SEE EVIDENCE LIST OF CAPT. MCMAHAN FOR ITEMS SEIZED.

3-1-92 (SUNDAY)

1300 HRS. WE MET AT THE SHERIFF'S DEPARTMENT. AGENT DAVENPORT AND I WERE DETAILED TO LISTEN TO THE TAPES OF THE BLOUNT COUNTY INTERVIEWS WITH JAMES DELLINGER AND GARY SUTTON.

SUMMARY OF DELLINGER'S 1ST INTERVIEW (TAKEN ON 2-25-92): JAMES DELLINGER SAYS THAT CONNIE WAS TRYING TO BUY A PISTOL ON SATURDAY. HE SAID THAT TAMMY GRIFFIN CALLED LINDA DELLINGER TRYING TO BUY A PISTOL FOR CONNIE BECAUSE SHE WAS AFRAID OF JAMES SUTTON. DELLINGER SAYS THAT WHEN HE WENT TO THE BLOUNT COUNTY JAIL TO GET TOMMY GRIFFIN OUT OF JAIL, TOMMY DIDN'T HAVE A SHIRT AND HE (JAMES) GAVE HIM HIS. JAMES SAYS TOMMY SAID THEY DIDN'T EVEN SEARCH HIS LEG THIS TIME. DELLINGER SAID THAT WHEN THEY GOT TO TOWNSEND EARLIER THAT DAY THEY WERE APPROACHED BY A GIRL (DESCRIBED AS HEAVY SET, UGLY, BLACK STRAIGHT HAIR WEARING A STRAIGHT TOP, BLUE JEANS AND WHITE TENNIS SHOES. DELLINGER NOTICED THAT HER NOSE HAD "DENT" FROM WEARING GLASSES.) LOOKING FOR DRUGS. HE SAYS THEY TRIED TO GET HER TO GET IN THE CAR WITH THEM; BUT SHE WOULDN'T. DELLINGER SAID THEY WERE DRIVING GARY'S BLUE CAMARO. HE SAYS THEY HAD BEEN TOGETHER SINCE ABOUT 10:00 AM AND HAD SHOT POOL AT PUDGIES BAR ON CHAPMAN HWY. BEFORE GOING TO TOWNSEND. DELLINGER SAID TOMMY LEFT WITH THE GIRL IN A DARK BLUE OR BLACK 1970'S AND THEY WENT ON TO HOWIES. HE SAYS THEY STAYED AT HOWIES AWHILE BEFORE COMING HOME. JAMES SAYS THEY DROVE HIS WIFE'S GREY OLDS TO GET TOMMY OUT OF JAIL. HE SAID THAT WHEN TOMMY'S TRAILER CAUGHT ON FIRE CONNIE CALLED LOOKING FOR HIM (TOMMY). JAMES SAYS THEY TOLD HER HE WAS IN MARYVILLE. HE SAID CONNIE CALLED HIM BACK AND SAID TOMMY WAS IN JAIL IN MARYVILLE AND ASKED HIM (JAMES) TO GO GET HIM OUT. DELLINGER SAID HE AND GARY WENT TO THE BLOUNT COUNTY JAIL AND HE PAID TOMMY'S BOND. HE SAYS THAT AS THEY LEFT THE JAIL THEY MET THE GIRL FROM TOWNSEND. DELLINGER SAID THEY TRIED TO TELL TOMMY HIS TRAILER HAD BURNED DOWN AND HE NEEDED TO COME HOME WITH THEM; BUT THAT TOMMY THOUGHT HE WAS LYING AND LEFT WITH THE

GIRL IN HER CAR. HE SAYS HE AND SUTTON CAME HOME GOT LINDA DELLINGER AND CAROLYN WEAVER AND WENT TO THE HUDDLE HOUSE IN PIGEON FORGE TO EAT. DELLINGER SAID THAT TOMMY WAS SUPPOSED TO HAVE CALLED BOYD BRANAM AND VIOLA GRIFFIN AFTER THEY LEFT HIM. HE SAYS BILLY GRIFFIN CALLED MONDAY NIGHT AND TOLD THEM THAT TOMMY HAD BEEN FOUND DEAD IN MARYVILLE, SAID HE ACTUALLY TALKED TO LINDA DELLINGER. JAMES SAID THAT BOYD AND CONNIE FOUGHT ALL THE TIME OVER TOMMY AND THE FACT THAT HE DIDN'T PAY ALL OF THE TRAILER PAYMENT. DELLINGER SAYS THE WHOLE GRIFFIN FAMILY IS ON DRUGS; BUT THAT HE (DELLINGER) DOESN'T DO DRUGS. HE SAID HE LOANED EDDIE BLAIR THE MONEY TO BUY HIS CAR (A GREEN CHEVROLET). EDDIE LIVES ON GNATTY BRANCH AND DELLINGER SAYS HE HASN'T SEEN BLAIR IN ABOUT 2 WEEKS. JAMES SAID TOMMY WOULD GET VIOLENT WHEN HE GOT TO A "CERTAIN POINT" WHEN DRINKING. HE SAID THEY HAD BEEN THROWN OUT OF SEVERAL BARS FOR FIGHTING. DELLINGER SAID THAT TOMMY AND JAMES GRIFFIN FOUGHT ALOT. HE SAID GRIFFIN WOULD CALL TOMMY A "NARC." SAYS THE LAST HE HEARD FROM CONNIE WAS SATURDAY WHEN SHE CALLED LINDA AND TOLD HER SHE WAS TAKING PICTURES OF TOMMY TO MARYVILLE. SHE IS SUPPOSED TO HAVE SAID SHE KNEW SOME PLACES WHERE TOMMY MIGHT BE. DELLINGER SAID TOMMY CARRIED A STAINLESS STEEL LOCKBACK KNIFE IN HIS FRONT POCKET. HE SAYS BILLY GRIFFIN CALLED SOMETIME AFTER 5:30 - 6:00 P.M. MONDAY AND SAID TOMMY AND CONNIE WERE BOTH DEAD. DELLINGER SAID THAT BOYD BRANAM AND HIS DAUGHTER JENNY BOTH CALLED AND TALKED TO LINDA DELLINGER MONDAY NIGHT.

SUMMARY OF GARY SUTTON'S 1ST INTERVIEW: (NOTE: THE QUALITY OF THE TAPE WAS VERY POOR MOST OF THE TAPE IS NOT LEGIBLE, WE COULDN'T BEAR TO LISTEN TO ALL OF IT.) GARY SAYS TOMMY STAYED WITH HIM [illegible]. HE SAID HE GOT ALONG WELL WITH BOTH TOMMY AND CONNIE. GARY SAYS TOMMY'S FAMILY BEAT ON HIM ALOT. HE SAID JAMES GRIFFIN CALLED TOMMY A "GOD DAMNED NARC." SUTTON SAYS TOMMY AND BOBBY FLOYD WERE TRANSPORTING DRUGS, AND HE [illegible] TOMMY HID THE DRUGS IN HIS ARTIFICIAL LEG. HE THINKS TOMMY IS THE ONE WHO GOT BOBBY FLOYD BUSTED. SUTTON SAYS [illegible] WERE IN TOWNSEND WHEN THEY WERE APPROACHED BY A GIRL [illegible]ING FOR "SOME SMOKE OR SNORT" HE GAVE THE SAME DESCRIPTION THAT DELLINGER DID. HE SAID THEY KEPT TRYING TO GET HER TO GET INTO THE TRUCK WITH THEM; AND SAYS THEY WERE DRIVING [illegible] WHITE DODGE TRUCK. HE ALSO SAID TOMMY LEFT WITH [illegible] SUTTON SAID THAT AFTER THEY GOT BACK THAT CONNIE CALLED [illegible] TOLD THEM THAT TOMMY'S TRAILER WAS ON FIRE. HE [illegible]EY TOLD HER THAT THEY LEFT TOMMY IN MARYVILLE. SUTTON [illegible] HE AND JAMES CALLED THE HOSPITAL AND JAIL LOOKING [illegible]MMY AND THAT IS HOW THEY FOUND OUT HE WAS IN JAIL [illegible]D CONNIE ASKED THEM TO GET TOMMY OUT OF JAIL.

SUMMARY OF JAMES DELLINGER'S 2ND INTERVIEW: (NOTE: THE QUALITY OF THE TAPE WAS VERY POOR MOST OF THE TAPE IS NOT LEGIBLE, WE COULDN'T BEAR TO LISTEN TO ALL OF IT.) JAMES SAYS HE AND GARY SUTTON SAW CONNIE IN TOWNSEND DRIVING AROUND. HE SAID SHE WAS DRINKING BEER AND LOOKING FOR DOOLEY (TOMMY GRIFFIN'S NICKNAME). JAMES SAID THEY MET HER AT THE BRIDGE OVER THERE. HE SAYS THEY WENT TO HOWIE'S AND WERE DRINKING AND DANCING. DELLINGER SAID SHE DROVE THEM THERE IN HIS TRUCK FROM TOWNSEND. JAMES SAYS THAT WHILE IN THE BAR, HE ASKED THE BARMAID IF TOMMY HAD BEEN BACK IN THERE. HE SAID THEY LEFT ABOUT DARK AND TOOK CONNIE BACK TO HER CAR AT THE SHOPPING CENTER. JAMES SAYS CONNIE TOLD HIM AND SUTTON NOT TO TELL BOYD OR ANYONE THAT SHE HAD BEEN WITH THEM. HE SAID THAT SHE TOLD THEM SHE HAD ONE MORE PLACE TO LOOK FOR TOMMY. DELLINGER SAID SHE LEFT HEADED BACK TOWARD MARYVILLE, CONNIE IS SUPPOSED TO HAVE SAID SHE WAS GOING TO CHECK A PLACE BILLY GRIFFIN HAD TAKEN HER TO. WHEN PRESSED, JAMES DELLINGER SAYS "I JUST CAN'T REMEMBER ANYTHING ANYMORE."

1430 HRS. I TALKED TO TAMMY GRIFFIN BY PHONE AND SHE TOLD ME THAT SHE THOUGHT THAT ABOUT 2 YEARS AGO THAT CONNIE HAD GONE TO DR. MADISON IN SEVIERVILLE. I ASKED HER IF SHE CALLED LINDA DELLINGER TRYING TO FIND A GUN FOR CONNIE AND SHE TOLD ME SHE HADN'T. SHE TOLD ME SHE CALLED LINDA SATURDAY AFTER CONNIE LEFT TO ASK HER IF SHE HAD HEARD ANYTHING FROM TOMMY. THEN SHE SAID IT COULD HAVE BEEN SUNDAY BECAUSE LINDA ASKED HER IF SHE HAD HEARD ANYTHING FROM CONNIE. TAMMY SAID THAT FRIDAY NIGHT JAMES OR LINDA TOLD ONE OF CONNIE'S KIDS NOT TO WORRY ABOUT TOMMY BECAUSE HE WAS IN THE MARYVILLE JAIL.

1730 HRS. I INTERVIEWED TAMMY GRIFFIN AT THE SHERIFF'S DEPARTMENT. SHE TOLD ME SHE WAS FRIENDS WITH JAMES DELLINGER AND HAD DATED GARY SUTTON. SHE TOLD ME THAT LAST NOVEMBER SHE, JAMES DELLINGER, AND TOMMY WERE AT GARY SUTTON'S TRAILER WHEN CONNIE SHOWED UP WITH LINDA DELLINGER. SHE SAID THAT JAMES GOT REAL MAD AT CONNIE BECAUSE HE THOUGHT IT WAS HER IDEA TO BRING LINDA OUT THERE. TAMMY SAYS SHE HADN'T TALKED TO JAMES DELLINGER SINCE THAT INCIDENT. SHE SAID THAT BILLY GRIFFIN WAS AT GARY SUTTON'S TRAILER ONCE AND SOMEONE HE THOUGHT SOMEONE HAD CUT THE TIRES ON HIS CAR SO HE KICKED THE SIDE OF SUTTON'S TRAILER AND THEY ARGUED. SHE SAID DELLINGER WOULD EGG ON CONFRONTATIONS LIKE THAT. TAMMY TOLD ME THAT WHEN CONNIE CAME OVER TO SUTTON'S TRAILER WITH LINDA THAT JAMES WAS "PISSED" BECAUSE HE THOUGHT THAT IT WAS CONNIE'S IDEA FOR THEM TO COME OVER. JAMES IS SUPPOSED TO HAVE SAID HE WOULD GET EVEN WITH CONNIE FOR BRINGING LINDA OVER THERE. TAMMY SAID SHE DATED GARY SUTTON FROM JULY TO THE END OF SEPTEMBER. SHE SAID THAT IN SEPTEMBER GARY FOUND A POT PATCH SOMEWHERE AND HIM AND CONWAY PARTON (SUTTON'S HALF BROTHER) WENT OUT ONE NIGHT AND CUT IT. SHE SAID THEY TOOK THE POT TO CONWAY'S MOTHERS HOUSE. I ASKED HER IF SHE KNEW WHERE PUDGIES BAR WAS AND SHE TOLD ME IT WAS ON CHAPMAN HWY IN S.C.S.O

KNOXVILLE AND SHE HAD BEEN THERE WITH TOMMY AND GARY. TAMMY TOLD ME THAT SHE DIDN'T TALK TO JAMES OR LINDA UNTIL AFTER CONNIE HAD LEFT. I ASKED HER IF TOMMY KNEW BOBBY FLOYD. SHE TOLD ME THAT HER FAMILY AND THE FLOYD FAMILY USED TO LIVE ON KILBY ST. ACROSS THE STREET FROM EACH OTHER. TAMMY ALSO SAID THAT SHE HAD KNEW HE WAS A DRUG DEALER. SHE TOLD ME THAT TOMMY HAD BOBBY FLOYD'S PAGER NUMBER AND THAT TOMMY WOULD GO WITH JAMES DELLINGER TO BUY COCAINE FROM HIM. TAMMY TOLD ME THAT THE DAY BOBBY FLOYD WAS ARRESTED THAT JAMES DELLINGER HAD GIVEN HIM OVER $300 FOR COCAINE AND THAT TOMMY WAS THERE. TAMMY SAID THAT SATURDAY CONNIE CALLED LINDA AND FOUND OUT WHERE TOMMY HAD BEEN. SHE SAYS LINDA WOULD LIE FOR JAMES. TAMMY SAID THAT JAMES DELLINGER HAS SEVERAL GIRLFRIENDS IN ADDITION TO BEING MARRIED. SHE TOLD ME HE STILL SEES IS EX-WIFE "ANN", AND TAMMY MCCLURE WHO LIVES IN INGLE HOLLOW. SHE SAID THAT JAMES DELLINGER HAD BAILED TOMMY OUT OF JAIL BEFORE AND ALWAYS BROUGHT HIM HOME. AMONG THE JAILS HE HAD GOT TOMMY OUT OF WERE BLOUNT CO. AND JEFFERSON CO. TAMMY SAID THAT TOMMY WOULD PAY JAMES BACK OUT OF HIS DISABILITY CHECK. SHE SAID THAT FRIDAY NIGHT AFTER THE FIRE DEPARTMENT LEFT TOMMY'S SHE WALKED AROUND THE TRAILER AND SAID SHE SMELLED GAS AROUND THE BACK OF THE TRAILER. SHE ALSO SAID JUDY GRIFFIN (JAMES GRIFFIN'S WIFE) ACCEPTED A COLLECT CALL FROM SOMEONE IDENTIFYING HIMSELF AS TOMMY FRIDAY NIGHT; BUT THE PERSON WOULDN'T SAY ANYTHING.

3-2-92 (MONDAY)

0930 HRS. I LOCATED DENTAL X-RAYS OF CONNIE BRANAM AT DR. POPE AND DR. MADISON BOTH OF SEVIERVILLE. I GAVE THEM TO DET. DONNIE HUSKEY WHO TOOK THEM TO MURRAY MARKS AT THE U.T. ANTHROPOLOGY DEPARTMENT.

1415 HRS. TAMMY GRIFFIN CALLED AND SAID SOMEONE HAD ASKED HER THAT MORNING ABOUT JAMES DELLINGER OR GARY SUTTON OWNING A MACHINE GUN. SHE TOLD ME THAT DELLINGER TOLD HER THAT WHEN C. W. "BO" OGLE'S HOUSE WAS SHOT UP THAT HE AND SUTTON USED A RUGER .22 WITH A "GLASS" CLIP. (NOTE: WHEN DELLINGER AND SUTTON CAME IN ON 2-25-92 THERE WAS A RUGER 10-[illegible] RIFLE ON THE BACK FLOORBOARD OF THE CAR AND A PLASTIC 30 RD. BANANA CLIP FOR IT WAS ON THE TRANSMISSION HUMP ALONG THE FRONT SEAT.)

1500 HRS. MURRAY MARKS TOLD ME BY PHONE THAT THEY HAD IDENTIFIED CONNIE BRANAM AS BEING OUR FIRE VICTIM BASED ON HER DENTAL RECORDS. HE TOLD ME THAT THE PIECES OF METAL IN THE HEAD HAD BEEN RECOVERED AND HE WAS TURNING THEM OVER TO DET. HUSKEY. HE TOLD ME THEY COULD BE PIECES OF METAL THAT HAD FALLEN INTO THE SKULL AFTER IT EXPLODED DURING THE FIRE. HE TOLD ME THEY HAD THE HEAD ABOUT 3/4 RECONSTRUCTED AND [illegible] NOT FOUND A GUNSHOT YET. MARKS SAID THAT THERE WERE AT LE[illegible] 2 METAL FRAGMENTS IN THE LEFT SHOULDER / UPPER ARM AREA IN THE SOFT TISSUE THAT IS STILL THERE. HE SAID THAT AT THE TIME [illegible] COULDN'T TELL IF THE HUMOROUS FRACTURE WAS CAUSED BY A GUNSHOT [illegible] HEAT.

2015 HRS. AGENT DAVENPORT [illegible] INTERVIEWED CAROLYN WEAVER IN MCMAHAN'S OFFICE. SHE SAID [illegible] DIDN'T KNOW ANYTHING ABOUT THE

MURDERS. SHE REPEATEDLY SAID SHE DIDN'T BELIEVE THAT DELLINGER AND SUTTON WOULD DO SOMETHING LIKE THAT. WEAVER SAID THAT SHE AND SUTTON STAYED AT DELLINGER'S FROM THE THURSDAY BEFORE TOMMY DISAPPEARED UNTIL THE NEXT WEEK. SHE SAID THAT SHE BELIEVED THAT ON SATURDAY GARY AND JAMES WERE HOME BY 6:00 P.M. SHE WAS VERY UNCOOPERATIVE. WEAVER SAID THAT ON FRIDAY NIGHT WHEN JAMES AND GARY WENT TO GET TOMMY OUT OF JAIL THAT THEY WEREN'T GONE LONG; AND WHEN THEY RETURNED, JAMES GARY LINDA AND HER WENT TO THE HUDDLE HOUSE IN PIGEON FORGE TO EAT.

3-3-92 (TUESDAY)

1030 HRS I INTERVIEWED RICHARD DETWILER (W/M/6-12-55, MCMAHAN ST SEVIERVILLE, 453-3823 10TH GRADE ED.)AT THE SHERIFF'S DEPARTMENT. HE TOLD ME THAT ONE SUNDAY NIGHT 4 OR 5 MONTHS AGO HE WAS AT TOMMY GRIFFIN'S TRAILER. CONNIE AND JAMES DELLINGER WERE ALSO THERE. RICHARD SAID THAT JAMES AND CONNIE LEFT TO GET SOME BEER AND WHILE THEY WERE GONE HE AND TOMMY GOT TO TALKING ABOUT MONEY. HE SAYS TOMMY SAID "I CAN GET YOU SOME MONEY, ALL YOU HAVE TO DO IS DRIVE, I'M MAKING PLENTY OF MONEY." RICHARD SAYS HE TURNED DOWN TOMMY'S OFFER; AND TOOK IT TO MEAN HAULING DRUGS. RICHARD SAYS HE DIDN'T GO BACK TO TOMMY'S AGAIN AFTER THAT. BEFORE THIS INCIDENT, RICHARD SAID HE HAD BEEN GOING TO TOMMY'S AL LEAST EVERY OTHER WEEK. RICHARD SAID JAMES DELLINGER IS SUPPOSED TO HAVE GOTTEN $30,000 IN A WORKER'S COMP SETTLEMENT. RICHARD SAID THAT LAST SUMMER HE WENT SWIMMING WITH CONNIE AND HER KIDS AT WALLAND. HE SAID THAT TOMMY AND DELLINGER SHOWED UP AND CONNIE AND JAMES LEFT TO GO GET SOME BEER. RICHARD SAID HE WAS AT BOYD'S WHEN THEY TOOK BILLY GRIFFIN TO THE HOSPITAL AT CHRISTMAS. RICHARD SAID HE STAYED AT BOYD'S HOUSE WHILE THEY WERE GONE. AFTER BILLY WAS BEATEN, RICHARD SAYS CONNIE TOLD HIM SHE WASN'T GOING TO HAVE ANYTHING ELSE TO DO WITH TOMMY BECAUSE HE STUCK UP FOR JAMES AND GARY OVER THE FIGHT. I ASKED RICHARD IF HE KNEW BOBBY FLOYD AND WHAT HE DID. RICHARD SAID HE DID. HE SAID HE WOULD SEE BOBBY FLOYD AT TOMMY'S TRAILER ALMOST EVERY TIME HE WENT THERE. HE SAID HE LAST SAW FLOYD THERE JUST BEFORE THE CONVERSATION WITH TOMMY ABOUT MONEY. HE SAID THAT OVER THE LAST FEW MONTHS HE HUNG AROUND TOMMY'S THE CROWDS THERE SEEMED TO GET BIGGER. WITH THE EXCEPTION OF DELLINGER AND SUTTON, EVERYONE SEEMED TO BE MEMBERS OF TOMMY'S FAMILY.

1900 HRS. SHERIFF OGLE AND I INTERVIEWED BOYD BRANAM AT HIS HOUSE ON BLUFF HEIGHTS RD. WE ASKED HIM IF HE KNEW WHAT KIND OF RIFLES JAMES DELLINGER HAD. HE TOLD US THE ONLY RIFLE HE KNEW OF WAS A .30SOMETHING BRITISH RIFLE THAT HE HAD BOUGHT LAST SUMMER. BOYD SAID JAMES TOLD HIM HE BOUGHT IT TO GO DEER HUNTING.

1915 HR. SHERIFF OGLE AND I INTERVIEWED TAMMY GRIFFIN AT HER HOUSE ON WHITES SCHOOL RD. WE ASKED HER IF SHE KNEW WHAT KIND OF RIFLES JAMES DELLINGER HAD. SHE TOLD US JAMES HAD A 16 GAUGE SHOTGUN HIS FATHER HAD GIVEN HIM. SHE SAID SHE HAD SEEN HIM WITH DIFFERENT PISTOLS, AND SEEN HIM WITH DIFFERENT LONG GUNS. I ASKED HER IF JAMES HAD EVER MENTIONED A .303 RIFLE; AND

SHE SAID THAT HE HADN'T AS FAR AS SHE COULD REMEMBER.

1920 SHERIFF OGLE AND I INTERVIEWED JAMES GRIFFIN AT HIS MOTHER'S HOUSE ON WHITES SCHOOL RD. WE ASKED HIM IF HE KNEW WHAT KIND OF RIFLES JAMES DELLINGER HAD. GRIFFIN IMMEDIATELY SAID DELLINGER HAD A BRITISH .303 THAT HE BOUGHT 5 OR 6 MONTHS AGO. GRIFFIN TOLD US HE HAD SHOT THE RIFLE ON WALDEN'S CREEK RD. NEAR THE GAME RESERVE. HE ALSO SAID THAT THE NIGHT JOHN BROWN CAME TO TOMMY'S TRAILER BECAUSE THEY WERE SHOOTING THAT DELLINGER HAD BEEN SHOOTING THE .303 OUT THE FRONT DOOR AT A STREET LIGHT.

1925 HRS. BILLY GRIFFIN TOLD US THAT GARY SUTTON RAN AROUND WITH A SAWED OFF SHOTGUN IN THE TRUNK OF HIS CAMARO. HE SAID THAT JAMES DELLINGER HAD BOUGHT A BRITISH RIFLE AT A FLEA MARKET FOR DEER HUNTING, HE THOUGHT IT WAS A .30SOMETHING CALIBER. BILLY SAYS HE LAST SAW THE RIFLE AT DELLINGER'S ABOUT 2 MONTHS AGO.

3-4-92 (WEDNESDAY)

900 HRS. I TALKED WITH MEDICAL EXAMINER CHARLES ROACH, HE SUGGESTED THAT IF THERE WERE ENOUGH REMAINS THAT WE CONSIDER AN AUTOPSY. HE DID HOWEVER SAY THAT HE WOULD SIGN THE DEATH CERTIFICATE BASED ON DR. BASS' EXAMINATION OF THE REMAINS.

940 HRS. I TALKED WITH DR. BASS AT U.T. HE TOLD ME THE METAL FRAGMENTS IN THE SHOULDER WERE DEFINITELY A BULLET NOT SHOTGUN PELLETS. HE SAID THEY HAD NOT FOUND A BULLET WOUND

1130 HRS. DET DONNIE HUSKEY AND I WENT TO TOMMY GRIFFIN'S TRAILER TO LOOK FOR THE .303 CASING JAMES GRIFFIN HAD TALKED ABOUT. WE LOCATED THE FOLLOWING: 1 FIRED .303 CASING IN FRONT OF AND TO THE LEFT (FACING THE TRAILER) OF THE RIGHT PORCH AT THE FRONT OF THE TRAILER. IN THE SAME AREA WE DISCOVERED 7 FIRED 12 GAUGE SHELLS (THE PLASTIC CASINGS WERE MELTED OFF); AND IN THE RUBBLE TO THE LEFT OF THE SAME PORCH WE LOCATED ANOTHER .303 CASING. I PHOTOGRAPHED THESE ITEMS. I WAS USING 100 SPEED FILM AND ACCIDENTALLY HAD THE CAMERA SET FOR 400 SPEED FILM. ALL THE SHELLS WERE COLLECTED BY HUSKEY.

1600 HRS. SHERIFF OGLE, AGENT DAVENPORT, AND I MET WITH DISTRICT ATTORNEY GENERAL AL SCHMUTZER IN HIS OFFICE TO REVIEW THE CASE. SCHMUTZER AGREED THAT WE HAD PROBABLE CAUSE AND THE DECISION WAS MADE TO CONVENE A SPECIAL SESSION OF THE GRAND JURY THE NEXT DAY.

3-5-92 (THURSDAY)

0830 HRS. SHERIFF OGLE AND I MET WITH ATTORNEY GENERAL SCHMUTZER IN HIS OFFICE. HE TOLD US THE GRAND JURY WOULD START AT ABOUT 0930. SHERIFF OGLE AND I WENT TO THE JUDGES CHAMBERS TO WAIT.

0930 HRS. THE GRAND JURY STARTED. SHERIFF OGLE, DAVENPORT, AND CLABO APPEARED BEFORE THEM. THEY RETURNED INDICTMENTS AND HELEN LOVEDAY THE CIRCUIT COURT CLERK ISSUED A CAPIAS FOR EACH MAN.

1145 HRS. ALL PARTICIPANTS IN THE INVESTIGATION MET IN THE

BRIEFING ROOM TO PLAN THE ARREST OF DELLINGER AND SUTTON. I HAD CAPT. McCARTER INSTRUCT HIS ZONE CAR TO CHECK BY DELLINGER'S APARTMENT ON U. S. 411 IN SEYMOUR. HE TOLD ME BOTH OF DELLINGER'S VEHICLES AND SUTTON'S CAMARO WERE THERE. WHILE WE WERE MAKING OUR PLANS, McCARTER CAME BACK AND SAID SUTTON'S CAR WAS ON THE MOVE HEADED DOWN BOYD'S CREEK RD. TOWARD HWY 66. WE ALL HEADED OUT. WHILE ENROUTE OUT 66 OFC. KLEIN CALLED BACK IN AND SAID THE CAR HAD JUST RETURNED TO THE APARTMENT. WE PROCEEDED TO THE APARTMENT WHERE SUTTON AND DELLINGER WERE TAKEN INTO CUSTODY WITHOUT INCIDENT. SHERIFF OGLE, DAVENPORT, AND McCARTER TRANSPORTED DELLINGER WHILE TURNER AND I BROUGHT IN SUTTON. THEY WERE ARRAIGNED BY CIRCUIT JUDGE WILLIAM HOLT, WHO ORDERED THEM HELD WITHOUT BOND.

1630 HRS. DAVENPORT AND I INTERVIEWED JAMES DELLINGER. HE REPEATEDLY SAID WE HAD THE WRONG MEN. AT ONE POINT, I WAS TALKING TO HIM ABOUT HOW CONNIE'S CHILDREN DESERVED TO KNOW WHY THEIR MOTHER WAS BURNED UP. HE BENT OVER AND GOT TEARS IN HIS EYES (INDICATORS OF GUILT) BUT HE WOULDN'T ADMIT ANYTHING.

3-6-92 (FRIDAY)

1130 HRS. SHERIFF OGLE AND I WENT TO BLOUNT COUNTY S. O. AND DISCUSSED THE CASE WITH DETECTIVES GORLEY AND WIDNER.

1650 HRS. DET. HARMON AND I INTERVIEWED JAMES GRIFFIN AT THE SHERIFF'S DEPARTMENT. THE INTERVIEW WAS TAPE RECORDED, REFER TO THE TRANSCRIPTS.

1740 HRS. DET. HARMON AND I INTERVIEWED TAMMY GRIFFIN AT THE SHERIFF'S DEPARTMENT. THE INTERVIEW WAS TAPE RECORDED, REFER TO THE TRANSCRIPTS.

3-10-92

1000 HRS. SHERIFF OGLE GAVE ME A MATCHBOOK WITH 2 PHONE NUMBERS ON IT THAT AN INMATE HAD TRIED TO PASS TO DELLINGER. THE 1ST NUMBER 429-1551 IS AN INVALID NUMBER. 579-5797 IS LISTED TO AN E. COCHRAN 1504 DAYLILLY DR. APT. 397 KNOXVILLE.

S.C.S.O CASE # 92-1682
TBI CASE # 5A513
1ST SUPPLEMENT

3-16-92 (MONDAY)

0955 HRS. SHERIFF OGLE AND I INTERVIEWED BOBBY FLOYD IN CHIEF SEALS OFFICE. FLOYD SAID HE KNEW GRIFFIN, BRANAM, DELLINGER, AND SUTTON. HE TOLD US THAT DELLINGER AND SUTTON, WHEN THEY WERE TOGETHER, WOULD DO ALMOST ANYTHING. I TOLD FLOYD THAT I HAD HEARD THAT SUTTON AND DELLINGER THOUGHT THAT TOMMY GRIFFIN WAS THE ONE THAT GOT HIM BUSTED. FLOYD SAID THAT HE HAD HEARD THE SAME THING THOUGH HE KNEW TOMMY HAD NOTHING TO DO WITH IT. I TOLD FLOYD THAT I HAD ALSO HEARD THAT THE DAY HE GOT ARRESTED JAMES DELLINGER LOST SOME MONEY HE HAD FRONTED BOBBY ON A DEAL. FLOYD WOULDN'T SAY HOW MUCH MONEY WAS INVOLVED; BUT DID SAY WE "WERE IN THE BALL PARK OF THE TRUTH." THE INTERVIEW ENDED; AND I HAD CORRECTIONS SGT. DEVON MAYS TAKE FLOYD BACK TO HIS HOUSING UNIT. MAYS CAME BACK AND TOLD ME THAT FLOYD SAID THAT HE COULD REMEMBER A WHOLE LOT MORE IF WE HELPED HIM WITH HIS FEDERAL CHARGES.