**Exhibit 26**

FD-302 (REV. 3-10-82)



[redacted]

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 2/6/92

The following transcript is a consensually monitored conversation between DAVID BOWERS, BOBBY FLOYD, JESSE LAST NAME UNKNOWN (LNU), DOODLEY LAST NAME UNKNOWN (LNU) and RICK CLARK on December 11, 1991:

Investigation on 12/11/91 at Gatlinburg, Tennessee File # 245B-KX-60284

by SA MARK S. SWANGER, JR. MSS/clg/vwj Date dictated 12/11/91

's document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; ' its contents are not to be distributed outside your agency.

(NON PERTINENT CONVERSATION)

(PAUSE - SOUND OF CAR DOOR)

(SOUND OF WALKING)

(SOUND OF KNOCKING ON DOOR)

| | |
|---|---|
| BOBBY FLOYD | Come on in. |
| BOWERS | What's goin' on Bobby? Whatdaya say? |
| FLOYD | Whatdaya say? |
| BOWERS | What's goin' on? |
| JESSE DOE | How're you doin'? You alright? |
| BOWERS | Pretty good. You okay? |
| DOE | My name's Jesse. |
| BOWERS | David's my name. |
| DOE | Glad to meet ya. |
| DOODLEY LNU | Doodley. |
| BOWERS | Doodley? |
| DOODLEY | Yeah. |
| BOWERS | Good to meet you. |

| | |
|---|---|
| FLOYD | You wanna beer David? Rick's gone to get some uh...scales. |
| BOWERS | Alright. |
| FLOYD | You want... |
| BOWERS | Yes. I'll drink one with you. You got any Budweiser? |
| FLOYD | Yeah. |
| BOWERS | You need to drink some there Bob. Put some weight on ya. |
| FLOYD | I been sick. |
| DOE | (Unintelligible (UI)) somethin'. Drink Budweiser. I've tried it all. |
| BOWERS | Have ya? (LAUGHS) You keep comin' back to Budweiser. |
| | (ALL TALKING AT SAME TIME - UNINTELLIGIBLE) |
| FLOYD | Have to. Hell, I have to work so damn much, shit. Call work...(UI) |
| | (STATIC ON TAPE - UNINTELLIGIBLE) |
| DOE | (UI) four days and it gives you the headache the next mornin' what I like so damn good about it. |

(LAUGHTER)

pull up bio of

| | |
|---|---|
| DOE | It does. Budweiser'll make your head...(UI) won't it? |
| BOWERS | Blows me out too...(UI) |
| DOE | It does, yeah. I don't think...(UI) |
| | (RADIO PLAYING IN BACKGROUND) |
| DOE | I don't know if they ever made bourbon and coke or slow gin or somethin' like that or...scotch and water. |
| FLOYD | That uh...that scotch and water'll kill ya. |
| | (LAUGHTER) |
| DOE | Scotch and water tastes so much like moonshine the reason I like it. I can get a drunk or two in it. I...(UI) |
| DOODLEY LNU | (UI) time. |
| UNKNOWN MALE | (UI) |
| BOWERS | (UI) cocaine...(UI) |
| DOE | Bobby, see what...(UI) |
| | (ALL TALKING AT SAME TIME - UNINTELLIGIBLE) |

FLOYD (UI) the same, the same, the same everything. (UI) he was wantin' that many. You know you just drop it down to five...(UI) You know and let it cut the...uh quantity.

(PAUSE ON TAPE)

FLOYD (UI) couldn't drop it too much...(UI) he said if you's wantin' about three of 'em, he'd take about twelve a piece for 'em.

BOWERS Is he uh...is he gonna come over tonight or...

FLOYD No, huh uh. No, I just...I met him a little while ago.

BOWERS Really?

FLOYD James and them you know. James...(UI)

(NON PERTINENT CONVERSATION)

FLOYD Are you, are you in a real big hurry David?

BOWERS I need to get goin'?

FLOYD I don't, well uh...I, I tell you what I can do. I can uh...you know. They, they's about two of 'em...(UI) Uh, uh...Rick oughta...he oughta be back any...any minute now. He should of done been back. Uh...I can do...I can do one...one of two things. I can...I

| | |
|---|---|
| | can estimate it. I can guess at it. And if you got some place that you can weigh it. Just like you know Jim told you once before. If it... |
| BOWERS | I got some of these hangin' scales...on me you know. |
| FLOYD | Well... |
| BOWERS | (UI) |
| FLOYD | (UI) Wait a minute. I believe I hear him. |
| BOWERS | (UI) either. (UI) my car and deal. |
| FLOYD | No, I mean uh...we can get close to them. You know, but well what it is, I don't want...you know I don't, I don't wanna cheat ya because... |
| BOWERS | Yeah, I know. Well, we'll give him a few more minutes here. |
| FLOYD | Alrighty. You know I'd rather give you a little extra. |
| DOE | (UI) Doodley. |
| BOWERS | No, I'm alright. |
| DOE | (UI) |

FLOYD I'd rather give you a little extra as to, to...

BOWERS What don't you just give me...give me some extra. I like that.

DOODLEY That, that's what...that's what I was holler at.

BOWERS Sorta makes the world go round.

DOODLEY (UI) buddy the other night. I was holler discount wasn't I? I said hell. I says what about a discount here.

DOE Ought to give a damn discount when nobody will give one ain't it?

BOWERS Boy that's the damn truth. We all...all customers here or...are we...

DOE No, there's no dealers involved. We're just all customers just...(UI)

DOODLEY (UI) Everybody was waitin' on them weights you know.

BOWERS Everybody was waitin' on scales?

DOODLEY Yeah.

FLOYD Uh...that's what I was sayin', I'd rather give you a little extra as to short ya.

'Cause I don't want you to think uh...that's uh...you know uh cheat you or anything like that. (UI)

(NON PERTINENT CONVERSATION)

FLOYD What're you in...what're you...(UI)

BOWERS With uh...digitals.

FLOYD Digitals?

DOE (UI)

BOWERS Well, it's...about that wide. About like that. And I just...I don't wanna...get caught in the car with that.

FLOYD Yeah, I can...well, I can understand that.

BOWERS (LAUGHS)

FLOYD Person needs to carry them little old small ones.

BOWERS I'd like to have some of those like...like you had over here the other night.

FLOYD Yeah.

BOWERS You know that night that Greg was here?

FLOYD Yeah.

| | |
|---|---|
| BOWERS | I'd like to have some of those. |
| FLOYD | Yeah, that a way you know uh... |
| BOWERS | Those are little. Those we got. |
| FLOYD | (UI) are bigger than them? |
| BOWERS | Oh, yeah. Now they're, now they're about that wide. |
| FLOYD | Oh, god. |
| BOWERS | About like that. |
| FLOYD | Yeah, you can buy for...a hundred and sixty five dollars down in Knoxville. You can go down in...in uh...you know like...(UI) Fuffeckin They'll sell to you. uh...they sell to about everybody you know. |
| BOWERS | Where at? |
| FLOYD | Uh...Tennessee Scales. I know an old fella that works down there. Uh, for a hundred and sixty five dollars you can get the small one that you carry in your shirt pocket. And uh they...I mean they weigh tenths, grams...pounds (UI) |
| BOWERS | That's what a person really needs right there. |
| DOE | Yeah. (UI) scales are still down by a pound. (UI) pound. |

| | |
|---|---|
| FLOYD | (UI) |
| DOE | Yeah, I know. (UI) pound, shit. |
| FLOYD | You can't... |
| BOWERS | Shit, no. You guys buying a pound at a time? (LAUGHS) |
| FLOYD | (UI) a pound or a pound and a half. |
| | (UNINTELLIGIBLE CONVERSATION) |
| FLOYD | Coming in. |
| BOWERS | Yeah. |
| UNKNOWN MALE | If he wants the business. |
| FLOYD | (UNINTELLIGIBLE) money over. |
| UNKNOWN MALE | That's where the money is at. |
| BOWERS | Yeah it is. |
| UNKNOWN MALE | You don't realize it, but if people start seeing nine hundred fellows come in your house of a night, they, their gonna think, they have suspicions don't they. |
| FLOYD | I ain't being nosey or nothing, but a, a, you know if it's none of my business that's all you gotta do, is just tell me, you know, it's |

none of my business, but, what are you, I mean, I don't, you know, the crap never changes, you know, I mean, any way, lot what do you usually make off of this, and a ...

BOWERS — Shit, it just really just all depends on what's bought out of it.

UNKNOWN MALE — How bad they need is.

BOWERS — How many eight balls are sold out of it, how many grams, you know are sold out of it, it just all depends.

FLOYD — Oh, so you just don't sell grams, you sell like a...

BOWERS — Every once in awhile we sell eight ball, but a, you know, see, like I've not had none in, how long me and you been trying to get together now, four days?

FLOYD — Yeah

BOWERS — See I've been out for four days.

UNKNOWN MALE — What do you have to pay for an eight ball?

BOWERS — Two-fifty.

UNKNOWN MALE — Two-fifty.

BOWERS — What do you guys get up there.

| | |
|---|---|
| UNKNOWN MALE | Well, it's according to what part of town. |
| UNKNOWN MALE | It's according to who the fish is. |
| UNKNOWN MALE | It's according to how you cut it up. |
| FLOYD | Yeah, it's according to what part of town your in, if you go to Gatlinburg, you'll pay three hundred and twenty five dollars for an eight ball. |
| | (NON PERTINENT CONVERSATION) |
| BOWERS | We ready Bob? |
| | (MUSIC IN BACKGROUND) |
| DOODLEY | Where do you want him to go? |
| DOE | I believe he can mess you up on it. |
| BOWERS | No. |
| JESSIE | He would. |
| BOWERS | You know, only thing, only thing, only problem me and him ever has is getting together. |
| JESSIE | He mess you up on it once. |
| BOWERS | Once we get together it's, it's good though. |

| | |
|---|---|
| JESSIE | (UI) We got a buddy in Sevierville I go by, I buy off him if I can't get it from no where else, he give me a rock that big, won't he, every time and then he'll put little rocks around it, and he says there it goes. I like to crush that rock and smoke it, god damn I like that. |
| BOWERS | (UI) You guy's just sell, you sell grams? |
| DOODLEY | (UI) |
| JESSIE | (UI) I can get you a pound if you want it, I can get you a pound I'd say. |
| BOWERS | A pound of ... |
| JESSIE | Smoke, I can get you a pound of anything you want (UI). |
| BOWERS | Set that on there — Put it on the scales (UI)? |
| FLOYD | Yes. |
| JESSIE | I bet you it's over. |
| BOWERS | Uh? |
| JESSIE | I bet you it's over. |
| FLOYD | (UI) |
| BOWERS | Bobby weighs that bag and everything. |

| | |
|---|---|
| UNKNOWN MALE | Make sure it's over the (UI) cuttin' the bag. |
| UNKNOWN MALE | (UI) |
| FLOYD | You can tell by looking at it, it's over don't you. |
| BOWERS | I'd say it's gonna be right full. |
| JESSIE | Bring the scale in here Bobby to check him out with it. |
| DOODLEY | Bring it here (UI) |
| FLOYD | Uh? |
| DOODLEY | Bring it here. |
| JESSIE | (UI) |
| BOWERS | Rick, what's been going on buddy? |
| CLARK | Ah not much, hanging around here. |
| FLOYD | Don't even try it, that weighs more than zero. |
| CLARK | No, it's not. You don't have it on a level surface though. |
| FLOYD | Well, I just weighed it up there a second ago, Rick. |

| | |
|---|---|
| CLARK | Well you got the sitting part on this...(UI) |
| FLOYD | Do it there Rick, do it for me. |
| CLARK | (UI) that sucker. |
| FLOYD | Turn it off and do it again. |
| JESSIE | Watch him. |
| FLOYD | I know it weighs, hell it just weighed. |
| CLARK | (UI) |
| DOODLEY | You don't know Clark do you. |
| JESSIE | (UI) I just came with him I don't know him (UI) |
| FLOYD | Turn it off and do it. |
| CLARK ? | That's the same ones we used last time. |
| UNKNOWN MALE | Uh huh. |
| FLOYD | How much does this weigh? Put them all, put both of these on there, re-do it. |
| CLARK | Be still, it's a point off now, hold on a second, put in... |
| JESSIE | It's not showing. |

FLOYD It's showing 24 25...
Well that one says 28 20
Well it's suppose to be 28, it's supposed to be 30 with the bag and all.

BOWERS Without the bag.

FLOYD Yeah, that's what we weighed it out last time, 30. Well, put in, just add just a little bit more there Rick and see what you get out of it.

CLARK (UI)

FLOYD See that bag weighs two, hold on a second. Can I pour this out?

CLARK Uh hum

FLOYD Weigh the bag. Last time it weighed two... three.

CLARK (UI)...on the bag.

FLOYD Okay, so, we weighed it thirty last time ain't that correct Dave.

BOWERS Uh huh

FLOYD So, try it.

JESSIE It works now. Now try the whole bag and stuff.

| | |
|---|---|
| FLOYD | Yeah, try it now and see what it does. |
| JESSIE | Sometimes them heaters you have to wait a while on. |
| CLARK | Especially one your not used to using all that much. (UI) |
| FLOYD | ...24 and then shut off. |
| CLARK | Well (UI) |
| JESSIE | Put him some more in. |
| FLOYD | Oh yeah, that's what I was gonna do, 'cause I know, I know what it's suppose to weigh, 'cause we done it at thirty last time, so.. |
| UNKNOWN MALE | (UI) |
| FLOYD | Now see what it does. (UI) |
| BOWERS | (LAUGHING) |
| UNKNOWN MALE | Yeah |
| BOWERS | You can't. |
| CLARK | I use to have some and I sold them. (UI) |
| FLOYD | I don't know about them things Rick. |
| UNKNOWN MALE | (UI) |

| | |
|---|---|
| FLOYD | Well put some more (in) there. |
| CLARK | It looks like about three to me, pretty close. |
| FLOYD | I don't know about that it looks like, that's...well that's an awfully big ounce... That's close enough ain't it.. |
| BOWERS | Yeah. |
| FLOYD | 'Cause, I'll...I'll tell you. |
| JESSIE | Yeah, I believe, just guessing, I believe you got a pretty good deal there. |
| FLOYD | If that's over you'll let me know, won't you? |
| BOWERS | Yeah. |
| FLOYD | Okay. Let me look at that again Dave, I mean I ain't bitching or nothing, because they said, I know what the scales said and the scales said it, it's over. |
| UNKNOWN MALE | (UI) |
| FLOYD | Yeah, I ain't gonna bitch, because it, the scales says (is over. |
| JESSIE | Right on. |

FLOYD Yeah, can I put them up here where I put them before and see what it weighs,

UNKNOWN MALE (UI)

BOWERS Okay, I mean...

FLOYD What the shit's that?
(UI)

CLARK ...A way of doing it, excuse let me switch back.

BOWERS Yeah, go ahead...fall on your bed here.

CLARK (UI) people using my bed.

FLOYD Come here, do it up here the way I do it.

JESSIE (UI) Don't want to cheat you at all (UI).

BOWERS But this television is not level, because you remember the last time we were here Bobby, it wouldn't weigh on the television...

FLOYD (UI)

BOWERS Did you weigh it there before?

FLOYD Yeah, I weighed there just a minute ago on that television, but maybe you're right about that.

| | |
|---|---|
| BOWERS | No see that television is not level. |
| FLOYD | A, yeah, you're, I think, I think you are right because last time... |
| BOWERS | Remember the last time Greg had to come over here and weigh it. |
| FLOYD | Yeah, yeah, you're right, for some reason it won't.... |
| CLARK | Here you go. |
| FLOYD | For some reason it don't... |
| JESSIE | Better to get too much as too less. |
| BOWERS | Two, three, four, five, six, seven, eight, nine, ten,thousand, one, two three, four, five, one, two, three four, five, two, three, four, five, three, fourteen hundred. |
| FLOYD | Right, alright. |
| BOWERS | We're in business, buddy. |
| FLOYD | We're in business. |
| BOWERS | You guys... |
| UNKNOWN MALE | (UI) |
| BOWERS | Okay. |

| | |
|---|---|
| FLOYD | Weigh that, weigh that whenever you get where you're going, if you don't care. |
| BOWERS | Okay. |
| JESSIE | That way when you get where your going, if it's not right next time we'll catch up the slack. |
| BOWERS | It's right, we'll call if it's not. |
| JESSIE | If it's not let us know, okay. |
| BOWERS | Okay, yeah, yeah, (UI). Rick appreciate it buddy. |
| CLARK | (UI) See you later. |
| BOWERS | Good to meet you, man, bye. |
| JESSIE | Good meeting you, you have a good evening, |
| BOWERS | You gonna holler at me tomorrow. |
| JESSIE | Yeah. |
| BOWERS | About what time? |
| JESSIE | It'll be about six. |
| BOWERS | About six. |
| JESSIE | Um huh, you be home by then won't you. |

BOWERS Well, I'll have this beeper with me at all times, so...

JESSIE Well, you give me your beeper number, is that the number.

BOWERS Yeah, that's the number I give you was my beeper number.

JESSIE Alright, I'll holler at you.

BOWERS So, a, 8:25.

JESSIE I'll holler at you.

BOWERS Okay.

JESSIE Have a good evening.

BOWERS Alright fellows, see you.

JESSIE Okay, we'll see you buddy.

BOWERS Alright. END

(RECORDING ENDS)