**Exhibit 27**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMES **DELLINGER**, | ) | |
| | ) | |
| Petitioner, | ) | No. 3:09-CV-104 |
| | ) | |
| vs. | ) | Judge Varlan/Magistrate Shirley |
| | ) | |
| RICKY **BELL**, Warden, Riverbend Maximum Security Institution | ) | |
| | ) | |
| Respondent. | ) | |

**Declaration of Amy Dawn Harwell**
**Counsel of Record for James Dellinger**

My name is Amy Dawn Harwell; I am an adult resident of Davidson County, Tennessee. I state the following:

1) The facts necessary for support of our Response to Summary Judgment regarding Mr. Dellinger's allegations that the State withheld evidence in contravention of *Brady v. Maryland* cannot be fully presented, because discovery has not yet been granted.

2) As counsel for Mr. Dellinger, I have attempted to gather all information possible regarding the facts underlying our claim.

3) In furtherance of our claim, I have interviewed: former FBI Agent Mark Swanger, Sevier County drug investigator Randy Party, Bobby Floyd, Richard Clark, Dennis "Hippie" Schular, Arthur Harmon, Jimmie Gates, Rebecca Miller, and David Bowers.

4) I attempted to interview Juan Sierra, but he refused to speak with me. I was unable to locate Michael Gaines, Johnny Thompson, or Steve Oliveria.

5) My investigator interviewed Tammy Griffin and was warned off the property of Robin Brannam.

6) I copied all portions of the files to which I was allowed access pertaining to the federal prosecution of the individuals I have listed in our pleadings under the designations COCAINE CONSPIRACY.

7) The clerk's office in the Federal District Court at Knoxville explained that portions of the files I was seeking were under seal and could not be viewed nor copied.

8) Because of the transcript I was able to locate wherein Tommy Griffin was shown to participate with Bobby Floyd in a cocaine transaction recorded by a cooperating individual (revealed to me to be David Bowers), I believe that files requested will contain other relevant information regarding Mr. Griffin's drug activities.

9) Additionally, though I will only reveal the name of the source directly to the court, I met with the person identified in federal pleadings only as "CS7." CS7 told me that she knew that Tommy Griffin sold drugs for Bobby Floyd who was heavily involved in the drug operation run by drug kingpin Denis "Hippie" Schular.

10) Without the materials requested in Discovery, specifically the files of the federal court, the FBI, the TBI and the relevant drug task forces, I cannot fully respond to the Response to Summary Judgment filed in the above listed case.

I, declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Amy D. Harwell

2/22/12

Date