**Exhibit 29**

# ATTACHMENT 11

# Department of Health Documents

STATE OF TENNESSEE
DEPARTMENT OF HEALTH
**OFFICE OF GENERAL COUNSEL**

220 Athens Way, Suite 210
Nashville, Tennessee 37243
Telephone: (615) 741-1611
Facsimile: (615) 532-3386 or (615) 532-7749

PHIL BREDESEN
GOVERNOR

SUSAN R. COOPER, MSN, RN
COMMISSIONER

Writer's email: Leah.Begley@state.tn.us

April 18, 2008

**VIA FACSIMILE AND UNITED STATES MAIL**

Ms. Susanne Bales
Federal Defender Services
800 South Gay Street
Knoxville, Tennessee 37929

Re: Harlan

Dear Ms. Bales,

Pursuant to the order handed down by Magistrate Shirley on April 10, 2008, please find attached the eight (8) documents ordered to be produced.

Sincerely,

L. Erin Begley
L. Erin Begley
Assistant General Counsel

Enclosure: as stated above

*Tennessee Department of Health Mission:*
*To promote, protect and improve the health of persons living in, working in, or visiting the State of Tennessee.*

**PROTECTIVE COURT ORDER IN PLACE**

DIPLOMATE
THE AMERICAN BOARD OF PATHOLOGY
IN
FORENSIC PATHOLOGY
ANATOMIC PATHOLOGY
CLINICAL PATHOLOGY

C. Blake, M.D., F.C.A.P.
FORENSIC CONSULTANT
LAKEWAY PATHOLOGY ASSOCIATES
350 WEST THIRD NORTH, SUITE A
MORRISTOWN, TENNESSEE 37814

PHONE
(615) 581-[illegible]
581-[illegible]
24 HOUR 581-[illegible]

February 26, 1992

Terrance E. McNabb, Atty.
Law Offices
Suite 200
Trial Lawyers Bldg.
430 Third Avenue North
Nashville, Tennessee 37201

Re: Autopsied child
Jamie Tara Camp

Dear Mr. McNabb;

As a follow-up to our review of the case of Harlan/Krohn vs. family of Jamie Tara Camp, age two months and as written response to our conversation of the late p.m. of 2-25-92 I would submit the following opinion.

Having reviewed the entire material presented in the case, considered all aspects of the known information surrounding the case and especially the State law as it relates to the Sudden Infant Death Syndrome program and Medical Examiner's responses to same, I arrive at a conclusion that it would be very difficult to prove that Dr. Harlan acted outside of his statutory authority of Section 68-1-1102TCA.

Although Dr. Harlen sometimes acts in an almost incompassionate and rude manner in dealing with families, the public and the press, I feel there would be great difficulty in any chance of recovery or even significant embarrassment of Dr. Harlan in this case. In review of the pertinent sections of the code I think we have to consider that the county Medical Examiner who is also the Forensic Pathologist in this case may well have assigned himself the duty of performing the autopsy. He not only is the Chief Medical Examiner for Metropolitan Nashville and Davidson County he is the in title our State Chief Medical Examiner. Additionally the fact that the parents refused the autopsy and considering the great emotional strain they were under at the time, Dr. Harlan appears to have hidden behind his larger title of State Chief Medical Examiner and

the Forensic Pathologist-ME for Davidson County in going ahead with the autopsy. He can well do this under the standard law of suspicious death or unexplained death and thereby even bypass the Sudden Infant Death Program although the request was presented to the family under that pretense.

I simply see no viable suit, especially recognizing that we could not really prove that he really did not act in good faith. I hope this answers your question and again my apology for being slow on getting you a written answer. Our notations indicate that on 2-7-92 at 12:00 noon we called your office and requested a return call, your paralegal also out of the office at the time. We informed the secretary at that point of the urgency of contact with Mr. McNabb, hence the partial responsibility of both of us for getting together.

Again I am glad to serve you and we attach a bill for the entire services in the case.

Sincerely yours,

C.BLAKE, M.D., F.C.A.P.
FORENSIC PATHOLOGIST

PROTECTIVE COURT ORDER IN PLACE

Rcd 5-1-92

LAW OFFICES
OMER, BAKER, MCGEE,
MCNABB, WOOD, STILLMAN & KARR
AN ASSOCIATION OF ATTORNEYS

JAMES R. OMER
CHARLES CARTER BAKER, JR.
WILLIAM D. MCGEE
TERRANCE E. MCNABB
GUS A. WOOD III
JAY L. STILLMAN
STEPHAN D. KARR

SUITE 300
TRIAL LAWYERS BUILDING
420 THIRD AVENUE NORTH
NASHVILLE, TENNESSEE 37201
(615) 244-7271

WILLIAM C. WILSON
(1919-1980)

FAX (615) 255-7880

April 24, 1992

Dr. C. Blake, M.D., F.C.A.P.
Lakeway Pathology Associates
850 West Third North, Suite A
Morristown, TN 37814

re: Camp v. Harlan/Krohn
Our file number C-809

Dear Dr. Blake:

You will recall that this is the case which we discussed at length on several occasions. Our last discussion occurred on February 25, 1992, and you sent me a subsequent letter on February 26, 1992 with a bill for your services rendered. In the letter, you mistakenly referred to the autopsied child as Robert J. Henry, when in fact the child's name was Jamie Tara Camp. Please correct this, because I need your letter for a court proceeding.

Thank you for your assistance in this matter.

Sincerely yours,

Terry McNabb

Terrance E. McNabb

TEMc/rmf

Mailed corrected letter 5-1-92

PROTECTIVE COURT ORDER IN PLACE

THE LAW OFFICES OF
JAMES A. H. BELL, P.C.
110 W. SUMMIT HILL DRIVE
KNOXVILLE, TENNESSEE 37902
(615) 637-2900

JAMES A. H. BELL
J. ROBERT STACY
JACKSON L. CASE, IV

OFFICE: (615) 637-2900
MOBILE: (615) 679-2900
FACSIMILE: (615) 971-4298

May 16, 1995

Dr. Cleland Blake
850 West 3rd North Street
Morristown, Tennessee 37814

Re: Dr. Charles Harlan

Dear Dr. Blake:

Enclosed is the interesting resume (which is not updated) and a transcript of Dr. Harlan's testimony in a case in Cumberland County, Tennessee. The plot thickens.

With kindest personal regards, I remain

Very truly yours,

James A. H. Bell /KRF
James A. H. Bell

JAHB:krf
Enclosures

PROTECTIVE COURT ORDER IN PLACE

# CURRICULUM VITAE

Charles W. Harlan, M.D.

| | |
|---|---|
| Name: | Charles Warren Harlan, M.D.<br>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 |
| Degrees: | B.S., University of Tennessee<br>Knoxville, 1968<br>M.D., University of Tennessee, Memphis, 1972 |
| Licensure: | 1972 Tennessee<br>1976 Mississippi |
| Certification: | 1978 Anatomic and Clinical Pathology<br>1979 Forensic Pathology |
| Birth: | Columbia, Missouri, November 15, 1947 |
| Parents: | George Warren Harlan, D.V.M. (University of Missouri, 1954), and Naomi Elise (Chrisman) Harlan |
| Married: | Mona Gretel Case, M.D. (University of Tennessee, Memphis, 1974), October 29, 1966 |
| Children: | Donna Renee Harlan; b. May 19, 1967<br>Eric Warren Harlan; b. August 5, 1977<br>Gabriel Wallace Harlan; b. February 26, 1982 |
| Religion: | Baptist |
| Education: | University of Tennessee, Knoxville, September 1965 - December 1968 (B.S. December 1968)<br><br>University of Tennessee Medical School, Memphis, Tennessee, March 1969 - June 1972)<br><br>Student Fellow, Pathology, University of Tennessee, 1970 - 1972<br><br>Residency in Pathology (Anatomic and Clinical), University of Tennessee 1972-1976 |



PROTECTIVE COURT ORDER IN PLACE

Chief Resident in Pathology, July 1, 1975 - December 1975

Fellowship in Forensic Pathology; Shelby County Tennessee Medical Examiner's Office, University of Tennessee, Institute of Pathology, July 1, 1976 - June 30, 1976 7

Instructor in Pathology, University of Tennessee, September 1, 1976 - June 30, 1979

Assistant (Deputy) Shelby County Medical Examiner, April 1, 1972 - 1983

Assistant Chief Medical Examiner for the State of Tennessee, July 1, 1978 - present

Assistant Professor in Pathology, University of Tennessee, July 1, 1979 - 1983

Assistant Professor in Pathology, Vanderbilt University School of Medicine, December 1, 1983 - present

Assistant Professor in Pathology, Meharry University School of Medicine December 1, 1983 - present

Metropolitan Nashville/Davidson County Medical Examiner, November 18, 1983 - present

Meetings and Seminars Attended

1. Short course, Forensic Pathology Southern Regional, March 23-24, 1972, University of Tennessee Memphis, conducted by Dr. Jerry T. Francisco
2. Short course, "Pulmonary Pathology," June 19-25, 1976, University of California, San Diego, California, conducted by Drs. Averill Leibow and Robert Carrington
3. Short course, "Pathology of the Heart," American Academy of Cardiology, Chicago, Illinois, March 23-26, 1977, conducted by Dr. Maurice Lev



PROTECTIVE COURT ORDER IN PLACE

4. Seminar, "Rape," University of Tennessee, November 1977, conducted by James Spencer Bell, M.D.

5. Tennessee Academy of Sciences Annual Meeting, November 1978

6. Tennessee Academy of Sciences Annual Meeting, November 1979

7. Tennessee Academy of Sciences Annual Meeting, November 1980

8. National Association of Medical Examiners Fall Meeting, November 1978, in Newport, Rhode Island

9. National Association of Medical Examiners Spring Meeting, February 1979, in Atlanta, Georgia

10. National Association of Medical Examiners Spring Meeting, February 1980, in New Orleans, Louisiana

11. National Association of Medical Examiners Spring Meeting, February 1981, in Los Angeles, California

12. National Association of Medical Examiners Fall Meeting, November 1984, in San Antonio, Texas

13. National Association of Medical Examiners Spring Meeting, February 1985, in Las Vegas, Nevada

14. National Association of Medical Examiners Fall Meeting, September 1985, in Memphis, Tennessee

15. National Association of Medical Examiners Spring Meeting, February 1987, San Diego, California

16. National Association of Medical Examiners Fall Meeting, September 1987, San Francisco, California

17. National Association of Medical Examiners Spring Meeting, February 1988, Philadelphia, Pennsylvania

18. National Association of Medical Examiners Fall Meeting, November 1988, Boston, Massachusetts

19. National Association of Medical Examiners Spring Meeting, February 1989, Las Vegas, Nevada



PROTECTIVE COURT ORDER IN PLACE

20. American Association of Forensic Sciences Annual Meeting, February 1979, in Atlanta, Georgia

21. American Association of Forensic Sciences Annual Meeting, February 1980, in New Orleans, Louisiana

22. American Association of Forensic Sciences Annual Meeting, February 1981, in Los Angeles, California

23. American Association of Forensic Sciences Annual Meeting, February 1985, in Las Vegas, Nevada, (Scientific Section Co-moderator)

24. American Association of Forensic Sciences Annual Meeting, February 1987, in San Diego, California

25. American Association of Forensic Sciences Annual Meeting, February 1988, in Philadelphia, Pennsylvania

26. American Association of Forensic Sciences Annual Meeting, February 1989, in Las Vegas, Nevada

Medical Activities

Member, National Association of Medical Examiners Board of Directors, 1989-1991

Chairman, Medical Section of Tennessee Academy of Sciences, 1978-1979, 1979-1980

Assistant (Deputy) Shelby County Tennessee Medical Examiner

Assistant Chief Medical Examiner for the State of Tennessee

Instructor in Pathology, University of Tennessee Medical School

Assistant Professor in Pathology, Vanderbilt University Medical School

Assistant Professor in Pathology, Meharry University Medical School

non-classroom setting

Consultant in Pathology, Overton Park Zoo, 1976 to 1983



PROTECTIVE COURT ORDER IN PLACE

Consultant in Forensic Pathology in Northwest Mississippi

Consultant with Memphis Rape Squad-Memphis Police Department, Metro

Consultant with Shelby County Sheriff's Homicide Division on Investigations

Testimony as expert witness in Tennessee State Criminal Courts

Testimony as expert witness in Mississippi Federal Grand Jury

Testimony as expert witness in Arkansas State Criminal Courts

Testimony as expert witness in Federal District Courts of Tennessee

Testimony as expert witness in Federal District Courts of Mississippi

Testimony as expert witness in Mississippi State Criminal Courts

Testimony as expert witness in Tennessee Civil Courts

Guest Lecturer, Tennessee Law Enforcement Academy

Guest Lecturer, Northwest Mississippi Junior College

Faculty Advisor, University of Tennessee Medical School 1982-1983

Course Coordinator and lecturer, Clinical Chemistry, Review and update UTCHS Chemical Pathology and Toxicology Laboratory Personnel and College of Allied Health Faculty Members, Summer quarter and Fall quarter, 1982

Guest Lecturer, Tennessee Respiratory Therapy Association, Baptist Hospital, Memphis, Tennessee, 1982

Guest Lecturer, St. Joseph's Hospital of Memphis, Nursing Staff Annual Meeting, 1982

Guest Lecturer, St. Joseph's Hospital of Memphis, Pathology Department, 1982



PROTECTIVE COURT ORDER IN PLACE

Committee Member, Tennessee Society of Pathologists Medico-Legal/Medical Examiner Affairs Committee, 1980, 1981, 1982

Guest Lecturer, Exchange Club of Nashville, October, 1983

Guest Lecturer, 2nd year Medical Students, Vanderbilt University

Guest Speaker, WLAC Talk show with Ruth Ann Leach, Nashville, January, 1984

Guest Lecturer, "Advanced Biology" High School Students, February, 1984

Guest Lecturer, Donelson Rotary Club, Nashville, Tennessee, February, 1984

Tennessee Law Enforcement Training Academy, Association of Chiefs of Police, Nashville, Tennessee, April, 1984

General Hospital Medical Staff, Nashville, Tennessee, May, 1984

Middle Tennessee Industrial Distributors Association, May, 1984

Internal Medicine Society, May, 1984

Guest Lecturer Middle Tennessee Society of Medical-Technology, April, 1984

Guest Speaker, The Nashville Claims Association, Nashville Hilton, August, 1984

Guest Lecturer, Emergency Room Staff-Vanderbilt University Medical Center, September, 1984

Guest Lecturer, In-Service training for Metropolitan Police Department Training Academy, Nashville, Tennessee October, 1984

Guest Lecturer, American Medical Technologists, Sheraton South Inn, Nashville, Tennessee, November, 1984

Guest Lecturer, Leadership Nashville Vanderbilt Medical Center, Nashville, Tennessee, April, 1985



PROTECTIVE COURT ORDER IN PLACE

Guest Lecturer, Gupton Mortuary College, Nashville, Tennessee, May, 1985

Guest Lecturer, Metropolitan Police Training Academy, Nashville, Tennessee, May, 1985

Guest Lecturer, Gallatin High School Senior Class, Nashville, Tennessee, May, 1985

Guest Lecturer, Madison Hospital Koala Adolescent Drug and Alcohol Unit, Nashville, Tennessee, June, 1985

Guest Lecturer, Tennessee Law Enforcement Training Academy Homicide School, Nashville, Tennessee, August, 1985

Guest Lecturer, Southern Association for Microbiology Vanderbilt Hospital, Medical Center North, November, 1985

Guest Lecturer, Aquinas Junior College, November, 1985

Metropolitan Police Department In-Service Training Forensic Pathology, Nashville, Tennessee, November, 1985

* Metropolitan Police Department In-Service Training Forensic Pathology, Nashville, Tennessee, November, 1985

Metropolitan Police Department In-Service Training Homicide, Sex Crimes and Armed Robbery, November, 1985

## University Committees

Pathology Department Representative, Cardiovascular Module, 1976 to 1979

## Hospital Appointments

Consultant in Pathology, West Tennessee State Psychiatric Hospital, July 1972 - December 1975

Consultant in Pathology, Oakville Memorial Hospital, January 1976 - August 1976

Director of Clinical Laboratories, Oakville Memorial Hospital, September 1976 - June 30, 1978

Acting Director of Neuropathology Section, University of Tennessee, September 1976 - December 1976



PROTECTIVE COURT ORDER IN PLACE

City of Memphis Hospitals, to 1983

University of Tennessee Center for the Health Sciences Hospital, Memphis, to 1983

LeBonheur Children's Hospital, Memphis, to 1983

St. Joseph Hospital, Memphis, 1981, 1982, 1983

Metropolitan Nashville General Hospital, 1983 - present

Vanderbilt University Medical Center Hospital 1987 - present

Organizations

Memphis and Shelby County Pathology Society

Local, State and National American Medical Association

National Association of Medical Examiners

Tennessee Society of Pathologists

American Association for the Advancement of Science

College of American Pathologists, Fellow, 1979

American Society of Clinical Pathologists

Tennessee Academy of Science

Ad Hoc Committee on Inspection and Accreditation

Community Activity

National Merit Scholarship Finalist, 1965

First Place, Tennessee Baptist Sword Drill and Tennessee Representative to National Baptist Sword Drill, 1963

Member, Prescott Memorial Baptist Church

Deacon, Prescott Memorial Baptist Church

Sunday School Superintendent, Prescott Memorial Baptist Church



PROTECTIVE COURT ORDER IN PLACE

Minister of Music, Prescott Memorial Baptist Church, 1974 - 1978

Member, Memphis Opera Theater Guild

Assistant Stage Manager, Memphis Opera, 1977 - 1978

Member, Memphis Oratorio Society, 1977 to present

Official American Softball Association Umpire, 1977, 1978, 1979, 1980, 1981, 1982, 1983, 1984, 1985, 1986, 1987, 1988, 1989

Approved Tennessee Secondary School Athletic Association Official in Softball, Baseball, Volleyball, Basketball, 1978, 1979, 1980, 1981, 1982, 1983, 1984, 1985, 1986, Football in 1979, 1980, 1981, 1982, 1983, 1984, 1985, 1986, 1987, 1988, 1989

Umpire, National Co-ed Slow Pitch ASA tournament, Tulsa, Oklahoma, September, 1983

Umpire, National 15 and under Fast pitch ASA tournament, Marietta, Georgia, August, 1988

Umpire Districts, 14AA and 15AAA, TSSAA, Baseball, May, 1979; 14AA, May 1980

Umpire District 16A, May 1982 (10 games), Softball, TSSAA

Umpire Region 8A, May 1982, Softball, TSSAA

Umpire Region 8AA, Softball, TSSAA, May 1982

Umpire State Quarter Finals, Softball, TSSAA, May 1982, 1984, 1985, 1986

Umpire District Softball and Baseball, TSSAA, 1983

Umpire Region 7AA Baseball, TSSAA, May, 1983

Umpire District and Regional Softball, TSSAA, 1984, 1985, 1986, 1987, 1988

Soloist, Memphis Oratorio Society Fall Concert, November 28, 1978



PROTECTIVE COURT ORDER IN PLACE

Secretary, Memphis Metro Softball Umpires Association, 1982 - 1983

Official, TSSAA District 14 Volleyball district tournament, 1988

Umpire, College Softball, 1987, 1988, 1989

Assigning Supervisor, Middle Tennessee Softball Umpires Association, TSSAA, 1989

Trainees (Residents)

Julia Gooden
Dan Tench
Barry Brantley
Bill Macon
Deborah Groye-Mahoney
Phil Dutt
Kathy Dutt
~~Jim Salter~~

Publications

3pp


1. Bell, James S., Harlan, Charles W: Forensic Autopsy Sampling. The Tennessee Pathologist, Volume 1, No. 1, January 1979, pages 21-23

2. Harlan, Charles W., Bell, J.S., Stoskopf, M. K., Harlan, G.C.: Sudden Unexpected Death in the Swimming Pool. (Paper accepted for publication, Journal of the Tennessee Academy of Science, July 1979).

3. Harlan, Charles W., Bell, J.S., Harlan, G.C.: Association of Tuberculosis and Rupture of Divided Ducus Arteriosus Distal Segment Aneurysm. The Tennessee Pathologist, Volume 2, No. 1, January 1980, pages 7-10.

4. Harlan, Charles W., Bell, J.S., Harlan, G. C.: Typhoid Fever: Report of a Case. The Tennessee Pathologist, Volume 2, No. 1, January 1980, pages 17-20.

5. Bell, James S., Harlan, Charles W.: Report of Twenty 1978 Shelby County Drug Related Cases. The Tennessee Pathologist, Volume 2, No. 1, January 1980, pages 21-22.




PROTECTIVE COURT ORDER IN PLACE

6. Sorenson, Elsie M. B., Ramirez-Mitchell, R., Harlan, Charles W., Bell, J.S.: Cytological Changes in the Fish Liver Following Chronic, Environmental Arsenic Exposure. Bulletin of Environmental Contamination and Toxicology, Volume 25, May 1980, pages 93-99.

7. Bell, James S., Harlan, C.W.: Report of Twenty 1978 Shelby County Drug Related Deaths - Exclusive of Ethyl Alcohol, Carbon Monoxide and Other Gas, and Alcohol-Automobile Deaths. The Tennessee Pathologist, Volume 2, No. 1, January 1980, pages 21-22.

8. Sorenson, E. M. B., Harlan, C.W., Bell, J.S.: Renal Changes in Selenium-Exposed Fish. The American Journal of Forensic Medicine and Pathology, Volume 3, No. 2, June 1982, pages 123-129.

9. Sorenson, E. M. B., Bauer, T. L., Bell, J. S., and Harlan, C. W.: Observation on Sunfish Collected from Martin Lake in July 1981. Report to Texas Attorney General and the Texas Parks and Wildlife Department. In press.

10. Sorenson, E. M. B., Cumbie, P. W., Bauer, T. L., Bell, J. S., Harlan, C. W.: Histopathological, Hematological, and Other Changes Associated with Selenium Accumulation in Fish from Belews Lake. Archives of Environmental Contamination and Toxicology. In press.

11. Sorenson, E. M. B., Bell, J. S., Harlan, C. W.: Histological Changes in Selenium-Exposed Fish. American Journal of Forensic Medicine and Pathology, Volume 3, No. 4, December 1982.

12. Sorenson, E. M. B.; Bauer, T. L., Bell, J. S. Harlan, C. W.: Selenium Accumulation and Cytotoxicity in Teleosts following Chronic Environmental (Selenium) Exposure. Bulletin of Environmental Contamination and Toxicology. In press.

13. Sorenson, E. M. B., Bell, J. S. Harlan, C. W.: Planimetry of the Teleost Hepatopancreas in Selenosis. Submitted to Journal of Microscopy 4-7-82.

14. Harlan, Charles W., Bell, J. S., Stosfopf, M. K., Harlan, G. C.: Sudden Unexpected Death of a Performing Dolphin, Journal of the Tennessee Academy of Science, Volume 60, No. 4, October, 1985, pages 88-90.

## Abstracts

1. Harlan, Charles W., Bell, J. S., Stoskopf, M. K., Harlan, G. C.: Sudden Unexpected Death in the Swimming Pool. Journal of the Tennessee Academy of Science, Volume LIV, No. 2, April 1979; page 68.

2. Harlan, Charles W., Bell, J. S., Harlan, G. C.: Typhoid Fever: Report of a Case. Journal of the Tennessee Academy of Science, Volume LIV, No. 2, April 1979, page 67.

3. Harlan, Charles W., Bell, J. S.: Association of Tuberculosis and Rupture of Divided Ductus Arteriosus Distal Segment Aneurysm. American Association of Forensic Sciences Thirty-first Annual Meeting Program, page 109.

4. Harlan, Charles W., Bell, J. S., Harlan, G. C.: Evaluation of Ethyl Alcohol in Various Body Fluids. American Association of Forensic Sciences Thirty-second Annual Meeting Program, page 88.

5. Bell, James S., Harlan, C. W.: Forensic Pathology as an Elective Rotation for Medical Students - UTCHS/Shelby County and Tennessee Medical Examiner Office Version. Journal of the Tennessee Academy of Science, Volume LV, No. 2, page 52.

6. Harlan, Charles W., Bell, J. S., Harlan, G. C.: Cafe Coronaries: A Review. Journal of the Tennessee Academy of Science, Volume LV, No. 2, page 52.

7. Atkinson, James B., Roberts L. J., Aulsebrook K. A., Harlan, Charles W., Virmani, R.: Role of Histamine in Atherogenesis. Arteriosclerosis 7:53a, 1987.

8. Atkinson, James B., Roberts L. J., Aulsebrook, K. A., Harlan, Charles W., Virmani, R.: The Role of Histamine in Progression of Atherosclerosis in the Young. Circulation 78:II-146, 1988

9. Atkinson, James B., Roberts L. J., Aulsebrook, K. A., Harlan, Charles W., Virmani, R: The Role of Histamine in Atherogenesis. Eighth International Symposium on Atherosclerosis, 28, 1988.



PROTECTIVE COURT ORDER IN PLACE

10. Tabor, Michael P., Harlan, Charles W.: The Use of Soft Tissue Landmarks and Denture Fragments in Dental Identification. American Association of Forensic Sciences Forty-first Annual Meeting Program, page 85, 1989.

11. Tabor, Michael P., Harlan, Charles W.: Is It Possible to "Set-Up" the Evidence. American Association of Forensic Sciences Forty-first Annual Meeting Program, page 85, 1989.

**Presentations**

1. Sudden unexpected death in the swimming pool (case report of pneumonia in a dolphin). Presented at the Eighty-eighth Annual Meeting of the Tennessee Academy of Science at Jackson, Tennessee, November 1978.

2. Typhoid fever: report of a case. Presented at the Eighty-eighth Annual Meeting of the Tennessee Academy of Science at Jackson, Tennessee, November 1978.

3. Association of tuberculosis and rupture of divided ductus arteriosus distal segment aneurysm. Presented at the Thirty-first Annual Meeting of the American Association of Forensic Sciences at Atlanta, Georgia, February 1979.

4. Cafe coronaries: a review. Presented at the Eighty-ninth Annual Meeting of the Tennessee Academy of Science at Nashville, Tennessee, November 1979.

5. Cardiomyopathies: a review. Presented to the Alabama Department of Forensic Sciences at Montgomery, Alabama, December 1979.

6. Evaluation of ethyl alcohol in various body fluids. Presented at the Thirty-second Annual Meeting of the American Association of Forensic Sciences at New Orleans, Louisiana, February 1980.

7. Intrigue on the Tennessee Plateau. Presented to the Annual Meeting of the National Association of Medical Examiners at Memphis, Tennessee, September 1985.

8. Attempt to Camouflage Suicide as Extra-Strength Tylenol Cyanide Poisoning; Report of a case Presented at the Forty-first annual Meeting of the American Association of Forensic Sciences at Las Vegas, Nevada, February, 1989.



PROTECTIVE COURT ORDER IN PLACE

THE LAW OFFICES OF
JAMES A. H. BELL, P.C.
110 W. SUMMIT HILL DRIVE
KNOXVILLE, TENNESSEE 37902
(615) 637-2900

JAMES A. H. BELL
J. ROBERT STACY
JACKSON L. CASE, IV

OFFICE (615) 637-2900
MOBILE (615) 679-2900
FACSIMILE (615) 971-4298

May 16, 1995

TENNESSEE DEPARTMENT OF HEALTH
RECEIVED
MAY 18 1995
OFFICE OF GENERAL COUNSEL

Ms. Laurie Doty,
Associate General Counsel
Department of Health
11th Floor Tennessee Tower
312 8th Avenue North
Nashville, Tennessee 37247-0120

Re: Dr. Charles Harlan

Dear Laurie:

I am enclosing a copy of a resume and a trial testimony that appears to be some use for you in your cases.

Should you have any questions or comments, please do not hesitate to contact me. As you can see, Harlan's affidavit is 13 pages long and his trial testimony is more extensive than that, but I am sure that there are other type of similar matters existing somewhere. If you obtain any additional information, please let me know.

I have, by separate letter, favored Dr. Cleland Blake with same.

With kindest personal regards, I remain

Very truly yours,

James A. H. Bell /KRF

James A. H. Bell

JAHB:krf
Enclosures
cc: Mr. Earl T. Bush
Ms. Vernestine Bush

PROTECTIVE COURT ORDER IN PLACE

# CURRICULUM VITAE

Charles W. Harlan, M.D.

| | |
|---|---|
| Name: | Charles Warren Harlan, M.D.<br>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 |
| Degrees: | B.S., University of Tennessee<br>Knoxville, 1968<br>M.D., University of Tennessee, Memphis, 1972 |
| Licensure: | 1972 Tennessee<br>1976 Mississippi |
| Certification: | 1978 Anatomic and Clinical Pathology<br>1979 Forensic Pathology |
| Birth: | Columbia, Missouri, November 15, 1947 |
| Parents: | George Warren Harlan, D.V.M. (University of Missouri, 1954), and Naomi Elise (Chrisman) Harlan |
| Married: | Mona Gretel Case, M.D. (University of Tennessee, Memphis, 1974), October 29, 1966 |
| Children: | Donna Renee Harlan; b. May 19, 1967<br>Eric Warren Harlan; b. August 5, 1977<br>Gabriel Wallace Harlan; b. February 26, 1982 |
| Religion: | Baptist |
| Education: | University of Tennessee, Knoxville, September 1965 - December 1968 (B.S. December 1968)<br><br>University of Tennessee Medical School, Memphis, Tennessee, March 1969 - June 1972)<br><br>Student Fellow, Pathology, University of Tennessee, 1970 - 1972<br><br>Residency in Pathology (Anatomic and Clinical), University of Tennessee 1972-1976 |



PROTECTIVE COURT ORDER IN PLACE

Chief Resident in Pathology, July 1, 1975 - December 1975

Fellowship in Forensic Pathology; Shelby County Tennessee Medical Examiner's Office, University of Tennessee, Institute of Pathology, July 1, 1976 - June 30, 1976 7

Instructor in Pathology, University of Tennessee, September 1, 1976 - June 30, 1979

Assistant (Deputy) Shelby County Medical Examiner, April 1, 1972 - 1983

Assistant Chief Medical Examiner for the State of Tennessee, July 1, 1978 - present

Assistant Professor in Pathology, University of Tennessee, July 1, 1979 - 1983

Assistant Professor in Pathology, Vanderbilt University School of Medicine, December 1, 1983 - present

Assistant Professor in Pathology, Meharry University School of Medicine December 1, 1983 - present

Metropolitan Nashville/Davidson County Medical Examiner, November 18, 1983 - present

## Meetings and Seminars Attended

1. Short course, Forensic Pathology Southern Regional, March 23-24, 1972, University of Tennessee Memphis, conducted by Dr. Jerry T. Francisco
2. Short course, "Pulmonary Pathology," June 19-25, 1976, University of California, San Diego, California, conducted by Drs. Averill Leibow and Robert Carrington
3. Short course, "Pathology of the Heart," American Academy of Cardiology, Chicago, Illinois, March 23-26, 1977, conducted by Dr. Maurice Lev



PROTECTIVE COURT ORDER IN PLACE

4. Seminar, "Rape," University of Tennessee, November 1977, conducted by James Spencer Bell, M.D.

5. Tennessee Academy of Sciences Annual Meeting, November 1978

6. Tennessee Academy of Sciences Annual Meeting, November 1979

7. Tennessee Academy of Sciences Annual Meeting, November 1980

8. National Association of Medical Examiners Fall Meeting, November 1978, in Newport, Rhode Island

9. National Association of Medical Examiners Spring Meeting, February 1979, in Atlanta, Georgia

10. National Association of Medical Examiners Spring Meeting, February 1980, in New Orleans, Louisiana

11. National Association of Medical Examiners Spring Meeting, February 1981, in Los Angeles, California

12. National Association of Medical Examiners Fall Meeting, November 1984, in San Antonio, Texas

13. National Association of Medical Examiners Spring Meeting, February 1985, in Las Vegas, Nevada

14. National Association of Medical Examiners Fall Meeting, September 1985, in Memphis, Tennessee

15. National Association of Medical Examiners Spring Meeting, February 1987, San Diego, California

16. National Association of Medical Examiners Fall Meeting, September 1987, San Francisco, California

17. National Association of Medical Examiners Spring Meeting, February 1988, Philadelphia, Pennsylvania

18. National Association of Medical Examiners Fall Meeting, November 1988, Boston, Massachusetts

19. National Association of Medical Examiners Spring Meeting, February 1989, Las Vegas, Nevada



PROTECTIVE COURT ORDER IN PLACE

20. American Association of Forensic Sciences Annual Meeting, February 1979, in Atlanta, Georgia

21. American Association of Forensic Sciences Annual Meeting, February 1980, in New Orleans, Louisiana

22. American Association of Forensic Sciences Annual Meeting, February 1981, in Los Angeles, California

23. American Association of Forensic Sciences Annual Meeting, February 1985, in Las Vegas, Nevada, (Scientific Section Co-moderator)

24. American Association of Forensic Sciences Annual Meeting, February 1987, in San Diego, California

25. American Association of Forensic Sciences Annual Meeting, February 1988, in Philadelphia, Pennsylvania

26. American Association of Forensic Sciences Annual Meeting, February 1989, in Las Vegas, Nevada

## Medical Activities

Member, National Association of Medical Examiners Board of Directors, 1989-1991

Chairman, Medical Section of Tennessee Academy of Sciences, 1978-1979, 1979-1980

Assistant (Deputy) Shelby County Tennessee Medical Examiner

Assistant Chief Medical Examiner for the State of Tennessee

Instructor in Pathology, University of Tennessee Medical School

Assistant Professor in Pathology, Vanderbilt University Medical School

Assistant Professor in Pathology, Meharry University Medical School

Consultant in Pathology, Overton Park Zoo, 1976 to 1983



PROTECTIVE COURT ORDER IN PLACE

Consultant in Forensic Pathology in Northwest Mississippi

Consultant with Memphis Rape Squad-Memphis Police Department, Metro

Consultant with Shelby County Sheriff's Homicide Division on Investigations

Testimony as expert witness in Tennessee State Criminal Courts

Testimony as expert ~~witness in~~ Mississippi Federal Grand Jury

Testimony as expert witness in Arkansas State Criminal Courts

Testimony as expert witness in Federal District Courts of Tennessee

Testimony as expert witness in Federal District Courts of Mississippi

Testimony as expert witness in Mississippi State Criminal Courts

Testimony as expert witness in Tennessee Civil Courts

Guest Lecturer, Tennessee Law Enforcement Academy

Guest Lecturer, Northwest Mississippi Junior College

Faculty Advisor, University of Tennessee Medical School 1982-1983

Course Coordinator and lecturer, Clinical Chemistry, Review and update UTCHS Chemical Pathology and Toxicology Laboratory Personnel and College of Allied Health Faculty Members, Summer quarter and Fall quarter, 1982

Guest Lecturer, Tennessee Respiratory Therapy Association, Baptist Hospital, Memphis, Tennessee, 1982

Guest Lecturer, St. Joseph's Hospital of Memphis, Nursing Staff Annual Meeting, 1982

Guest Lecturer, St. Joseph's Hospital of Memphis, Pathology Department, 1982



PROTECTIVE COURT ORDER IN PLACE

Committee Member, Tennessee Society of Pathologists Medico-Legal/Medical Examiner Affairs Committee, 1980, 1981, 1982

Guest Lecturer, Exchange Club of Nashville, October, 1983

Guest Lecturer, 2nd year Medical Students, Vanderbilt University

Guest Speaker, WLAC Talk show with Ruth Ann Leach, Nashville, January, 1984

Guest Lecturer, "Advanced Biology" High School Students, February, 1984

Guest Lecturer, Donelson Rotary Club, Nashville, Tennessee, February, 1984

Tennessee Law Enforcement Training Academy, Association of Chiefs of Police, Nashville, Tennessee, April, 1984

General Hospital Medical Staff, Nashville, Tennessee, May, 1984

Middle Tennessee Industrial Distributors Association, May, 1984

Internal Medicine Society, May, 1984

Guest Lecturer Middle Tennessee Society of Medical-Technology, April, 1984

Guest Speaker, The Nashville Claims Association, Nashville Hilton, August, 1984

Guest Lecturer, Emergency Room Staff-Vanderbilt University Medical Center, September, 1984

Guest Lecturer, In-Service training for Metropolitan Police Department Training Academy, Nashville, Tennessee October, 1984

Guest Lecturer, American Medical Technologists, Sheraton South Inn, Nashville, Tennessee, November, 1984

Guest Lecturer, Leadership Nashville Vanderbilt Medical Center, Nashville, Tennessee, April, 1985



PROTECTIVE COURT ORDER IN PLACE

Guest Lecturer, Gupton Mortuary College, Nashville, Tennessee, May, 1985

Guest Lecturer, Metropolitan Police Training Academy, Nashville, Tennessee, May, 1985

Guest Lecturer, Gallatin High School Senior Class, Nashville, Tennessee, May, 1985

Guest Lecturer, Madison Hospital Koala Adolescent Drug and Alcohol Unit, Nashville, Tennessee, Juhe, 1985

Guest Lecturer, Tennessee Law Enforcement Training Academy Homicide School, Nashville, Tennessee, August, 1985

Guest Lecturer, Southern Association for Microbiology Vanderbilt Hospital, Medical Center North, November, 1985

Guest Lecturer, Aquinas Junior College, November, 1985

Metropolitan Police Department In-Service Training Forensic Pathology, Nashville, Tennessee, November, 1985

* Metropolitan Police Department In-Service Training Forensic Pathology, Nashville, Tennessee, November, 1985

Metropolitan Police Department In-Service Training Homicide, Sex Crimes and Armed Robbery, November, 1985

## University Committees

Pathology Department Representative, Cardiovascular Module, 1976 to 1979

## Hospital Appointments

Consultant in Pathology, West Tennessee State Psychiatric Hospital, July 1972 - December 1975

Consultant in Pathology, Oakville Memorial Hospital, January 1976 - August 1976

Director of Clinical Laboratories, Oakville Memorial Hospital, September 1976 - June 30, 1978

Acting Director of Neuropathology Section, University of Tennessee, September 1976 - December 1976



PROTECTIVE COURT ORDER IN PLACE

City of Memphis Hospitals, to 1983

University of Tennessee Center for the Health Sciences Hospital, Memphis, to 1983

LeBonheur Children's Hospital, Memphis, to 1983

St. Joseph Hospital, Memphis, 1981, 1982, 1983

Metropolitan Nashville General Hospital, 1983 - present

Vanderbilt University Medical Center Hospital 1987 - present

## Organizations

Memphis and Shelby County Pathology Society

Local, State and National American Medical Association

National Association of Medical Examiners

Tennessee Society of Pathologists

American Association for the Advancement of Science

College of American Pathologists, Fellow, 1979

American Society of Clinical Pathologists

Tennessee Academy of Science

Ad Hoc Committee on Inspection and Accreditation

## Community Activity

National Merit Scholarship Finalist, 1965

First Place, Tennessee Baptist Sword Drill and Tennessee Representative to National Baptist Sword Drill, 1963

Member, Prescott Memorial Baptist Church

Deacon, Prescott Memorial Baptist Church

Sunday School Superintendent, Prescott Memorial Baptist Church



PROTECTIVE COURT ORDER IN PLACE

Minister of Music, Prescott Memorial Baptist Church, 1974 - 1978

Member, Memphis Opera Theater Guild

Assistant Stage Manager, Memphis Opera, 1977 - 1978

Member, Memphis Oratorio Society, 1977 to present

Official American Softball Association Umpire, 1977, 1978, 1979, 1980, 1981, 1982, 1983, 1984, 1985, 1986, 1987, 1988, 1989

Approved Tennessee Secondary School Athletic Association Official in Softball, Baseball, Volleyball, Basketball, 1978, 1979, 1980, 1981, 1982, 1983, 1984, 1985, 1986, Football in 1979, 1980, 1981, 1982, 1983, 1984, 1985, 1986, 1987, 1988, 1989

Umpire, National Co-ed Slow Pitch ASA tournament, Tulsa, Oklahoma, September, 1983

Umpire, National 15 and under Fast pitch ASA tournament, Marietta, Georgia, August, 1988

Umpire Districts, 14AA and 15AAA, TSSAA, Baseball, May, 1979; 14AA, May 1980

Umpire District 16A, May 1982 (10 games), Softball, TSSAA

Umpire Region 8A, May 1982, Softball, TSSAA

Umpire Region 8AA, Softball, TSSAA, May 1982

Umpire State Quarter Finals, Softball, TSSAA, May 1982, 1984, 1985, 1986

Umpire District Softball and Baseball, TSSAA, 1983

Umpire Region 7AA Baseball, TSSAA, May, 1983

Umpire District and Regional Softball, TSSAA, 1984, 1985, 1986, 1987, 1988

Soloist, Memphis Oratorio Society Fall Concert, November 28, 1978


PROTECTIVE COURT ORDER IN PLACE

Secretary, Memphis Metro Softball Umpires Association, 1982 - 1983

Official, TSSAA District 14 Volleyball district tournament, 1988

Umpire, College Softball, 1987, 1988, 1989

Assigning Supervisor, Middle Tennessee Softball Umpires Association, TSSAA, 1989

## Trainees (Residents)

Julia Gooden
Dan Tenth
Barry Brantley
Bill Macon
Deborah Grove-Mahoney
Phil Dutt
Kathy Dutt
Jim Salter

## Publications

1. Bell, James S., Harlan, Charles W.: Forensic Autopsy Sampling. The Tennessee Pathologist, Volume 1, No. 1, January 1979, pages 21-23.

3pp

2. Harlan, Charles W., Bell, J.S., Stoskopf, M. K., Harlan, G.C.: Sudden Unexpected Death in the Swimming Pool. (Paper accepted for publication, Journal of the Tennessee Academy of Science, July 1979).

3. Harlan, Charles W., Bell, J.S., Harlan, G.C.: Association of Tuberculosis and Rupture of Divided Ducus Arteriosus Distal Segment Aneurysm. The Tennessee Pathologist, Volume 2, No. 1, January 1980, pages 7-10.

4. Harlan, Charles W., Bell, J.S., Harlan, G. C.: Typhoid Fever: Report of a Case. The Tennessee Pathologist, Volume 2, No. 1, January 1980, pages 17-20.

5. Bell, James S., Harlan, Charles W.: Report of Twenty 1978 Shelby County Drug Related Cases. The Tennessee Pathologist, Volume 2, No. 1, January 1980, pages 21-22.



PROTECTIVE COURT ORDER IN PLACE

6. Sorenson, Elsie M. B., Ramirez-Mitchell, R., Harlan, Charles W., Bell, J.S.: Cytological Changes in the Fish Liver Following Chronic, Environmental Arsenic Exposure. Bulletin of Environmental Contamination and Toxicology, Volume 25, May 1980, pages 93-99.

7. Bell, James S., Harlan, C.W.: Report of Twenty 1978 Shelby County Drug Related Deaths - Exclusive of Ethyl Alcohol, Carbon Monoxide and Other Gas, and Alcohol-Automobile Deaths. The Tennessee Pathologist, Volume 2, No. 1, January 1980, pages 21-22.

8. Sorenson, E. M. B., Harlan, C.W., Bell, J.S.: Renal Changes in Selenium-Exposed Fish. The American Journal of Forensic Medicine and Pathology, Volume 3, No. 2, June 1982, pages 123-129.

9. Sorenson, E. M. B., Bauer, T. L., Bell, J. S., and Harlan, C. W.: Observation on Sunfish Collected from Martin Lake in July 1981. Report to Texas Attorney General and the Texas Parks and Wildlife Department. In press.

10. Sorenson, E. M. B., Cumbie, P. W., Bauer, T. L., Bell, J. S., Harlan, C. W.: Histopathological, Hematological, and Other Changes Associated with Selenium Accumulation in Fish from Belews Lake. Archives of Environmental Contamination and Toxicology. In press.

11. Sorenson, E. M. B., Bell, J. S., Harlan, C. W.: Histological Changes in Selenium-Exposed Fish. American Journal of Forensic Medicine and Pathology, Volume 3, No. 4, December 1982.

12. Sorenson, E. M. B., Bauer, T. L., Bell, J. S. Harlan, C. W.: Selenium Accumulation and Cytotoxicity in Teleosts following Chronic Environmental (Selenium) Exposure. Bulletin of Environmental Contamination and Toxicology. In press.

13. Sorenson, E. M. B., Bell, J. S. Harlan, C. W.: Planimetry of the Teleost Hepatopancreas in Selenosis. Submitted to Journal of Microscopy 4-7-82.

14. Harlan, Charles W., Bell, J. S., Stosfopf, M. K., Harlan, G. C.: Sudden Unexpected Death of a Performing Dolphin, Journal of the Tennessee Academy of Science, Volume 60, No. 4, October, 1985, pages 88-90.



PROTECTIVE COURT ORDER IN PLACE

## Abstracts


1. Harlan, Charles W., Bell, J. S., Stoskopf, M. K., Harlan, G. C.: Sudden Unexpected Death in the Swimming Pool. Journal of the Tennessee Academy of Science, Volume LIV, No. 2, April 1979; page 68.

2. Harlan, Charles W., Bell, J. S., Harlan, G. C.: Typhoid Fever; Report of a Case. Journal of the Tennessee Academy of Science, Volume LIV, No. 2, April 1979, page 67.

3. Harlan, Charles W., Bell, J. S.: Association of Tuberculosis and Rupture of Divided Ductus Arteriosus Distal Segment Aneurysm. American Association of Forensic Sciences Thirty-first Annual Meeting Program, page 109.

4. Harlan, Charles W., Bell, J. S., Harlan, G. C.: Evaluation of Ethyl Alcohol in Various Body Fluids. American Association of Forensic Sciences Thirty-second Annual Meeting Program, page 88.

5. Bell, James S., Harlan, C. W.: Forensic Pathology as an Elective Rotation for Medical Students - UTCHS/Shelby County and Tennessee Medical Examiner Office Version. Journal of the Tennessee Academy of Science, Volume LV, No. 2, page 52.

6. Harlan, Charles W., Bell, J. S., Harlan, G. C.: Cafe Coronaries: A Review. Journal of the Tennessee Academy of Science, Volume LV, No. 2, page 52.

7. Atkinson, James B., Roberts L. J., Aulsebrook K. A., Harlan, Charles W., Virmani, R.: Role of Histamine in Atherogenesis. Arteriosclerosis 7:53a, 1987.

8. Atkinson, James B., Roberts L. J., Aulsebrook, K. A., Harlan, Charles W., Virmani, R.: The Role of Histamine in Progression of Atherosclerosis in the Young. Circulation 78:II-146, 1988

9. Atkinson, James B., Roberts L. J., Aulsebrook, K. A., Harlan, Charles W., Virmani, R: The Role of Histamine in Atherogenesis. Eighth International Symposium on Atherosclerosis, 28, 1988.




PROTECTIVE COURT ORDER IN PLACE

10. Tabor, Michael P., Harlan, Charles W.: The Use of Soft Tissue Landmarks and Denture Fragments in Dental Identification. American Association of Forensic Sciences Forty-first Annual Meeting Program, page 85, 1989.

11. Tabor, Michael P., Harlan, Charles W.: Is It Possible to "Set-Up" the Evidence. American Association of Forensic Sciences Forty-first Annual Meeting Program, page 85, 1989.

## Presentations

1. Sudden unexpected death in the swimming pool (case report of pneumonia in a dolphin). Presented at the Eighty-eighth Annual Meeting of the Tennessee Academy of Science at Jackson, Tennessee, November 1978.

2. Typhoid fever: report of a case. Presented at the Eighty-eighth Annual Meeting of the Tennessee Academy of Science at Jackson, Tennessee, November 1978.

3. Association of tuberculosis and rupture of divided ductus arteriosus distal segment aneurysm. Presented at the Thirty-first Annual Meeting of the American Association of Forensic Sciences at Atlanta, Georgia, February 1979.

4. Cafe coronaries: a review. Presented at the Eighty-ninth Annual Meeting of the Tennessee Academy of Science at Nashville, Tennessee, November 1979.

5. Cardiomyopathies: a review. Presented to the Alabama Department of Forensic Sciences at Montgomery, Alabama, December 1979.

6. Evaluation of ethyl alcohol in various body fluids. Presented at the Thirty-second Annual Meeting of the American Association of Forensic Sciences at New Orleans, Louisiana, February 1980.

7. Intrigue on the Tennessee Plateau. Presented to the Annual Meeting of the National Association of Medical Examiners at Memphis, Tennessee, September 1985.

8. Attempt to Camouflage Suicide as Extra-Strength Tylenol Cyanide Poisoning; Report of a case Presented at the Forty-first annual Meeting of the American Association of Forensic Sciences at Las Vegas, Nevada, February, 1989.



PROTECTIVE COURT ORDER IN PLACE

July 9, 1992

Skip,

For future use in regards to Dr. Harland he supposedly flunked his entrance exam according to a Dr. Blake who worked a case involving a Putnam County murder.

Dale Potter

PROTECTIVE COURT ORDER IN PLACE

Rec'd 7-3-95

STATE OF TENNESSEE
TENNESSEE TOWER
312 8TH AVENUE NORTH
**DEPARTMENT OF HEALTH**
NASHVILLE, TENNESSEE 37247-0101

DON SUNDQUIST
GOVERNOR

FREDIA S. WADLEY, MD, MSHPA
COMMISSIONER

**MEMORANDUM**

DATE: June 29, 1995

TO: County Medical Examiners, Pathologists and Others

FROM: Fredia S. Wadley, M.D.
Commissioner, Tennessee Department of Health

SUBJECT: Medical Examiners Program

You may already be aware that the contract with Dr. Charles W. Harlan as Chief Medical Examiner for the State will end June 30, 1995. I am appreciative of Dr. Harlan's years of service to this state, county medical examiners, pathologists, District Attorneys General and others.

Some county medical examiners and pathologists have already inquired about how they are to operate now.

Effective immediately all material previously sent to Dr. Harlan (e.g. invoice for services provided, autopsy report, order for the autopsy, investigation report, etc.) should be sent to the following address:

Tennessee Department of Health
Bureau of Administrative Services
Tennessee Tower - 9th Floor
312 8th Avenue North
Nashville, TN 37247-0301

"Tammy"

Any questions regarding paperwork should be directed to Robert Maxwell at (615)-741-3824. Dr. Louis Moore, a pathologist with the department can be called if you have questions related to pathology. His number is (615) 367-6365.

I apologize for the confusion this may cause for this brief, interim period while I am gaining input from several groups concerning the direction that this division should take. I would appreciate your input on changes which might improve the Post Mortem Examination Division.

K2015180/COM

PROTECTIVE COURT ORDER IN PLACE

STATE OF TENNESSEE
TENNESSEE TOWER
312 8TH AVENUE NORTH
DEPARTMENT OF HEALTH
NASHVILLE, TENNESSEE 37247-0101

DON SUNDQUIST
GOVERNOR

FREDIA S. WADLEY, MD, MSHPA
COMMISSIONER

**MEMORANDUM**

DATE: June 29, 1995

TO: County Medical Examiners, Pathologists and Others

FROM: Fredia S. Wadley, M.D.
Commissioner, Tennessee Department of Health

SUBJECT: Medical Examiners Program

You may already be aware that the contract with Dr. Charles W. Harlan as Chief Medical Examiner for the State will end June 30, 1995. I am appreciative of Dr. Harlan's years of service to the state, county medical examiners, pathologists, District Attorneys General and others.

Some county medical examiners and pathologists have already inquired about how they are to operate now.

Effective immediately all material previously sent to Dr. Harlan (e.g. invoice for services provided, autopsy report, order for the autopsy, investigation report, etc.) should be sent to the following address:

Tennessee Department of Health
Bureau of Administrative Services
Tennessee Tower - 9th Floor
312 8th Avenue North
Nashville, TN 37247-0301

Any questions regarding paperwork should be directed to Robert Maxwell at (615)-741-3824. Dr. Louis Moore, a pathologist with the department can be called if you have questions related to pathology. His number is (615) 387-6365.

I apologize for the confusion this may cause for this brief, interim period while I am gaining input from several groups concerning the direction that this division should take. I would appreciate your input on changes which might improve the Post Mortem Examination Division.

K2015180/COM

PROTECTIVE COURT ORDER IN PLACE

STATE OF TENNESSEE
TENNESSEE TOWER
312 8TH AVENUE NORTH
DEPARTMENT OF HEALTH
NASHVILLE, TENNESSEE 37247-0101

DON SUNDQUIST
GOVERNOR

FREDIA S. WADLEY, MD, MSHPA
COMMISSIONER

June 20, 1995

Charles W. Harlan, M.D.
Chief Medical Examiner
620B Davidson Street
Nashville, TN 37213

Dear Dr. Harlan:

I regret being out of the office or in meetings when you have called.

Mr. Bob Maxwell informs me that you wish to know whether your contract as the Chief Medical Examiner will continue after June 30, 1995.

We are in the process of reviewing all contracts as well as the duties assigned by the Commissioner to all contractors. In addition, we are assessing the statutory structuring of the "Post Mortem Examination Act" as it relates to the Department's Post Mortem Examination Division and the functioning of the Chief Medical Examiner.

In order to stretch funds that are available, I feel that we can do the majority of the paperwork with existing staff within the Department of Health, and can redirect the $20,000 going to Ms. Roberta Rosser to pay for autopsies. I realize this affects your operation since Ms. Rosser works in your office as well as performs the record keeping for the Chief Medical Examiner.

Until the state can best determine the direction to take under the "Post Mortem Examination Act", I feel it is best not to continue your contract after June 30, 1995.

I appreciate the service you have given to the State and I look forward to working with you in the future.

Sincerely,

Fredia Wadley MD

Fredia S. Wadley, M.D.
Commissioner

FSW/tls/2-125

PROTECTIVE COURT ORDER IN PLACE

v.d 7-8-95

STATE OF TENNESSEE
TENNESSEE TOWER
312 8TH AVENUE NORTH
DEPARTMENT OF HEALTH
NASHVILLE, TENNESSEE 37247-0101

DON SUNDQUIST
GOVERNOR

FREDIA S. WADLEY, MD, MSHPA
COMMISSIONER

MEMORANDUM

DATE: June 30, 1995

TO: County Executives
County Medical Examiners

FROM: Fredia S. Wadley, M.D., Commissioner
Department of Health

SUBJECT: Relationship Between County Medical Examiners and Dr. Charles Harlan

Several County Medical Examiners who utilize Dr. Harlan to perform autopsies have asked if that relationship has been affected if Dr. Harlan is no longer State Chief Medical Examiner. The answer is NO! County Medical Examiners determine who will do their autopsies, and all fifty-seven counties which have contracted with Dr. Harlan can continue to do so. Dr. Harlan or the County Medical examiner may decide to change the relationship in some way; however, the fact that Dr. Harlan is no longer State Chief Medical Examiner should have no bearing on such a decision.

County Medical Examiners who have contracted with, consulted with, and referred autopsies to Dr. Harlan can continue to do so as long as both parties are agreeable. Some County Medical Examiners feel they have consulted with Dr. Harlan because he was the State Chief Medical Examiner, but actually it was usually because the county had a contract with him to do forensic autopsies.

The State Chief Medical Examiner does some administrative functions and provides training and direction to other forensic pathologists. He will occasionally be used as a consultant for law enforcement officials or a County Medical Examiner. However, the usual operational procedure is for County Medical Examiners to direct questions to the forensic pathologist who does their autopsies. This has not been changed in any way.

If you have further questions, please contact Robert Maxwell, Assistant Commissioner of the Bureau of Administrative Services, at (615) 741-3824.

FSW/tls/2-127

PROTECTIVE COURT ORDER IN PLACE

COMMONWEALTH OF KENTUCKY
JUSTICE CABINET
LOUISVILLE, KY
40204

OFFICE OF THE
CHIEF MEDICAL EXAMINER

TELEPHONE: (502) 852-5587
FACSIMILE: (502) 852-1767

SECTION OF FORENSIC PATHOLOGY
AND CLINICAL FORENSIC MEDICINE

URBAN GOVERNMENT CENTER
810 BARRETT AVENUE

September 29, 1995

Special Agent Sgt. Jeff Puckett
Tennessee Bureau of Investigation
1148 Foster Avenue
Nashville, Tennessee 37210

Re: Lichelle Phelps (ME-95-716)

Dear Sgt. Puckett:

This letter is written to you as the result of gross discrepancies between the results of the first post mortem examination and the second. The discrepancies include failure of diagnosis and incorrect assessment of manner of death.

Multiple rib fractures were identified to be present in the second examination. I have no idea how these fractures could have been missed, especially the large displaced fracture involving the posterior portion of the left seventh rib.

Rt

A second non-displaced linear skull fracture is readily identifiable. This injury, while somewhat subtle compared to the huge skull fracture involving the right parietal bone, is clearly observable and is an actual "real" traumatic disorder. This injury itself, present on the opposite side of the cranium from the first skull fracture, is indicative of inflicted rather than unintentioned injury. Clearly, the lack of its assessment leads to an incorrect conclusion concerning the manner of death.

If, as I have been informed, Dr. Harlan or his office has stated that the manner of death in this case is accidental as the result of a 25 day old infant falling off of a 24" couch onto a carpeted, padded floor, then I am apalled. If this were in any way true, then no infant would live through infancy. If this line of irrational thinking has been applied to other cases in the State of Tennessee, then God help you and the rest of the citizens of the State of Tennessee.

82B-49-CT-12
SEARCHED INDEXED
SERIALIZED FILED
OCT 12 1995
TENNESSEE BUREAU OF INVESTIGATION
C: SA Puckett

An Equal Opportunity Employer M/F/H

PROTECTIVE COURT ORDER IN PLACE

It is my hope that this case and its evaluation is a single aberrant event in the career of Dr. Charles Harlan.

If I can be of additional assistance to you in the evaluation of the medical/legal death investigation system in the State of Tennessee or other germaine inssue please contact my office.

Sincerely,

George R. Nichols II, M.D.
Chief Medical Examiner
Commonwealth of Kentucky

GRN.II/rgl

**PROTECTIVE COURT ORDER IN PLACE**