Exhibit 33

1992
MAR 17 1992

College of Liberal Arts
Department of Anthropology
Forensic Anthropology Center

**TO:** Don C. Ogle, Sheriff of Sevier County
David Davenport, TBI Agent
Gary L. Clabo, State Arson Investigator
Dr. Lee Wilson, Department of Dentistry, UT Medical Center
Dr. Wayne Davis, Department of Dentistry, UT Medical Center
Dr. Charles L. Roach, Sevier County Medical Examiner
Dr. Charles W. Harlan, State Medical Examiner

**FROM:** Dr. William M. Bass, State Forensic Anthropologist
Murray K. Marks, M.A., Instructor, Dental Anthropology
Lee Meadows, M.A., Graduate Assistant in Forensic Anthropology

**SUBJECT:** Aid in the recovery and analysis of a burned white female identified as CONNIE BRANAM from Sevier County, Tennessee

**FORENSIC ANTHROPOLOGY CASE NO.:** 92-8

**DATE:** March 11, 1992

At approximately 11:00 P.M. on Friday, February 28, 1992 I received a telephone call from Sevier County Sheriff Don C. Ogle requesting aid in the recovery and analysis of a burned body found a few hours earlier in an extensively burned car in a remote area of Sevier County. Arrangements were made for Murray Marks, a doctoral candidate in Forensic Anthropology, and me to meet Sheriff Ogle and other law enforcement officers in Sheriff Ogle's office at 8:30 A.M. on Saturday, February 29, 1992.

The car had been found in a heavily wooded area about three-fourths of a mile off South Clear Fork Road in Wears Valley. The extensively burned body of a young adult white female was found lying on her back on the front seat of a 1970 Dodge Swinger. The head was against the driver's side door, the pelvic area was above the drive shaft in the center of the front seat, and the right leg with the knee flexed had been on the seat in the passenger's side. The left leg had been on the floor in front of the passenger's seat. Both legs had burned off about mid-femur (mid-thigh) and only burned bone fragments remained. Both arms were burned off below the elbow, and the skull had exploded from the heat and lay between the driver's door and the seat. Bones of the skull, arms and legs were bagged separately. The torso was removed in a body bag.

Contents of a woman's purse including change, keys and finger rings were recovered from the floor on the passenger's side. A pierced earring post was recovered from under the burned cranial bones between the driver's seat and the door.

The remains were brought back to the Forensic Anthropology Center and were X-rayed at the University of Tennessee Medical Center-Knoxville. An analysis reveals the following:

| FORENSIC ANTHROPOLOGY ANALYSIS: | | INFORMATION ON CONNIE BRANAM: |
|---|---|---|
| AGE: | 30-35 | 33 (DOB 5-6-58) |
| SEX: | Female | Female |
| RACE: | White | White |
| POSITIVE IDENTIFICATION: | | Dentition |

**Oral autopsy procedure:** At the fire scene, dislodged craniofacial elements and fractured enamel tooth crown pieces and roots were removed (using tweezers) from the soft tissues of the head and the surrounding area of the seat and door frame. It was immediately apparent that several teeth were missing antemortem and several isolated posterior teeth contained silver amalgam restoration (see Dental Chart). Though both mandibular and maxillary anterior teeth were present, their crowns were "heat" fractured off their roots and of little value in helping establish the personal identity of the decedent.

After full-body X-ray's were obtained from the Radiology Department at the University of Tennessee Medical Center-Knoxville, the head was removed from the torso between the first and second cervical vertebrae. In the forensic anthropology laboratory the lateral musculature of the face and cheeks were resected bilaterally and the tongue was dissected and removed from the floor of the oral cavity to expose individual features of the posterior dentition (see Dental Chart).

The anterior mandibular and maxillary tooth crowns (incisors and canines), though dislodged and variably fractured, contained no evidence of antemortem therapeutic restoration. Similarly, the premolars were unremarkable with respect to therapy. However, fracture lines in any of the enamel crowns could be consistent with the border of a silver amalgam or resin base filling that was lost during burning and resultant fracture. Therefore, since two premolar teeth contain fractures, we cannot rule out the possibility of fillings in those elements.

Teeth lost to disease (abscess) or extracted antemortem include:

#14 maxillary left first molar
#5 maxillary right first premolar

Teeth containing silver amalgam restorations include (at least):

MO - #3 maxillary right first molar
O - #18 mandibular left second molar
O - #31 mandibular right second molar

**Positive Identification:** On Monday, March 2, 1992, at approximately 1:45 p.m., Detective Donnie Huskey from the Sevier County Sheriff's Office in Sevierville, TN, brought antemortem dental records of a supposed victim to the Forensic Anthropology Center, University of Tennessee, Knoxville, for comparison with those of 92-8. The written records and three periapical bitewing X-rays of Ms. CONNIE BRANAM (D.O.B. 5.6.58; SS# 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) were supplied by Dr. Steve A. Madison, D.M.D., Sevierville, TN, outlining "emergency" therapy he and his staff had performed on Ms. Branam on 8.22.89.

Accordingly, Dr. Madison had extracted the maxillary left first molar (#14) and charted this surgery in his written records on Ms. Branam. Interestingly, this extracted tooth was provided by Dr. Madison's office for examination and comparison which includes large occlusal caries and associated underlying dentine destruction. There was no evidence of periapical or periodontal abscess within the alveolar bone above the resorbed root socket of #14 in 92-8. Three bitewing X-rays of the left posterior maxilla reveal crown to periapical length of two premolars (#'s 12, 13) and the first and second molars (#'s 14, 15) prior to extraction of #14.

Using the antemortem X-rays as a guide, Drs. Lee Wilson and Wayne Davis of the University of Tennessee Medical Center-Knoxville, Department of Dentistry, positioned the burned oro-facial remains of 92-8 to best approximate the probable orientation of Ms. Branam (in 1989) for comparative X-ray analysis. Both dentists agreed, without a doubt, that the remains of 92-8 and the records of Ms. CONNIE BRANAM represent ONE AND THE SAME INDIVIDUAL. This was achieved by an identical pulp chamber contour on all teeth, root configuration and alveolar trabecular bone (especially, root crypt) comparison. There were no discontinuities between X-rays.

**Trauma:** After removal of the skull, the burned soft tissue was removed for reconstruction and analysis. Burned cranial fragments were numerous due to the exfoliation and splitting of the bone. After reconstruction, the cranium and fragments were radiographed again in order to reveal any possible presence of lead. No radiopaque materials were present in the skull. The extensive fracturing of the cranium is consistent with fracturing that occurs in intense heat such as that of a fire.

The radiographs of the body revealed the presence of radiopaque objects in the left shoulder region. The area from the shoulder (including the remaining proximal fourth of the humerus, the lateral

half of the clavicle and the scapula) over to the cervical vertebrae was removed for examination. The materials in the disaster bag under this portion of the body were also removed. The shoulder and debris were taken for radiographs to determine whether the radiopaque objects were within the tissue or only underneath among the debris. Radiographs revealed radiopaque material within the remaining burned soft tissue of the shoulder most prominently around the humerus.

Using the radiograph as a guide, the humerus and surrounding soft tissue were resected from the shoulder, and the bone was carefully removed. The burned tissue was closely examined a portion at a time. Deep within the deltoid muscle, silver colored metallic fragments were discovered. Before removal, these fragments were photographed in situ. Further exploration revealed several more of these metallic fragments were also deep within the muscle tissue. None of these fragments was burned. This eliminates the origin of these fragments as being something from the burning car falling on to the body. The location and condition of the metallic fragments suggests possible gunshot to the left shoulder prior to the burning. These metallic fragments were placed in a tissue paper lined container.

**Conclusion:** The burned remains of a white female recovered from a burned car in Sevier County, Tennessee, have been POSITIVELY IDENTIFIED as **CONNIE BRANAM** based on comparison of antemortem dental records to the dental remains of 92-8. Recovery of unburned metallic fragments from within muscle tissue of the left shoulder suggests MS. **BRANAM** was shot prior to burning. If we can be of further assistance in this case, please contact us.

William M. Bass, Ph.D., D.A.B.F.A.
State Forensic Anthropologist
Diplomate American Board of Forensic Anthropology

Murray K. Marks, M.A.
Instructor, Dental Anthropology

Lee Meadows, M.A.
Graduate Assistant in Forensic Anthropology

# DENTAL CHART

**Case No.:** 92-8 **Date:** March 11, 1992

X = antemortem loss ■ = amalgam restoration

Majority of teeth exhibit heat fractures.

8

7

6

5 antemortem loss

4

3 amalgam restoration

2

1 not present

9

10

11

12

13

14 antemortem loss

15

16 not present




32

31 amalgam restoration

30

29

28

⌐/

26

17 not present

18 amalgam restoration

19

20

21

22

23