**Exhibit 35**

Chattanooga Branch
Milne Avenue
Chattanooga, Tennessee 374o6

Forensic Services—Crime Laboratory
3021 Lebanon Road, P. O. Box 140170
Donelson, TN 37214

Knoxville Branch
.522 Cherokee Trail
Knoxville, Tennessee 37

## REQUEST FOR EXAMINATION

FROM: Gary L. Clabo
Requesting Officer
TN. Arson Investigation Section
Requesting Agency
Suite 719 531 Henley St.
Address
Knoxville, TN. 37902
City Zip
(615) 594-6170
Phone No.

Date: 3/1/92
Agency Case No: Sevier Co. Sheriff #92-00
County: Sevier
Type of Offense: Arson & Murder
Date of Offense: 2/22/92

| SUBJECT | Date of Birth | VICTIM | Date of Bi |
|---|---|---|---|
| Tommy Griffen | 5/30/67 | Connie Branam | 5/6/5 |
| | | | |
| | | | |

Statement of Facts:
(May be continued on back) Tommy Griffen Killed in Blount Co., TN. Connie Brana. Killed in Sevier Co., TN. Connie sister to Tommy. Connie Found in her 1970 Dodge TN. Lic. ULT- 105. Burnt. Both her & Vech

| Lab Only | | Description of Evidence (May be continued on back) | Where or From Whom Recovere |
|---|---|---|---|
| | 1 | Cloth From Front Drivers Seat Area. | Dr. W. Bass |
| | 2 | Paper From Front Seat Floor area. | Dr. W. Bas |
| | 3 | Body Tissue From Victim Front Seat area of Vehicle | Dr. W. Bas |
| | 4 | Cloth, Carpet Depris Front Seat area | G.L.C. |
| | | | |

Examination Requested: Test for Accelerates.

Has other evidence been submitted to the Laboratory on this case?

________, Laboratory No. ________

Submitted by: Gary L. Clabo (Type or Print)
Signature: G L. Clabo
Title: Arson Investigator II

For Laboratory Use Only

| | |
|---|---|
| DI | |
| FAID | |
| LP | |
| MICRO | |
| SERO | |
| TOX | |

Received by:
Received From:
Date Received:
Disposition:
Lab No.

TBI-LAB-3 (App. 12/78)

Statement of Facts, Remarks: had heavy Burn damage. Damage to Victim indicates use of Accelerate on body. Accelerate possibly solid or liquid.

| | | Description of Evidence | Where or From Whom Recovered | How Identified |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |