**Exhibit 36**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| JAMES **DELLINGER**, | ) | |
| | ) | |
| Petitioner, | ) | No. 3:09-cv-00104 |
| | ) | |
| vs. | ) | Death Penalty Case |
| | ) | |
| ROLAND **COLSON**, Warden, Riverbend | ) | |
| Maximum Security Institution | ) | |
| | ) | |
| Respondent. | ) | |

**Declaration of Ann Walker-King**

My name is Ann Walker-King; I am an adult resident of Davidson County, in the State of Tennessee. I state the following:

1) I am an investigator with the Office of the Federal Public Defender for the Middle District of Tennessee. I am part of a team of investigators, attorneys, and others who represent James Dellinger in his habeas corpus proceedings in the federal district court for the Eastern District of Tennessee.

2) On November 16, 2009 I drove to Beaver Dam, Kentucky and met with Robert Paul Lellie, the ex-husband of Terry Lellie (now Terry Lellie Newman) who testified in James Dellinger's Blount County trial in August 1996.

3) Robert Lellie told me that in February 1992 he and Terry Lellie were married and living together in Blount County, Tennessee. Terry Lellie worked at Howie's Hideaway bar in Blount County. She worked there for approximately six months.

4) Robert Lellie told me that he never received a call from his wife in February 1992 asking him to meet her at the bar and escort her home because a man had made threatening comments to her.

5) Robert Lellie told me that he would have remembered such a call because he would not have allowed Terry Lellie to continue working at the bar had someone made such a remark to her.

6) Robert Lellie also told me that they only lived about two miles from the bar and he would

have remembered driving to the bar to escort Terrie Lellie home because it would have been an odd occurrence if it had happened.

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Ann Walker-King

1/11/12

Date