**Exhibit 38**

## THE ALMOST INVISIBLES OF SEVIER COUNTY, TENNESSEE

**Introduction**

By the earliest years of the twenty-first century, Sevier County had been transformed from a number of semi-isolated rural communities to one of the wealthiest counties in the State of Tennessee. This remarkable phenomenon was due largely to a massive tourism industry and to the relocation of retirees from the Midwest and elsewhere. Visitors to the Great Smoky Mountains National Park, the most visited national park in the country, by 2010 had reached over 9 million people annually. Pigeon Forge alone saw its business receipts burgeon from $57 million in 1980 to an astounding $379 million by 1992. The county's per capita sales tax receipts were the highest of any county in the State. And until the recession that began in 2008, on the surface it appeared that all was well, with virtual full employment and money in nearly everyone's pockets.[1]

And yet beneath the surface all was far from well. As wealth and living conditions for a majority of the county's population undeniably had improved, a significant minority seems to have been left behind—undereducated, unskilled, unhealthy, and unaware of programs that might have offered them some assistance. They were what Presbyterian minister Jack Weller in 1965 called "yesterday's people," an often permanent subgroup or underclass who appeared to be baffling to those who sought to assist them. Closed out of the tourist industry and jobs in construction (the county's second largest occupational group), industry, and retail, this subgroup remained economically, socially, and intellectually static as the majority of Sevier Countians ascended the economic ladder. Discouraged from shopping in tourist malls and many retail establishments, they became almost invisible to those who lived in neighboring communities.[2]

---

[1] *Mountain Press* (Sevierville), December 16, 2011; Chris Bolgiano, "Ecotourism," in Rudy Abramson and Jean Haskel, eds., *Encyclopedia of Appalachia* (Knoxville: University of Tennessee Press, 2006), p. 641; C. Brenden Martin, "Pigeon Forge, Tennessee," in *ibid.*, p. 667.

[2] Jack E. Weller, *Yesterday's People: Life in Contemporary Appalachia* (Lexington: University of Kentucky Press, 1965), esp. pp. 2, 152-160. See also John C. Campbell, *The Southern Highlanders and His Homeland* (New York: Russell Sage Foundation, 1921), p. xiv.

The creation of this subgroup did not take place overnight. Rather, it took almost a century for it to become separated from the rest of the county's population. Not until the last 40 years or so, however, has their separation and virtual permanency been so pronounced.

**1860 – 1930**

Settlement of Sevier County began in the late 18th and early 19th centuries, with river bottom and broad level lands snapped up first by the earliest settlers. The earliest settled lands were the most fertile, and had the best access to river transportation, roads, and (later, in the early 20th century) the Knoxville, Sevierville, and Eastern Railroad which ran from Knoxville to Sevierville. Later in-migrants had the worst land, were the most isolated, and were forced to provide for themselves. Migration slowed to a trickle, but large family sizes forced people to divide their lands between their sons (or their daughters if there were no sons). As a result, the average farm size, especially on the upland ridges and in the coves, declined precipitously. In 1860 the number of farms in Sevier County was 920, with the average farm size of 270.1 acres. By 1900, the number of farms had grown to 3,193 (with average farm size of only 78.1), with almost no increase in the total number of farm acres. Not surprisingly, crop yields were down and the standard of living for the poorer, more isolated farmers was distressingly low. Beyond the towns, education, except in a few mission schools, was virtually unknown, and the health of the population was poor. In 1881-1882 (the only year for which there were reliable statistics until a half-century later), of the 61 recorded deaths, 17 (28%) were children under one year, 34 (50%) under 21, and of all the deaths of people older than 10 years, the mean age of death was 41.5 years and the median between 36 and 37. And for those who volunteered or were drafted for military service in 1917-1918, 57.1% of all Sevier Countians were disqualified as unfit for service (ranked 89th of the state's 95 counties). Clearly Sevier Countians were facing a demographic and economic disaster.[3]

[3] For farm size see Joe Cummings, "Sevier County, Tennessee, in the 1890s: Community and the Nature of Change," in East Tennessee Historical Society *Publications*, nos. 58-59 (1986-1987), p. 74. For 1881-1882 death statistics see William Bruce Wheeler and Michael J. McDonald, "The Communities of East Tennessee, 1850-1940: An Interpretive Overview," in *ibid.*, p. 18. For those disqualified for military service see C.E. Allred, *et. al., Tennessee, Economic and Social: Part II. The Counties* (Knoxville: University of Tennessee Extension Series, September 1929), p. 202. In World War I, 1,647 men registered

By 1900 Sevier County listed approximately 80 communities, the majority of which were tucked into the isolated coves or along the ridges. Most of those communities had populations of around 100 or less (15-20 families) and counted one general store. The majority had crude elementary schools and about half had post offices in the store. Transportation was still very difficult, except along the rivers and on the valley floors, and most of those who lived in these communities tried to be self-sufficient.

At the same time, many were leaving, especially professionals and eager young males. Between 1900 and 1930 the total population declined from 22,021 to 20,480. Given the number of births in those years (the fertility rate was an astounding 655.7 in 1930 alone), the out-migration must have been significant, especially among young males, since the dependency ratio (the ratio of children and seniors to the working population) was exceedingly high. As for medical doctors, in 1900 Sevier County could boast of 25 doctors, whereas in 1927 there were but 12, 6 of whom were over 50 years old. In addition, there were only 2 dentists, 3 pharmacists, 1 registered nurse, and no optometrists. Most of the people of the ridges and coves relied on home remedies, relatives and neighbors, and midwives (most of whom were untrained). In 1927 there were 55 infant deaths per 1,000 white population and 250 per black population, most of whom were in the isolated communities. One interesting exception was Dr. Robert Thomas, who came to Pittman Center in 1925 to practice medicine, which he did for many years. Probably the most famous baby he delivered was Dolly Parton, for which he was paid a sack of potatoes.[4]

**1930 – 1945**

Many Americans have been taught that the Great Depression began in 1930. But Sevier County already was in its own serious depression years before that, a depression that hit the isolated communities especially hard. Beginning in 1920, the number of

---

for the draft. See Smoky Mountain Historical Society, *The Gentle Winds of Change: A History of Sevier County, Tennessee, 1900-1930* (Sevierville: Historical Society, 1986), p. 31. 410 were inducted. Allred, *Tennessee, Economic and Social,* p. 203.

[4] For communities see *Mountain Press*, March 29, 1985. For statistics see Vincent B. Phelan, *Social Statistics of the Tennessee River Basin* (Knoxville: TVA Report, 1933). For health statistics see Allred, *Tennessee, Economic and Social*, pp. 126-131. For Thomas see Violet Wood, *So Sure of Life: A Mountain Doctor's Story* (Sevierville: The Dr. Robert F. Thomas Foundation, 1950). As to training in midwifery, Dr. Charles Henry Hoffman taught classes in midwifery. See *Gentle Winds of Change*, pp. 208-209.

farms began to decrease (by 11.1% between 1910 and 1920 alone), as many smaller farmers left the county, allowing their land to be bought up by wealthier farmers. Also, the railroad meant that crops grown more economically and with more modern equipment in the Midwest as well as Middle and West Tennessee could be transported to Knoxville and Newport where they could undersell Sevier County farmers when they brought their crops by wagon to those markets. Earlier many men and boys had left their farms temporarily to cut timber for the northern-based lumber companies that had moved into the region. Men and boys alike were hired by the Little River Lumber Company, the Champion Fiber Company, and others to clearcut the mighty forests of the Smoky Mountains. By 1925 roughly one-sixth of all of Sevier County was owned by those companies, thus pushing many small farmers in the once-isolated communities off their land. As Ed Trout and Olin Watson put it, "To these men, the $3.00 per day average made the difference between 'getting by' and real want." But the cutting mostly was over in Sevier County before 1930 as much of the timber was gone and as the states of Tennessee and North Carolina began negotiating with the companies to create the national park. In all, it has been estimated that over 560 million board feet of lumber was sawed at Townsend alone. Without the money from lumbering, the small farms, often kept up by women while the men and boys were away, were hardly enough to support a family.[5]

Then, the creation of the Great Smoky Mountains National Park marked an important watershed in the lives of Sevier Countians, especially the semi-permanent subgroup who were falling farther and farther behind. Although President Franklin Roosevelt did not formally dedicate the park until September 2, 1940, purchasing of the lands that would make up the park had begun years earlier. Roughly 39 percent of Sevier County land lay within the park's boundaries, comprising approximately 1,200 farms. Those farmers were given three options: 1) they could sell their land at an agreed-upon price and move elsewhere; 2) they could sell for a lower price and stay on the land as long as the title holders lived (children could not inherit the land); 3) they could resist, have their land seized by eminent domain, and receive payment. What the government

[5] For decrease in farms see *Gentle Winds of Change*, p. 97. For an excellent brief survey of lumbering see chapter 5 of *ibid.*, pp. 103-128.

failed to appreciate, however, was that these small, sometimes tiny, communities were composed of often intermarried and closely-knit families that for decades had provided the economic, social, and psychological needs of those communities. Worse, once the boundaries of the park were made public, land speculators just outside the boundary lines (often businessmen in Sevierville and Gatlinburg) drove real estate prices up, thus making it very difficult for people who were to be removed to purchase land comparable to that which was being given up and to stay together as a social unit.

In the end, resistance was surprisingly small, most of it led by better-off farmers. Most people, however, took the money offered them and tried to move as a group to nearby lands in Wears Valley, Little Cove, Caney Creek, and elsewhere. In Wears Valley, two communities that had been in the park bought land, dismantled their churches, and moved them by wagons to new sites. They were the fortunate ones. Other communities in Greenbrier, Copeland, Sugarlands, Upper Dudley, and elsewhere were not able to afford to move as a unit, and thus were disoriented by the multiple separations of friends and kinfolk.[6]

Even during the difficult times of the 1920s-1930s, there were some well-to-do people in Sevier County. As noted above, many invested in real estate, often buying out families living on the edge. But the number of poor people was so large that they dragged the average standard of living down. In 1925, Sevier County's average standard of living ranked 84th out of the state's 95 counties. With the average standard of living index in the United States at 100, the county's index was an anemic 13. And although the 1930 illiteracy rate in Sevier County was listed as 9.2%, the percentage of adults who were *functionally illiterate* surely was considerably higher.[7]

The Tennessee Valley Authority, World War II, the Korean War, and the Interstate Highway Act of 1956 wrought significant changes in the mountain South. TVA pumped around $7 billion into the economies of the 201 counties it served,

[6] See *ibid.*, pp. 237-240. One of the best-known resisters, John Oliver of Cades Cove, took his case to court numerous times but finally had to give up and accept a payment of $17,000, far less than he thought the land was worth. *Ibid.*, p. 239.
[7] *Tennessee, Economic and Social*, p. 141. For the number of automobiles, trucks, residential electricity, telephones, radios on farms, etc. see *ibid.*, pp. 48-49, 143-147. For illiteracy rates see TVA Regional Planning Council, *Regional Development in the Tennessee Valley* (Knoxville: TVA, 1940), p. 57. For radios see George Arner and Vincent Phelan, *Social Statistics of the Tennessee River Basin* (Knoxville: TVA, 1930), pp. 77-78.

provided a significant number of jobs, and by the 1950s had brought electricity to East Tennessee through municipal and county distributors (24 in East Tennessee from 1935 to post-1945) and rural cooperatives (7 in East Tennessee between 1936 and 1945). Some very isolated areas did not get electricity until later. A significant percentage of males either volunteered or were drafted during World War II and Korea, which gave many of them a new perspective. In Wears Valley alone, 119 men served in World War II, just about one for every household. Several did not return to the area, but took jobs in recovering industries in the Midwest as well as in neighboring Blount, Anderson, and Knox counties. Blount County's major employer was ALCOA, Anderson was Oak Ridge, and Knox to several medium-sized factories in Knoxville.[8]

Others, however, were able to use money they had sent home together with funds from the Servicemen's Readjustment Act (better known as the G.I. Bill) to purchase small farms, with the assistance of federal and state extension agents. Almost certainly not the best land in the area, it would take considerable effort to make a go of it on these farms. But it was something they owned, and they treasured it.

**Tobacco, 1940 – 1970s**

For some Sevier County farmers in the postwar years, the cultivation of burley tobacco spelled the difference between terrible poverty and getting by. In 1934 Congress created the allotment system, whereby each farmer was permitted to grow and sell a certain amount of a particular crop, the object of which was to limit the amount of that crop that could be grown and therefore keep the price for that crop stable and reasonably high. Each farmer who wished to grow tobacco was told the number of pounds he could sell, and attempts to sell more than the allotment were penalized. The allotment went with the land, so a farmer who sold his farm lost the allotment. Farmers also could rent their allotments to other farmers, and the government annually reviewed allotments and either increased or decreased them.[9]

Making a tobacco crop was a backbreaking way to make a living, and it took the labor of most of the family. In 1940, 82% of all of Sevier County farms were worked by

[8] On electrification see William Henry Droze, *High Dams and Slack Waters: TVA Rebuilds a River* (Baton Rouge: LSU Press, 1965), pp. 21, 23, 25, 32, 61-63.
[9] Richard D. Starnes, "Tobacco," in *Encyclopedia of Appalachia*, p. 416.

the families. It was nearly a year around enterprise and markets usually didn't open or pay the farmers until around November. Statistics clearly show that the average farm in Sevier County between 1940 and 1970 was able to raise less than one acre of tobacco:[10]

| | 1940 | 1954 | 1904 | 1970 |
|---|---|---|---|---|
| Number of farms | 3427 | 2577 | 2286 | --- |
| Number acres of tobacco | 1290 | 1793 | 1423 | 1120 |
| Pounds per acre | 1057 | 1563 | 1796 | 1920 |

Small farmers often owned the least productive land, could not afford necessary fertilizer, and could not buy important insecticides. Therefore, their tobacco production was far below the county's average both in quantity and quality. Although they relied on the money they received from tobacco, small, poorer farmers had great difficulties. The chart below clearly demonstrates that those raising one-half acre earned far below the average payment and even farther below the state's per capita income:[11]

| Sevier County | | | | |
|---|---|---|---|---|
| | 1940 | 1954 | 1964 | 1970 |
| Lbs./acre | 1057 | 1536 | 1796 | 1920 |
| Price/Lb. | 39.7¢ | 56.9¢ | 61.5¢ | 72.8¢ |
| Dollars per acre | $419.63 | $874 | $1104.54 | $1387.70 |
| Dollars per ½ acre | $209.82 | $439 | $552.27 | $693.88 |
| TN per capita income | $998 | $3407 (1950) | $5785 (1960) | $12,557 (1970) |

Many of the poorer farmers abandoned tobacco and sold their landholdings to larger commercial producers. Other farmers attempted to hold onto their farms by

[10] For the raising of tobacco in Sevier County see *Gentle Winds of Change*, pp. 90-91. For statistics see Bureau of the Census, *United States Census of Agriculture* (Vol. I, part 20, 1946, pp. 51, 34, 158) (Vol. I, part 20, 1855, pp. 68, 100) (Vol. I, part 31, 1967, pp. 266, 312); *Tennessee Agricultural Statistics* (Nashville: USDA and TDA, 1972), p. 62.

[11] *Ibid.* For Tennesseans per capita income see U.S. Census, *Per Capita Income by State*. For larger yields on better soil see Elsie Taylor Bird, "Tobacco in East Tennessee" (Knoxville: Unpub. UT thesis, 1948), p. 18.

finding part-time work off the farm. Many did so. In 1935, a bare 5% of farmers worked off the farm for up to 249 days and an additional 4% did so for 250 days or more. Beginning in the 1970s these percentages rose dramatically, and by 1982, 51% worked off the farm in part-time, non-farming jobs. But for reasons noted above, few people in this sub-group were able to do so. When they were able to find off-farm employment, it was at the lowest wages, was mostly temporary, and offered no avenues upward.[12]

Therefore, for many reasons burley tobacco did not become Sevier County's economic savior or a way to get by for the subgroup tucked into coves or onto the ridges. Throughout the State Tennessee, between 1959 and 1964 the number of farms under ten acres declined 15% and throughout Appalachia the number of tobacco farms declined 28.3%. By 2004, when the federal government began to buy out tobacco allotments, many farmers already had given up. And, as noted above, many men and women in this subgroup were not able to fine good off-farm employment. Therefore, while by 1959 Sevier County's median family income was $2,890, almost 80% of the county's families still had incomes of under $1,000.[13]

**The Tourist Revolution**

By the 1970s, however, tourism was creating an economic revolution in Sevier County. Astride one of the three major entry ways into the National Park, by the 1970s over one million visitors passed through the county annually. Before tourism, women in the area had not been employed regularly outside the home. But between 1970 and 1990 the county's female labor force grew by an astounding 93.6%, many of them working in the food industry or in the newly-opened hotels and motels. The number of food industry institutions increased by 365.0% between 1970 and 1980 and the number of hotels and motels increased by 415.0%. If a husband could work the farm or get a job in the construction industry, by adding tourist incomes from wives and daughters they could

[12] For part-time employment, see McDonald and Wheeler, "Economic Development," pp. 118-120. For part-time farmers' motivation to "stay out of the city and live rural life," see Issue Paper No. 1, *Current Issues in the Tennessee Economy* (Knoxville: UT Center for Business and Economic Research, 1980), pp. 3-4, 17-18. See also Melinda Walker, "Part-Time Farming," in *Encyclopedia of Appalachia*, pp. 429-430.
[13] Ormand Corry, *Personal Income Trends in Tennessee* (Knoxville: TVA, 1960).

live modestly.[14] As a result, the poverty rate in Sevier County declined from 22.8% in 1970 to 15.1% in 1980. And median family income rose significantly, from $6,377 in 1970 to $15,208 in 1980, an increase of 138.0%. One should point out, however, that as late as 2010 when Sevier County's per capita household income was $23,077, almost 14% of the households had incomes of under $15,000.[15]

Clearly, however, a significant minority was not able to participate in either the construction or the tourist industry. Badly undereducated, lacking needed skills, unable to relate to people outside their kinship groups or communities, and (at least for the tourist industry) lacking physical qualities tourists—and employers—found pleasing, this subgroup that for decades had been unable to climb the economic/social ladder once again, even amidst the prosperity and opportunities that surrounded them, hovered close to the bottom. As a result, even as the *percentage* of families in poverty had declined significantly, the *number* of families in poverty in 1970 and 1980 remained almost exactly the same, 1,525 in 1970 (6,410 individuals) and 1,572 in 1980 (6,205).[16]

Tourism affected this small subgroup in other important ways. Learning of employment opportunities, large numbers of people began to arrive in Sevier County seeking jobs. Almost 10,000 in-migrants arrived between 1970 and 1980. Several took jobs in tourism while wealthy retirees drove the assessed value of land so high that some of their neighbors could not pay their newly-appraised property taxes. Also, tourism drove the price of real estate so high that other economic institutions (manufacturing, for instance) simply went elsewhere. Moreover, retail prices increased to get tourist and retirees' dollars and by the 1980s it has been estimated that the sales tax on food alone comprised over one month's total food budget of a family with an income of $8,000. And finally, until fairly recently tourist employment in Sevier County had been *seasonal*, so that over 20% of the total population was unemployed for at least part of the year. In

[14] For tourist statistics see Michael Smith, *Behind the Glitter: The Impact of Tourism on Rural Women in the Southeast* (Lexington: Southeastern Women's Employment Coalition, 1989), pp. 10, 17.
[15] *Ibid.*, pp. 23, 27.
[16] *Ibid.*, p. 53.

1980, 25% were dependent upon public assistance, almost *double* the percentage in 1970.[17]

Learning disabilities, mental retardation, and other difficulties usually are picked up by public school teachers. And yet, as late as 1960, 3% of the Sevier County population aged 25 or over *had never been to school.* Worse, many teachers had nudged forward many such students until they could no longer do the work. Between 1984 and 1988 school dropouts in the county averaged a discouraging 32.5%. In essence, many families in the subgroup under investigation simply hid their infirmities, aided and abetted by others.[18]

**The "Discovery" of Appalachia**

In the early 1960s America "discovered" Appalachia. Due in part to Senator John F. Kennedy's West Virginia campaign for the Democratic presidential nomination, many Americans were shocked by the widespread poverty in such a wealthy nation. In 1963 the Appalachian Regional Commission was created by President Kennedy and became a federal agency in 1965. The Commission came to the conclusion that high-paying industrial and technical jobs were not going to come to Appalachia, and since many men and women would not leave farms and families to take such jobs in the cities, a way must be found to allow these people to remain on their farms and to *commute* to these jobs. As a result, the Appalachian Development Highway System spent roughly 80% of the Commission's funds on a 3,200 mile network of highways. Hence those with the skills and ambition to increase their incomes now had a way to get to those employment opportunities. As noted earlier, those highways also made it possible for millions of tourists to come to the region to spend their vacation dollars. For a small minority, however, those opportunities either were not available to them, or were rejected, thus leaving them even farther and farther behind.[19]

---

[17] For in-migration see *Tennessee Statistical Abstract* (Knoxville: UT Center for Business and Economic Research, 1983). For sales tax on food see *Behind the Glitter*, p. 56. For seasonal employment and public assistance see *ibid.*, pp. 47, 49, 51.

[18] For school years completed and percentages with no schooling see Michael J. McDonald and William Bruce Wheeler, "Economic Development in the East Tennessee Portion of the Tennessee Valley, 1850-1980" (Knoxville: TVA Report, 1982), p. 54. For school dropout statistics see *Behind the Glitter*, p. 54.

[19] For the ARC, see Ron Eller, "Appalachian Regional Commission," in *Encyclopedia of Appalachia*, pp. 1569-1571.

In 1993 a Food Ministry was established in Sevier County, funded in part from gifts, the county commission, and donations of food from supermarkets and restaurants. By 2011 it was helping between 1,500 and 1,600 families each week. An unscientific survey showed that over 50% of the Food Ministry's clients are either senior individuals or elderly couples with no pensions and living solely on Social Security payments of around $300 per month. Others are people who have moved to Sevier County in search of employment, only to find that most of the available jobs for which they are qualified are minimum-wage jobs with no benefits like health insurance, child care, etc. It is hard to say whether the underclass subgroup under consideration here avail themselves of this benefit. Surely some do, although fierce pride prevents some from doing so.[20]

In 1999 the Mountain Hope Good Shepherd Clinic was founded to provide low-cost (or no-cost) medical treatments to those with no insurance and low incomes. In its first year in operation, the clinic had 2,542 visits, but by the end of 2011 over 8,000 visits will be made. Even so, Mary Vance, the Executive Director of the Clinic, reports that each month hundreds of people have to be turned away because there are not enough staff or facilities. Each person is asked to pay $25 for each visit, although the clinic will accept patients who do not have the money.

In spite of good newspaper coverage and referrals from the hospital's emergency room (often the first stop for a poor person who is ailing), Ms. Vance believes there are still people who don't know about the clinic or refuse to seek help. "When a person comes in for his or her first visit," observes Ms. Vance, "on later visits the whole kinship group comes in as well, even insisting to accompany their kin to an examining or treatment room. At that point, we can see that a particular illness may well have spread through the whole family."[21]

Vance agreed that several pockets of poverty still remain in the county, and that there are real health problems among the county's citizens. But when asked what the *greatest* health problem is, she unhesitatingly says "mental health." There are people with mild to profound "diminished capacities" (once referred to as "mental retardation"), but far more numerous are those with mental diseases:

---

[20] Interview with Gene LeGrand, a Food Ministry volunteer, December 18, 2001.
[21] Interview with Mary Vance, Executive Director of the Mountain Hope Good Shepherd Clinic, December 20, 2011. Approximately 25% of the population of Sevier County has no health insurance.

Axis 1—major depressive episodes, panic attacks, bipolar disorders, Schizophrenia

Axis 2—personality disorders, including diminished capacities

Axis 3—medical or neurological conditions

Axis 4—recent psychosocial stress

Axis 5—Global Assessment of Functioning (GAF) on a scale from 1 to 100

Vance says there is a "drastic need" for mental health care. Far too many cases have gone unreported—and certainly underreported—for decades.[22]

Not listed as a mental disorder but unquestionably a psychological problem along the ridges and in the coves is that of *fatalism*. According to Jack Weller, "This fatalistic outlook has been a kind of buffer against disappointment." Among the kinship groups of the subgroup, self-confidence was slowly undermined, to be replaced by a fatalistic resignation. Coupled with this has been the idea, often strengthened by religion, that poverty is good, poor people are "blessed," and rich people are evil. Consider the oft-told parable about the camel and the eye of the needle. These attitudes are strengthened and reinforced by kinship groups, by the elderly.[23]

In all, then, a combination of lack of opportunities, skills, and education with traditional kinship groups that set the criteria for "getting along" and health and psychiatric and psychological difficulties have created what the Rev. Jack Weller has called "yesterday's people," men and women whom modern America simply has "left behind." By the time Americans and their government recognized this situation and tried to reverse it, for one subgroup it simply may have been too late. The Good Shepherd Clinic's Mary Vance says that occasionally some young people escape this prison of poverty, lack of education, and fatalism, and the total number in this subgroup *is* shrinking. But, as Weller puts it, there is a "growing number of such families who are further from solving their problems now than they were a generation ago." Computers now are widespread, employment skills are far more demanding, jobs which required only basic skills are fast disappearing, the cost of living is rising. How these folks who live in kinship networks in pockets on Allensville Road, Lane Hollow, Gnatty Branch,

---

[22] *Ibid.* For present criteria of mental illness (new ones are under review but will not be used until 2013), see *Diagnostic and Statistical Manual of Mental Disorders* at PsyWeb.com.
[23] Weller, *Yesterday's People*, pp. 37-40.

Pearl Valley, Mill Creek, Happy Hollow, Frog Alley, etc. will fare in the near future is a perplexing question, but one that desperately needs to be answered.[24]

[24] *Ibid.*, p. 152.

**PERMISSION**

**I, Mary Vance, Executive Director of the Mountain Hope Good Shepherd Clinic, was interviewed by William Bruce Wheeler on December 20, 2011 regarding the Clinic and poverty in Sevier County.**

**I hereby give my permission for Dr. Wheeler to use parts of that interview in a report he is working on for the Federal Public Defender's Office in Nashville, Tennessee.**

---

**Mary Vance, Executive Director**
**Mountain Hope Good Shepherd Clinic**

**[The original of this document is in the possession of Dr. Wheeler]**

# WILLIAM BRUCE WHEELER

F101 Melrose Hall, University of TN 865/974-7089 wheele1@utk.edu

## EDUCATION

| | |
|---|---|
| Duke University. AB | 1961 |
| University of North Carolina, MA | 1963 |
| University of Virginia, Ph.D | 1967 |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Ohio University<br>Assistant Professor | 1967 -- 1969 |
| Northern Illinois University<br>Assistant Professor | 1969 -- 1970 |
| University of Tennessee<br>Assistant Professor to Full Professor | 1970 -- 2005 |
| Acting Department Head, History | 1995 |
| Director of Honors Program | 1986 -- 1993 |
| Professor Emeritus | 2005 -- |

## PUBLICATIONS

*Knoxville, Tennessee: A Mountain City in the New South*, 2005

*TVA and the Tellico Dam*, 1986

*Discovering the American Past* (1st edition 1986, 7th edition 2011)

*Discovering the Western Past* (4th edition 2005)

*Discovering the Global Past* (4th edition 2011)

*The Gentle Winds of Change: A History of Sevier County, 1900-1930* (editor and co-author, 1986)

## HONORS

UT Outstanding Teacher Award, 1980 and 1986

L.R. Hessler Service to Students Award

*William Bruce Wheeler, PhD*

**ORGANIZATIONS**

Board of Advisors, Tennessee Library Association

**PERSONAL**

Lives with wife Linda, a retired nurse, in Wears Valley, Sevier County, where he is on the Board of Directors of the Wears Valley Volunteer Fire Department