**Exhibit 40**

IN THE CIRCUIT COURT FOR BLOUNT COUNTY, TENNESSEE

| | | |
|---|---|---|
| STATE OF TENNESSEE<br>VS<br>JAMES DELLINGER | ) | No. C-6669 |
| STATE OF TENNESSEE<br>VS<br>GARY SUTTON | ) | No. C-6670 |

FILED
JAN 2 6 1996
TOM HATCHER
CIRCUIT COURT CLERK

## MOTION FOR MISTRIAL OR CHANGE OF VENUE

Come now the Defendants by and through counsel and strongly move the Court to declare an immediate mistrial or, alternatively, change the venue of this trial and for cause would show:

1. The January 26, 1996, edition of The Daily Times contains an extensive review of this case, including details of the Sevier County conviction and trailer burning.

2. The trailer incident is subject to a Motion in Limine in this case and the extensive publicity has been the subject of many hours of courtroom time selecting prospective jurors.

3. It will be impossible to insure an impartial jury with such blatant disregard for the rights of the Defendants.

4. The Defendants move that irreparable harm has been done to their rights to due process and that this Court should take immediate and decisive action by either declaring a mistrial with prejudice, a mistrial in the interest of justice, a change of venue or move the jury selection to another county and bring said jury panels to Blount County for the trial.

Respectfully Submitted,

F. D. GIBSON
Attorney for Defendant Sutton

JOHN GOERGEN
Attorney for Defendant Sutton

EUGENE DIXON
Attorney for Defendant Dellinger

CHARLES DEAS
Attorney for Defendant Dellinger

CERTIFICATE

I certify that a true and exact copy of the foregoing Motion has been hand delivered on the 26 day of January, 1996, to the office of the Attorney General for Blount County.

F. D. GIBSON