**Exhibit 41**

to sell
cans

blets
20 per-

in Foothills

s tell about
ball fans?
r Bowl team
1 70 percent
for Dallas
cent are for

Mountain is
he Foothills
use it pro-
for Blount
habitat for

realize how
untain is to
l park," he

developers
conscious"
ns limiting
will be cut.
tions about
r of struc-
e mountain
he said.

me under
ago when
he handed
th certifi-

ler, Oralia
er 19-year-
treet, said
to marry

her baby
together
experience
ork before
about let-
hat home,"

e must be
teen moth-
leave her
ine-addict-

# Briefs

## Louisville man stays hospitalized in serious condition

An 18-year-old Louisville man remains hospitalized following a Jan. 17 auto accident.

Bruce N. Palmer of Mentor Road, was listed in serious condition in University of Tennessee Medical Center's intensive care unit, a nursing supervisor said Thursday evening.

Palmer was injured last week when his vehicle went off Mentor Road near Jones Road, struck a tree, crossed back over the roadway before traveling down an embankment into a creek.

Palmer was ejected from his vehicle during the 11:28 p.m. crash and was pulled from the creek by Blount County Rescue Squad members before being taken to an awaiting Rural/Metro Ambulance.

Following the accident, Palmer was admitted to UT Hospital's ICU where he has remained in serious condition.

## Simerly chosen Officer of Year by Airport Authority

Officer Kelly Simerly has been chosen by the Metropolitan Knoxville Airport Authority as its 1995 Public Safety Officer of the Year. Simerly was chosen by the safety department supervisors, confirmed by the director of public safety and endorsed by the executive director.

A certificate and a $500 bonus was awarded to Simerly Wednesday afternoon during the Airport Authority's monthly monthly board meeting. She has worked as a public safety officer at the airport since 1987.

Simerly was cited as the cited as the most improved officer during 1995 and volunteered to work with disadvantaged children on several instances, including the F.O.P. Camp and Shop With a Cop.

# Selection of jurors continues in murder trial

By Anna C. Irwin
of The Daily Times Staff

Trial for two Sevier County men facing the possiblity of death sentences if convicted of first-degree murder is still several days away, although the jury selection process began Monday in Blount County Circuit Court.

Individual questioning of potential jurors regarding their opinions about the death penalty started Monday afternoon and by Thursday afternoon only 46 people were in the pool which will be further screened to seat 12 jurors and three or four alternate jurors. The pool must be enlarged to about 90 people before Judge D. Kelly Thomas calls a halt to individual questioning.

James A. Dellinger, who marked his 45th birthday Wednesday, and Gary W. Sutton, 31, are charged in the shotgun slaying of Tommy Griffin whose body was discovered off Manning Lane at Walland on Feb. 24, 1992. Griffin, who was 24, was apparently last seen alive Feb. 21 when he left Blount County Jail with Dellinger and Sutton after they posted Griffin's bond.

Attorney General Mike Flynn and Assistant Attorney General Ed Bailey, prosecutors in the case, will attempt to show the three men were together earlier that evening, fought about something and Griffin was put out of Sutton's car alongside Alcoa Highway. An Alcoa officer responding to a report of a fight found Griffin and he was jailed on a public intoxication charge.

While Griffin was in jail that evening, the trailer where he lived near the Dellinger residence in Sevier County was intentionally burned. Prosecutors contend Dellinger and Sutton left Griffin beside the highway, drove to Sevier County and burned his trailer, then came back to Blount County where they got Griffin out of jail and drove to the spot near Walland where Griffin was shot in the back of the head.

JANU
30
THE

n fed.
roposal will
ew days, but
he governor
he concerns

details and
d.

CE 1883

:oa
ostage

Home or
ice
Blount
of Blount

sing,

1-1145.

News,

, 981-1137
, 981-1152
, 981-1121
, 981-1160
, 981-1171
, 981-1151
, 981-1180
, 981-1106

Each winter, the Airport Authority chooses an officer who has shown outstanding dedication and motivation during the previous work year. Some of the criteria used to select Officers of the Year includes work ethic, attitude, leadership skills and community and volunteer spirit.

## Clarification

An Up Front item which appeared in the Jan. 8 edition of The Daily Times headlined "Maryville man's suit says rubbed wrong way by ointment" was not specific in the date the alleged incident occurred. That date was Jan. 4, 1995. The suit was filed Jan. 5, 1996.

## Corrections

■ A story in the Wednesday edition of The Daily Times incorrectly named the school David Hitchcock attends. He is a sophomore at Alcoa High School.

■ A telephone number in a Wednesday brief about phonics workshops at Maryville College Learning Center was incomplete. The number is 981-8121.

To request corrections, ask a question, or suggest a news story, call **Phyllis Cable, news editor, at 981-1143.**

Dellinger and Sutton were convicted of first-degree murder in the death of Griffin's 34-year-old sister, Connie Branum, in a February 1993 trial in Sevier County. Branum disappeared the day after her brother when she went to look for him. She was found Feb. 28 in a remote area off Wear's Valley Road in Sevier County. She and her car were burned almost beyond recognition.

Each of the men was sentenced to life imprisonment in Branum's murder plus two years in the burning of Griffin's trailer. The Tennessee Court of Criminal Appeals upheld the convictions and sentences in a ruling last summer. The Tennessee Supreme Court ruled late last week against accepting the cases for hearing.

Individual questioning of potential jurors will continue today and, if there are still not enough in the pool, a Saturday court session is planned. Selection of a jury from the pool cannot begin until a jury expert working with the defense team returns Sunday from a commitment outside the area.

The court-appointed defense team includes attorneys Charles Deas and Gene Dixon representing Dellinger and F.D. Gibson and John Goergen representing Sutton.

Court officials are hopeful a jury will be seated by early next week. The last of several pre-trial motions must then be heard before testimony begins, hopefully by mid-week. Based on the number of possible witnesses, the trial could last at least another week.

