**Exhibit 42**

**IN THE CIRCUIT COURT FOR BLOUNT COUNTY, TENNESSEE**
**AT MARYVILLE**

STATE OF TENNESSEE

vs. No. C-6669

JAMES HENDERSON DELLINGER

STATE OF TENNESSEE

vs. No. C-6670

GARY WAYNE SUTTON

FILED
JAN 30 1996
TOM HATCHER
CIRCUIT COURT CLERK

**MOTION TO STRIKE JURORS FOR CAUSE, FOR MISTRIAL AND FOR CHANGE OF VENUE**

Defendants respectfully move the Court as follows:

1. To strike the following named jurors due to the fact that they are aware of too much pre-trial publicity to the extent that they will be biased in favor of guilty in the guilty/not guilty phase of this trial:

| | |
|---|---|
| Juanita Poling | Ina Roark |
| Regina Emert | Jackie Kitts |
| Robert Kennedy | Sharon McKnight |
| Debbie Moore | Kenneth Pack |
| Thomas Kirchoff | Sarah Wimmer |
| Joel Goldberg | Robert Betts |

These jurors, and there are others, are all aware, some to greater and some to a lesser extent, of the Sevier County murder conviction of the present victim's sister, Connie Branam, the burning of her car and/or the burning of the trailer of the present victim, the Blount County murder of the victim in this case, Tommy Griffin. It would be further shown that the Court has used at least three standards to judge the striking for cause or excusing of jurors who know about the convictions of the Defendants and other essential points of proof in the Sevier County case, where the Defendants were found guilty and given a life sentence (some of these jurors also knowing about the life sentence) and essential points of expected proof in the present case. The present standard of proof is the excusing of jurors who are acquainted with the present case facts and/or the present case and the Sevier County case. Use of the present exclusion standard would have excused earliest jurors allowed to remain for continuing voir dire.

Defendants, because of the knowledge of those jurors, may have to use their challenges. whereas these jurors should be excused by the Court.

2. Further, Defendants move for mistrial and/or change of venue for the above-noted reasons.

CHARLES DEAS
Attorney for James H. Dellinger

for F. D. GIBSON
Attorney for Gary W. Sutton

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served upon all other parties in this cause or to their counsel, by hand delivering the same to the office of said counsel, or by placing the same in the United States Mail, sufficient first class postage prepaid, addressed as follows: **Mike Flynn, Attorney General, Blount County Courthouse, Maryville, TN 37804.**

This 30th day of January, 1996.

CHARLES DEAS