**Exhibit 44**

LAW OFFICES OF
KOELLA AND DIXON
215 ELLIS AVENUE
TELEPHONE 615 / 982-4747
MARYVILLE, TENNESSEE 37801

CARL KOELLA, JR.
EUGENE B. DIXON

COPY

November 17, 1993

Julie code 703-548-1893 re JULY 10/17 TRIAL DATE

Ms. Marjorie S. Fargo
Jury Services, Inc.
1009 Duke Street
Alexandria, Virginia 22314

RE: State of Tennessee vs. James H. Dellinger
Blount County Circuit Court
Cause No. C-6669

Dear Ms. Fargo:

I am presently serving as appointed co-counsel in the above referenced capital murder case in the Blount County Circuit Court in Maryville, Blount County, Tennessee, and have been referred to you by Nashville Attorney, James A. Simmons and The Capital Case Resource Center of Tennessee. This case is particularly dangerous in that it involves an execution style killing by a defendant who was previously convicted in a neigboring county of the first degree murder of the present victim's sister. In the first murder trial the defendant received a life sentence.

While my co-counsel and I have tried numerous criminal cases, neither of us has previously participated in a capital murder case and we have concluded that we are in need of expert assistance in the field of jury selection. We are particularly concerned that the publicity generated by the first murder case in the neigboring county may taint our jury selection process. We therefore propose to file ex parte motions requesting authorization to employ expert witnesses in this case and believe that we have a reasonably sympathetic judge. I hope you can appreciate the gravity of my concerns and our legitimate need for your assistance in this case. I will contact your office by phone within the next few days regarding our further consideration of this important case.

Sincerely,

Eugene B. Dixon

EBD/mk

101151