**Exhibit 45**

LAW OFFICES OF
KOELLA AND DIXON
215 ELLIS AVENUE
TELEPHONE 615 / 982-4747

CARL KOELLA, JR.
EUGENE B. DIXON

MARYVILLE, TENNESSEE 37801

March 7, 1994

COPY

Ms. Marjorie S. Fargo
Jury Services, Inc.
1009 Duke Street
Alexandria, Virginia 22314

RE: State of Tennessee vs. James H. Dellinger
Blount County Circuit Court
Cause No. C-6669

Dear Ms. Fargo:

I have good news in the above referenced cause. First, the trial judge granted our motion to employ you as our jury selection expert and second, the trial judge granted our motion to continue the April 22nd trial date. We anticipate a trial late this fall and will ask the court to select a date when you are available. Thanks again for your willingness to help with this case.

Sincerely,

Eugene B. Dixon

EBD/mk

101024