**Exhibit 47**

03C01-9706-CC-00226

Supplement

**BLOUNT COUNTY CIRCUIT COURT**
**TOM HATCHER, CLERK**
**391 COURT STREET**
**MARYVILLE, TENNESSEE 37804-5906**
**PHONE (615) 982-3762**

**FILED**
SEP - 4 1997
Clerk of the Courts
Rec'd By________

MEMORANDUM

TO: GINA, COURT OF APPEALS

FROM: C. TUCKER, DEPUTY CLERK C. Tucker

RE: DELLINGER AND SUTTON
COURT OF APPEALS CAUSE # O3C01 - 9706 - CC - 00226

DATE: SEPTEMBER 3, 1997

---

PLEASE FIND ENCLOSED A SUPPLEMENT TO THE RECORD IN THE ABOVE STYLED CASE. THE ENCLOSED DOCUMENT IS A COPY OF A HAND WRITTEN QUESTION ASK BY THE JURY TO JUDGE D. KELLY THOMAS, JR.,IN THE DELLINGER/SUTTON MURDER TRIAL, WITH HIS RESPONSE ATTACHED TO THE QUESTION. ATTORNEY CHARLES DEAS REQUESTED THIS ON SEPTEMBER 3, 1997. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT OUR OFFICE. THANK YOU.

Blount

226

If James Dellinger and Gary Sutton were given life in prison from Sevier County and they are given life in prison in Blount County — will the prison terms be consecutive and/or concurrent.

You should concern yourself with the sentences in these cases only.

DKG