**Exhibit 50**



James Dellinger case
Fingerprintexpt
to:
michael_noles
10/21/2011 11:40 AM
Show Details

**Dear Michael:**

**One latent fingerprint present in a photograph of a shell casing does not contained sufficient characteristics/minutiae to be of value for comparison with the inked fingerprints of JAMES ANDERSON DELLINGER and GARY SUTTON.**

**If you have any questions about this e-mail please do not hesitate to contact me.**

**Best regards,**
**Max Jarrell**


**Max L. Jarrell**
**I.A.I. Certified Latent Print Examiner [CLPE]**
**Professional Fingerprint Services**
**209 South Jefferson Street, Suite 1088**
**Winchester, TN 37398**
**(O) 931-455-8989/800-745-0969**
**(F) 931-455-4696**
**(E) Fingerprintexpt@aol.com**



==========================================================================================

NOTICE: This message and any attachments are confidential and intended solely for the use of the individual or entity to whom the transmission is addressed. If you are not the intended recipient, or agent responsible for delivering the message to the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please notify the sender by return email or by telephone at 931-455-8989/800-745-0969 and delete it from your system. Thank you.

==========================================================================================