**Exhibit 51**

IN THE CIRCUIT COURT FOR BLOUNT COUNTY, TENNESSEE

| | | |
|---|---|---|
| STATE OF TENNESSEE<br>VS.<br>JAMES HENDERSON DELLINGER | * | NO. C-6669 |
| STATE OF TENNESSEE<br>VS.<br>GARY WAYNE SUTTON | * | NO. C-6670 |

FILED
JUL - 7 1995
TOM HATCHER
CIRCUIT COURT CLERK

NOTICE OF ALIBI

The defendants James Henderson Dellinger and Gary Wayne Sutton, through counsel, hereby give notice that they intend to present the following witnesses as alibi in this case:

Diane Sutton
332 Ingle Hollow Road
Sevierville, TN
428-4774

Carolyn Weaver
115 Reece Tunnel Cir.
# 7
Fall Branch, TN
348-8268

Linda Dellinger
410 North Pitner Road, Lot B
Seymour TN 37865
579-9933

EUGENE B. DIXON
Attorney for Defendant,
James Henderson Dellinger

JOHN M. GOERGEN
Attorney for Defendant,
Gary Wayne Sutton

CERTIFICATE

I certify that an exact copy of the foregoing has been served upon the Attorney General, Mike Flynn, at the Blount County Courthouse, Maryville, TN 37801 by either hand deliver or by placing the same, correctly addressed, in the U.S. Mail, this the 7th day of July, 1995.

JOHN M. GOERGEN
Attorney for the Defendant,
Gary Wayne Sutton

101410