**Exhibit 52**

I am John Wade McCarter, a legal resident of Sevier County, TN and declare that the following statement is true.

In February 1992, I was living with Jim and Barbara Gordon. They housesat for a couple on Happy Hollow Rd. between Townsend and Pigeon Forge) in Sevier County, TN.

Jim told me that they had seen a fire in the woods on the hill behind the house where they were staying. He thought the fire had been too big to be a camp fire.

Jim asked me if I would go back there on the hill to check on it with him. We went on the dune buggy late in the afternoon, I believe the day after he had seen the fire.

We found a burned out car with human remains. I ~~stayed at the car,~~ Jim ~~and~~ (actually I stayed at the end of the road), and Jim called law enforcement. When they arrived, they had us go back out.

That same evening I was present when a detective questioned Barbara Gordon. He asked if she or Jim had seen any suspicious

Johnny Wade McCarter 06-09-09

vehicles the evening of the fire.
Barbara Gordon said she had seen a vehicle, a 4 wheel drive, either a Bronco or Blazer, come off the hill and drive by the house real slow.
The law enforcement officer questioning her said that they already knew who was responsible. He then showed Barbara a polaroid picture of a truck that I recognized as James Dellinger's truck. I think he pretty much told her that was the truck involved. She then changed and said it could have been.

Johnny Wade McCart 06-09-09