**Exhibit 53**

IN THE CIRCUIT COURT FOR BLOUNT COUNTY, TENNESSEE

STATE OF TENNESSEE )
)
VS. ) NO. C-6669
)
JAMES HENDERSON DELLINGER )

FILED
APR 26 1993
ENOCH B. SIMERLY
CIRCUIT COURT CLERK

MOTION FOR EXPERT WITNESS AND EXPENSES

Comes now the defendant requesting, pursuant to Supreme Court Rule 13, an order authorizing expenditures for a firearms expert and in support would show the court as follows:

1. That the defendant has been charged with capital murder.

2. The State further intends to show that Tommy Griffin was killed in Blount County, Tennessee, and that beside his body were found two shotgun shells bearing pin strike marks indicating that they were fired from the same shotgun as shells that were found on the defendant's property and elsewhere.

3. That the death penalty having been demanded in this cause, the defendant submits that the interest of justice requires that the defendant be able to conduct an independent examination by an expert of their own choosing and that all related expenses be paid by the State.

Respectfully submitted,

EUGENE B. DIXON
Attorney for Defendant
215 Ellis Avenue
Maryville, Tennessee 37801
615/982-4747

CERTIFICATE OF SERVICE

I certify that an exact copy of the foregoing document has been served upon counsel for all parties to the litigation to which it pertains, either by hand delivery of a copy thereof to the offices of said counsel, or by mailing a copy to said counsel in a properly addressed and stamped envelope regularly deposited in the United States Mail.

This 26 day of April, 1993.

EUGENE B. DIXON