**Exhibit 55**

**IN THE CIRCUIT COURT FOR BLOUNT COUNTY, TENNESSEE AT MARYVILLE**

STATE OF TENNESSEE

vs. No. C-6669

JAMES DELLINGER

FILED

AUG 1 9 1996

TOM HATCHER
CIRCUIT COURT CLERK

STATE OF TENNESSEE

vs. No. C-6670

GARY WAYNE SUTTON

**ORDER APPROVING PAYMENT FOR EXPERT SERVICES**

It appearing to the Court and the Court finding that it is necessary for defense counsel, for both Defendants, to hire the expert services of Larry Wolfe, M.D. for investigation and, also, trial expert testimony, the same being necessary to ensure the constitutional rights of the Defendants, and, further, it appearing and the Court finding that expenditure up to Two Thousand Five Hundred Dollars ($2,500.00) is necessary for such expert's investigation and anticipated testimony, Affidavit having been made as to the anticipated time of Dr. Wolfe for such services,

IT IS, ACCORDINGLY, ORDERED that the sum of Two Thousand Five Hundred Dollars ($2,500.00) is hereby approved for the expert services of Larry Wolfe, M.D. for his investigative services and anticipated testimony for the Defendants in this case.

This Order is pronounced for entry this 19 day of August, 1996.

KELLY THOMAS, JR., JUDGE

APPROVED:

CHARLES DEAS
Attorney for James Dellinger

F. D. GIBSON
Attorney for Gary Wayne Sutton

113337