**Exhibit 56**

RECEIVED
MAR 30 1993

IN THE CIRCUIT COURT FOR BLOUNT COUNTY, TENNESSEE

FILED
MAR 29 1993
ENOCH B. SIMERLY
CIRCUIT COURT CLERK

STATE OF TENNESSEE )
)
VS. ) NO. C-6669
)
JAMES HENDERSON DELLINGER )

NOTICE

Now comes the State of Tennessee by and through the District Attorney General's Office and gives notice pursuant to Rule 12.3 (b) that the State of Tennessee shall be seeking the death penalty in the above styled cause. The aggravating circumstance the State intends to rely upon is Tennessee Code Annotated, Section 39-13-204 (i) (2):

1. The defendant was previously convicted of one (1) or more felonies, other than the present charge, whose statutory elements involve the use of violence to the person.

Mike Flynn
District Attorney General

CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed a true and correct copy of the foregoing instrument to Mr. Eugene Dixon and Mr. Charles Deas, Attorneys for Defendant, by depositing same in the United States Mail, Postage Prepaid.

This the 29th day of March, 1993.

Mike Flynn
District Attorney General