**Exhibit 57**

I am Gary Key and am an adult citizen of Knox Co. TN, but lived in Blount Co. TN at the time of the James Dellinger \ Gary Sutton murder trial many years ago. I was a juror in that case.

We were a thoughtful jury. I had gone through the Police Academy with Detective Widener and worked for the Blount Co. Sheriff's Dept. with him for about ten years. We roomed together at the Academy, and I knew Det. Widener was a "straight up" kind of person. I also knew the jailer at Blount Co., Ray Herron, and knew he would be accurate in his recall. He was conscientious, and what he remembered supported the timeline presented by the prosecutor.

I thought it was odd that the bailiffs also drove us to Townsend to stay because we drove by the scene where the body was found by the river by the man with his children fishing. I knew how far that was from the Blount Co. Jail. One juror wanted to drive by another location on the timeline. The judge said they could not allow it. Later they took us to eat at

GKey

a restaurant near that location and we drove right by it. We couldn't help but notice the time sequence involved, which supported the D.A.'s time line. I told the other jurors what consecutive and concurrent sentences meant, and we asked the judge about it. However, he didn't give us an answer.

It was interesting to serve on the jury. I would have considered any evidence of brain damage or mental impairment at the sentencing. I think some of the other jurors might have been swayed to stay with a life sentence. You could tell that the older man, Mr. Dellinger, wasn't all there.

I declare under penalty of perjury that the foregoing is true and correct.

[signature]
11-09-89