**Exhibit 58**

Fred A. Leuchter Associates, Inc.
*Consulting Engineers*
231 Kennedy Dr. Unit 110
Boston. MA 02148
(617) 322-0104 FAX (617) 321-330(

**EQUIPMENT CERTIFICATION**

This is to Certify that on 29 November 1989 I, Fred A. Leuchter, Jr., did complete installation of the Fred A. Leuchter Associates, Inc. Modular Electrocution System at the Riverbend Maximum Security Institution, Nashville, Tennessee. This System consists of an Electric Chair, a Control Console, a Power Supply and a Test Unit.

Upon completion of the installation, I did test said Modular Electrocution System and found the System to perform satisfactorily, meeting all criteria of its design.

I, Fred A. Leuchter, Jr., Chief Engineer for Fred A. Leuchter Associates, Inc. and designer of the Modular Electrocution System, do hereby Certify that this System is competent and ready to be utilized for the purpose for which it was constructed.

Signed this 2nd day of December, 1989 at Boston, Massachusetts.

Fred A. Leuchter Associates, Inc.

Fred A. Leuchter, Jr.
Chief Engineer

000283