**Exhibit 60**

# JAY WIECHERT MANUFACTURING

719 SOUTH 10TH
FORT SMITH, ARKANSAS 72901
PHONE 501 782-5587

71-0454045 9

DEPT.OF CORRECTION
Riverbend Maximum Secutity Inst.
7475 Cockrill Bend Ind. Rd.
Nashville, TN 37209

DATE May 1, 1994

CUSTOMER P.O.# Verbal

DATE SHIPPED May 1, 1994 TERMS Net 30

| QUANTITY | DESCRIPTION | PRICE |
| --- | --- | --- |
| 2 | TRIP (Test and modify execution equipment) | |
| | $1,270.00/each | $2,540.00 |
| 1 | AMMETER $ 85.00 | $ 85.00 |
| | TOTAL AMOUNT DUE: | $2,625.00 |
| | W# 3525422 5/25/94 | |
| | Requested by: Mr. Bobby Campbell | |

7104540095 00

| BATCH DATE | BATCH # | | |
| --- | --- | --- | --- |
| 5-6-94 | 001 | | |
| TC | CC | OBJ. CODE | |
| 102 | 10 | 089 | |
| VOUCHER # | DOC REF # | | |
| 2952 | DP400759 | | |
| DUE DATE | AMOUNT | | |
| 6-5-94 | 2,625.00 | | |

OK B. Campbell 5-1-94

RIVERBEND MAXIMUM SECURITY INSTITUTION
MAY 1994
BUSINESS OFFICE

INVOICE 000243