# Exhibit 61

JAY WIECHERT MANUFACTURING
SPECIAL MACHINES - TOOLS - FIXTURES
INDUSTRIAL CONTROL SYSTEMS
719 SOUTH 10TH
FORT SMITH, ARKANSAS 72901

JAY WIECHERT, Owner
PROFESSIONAL ENGINEER

OFFICE 501 782-5587
FAX 501 782-2178
RES. 996-2554

# RESUME

July 22, 1999

Jay Wiechert
719 So. 10th
Ft. Smith, AR 72901

Birthdate: 6-28-43
Marital: Married and two daughters
Education: BSEE 1965 and MSEE 1967 Kansas State University
Licenses: Professional Engineer, AR #3731
Private Pilot, Commercial Drivers License.
Membership: Mensa, AOPA, EAA.

## EMPLOYMENT

| DATE | COMPANY | TITLE | COMMENTS |
|---|---|---|---|
| /73 to Date | Jay Wiechert Manufacturing | Self-Employed | Design and fabricate Automatic Machinery for Manufacturers. |
| /72 to 8/73 | General Electric Louisville, KY | Design Eng. Home Laundry Engineering | Cost improvement projects, Automatic Washer and Dryer. |
| /70 to 8/72 | Whirlpool Corp. Ft. Smith, AR Gas Air Cond. Eng. | Development Engineer G.A.C. Eng. | Reliability improvement of Gas Air Conditioner. Responsible for electric motors and controls. |
| /70 to 7/70 | Whirlpool Corp. St. Joseph, Mich. Laundry Eng. | Project Eng. Compactor Eng. | Cost improvement of Trash Compactor. Design Motor, Transmission, Controls. |
| 3/67 to 2/70 | Whirlpool Corp. St. Joseph, Mich. Laundry Eng. | Engineer Dryer Div. Eng. | Development of new features and cost improvement projects on clothes dryer. Electrical controls and electronic dryness sensor design. Three Patents. |
| 8/66 to 7/67 | U.S. Government Ft. Riley, Kansas | Instructor | Electronic and math courses for Army, Part time employment while attending K.S.U. |
| 6/64 to 7/66 | Steel & Pipe Supply Manhattan, Kansas | Welder and Electrician | Steel Building Fabrication and Erection. Part time employment While attending K.S.U. |