**Exhibit 62**

**Recommendations:**

*The following are the most significant recommendations with lesser recommendations and suggestions having been made verbally:*

1. The procedures for each member of the execution team while well established and practiced should be written and provided to each member of the team to study. Dutton

2. The physical chair should be reinforced and strengthened to eliminate any sway or give. Parker → 5/16

3. The volume of sponges used during the execution should be increased at the leg electrodes to be certain that there is no direct contact between the leg electrode and the leg. B. Campbell 6/1/94

4. Only one electrode should be used at the leg and it should be consistent with that used in other states (historically). Use as is per (Jay Wiechert)

5. All electrical connectors should be checked to be certain that they are rated appropriately. Moore/Bass Completed

6. In the electrical box at the base of the chair, the wire with the grooved insulation should be replaced. No per Jay Wiechert Moore – 5/16/94

7. The chair should be modified to be more conforming to the human form so that there is minimal free space between the inmate and the chair. Parker – Completed 5/16

8. All metal to skin contact at any straps should be eliminated. Sponges/leather (Parker – 6/1/94)

9. Strap placement should be evaluated for maximum stability and strength. Parker – ~~Completed~~ 6/1/94 Head Restrain

10. The electrical system should be modified to provide a voltage and current similar to that historically used in other states with a timing cycle that is also similar to that used historically. (A high voltage short duration cycle of 1800 - 2000 volts deliverable with typical currents of 7 - 12 amperes followed by a low voltage long duration cycle has been used.) I recommend the system in Virginia and also Alabama as good models. The system should be designed and to handle significantly greater currents than any worst case scenario such that shutdown or overload are not conceivable risks. The system should be able to operate with loads ranging as low as 100 ohms. The control electronics for the system should be minimal and have a

manual override that will operate even if the electronics fail to function properly. Moore – Completed Bass

11. A test procedure should be established and well documented for the full electrical system. Testing should include verification of system meter readings using secondary Ampere and Voltage meters. A test load should be built that allows testing at a wide range of loads. Moore – order Volt meter Test Rod

Range of Test – Wardens →

12. A member of the facilities staff (or an outside electrician) should be designated as responsible for understanding all details of system operation and repair and should be present at all testing and also during the setup to the conclusion of an execution. Completed

13. Adequate spare parts and backup equipment should be maintained and available at all times. See #15 for I.D.

14. The system should include a chart recorder that clearly reads both current and voltage (as a function of time) as it is delivered to the chair.

NO – Can not be Completed with present System

15. (1) Spare timers – Moore
(2) fuses
(3) Keys
(4) 2 switches