**Exhibit 63**

JVM
CUSTOM
MACHINERY
GROUP
ENGINEERS AND BUILDERS OF CUSTOM MACHINERY

Wellsboro Industrial Park
PO Box 636
Wellsboro, PA 16901
717-724-7553 FAX-7989

April 23, 1996

Mr. Bobby Campbell
Associate Warden for Administration
Riverbend Maximum Security Institution
Nashville, TN 37243-0471

Dear Warden Campbell,

Please be advised that JVM Industries, Inc. has acquired the design drawings and all rights to the Execution Technology of Fred A. Leuchter, Associates, Inc. of Boston, Massachusetts.

JVM Industries assumes all guarantees on Leuchter designed and installed equipment throughout the country including your Modular Electrocution System at Riverbend.

However, it has come to our attention that certain improper and unsound modifications have been made to Leuchter's original equipment by the Wiechert Company of Fort Smith Arkansas per the enclosed letter.

We are of the opinion these modifications, particularly (c) and (f) are dangerous and inconsistent withh proper Execution Technology and Procedure. These modifications may result in 'tissue cooking'of the executee and further, fibrillation of the executees heart resulting in failure to execute and a brain dead vegetable at the conclusion of the execution procedure.

Please be advised the Wiechert modifications void the Leuchter guarantee JVM has assumed. In addition it places the State of Tennessee at risk in terms of failing to properly execute. in the event of the use of said system.

We bear no legal liability in this matter except to advise you of these conditions and the possibility of torture of the inmate if an execution is carried out with the modified equipment.

Please advise if the Wiechert modifications were in fact carried out on the Leuchter equipment at Riverbend and, if they in fact were, whether you intend to make the necessary changes to restore the equipment to proper operating order, thus reinstating your guarantee and preventing your system from becoming an instrument of torture.

I await your reply on this matter.

Very truly yours,

John V Maye
President

cc: Commissioner of Correction
Warden, Riverbend Maximum Security Institution

enc.