**Exhibit 65**

EXHIBIT #33
Dellinger v. State
C-14432
10-29-04

# CURRICULUM VITAE

NAME: William Marvin Bass, III

DATE AND PLACE OF BIRTH: August 30, 1928; Staunton, Virginia

MARRIED: August 8, 1953. Mary Ann (Owen) Bass, Ph.D. 1971 Kansas State University, Food Science and Nutrition. DECEASED March 27, 1993 Three sons, March 1, 1956; November 2, 1962; July 14, 1964. Married May 21, 1994. Annette C. Blackbourne. DECEASED May 25, 1997. Married December 17, 1997. Carol H. Miles.

DEC 16 2005
Clerk of the Courts
Rec'd by 31

EDUCATIONAL BACKGROUND:

B.A. 1951 (Psychology) University of Virginia
M.S. 1956 (Anthropology) University of Kentucky
Ph.D. 1961 (Anthropology) University of Pennsylvania
Dissertation title: Variation in the physical types of the prehistoric Plains Indians. Written in connection with the Smithsonian Institution and published as Memoir I of the Plains Anthropologist.
D.A.B.F.A. 1978 Diplomate American Board of Forensic Anthropology
Psychological (and Anthropological) Research Assistant, (Army), Army Medical Research Laboratory, Fort Knox, Kentucky, 1951-53.
Psychophysiologist, (Civilian), Army Medical Research Laboratory, Research in applied physical anthropology (Human Engineering), 1953-54.
Personnel Counselor, Counseling Office, University of Kentucky, September, 1954 - June, 1955.
Administrative Assistant, Counseling Office, University of Kentucky, June, 1955 - November, 1955.
Acting Director of Counseling Office (upon death of Dr. Lyle W. Croft, Director, and until a Ph.D. could be obtained to fill the position), November, 1955 - June, 1956.

FORMAL TEACHING EXPERIENCE:

Instructor in Physical Anthropology, Graduate School of Medicine, University of Pennsylvania, September, 1956 - January, 1960.
Teaching Physical Anthropology and Anatomy and research in growth and development of children.
Instructor in Anthropology, Department of Anthropology, University of Nebraska, January, 1960 - August, 1960.
Instructor in Anthropology, Department of Sociology and Anthropology, University of Kansas, September, 1960 - June, 1961.
Assistant Professor of Anthropology, Department of Sociology and Anthropology, University of Kansas, July, 1961 - June, 1964.
Associate Professor of Anthropology, Department of Anthropology, University of Kansas, July, 1964 - June, 1967.
Professor of Anthropology, Department of Anthropology, University of Kansas, July, 1967 - June, 1971.
Professor and Head, Department of Anthropology, University of Tennessee, June, 1971 - May, 1992.
Professor and Director, Forensic Anthropology Center, University of Tennessee, May, 1992 - December, 1994.
Professor Emeritus and Director, Forensic Anthropology Center, University of Tennessee, December, 1994 - August 1998.
Professor Emeritus, September 1998 - Present.

RESEARCH EXPERIENCE:

Summers
1956 - 1959 Physical Anthropologist, River Basin Surveys, Smithsonian

| | |
|---|---|
| | Institution. Laboratory analysis in Washington, D.C. and supervisor of burial excavations in South Dakota. |
| 1960 | Laboratory and field research for University of Nebraska. |
| 1961 - 1970 | Field Director for National Science Foundation and National Geographic Society funded field excavations of human skeletons in Northern and Central Plains area. |
| 1964 | Three months excavating burials in Azerbaijan, Iran. |
| 1974 | Two months removing a historic German-Lutheran cemetery for Tennessee Department of Highways. |

## GRANTS AND FELLOWSHIPS

Graduate Research Grant, University of Pennsylvania, Summer 1959.
Faculty Research Grant, University of Nebraska, Summer 1960.
General Research Grant, University of Kansas, Academic years 1961-68.
National Park Service Grant 1963, 1966.
NSF Undergraduate Research Program 1963, 1964, 1966, 1968.
Wenner-Gren Travel Grant to Iran 1964.
NSF grants to excavate in South Dakota 1962, 1965, 1966, 1967, 1970.
National Geographic grant to excavate in South Dakota 1968, 1969.

## HONORS

University of Kansas
- "Hill Teacher" - Outstanding Teacher Award 1964.
- 1,000 H. Bernerd Fink Award for excellence in classroom teaching 1965.

University of Tennessee
- University of Tennessee Alumni Public Service Award 1975.
- Alumni Distinguished Professor 1978 - $3,000 annual supplement to salary.

Macebearer, University of Tennessee 1985-86.
Omicron Delta Kappa, National Leadership Honor Society 1984.
American Academy of Forensic Sciences Physical Anthropology Award in Recognition of Outstanding Contributions to the Forensic Sciences 1985.
Professor of the Year Finalist by The CouncSupportAdfaEdementiond1984-85.
National Professor of the Year by The Council for Advancement and Support of Education 1985-86.
Honored at a joint session of the Senate and House of Representatives of the State of Tennessee for Outstanding Contribution to Higher Education 1986.
Phi Kappa Phi, National Honor Society 1985-present.
National College of District Attorneys - Lecturer of Merit Award 1986.
Sigma Xi National Lecturer 1987-88; 1988-89.
Ida Beam Distinguished Visiting Professor, University of Iowa, Spring 1987.
Eminent Scholar - Jacksonville State University, Jacksonville, Alabama 1988.
Phi Kappa Phi, Academic Scholar Award $500, Spring 1991.
Phi Betta Kappa, Elected Member, Spring 1993.
Alexander Prize, Ideal Undergraduate teacher-scholar award from University of Tennessee $5000, Spring 1993.
Distinguished Fellow Award, American Academy of Forensic Sciences, San Antonio Meeting, 1994.
Chancellor's Citation: Extraordinary Service to the University, April 1994.
Faculty Study in Hodges Library named in my honor, September 1995.
Halbert E. Fillinger Lifetime of Distinguished Service in Forensic Research, Vidocq Society 2003.

University of Kentucky Distinguished Alumni. Total number of alumni honored has been 263 out of 232,187 graduates. 2004.

BOOK DEDICATION

In recognition for my research in the prehistory of the Plains Area the following book was dedicated to me.

Jantz, Richard L. and Douglas W. Owsley
1994 Skeletal Biology in the Great Plains: Migration, Warfare, Health, and Subsistence. Smithsonian Institution Press, Washington, D.C.

Symposium in Honor of William M. Bass by his students.

Friday, February 18, 1994, American Academy of Forensic Sciences. Papers presented at this symposium published in the Vol. 40, No. 5 issue of the Journal of Forensic Sciences, pages 727-788.

CONTINUING PUBLIC SERVICE

| | |
|---|---|
| 1971-Present | Consultant to Tennessee State Medical Examiners Systems as State Forensic Anthropologist. |
| 1973-2000 | Visiting Faculty to The Tennessee Law Enforcement Training Academy. |
| 1982-Present | Consultant to Tennessee Bureau of Investigation in Forensic Anthropology. |
| 1984-Present | Consultant to United States Air Force Mortuary Services. |
| 1986-Present | Consultant to United States Armed Services Graves Registration Office (ASGRO). |

MILITARY SERVICE

Entered Army November 15, 1951. Basic training Infantry. Transferred to Medical Corps in March, 1952 and served as Research Assistant in Audition and Vibration Branch, Army Medical Research Laboratory, Fort Knox, Kentucky. Honorable discharge November 16, 1953.

PROFESSIONAL ORGANIZATIONS

American Academy of Forensic Sciences (Fellow), President, Physical Anthropology Section 1983
Distinguished Fellow Award 1994
Plains Conference for Anthropology

Tennessee Archaeological Society, Secretary-Treasurer and Editor
Tennessee Archaeologist, 1972-75.
Tennessee Anthropological Association, Secretary-Treasurer 1975-present.
Sigma Xi, UT Chapter Vice President 1982; President 1983

EDITORIAL BOARDS

American Journal of Physical Anthropology 1986-1991.
Journal of Forensic Sciences 1989-2004.
Forensic Science Review 1989-Present.

ETHICS COMMITTEE

American Academy of Forensic Sciences 1989-1992.

PUBLICATIONS

1. Loeb, M., W. M. Bass, E. E. Roberts and M. L. Samuelsen
1955 A further investigation of the influence of whole-body vibration and noise on tremor and visual acuity. Report No. 165, A.M.R.L. Project No. 6-95-20-001. Army Medical Research Laboratory, Ft. Knox, Kentucky.

2. Bass, William M.
1958 The application of physical anthropology to the question of differential maturation in relation to race. Bulletin of the Philadelphia Anthropological Society, Vol. II, No. 3, May. Philadelphia.

3. 1958 Addendum to the skeletal report of the Sweat Bee Mound Site, 14PO14. Abstract. River Basin Survey Papers B.A.E. Bulletin 169, p. 78, Washington.

4. 1960 Variation in physical types of the Aboriginal Plains Indians. Abstract of a paper given at the Seventieth Annual Meeting of the Nebraska Academy of Sciences. Proceedings of the Seventieth Annual Meeting of the Nebraska Academy of Sciences. April.

5. 1960 Human skeletal remains from Pictograph and Ghost Caves by Snodgrasse. A book review. Plains Anthropologist 5(10):90.

6. 1960 A comparative study of the sequence and time of appearance of maturity indicators in the hand of White, Negro and Chinese children in the U. S. American Journal of Physical Anthropology 18(4):339-340.

7. 1961 A preliminary study of human skeletal material from archaeological sites in Nebraska. Plains Anthropologist 6(12):Part 1 and 2, pp. 59-60 and 108-109.

8. 1961 The laboratory excavation of a Woodland type ossuary. Abstract of a paper read at the 18th Plains Conference, Norman, Oklahoma. Plains Anthropologist 6(12):60.

9. 1961 Human skeletal material from the Olson Mound (39BF223) Buffalo County, South Dakota. Plains Anthropologist 6(13):169.

10. 1961 1960 excavation at the Leary Site, 25RH1, Richardson County, Nebraska. Plains Anthropologist 6(13):201-202.

11. 1961 The variation in physical types of the prehistoric Plains Indians. Abstract. Dissertation Abstracts 222(4):967-968.

12. 1962 The excavation of human skeletal remains. In "Field Handbook of the Human Skeleton" by R. F. G. Spier, Missouri Archaeological Society Publication, pp. 39-51.

13. 1962 A preliminary analysis of burial data on 255 individuals from the Sully Site, 39SL4, Sully County, South Dakota. Plains Anthropologist 7(16):77-79.

14. Bass, William M. and Walter H. Birkby
1962 A human cranium from Foard County, Texas. Transactions of the Kansas Academy of Science 65(1):80-86.

15. Bass, William M. and Judy Ann Myers
1962 Identification of a human skull and mandible found near Pierre, South Dakota. Museum News, W. H. Over Museum, State University of South Dakota, Vermillion, S. D. 23(9):1-9.

16. Bass, William M. and Walter H. Birkby
1962 The first human skeletal material from the Huff Site, 32M011, and a summary of Mandan skeletal material. Plains Anthropologist 7(17):164-177.

17. Hoyme, Lucile E. and William M. Bass
1962 Human skeletal remains from the Tollifero (HA6) and Clarksville (MC14) Sites, John H. Kerr Reservoir Basin, Virginia. Bureau of American Ethnology Bulletin 182:329-400, Pls. 97-110, Smithsonian Institution.

18. Bass, William M.
1962 The excavation of human skeletal remains. Kansas Anthropological Association Newsletter 8(2):9-18.

19. 1962 Book review of Montagu, M. F. Ashley, "An Introduction to Physical Anthropology" and Comas, Juan, "Manual of Physical Anthropology". Plains Anthropologist 7(18):274-276.

20. 1962 An early Indian cranium from the Medicine Crow Site, 39BF2, Buffalo County, South Dakota. American Journal of Physical Anthropology 20(1):64.

21. 1963 Human skeletal material from Hasanlu, Iran. Proceedings of the Seventy-Third Annual Meeting of the Nebraska Academy of Sciences, 1963:3.

22. 1963 Book review of "The Physical Anthropology of Ceylon" by Howard M. Stoudt. American Journal of Physical Anthropology 21(1):83-84.

23. 1963 Book review of "The Physical Anthropology of Southern Nigeria" by P. A. Talbot and H. Mulhall. American Journal of Physical Anthropology 21(1):84-85.

24. 1963 Report of the 19 1/2 Plains Conference. Plains Anthropologist 8(20):124-125.

25. 1963 The use of heavy power equipment in the excavation of human skeletal material. Abstract, Plains Anthropologist 8(20):122-123.

26. Birkby, Walter H. and William M. Bass
1963 Possible Shoshonean skeletal material from the Turk Burial Site, 48WA301, Plains Anthropologist 8(20):103-114.

27. Bass, William M.
1963 Human skeletal material from 14LC301 and 14LC302, Lincoln County, Kansas. Kansas State Historical Society Anthropological Series, No. 1, Topeka, Kansas, pp. 92-94.

28. 1963 A human skeleton from Pueblo County, Colorado, Southwestern Lore, September, Vol. XXIX(2):40-43.

29. 1963 Human skeletal material from the Russell Mound, 14JW207, Jewel County, Kansas. An addendum to "The Archaeological Salvage Investigations in the Lovewell Reservoir Area, Kansas" by Robert W. Neuman. Smithsonian Institution Bureau of American Ethnology Bulletin 185:298.

30. 1963 Review of HUMAN EVOLUTION by Theodosius Dobzhansky. In Evolution 17(3):371.

31. Bass, William M. and Donald C. Lacy
1963 Three human skeletons from the P. K. Burial, Sheridan County, Wyoming. Plains Anthropologist 8(21):142-157.

32. Bass, William M. and William S. Lyon, III
1963 A human skeleton from the Anthony Site. Plains Anthropologist 8(21):158-163.

33. Bass, William M.
1963 The place of a physical anthropologist in a salvage archaeology program. American Journal of Physical Anthropology 21(3):408.

34. 1963 The early inhabitants of Hasanlu, Iran. American Journal of Physical Anthropology 21(3):422.

35. Bass, William M. and Patricia A. Grubbs
1964 Human skeletal material from the Howard Hays Site, 14NT51, Norton County, Kansas: A Plains Woodland Burial. Kansas Anthropological Association Newsletter 9(8):1-7.

36. Bass, William M. and John C. Barlow
1964 A human skeleton from the Pryor Creek Burial, 24YL404, Yellowstone County, Montana. Plains Anthropologist 9:29-36.

37. Bass, William M.
1964 The variation in physical types of the Prehistoric Plains Indians. Memoir I, Plains Anthropologist 9(24):65-145.

38. 1964 Human skeletal material from the vicinity of the Hosterman Site, 39P07, Oahe Reservoir, South Dakota. Bureau of American Ethnology Bulletin 189:259-265.

39. 1964 Opinions from the Hill. Lawrence Journal World. Nov. 2, 1964.

40. 1964 Review of "Introduction al Diagnostico de la Edad y Del Sexo en Restos Oseos Prehistoricos." Santiago Genoves T. American Journal of Physical Anthropology 22(2):207-208.

41. 1964 Anthropology in Kansas. Kansas Anthropological Association Newsletter 10(4):1-5.

42. 1965 Book review of "The Physical Characteristics of the Aboriginal La Jollan Population of Southern California." American Antiquity 30(3):367-368.

43. Bass, William M. and Richard L. Jantz
1965 Two human skeletons from 39LM227, a mound near the Stricker Site, Lyman County, South Dakota. Plains Anthropologist 10(27):20-30.

44. Bass, William M.
1965 Book review of "Classification and Human Evolution" edited by S. L. Washburn. Archaeology 18(3):238-239.

45. Bass, William M. and C. L. Berneking
1965 A possible Oneonta burial found near Sioux City, Iowa. Journal of the Iowa Archaeological Society 13:17-23.

46. Bass, William M.
1965 Book review of "The Australian Aborigines", by A. P. Elkin. American Journal of Physical Anthropology 23(4):456.

47. Bass, William M. and Patricia A. Grubbs
1966 Human skeletal material from a Keith Focus Plains Woodland Site, 14PH10, Kirwin Reservoir, Phillips County, Kansas. Plains Anthropologist 11(32):135-143.

48. Bass, William M.
1966 The excavation of Arikara burials from the Leavenworth Site, 39CO9, Corson County, South Dakota. Plains Anthropologist 11:162 (abstract).

49. 1966 Book review of "The Archaeology of New York State" by William A. Ritchie. American Journal of Physical Anthropology 24(2):277-278.

50. 1966 Der bogen und die bruder old shatterhands - Tod Durch Eine Pfeilspitze. Deutsches Waffen Journal 7:6 Schwabisch Hall.

51. 1966 Review of "Late Paleo-Indian and Early Archaic Manifestations in Western Kentucky" by Martha A. Rollingson and Douglas W. Schwartz. American Journal of Physical Anthropology 24(3):382-383.

52. Schock, Jack M. and William M. Bass
1966 Some additional artifacts from the Fanning Site (14DP1). Plains Anthropologist 11(33):208-219.

53. Bass, William M.
1966 Anthropology Course 1C - Human Origins. Extension course prepared for Correspondence Study Center, University of Kansas, pp. 1-65.

54. Bass, William M. and Patrick S. Willey
1966 An Analysis of a Human Skeleton from 14RY302, Riley County, Kansas. Kansas Anthropological Association Newsletter 12(2):3-5.

55. Bass, William M. and T. W. Phenice
1966 Report on Human Skeletal Remains Found Near Glenham, Walworth County, South Dakota. Museum News, University of South Dakota 27(11-12):9-16.

56. Bass, William M.
1966 Human Skeletal Material from the Black Partizan Site. Smithsonian Institution, River Basin Surveys Publications in Salvage Archaeology 2:100-102.

57. 1966 A Human Skeleton from the Gillette Site (39ST23), Stanley County, South Dakota. Plains Anthropologist 11(34):290-293.

58. Bass, William M., Carmi J. Johnson and Douglas H. Ubelaker
1967 The Human Skeletal Material from the Curry Site, 14GR301, Greenwood County, Kansas. Kansas State Historical Society Anthropological Series Number 3:105-121.

59. Kerley, Ellis R. and William M. Bass
1967 Paleopathology: Meeting Ground for Many Disciplines. Science 15(3789):638-644.

60. Bass, William M.
1967 Book review: Robert McAdams. Land Behind Baghdad: A History of Settlement of the Diyala Plains. The University of Chicago Press, 1965. Plains Anthropologist 12(36):238-239.

61. 1967 Human Skeletal Material from the Hitchell Site. In "The Hitchell Site" by Richard B. Johnston, Smithsonian Institution, River Basin Surveys. Publications in Salvage Archaeology 3:80-81.

62. 1967 Review. New Roads to Yesterday. Edited by Joseph R. Caldwell, Basic Books Inc., 1966. American Journal of Physical Anthropology 27(1):101-102.

63. 1967 Nevada's First Miners - 8000 B.C. Territorial Enterprise and Virginia City News, Virginia City, Nevada 114(35)2&6; 114(36):8.

64. Gilbert, B. Miles and William M. Bass
1967 Seasonal Dating of Burials from the Presence of Fly Pupae. American Antiquity 34(4):534-535.

65. Bass, William M., Dick McWilliams and Bruce A. Jones
1967 Archaeological Investigations at Five Sites in Lyon, Jefferson, and Phillips County, Kansas. Kansas Academy of Science 70(4):471-489.

66. Bass, William M.
1967 Review of Thomas W. McKern (ed.): Readings in Physical Anthropology. American Anthropologist 69(5):544.

67. 1968 A Concept of Race. Context, Bulletin of Virginia Polytechnic Institute 2(2):14-17.

68. Bass, William M. and Donald Nelson
1968 The Identification of an Adult Kansas Indian Male from the Doniphan Site, 14DP2, Doniphan County, Kansas. Kansas Anthropological Assoc. Newsletter 13(8):4-11.

69. Bass, William M.
1968 Human Skeletal Material from 23AD95, Adair County, Missouri. Plains Anthropologist 13(40):115-116.

70. 1968 Obituary of Charles Ernest Snow, 1910-1967. American Journal of Physical Anthropology 28(3):369-372.

71. 1968 Human Skeletal Material from the Shermer Site, 32EM10, Emmons County, North Dakota, Plains Anthropologist Memoir 5, Part II, pp. 85-86.

72. 1968 New Developments in the Identification of Human Skeletal Material. Abstract. American Journal of Physical Anthropology 29(1):138.

73. Bass, William M., B. Miles Gilbert, Kenneth R. Turner and Martin K. Nichels

1969 The Faunal Remains from 39LM232, the Pretty Head Site, Lyman County, South Dakota. Smithsonian Institution River Basin Surveys Publications in Salvage Archaeology 13:86.

74. Bass, William M.
1969 Human Skeletal Material from 39LM232, The Pretty Head Site, Lyman County, South Dakota. Smithsonian Institution River Basin Surveys Publications in Salvage Archaeology 13:87.

75. Bass, William M. and Douglas H. Ubelaker
1969 An Analysis of Skeletal Material from the Langdeau Site, 39LM209. Smithsonian Institution River Basin Surveys Publications in Salvage Archaeology 13:87-89.

76. Bass, William M. and B. Miles Gilbert
1969 The Faunal Remains from 39LM208, the Jiggs Thompson Site, Lyman County, South Dakota. Smithsonian Institution River Basin Surveys Publications in Salvage Archaeology 13:89-90.

77. Ubelaker, Douglas H., T. W. Phenice and William M. Bass
1969 Artificial interproximal grooving of the teeth in American Indians. American Journal of Physical Anthropology 30(1):145-150.

78. Bass, William M.
1969 Recent developments in the identification of human skeletal material. American Journal of Physical Anthropology 30(3):459-461.

79. Willey, Patrick S. and William M. Bass
1969 A Study of a Kansas Child from the Doniphan Site, 14DP2, Doniphan County, Kansas. Kansas Anthropological Association Newsletter 15(1):1-7.

80. Bass, William M.
1969 Review of Biomedical Challenges Presented by the American Indians. Pan American Health Organization. Scientific Publication No. 165, Washington. American Anthropologist 71(6):1196-1198.

81. Bass, William M. and Douglas H. Ubelaker
1969 A Review of Human Origins. The World Company, Lawrence, Kansas, 71 pages.

82. Gregg, John B. and William M. Bass
1970 Exostoses in the External Auditory Canals. Annals of Otology, Rhinology and Laryngology 79(4):834-839.

83. Bass, William M.
1970 A Review of Ancient Disease in the Midwest by Dan Morse. Illinois State Museum Reports of Investigations, 15. Springfield, Illinois. The Missouri Archaeological Society Newsletter 241:2-3.

84. 1970 Excavations of a Paleo-Indian Site at Agate Basin, Wyoming. National Geographic Society Research Reports, 1961-1962 Projects, pp. 21-25.

85. Turner, Kenneth R. and William M. Bass
1970 A Human Skeleton from 14BT467, Barton County, Kansas. Kansas Anthropological Association Newsletter 15(5):1-3.

86. Bass, William M.
1970 Revised Anthropology 1c, Human Origins, for Extramural Independent Study Center. University of Kansas, Lawrence.

87. Ubelaker, Douglas H. and William M. Bass
1970 Arikara Glassworking Techniques at the Leavenworth and Sully Sites. American Antiquity 35(4):467-475.

88. Bass, William M.
1970 Review of Ancient Disease in the Midwest by Dan Morse. American Anthropologist 72:1570-1571. Also reprinted in Missouri Archaeological Newsletter, Number 241:2-3.

89. Bass, William M., David R. Evans, Richard L. Jantz, and Douglas H. Ubelaker
1971 The Leavenworth Site Cemetery: Archaeology and Physical Anthropology. University of Kansas Publications in Anthropology, No. 2, 215 pages.

90. Bass, William M.
1971 Human Osteology: A Laboratory and Field Manual of the Human Skeleton. Missouri Archaeological Society, Columbia, 281 pages.

91. Klepinger, Linda and William M. Bass
1971 Human Skeletal Material from the Taylor Mound 14DP3, Doniphan County, Kansas. Plains Anthropologist 16(53):183-189.

92. Bass, William M.
1971 The Races of Man. Anthropology 170c, a three-hour credit correspondence course. Extramural Independent Study Center. The University of Kansas, Lawrence. 91 pages.

93. Bass, William M. and Donald J. Ortner
1971 A case of forgery of Indian artifacts--worked human bone tools from Kansas. Kansas Anthropological Association Newsletter 16(7):1-4.

94. Turner, Kenneth R. and William M. Bass
1972 A human skeleton from the Infinity Site, 14MY305. In: "The Archaeology of the Elk City Reservoir" by James O. Marshall

6:265-268. Kansas State Historical Society, Anthropological Series 6.

95. Ubelaker, Douglas H., William M. Bass and Richard L. Jantz
1972 A Review of Human Origins. Second edition, University of Tennessee Press, Knoxville. 65 pages.

96. Bass, William M.
1972 Review of "Handbook of Middle American Indians", Vol. 9, Physical Anthropology Volume Editor T. Dale Stewart. American Journal of Physical Anthropology 36:148-149.

97. 1973 Two Human Skeletons from Bent's Old Fort. In Bent's Old Fort: An Archaeological Study by Jackson W. Moore, Jr. State Historical Society of Colorado, Denver, pp. 122-124.

98. Wright, Moira H. M., David C. Stout and William M. Bass
1973 Skeletal Material from the West Site, 40DV12 Davidson County, Tennessee. Tennessee Archaeologist, 29:12-49.

99. Bass, William M. and R. Bruce McMillan
1973 A Woodland Burial from Boney Spring, Missouri. Plains Anthropologist 18(62):313-315.

100. Bass, William M.
1973 Lansing Man: a half century later. American Journal of Physical Anthropology 38(1):99-104.

101. 1974 Review of "The People of America" by T. D. Stewart and "The Pacific Islanders" by W. W. Howells. Science, 185:850-851.

102. Hemmings, E. Thomas, William M. Bass and Ted A. Rathbun
1974 Radiocarbon date for an early human bone from Edisto Island, South Carolina. Notebook, The Institute of Archaeology and Anthropology, University of South Carolina 5(2):39-42.

103. Gregg, John B. and William M. Bass
1974 Exostoses in the External Auditory Canals. In Diagnosis and Treatment of Prevalent Diseases of North American Indian Populations: II, pp. 137-142. MMS Information Corp. New York. Previously published in Annals of Otology, Rhinology and Laryngology, 79:834-839, August 1970.

104. Bass, William M. and Thomas F. Rome
1974 Human skeletal material from Stockton, Kansas. Kansas Anthropological Association Newsletter 20(1 & 2):9.

105. Bass, William M., John B. Gregg and Pierre E. Provost
1974 Ankylosing Spondylitis (Marie Strumpel Disease) in Historic and Prehistoric Northern Plains Indians. Plains Anthropologist 19(66):303-305.

106. Gregg, John B., William M. Bass and Duane W. DeVault
1975 Severe Temporo-Mandibular Joint Remodeling in a Pre-Historic Tennessee Indian. Tennessee Archaeologist 31:104-107.

107. Owsley, Douglas W. and William M. Bass
1975 Analysis of a Human Skeleton from near Quinter, in Gove County, Kansas. Kansas Anthropological Association Newsletter December 21(4):7-10.

108. Bass, William M. and Terrell W. Phenice
1975 Prehistoric human skeletal material from three sites in North and South Dakota. In "The Sonota Complex and Associated Sites on the Northern Great Plains" by Robert W. Neuman. Nebraska State Historical Society Publications in Anthropology 6:106-140.

109. Scharff, John C. and William M. Bass
1975 Analysis of human skeletal material from three burial mounds in Alabama. In "Archaeological Investigations n the Little Bear Creek Reservoir" by Carey B. Oakley and Eugene M. Futato, 299-314. Department of Anthropology, University of Alabama.

110. Bass, William M.
1976 An early Indian cranium from the Medicine Crow Site (39BF2), Buffalo County, South Dakota. ABSTRACT. American Journal of Physical Anthropology 44:165.

111. Bass, William M. (III) and William L. Rhule (II)
1976 Human Burials from Rogers Shelter. Chapter II (pp. 201-209) in "Prehistoric Man and His Environments: A Case Study in the Ozarks Highlands", edited by W. Raymond Wood and R. Bruce McMillan. Academic Press, Inc. New York.

112. Bass, William M. and Hugh E. Berryman
1976 Human skeletal remains from the Fay Tolton Site. In "Fay Tolton and the Initial Middle Missouri Variant". Missouri Archaeological Society Research Series 13:27-31.

113. Bass, William M.
1976 Removal of graves from a 19th century German Lutheran Cemetery in Wartburg, Morgan County, Tennessee. Tennessee Anthropological Association Newsletter 1(3):11-12.

114. Ubelaker, Douglas H., William M. Bass, Richard L. Jantz, and Fred H. Smith
1976 A Review of Human Origins. Third edition, Tribute Printing and Publishing, Chattanooga, Tennessee. 80 pages.

115. Bass, William M. and Marc D. Rucker
1976 Preliminary investigation of artifact association in an Arikara Cemetery (Larson Site), Walworth County, South Dakota. National Geographic Society Research Reports for 1968, pp. 33-48.

116. Bass, William M.
1976 An early Indian cranium from the Medicine Crow Site (39BF21), Buffalo County, South Dakota. American Journal of Physical Anthropology 45(3):695-700.

117. Rathbun, Ted A. and William M. Bass
1977 Physical and demographic features of two groups in North Western Iran. Anthropologie XV:55-63.

118. Owsley, Douglas W., Hugh E. Berryman and William M. Bass
1977 Demographic and osteological evidence for warfare at the Larson Site, South Dakota. Plains Anthropologist 22:119-131.

119. Bass, William M.
1978 Review of "Paleopathological Diagnosis and Interpretation: Bone Diseases in Ancient Human Populations" by R. Ted Steinbock, in Medical Anthropology Newsletter, February 9(2):31.

120. Bass, William M. and Walter H. Birkby
1978 Exhumation: the method could make the difference. FBI Law Enforcement Bulletin, July, 47:6-11.

121. Willey, Pat and William M. Bass
1978 A scalped skull from Pawnee County. Kansas Anthropological Association Newsletter 24:1-11.

122. Willey, P., Mark F. Guagliardo and William M. Bass
1978 Brakebill Mound, near Knoxville, Tennessee: A history of the mound and description of two recently recovered skeletons. Tennessee Anthropologist 3:145-167.

123. Bass, William M.
1978 Review of "Biocultural Adaptation in Prehistoric America" by Robert L. Blakely, ed. Southern Anthropological Society Proceedings. American Anthropologist 80:986-988.

124. Gregg, John B., Pierre E. Provost and William M. Bass
1979 Pedagogy in Paleopathology. Plains Anthropologist 24:29-34.

125. Bass, William M.
1979 Developments in the identification of human skeletal material (1968-1978). Abstract of a paper read at the Forty-Eighth Annual Meeting of the American Association of Physical Anthropologists, San Francisco, California. American Journal of Physical Anthropology 50:417.

126. 1979 The Physical Anthropologist in the Field. A review of Douglas H. Ubelaker's "Human Skeletal Remains, Excavation, Analysis and Interpretation". Reviews in Anthropology 6(3):387-392.

127. Owsley, Douglas W. and William M. Bass
1979 A demographic analysis of skeletons from the Larson Site (39WW2), Walworth County, South Dakota: Vital Statistics. American Journal of Physical Anthropology 51(2):145-154.

128. Bass, William M.
1979 Development in the identification of human skeletal material (1968-1978). American Journal of Physical Anthropology 51(4):555-562.

129. Bass, William M. and James H. Head
1980 Human skeletal material from a Late Archaic site in Kansas. In Salvage Archaeology of the John Redmond Lake, Kansas. Kansas State Historical Society, Anthropological Series 8:174-185.

130. Bass, William M.
1980 The Place of a Forensic Anthropologist in a Medical Examiner's System. Part I. Age: The Determination of Age at Death of a Skeleton. Tennessee Forensic Headliner 3(4):1-2.

131. 1980 The Place of a Forensic Anthropologist in a Medical Examiner's System. Part II. Sex: The Determination of Sex of the Skeleton. Tennessee Forensic Headliner 3(6):1-2.

132. 1980 The Place of a Forensic Anthropologist in a Medical Examiner's System. Part III. The Determination of Race and Stature from the Skeleton. Tennessee Forensic Headliner 3(7):1-2.

133. Bass, William M. and B. Miles Gilbert
1981 Human Remains from Fort Manuel. In "Fort Manuel: the Archaeology of an Upper Missouri Trading Post of 1812-1813" by G. Hubert Smith and John Ludwickson. Special Publication of the South Dakota Archaeology Society 7:91.

134. Bass, William M.
1981 Skeletal biology of the United States Great Plains: A history and personal narrative. Plains Anthropologist Memoir 17, 26(94):3-18. Part 2.

135. Gregg, John B., James P. Steele and William M. Bass
1982 Unusual osteolytic defects in ancient South Dakota skulls. American Journal of Physical Anthropology 58:243-254.

136. Willey, Pat and William M. Bass
1982 Forensic identification at the University of Tennessee-Knoxville. Tennessee Anthropological Association Newsletter 7(5):1-4.

137. Bass, William M. and Patricia A. Driscoll
1983 Summary of skeletal identification in Tennessee: 1971-1981. Journal of Forensic Sciences 28:159-168.

138. Rodriguez, William C. and William M. Bass
1983 Insect activity and its relationship to decay rates of human cadavers in East Tennessee. Journal of Forensic Sciences 28:423-432.

139. Loveland, Carol J. and William M. Bass
1983 Human Skeletal Remains from the Williams Site. In Archaeological Research at The Bob Williams Site, Red River County, Texas by Gregory Perino. Potsherd Press, Museum of the Red River, Idabel, Oklahoma, pp. 85-144.

140. Bass, William M.
1983 Review of Paleopathological Diagnosis and Interpretation: Bone Diseases in Ancient Human Populations by R. Ted Steinbock. American Journal of Physical Anthropology 60(4):546-547.

141. 1983 Review of Identification of Pathological Conditions in Human Skeletal Remains by Donald J. Ortner and W. G. J. Putschar. American Journal of Physical Anthropology 60(4):547-548.

142. Miller, Larry, William M. Bass and Romona Miller
1983 Human Evidence in Criminal Justice. 168 pp. Anderson Publishing Co., Cincinnati, Ohio.

143. Bass, William M.
1983 The occurrence of Japanese trophy skulls in the United States. Journal of Forensic Sciences 28(3):800-803.

144. Bass, William M. and Carol J. Loveland
1983 Biological anthropology of the George Preston, Smith, and Sam Sites: three Fourche Maline sites in southeastern Oklahoma and northeastern Texas. Bulletin of the Texas Archeological Society 53:83-100.

145. Bass, William M.
1983 The salvage of human skeletal material from the Rygh Site, 39CA4, Campbell County, South Dakota. pp. 299-305. In "The Anton Rygh Excavations and Assemblage, Campbell County, South Dakota by Ruthann Knudson, Jeanne M. Moe and Alfred W. Boervers. University of Idaho Anthropological Research Manuscript Series No. 75, Moscow, Idaho.

146. Loveland, Carol J. and William M. Bass
1983 Cranial studies of the Caddo Indians from the Kaufman-Williams Site. pp. 241-257. In "Southeastern Natives and Their Pasts: A Collection of Papers Honoring Dr. Robert E. Bell". Edited by Don G. Wyckoff and Jack L. Hofman. Oklahoma Archeological Survey Studies in Oklahoma's Past, No. 11, Norman, Oklahoma.

147. Bass, William M.
1983 Book review of "Handbook of Forensic Archaeology and Anthropology". Edited by D. Morse, J. Duncan and J. Stoutamire. American Journal of Physical Anthropology 62(4):445-446.

148. 1983 Book review of "Craniometry and Biological Distance: Biocultural Continuity and Change at the Late-Woodland-Mississippian Interface" by Judith Droessler. American Anthropologist 85(4):957-958.

149. 1984 The Arikara of South Dakota: The archaeology and geography. Abstract American Journal of Physical Anthropology 63(2):136.

150. 1984 Time interval since death: A difficult decision. Chapter 11 in Human Identification, Case Studies in Forensic Anthropology. Edited by Ted A. Rathbun and Jane E. Buikstra, pp. 136-147. Charles C. Thomas, Publisher.

151. 1984 Is it possible to consume a body completely in a fire? Chapter 13 in Human Identification, Case Studies in Forensic Anthropology. Edited by Ted A. Rathbun and Jane E. Buikstra, pp. 159-167. Charles C. Thomas, Publisher.

152. Loveland, Carol J., John B. Gregg and William M. Bass
1984 Osteochondritis Dissecans from the Great Plains of North America. Plains Anthropologist 29:239-246.

153. Gregg, John B. and William M. Bass
1984 "Bullet Hole" in an Ancient South Dakota Skull, or a Trephination? Plains Anthropologist 29:321-326.

154. Loveland, Carol J., John B. Gregg and William M. Bass
1985 Ancient osteopathology from the Caddoan burials at the

Kaufman-Williams Site, Texas. Plains Anthropologist 30(107): 29-43.

155. Berryman, Hugh E. and William M. Bass
1985 Human skeletal remains: Recovery and Transportation. Tennessee Forensic Headliner 7(12):2.

156. Ubelaker, Douglas H., William M. Bass, Richard L. Jantz and Fred H. Smith
1985 A Review of Human Origins. Fifth Edition pp. 1-92.

157. Rodriguez, William C. and William M. Bass
1985 Decomposition of buried bodies and methods that may aid in their location. Journal of Forensic Sciences 30(3):836-852.

158. Bass, William M. and William C. Rodriguez
1986 The Place of a Forensic Anthropologist in a Mass Disaster: The Benton Fireworks Explosion. ABSTRACT: H15. Program 38th Annual Meeting of the American Academy of Forensic Sciences, p. 99. New Orleans, Louisiana.

159. Glassman, David M. and William M. Bass
1986 Bilateral asymmetry of long arm bones and jugular foramen: implications for handedness. Journal of Forensic Sciences 31(2):589-595.

160. Bass, William M.
1986 Forensic Anthropology. Chapter 8 in CAP Handbook for Postmortem Examination of Unidentified Remains. Edited by M.F. Fierro and G.J. Loring. pp. 85-110. College of American Pathologist, Skokie, Illinois.

161. Bass, William M. and Hugh E. Berryman
1986 Forensic Fire Scenes: Check Them Carefully. Tennessee Forensic Headliner 9(3):1-2.

162. Rhule, II, William L. and William M. Bass
1986 Physical Anthropology of the Washburn Ferry Site 32OL102. W. Raymond Wood, ed. In Papers in Northern Plains Prehistory and Ethnohistory. p. 196. South Dakota Archaeological Society No. 10.

163. Bass, William M.
1986 Contributions to "Distinguished Teachers on Effective Teaching." Edited by Peter G. Beidler. 96 pages. Jossey-Bass Publisher.

164. Bass, William M.
1987 Service As Part of the Job. National Forum, Phi Kappa Phi Journal LXVII(1):11-14.

165. Mann, Robert W., Steven A. Symes and William M. Bass
1987 Maxillary Suture Obliteration: Aging the Human Skeleton on Intact or Fragmentary Maxilla. Journal of Forensic Sciences 32(1):148-157.

166. Bass, William M.
1987 Human Osteology: A Laboratory and Field Manual. Third Edition. Missouri Archaeological Society, Columbia.

167. Mann, Robert W., Lee Meadows, William M. Bass, and David R. Watters
1987 Description of Skeletal Remains from a Black Slave Cemetery from Montserrat, West Indies. Annals of Carnegie Museum 56:319-337.

168. Perry (III), William L., William M. Bass, W. Stuart Riggsby and Karl Sirotkin
1988 The Autodegration of Deoxyribonucleic Acid (DNA) in Human Rib Bone and Its Relationship to the Time Interval Since Death. Journal of Forensic Sciences 33(1):144-153.

169. Bass, William M.
1987 Forensic Anthropology: The American Experience. Chapter 17 (p. 224-239) in "Death, Decay and Reconstruction". Edited by A. Boddington, A. N. Garland and R. C. Januaway. Manchester University Press.

170. Bass, William M.
1988 The Forensic Anthropology Center at the University of Tennessee, Knoxville. Tennessee Anthropological Association Newsletter, 13(2):1-6.

171. Bass, William M.
1988 Mobridge Site (p. 312) and Sully Site (p. 470-471) in "Historical Dictionary of North American Archaeology". Edited by Edward B. Jelks and Juliet C. Jelks. Greenwood Press, New York.

172. Bass, William M.
1988 Book review of "Status and Health in Prehistory: A Case Study of the Moundville Chiefdom" by Mary Lucas Powell. Southeastern Archaeology 7(2):147-148.

173. Ubelaker, Douglas H., William M. Bass, Richard L. Jantz and Fred H. Smith
1990 A Review of Human Origins. Sixth Edition pp. 1-93.

174. Mann, Robert W., William M. Bass and Lee Meadows
1990 Time Since Death and Decomposition of the Human Body: Variables and Observations in Case and Experimental Field Studies. Journal of Forensic Sciences 35(1):103-111.

175. Bass, William and Murray K. Marks
1990 Fire Scene Investigation: The Role of the Forensic Anthropologist. ABSTRACT H39. Program 42nd Annual Meeting of the American Academy of Forensic Sciences, p. 144. Cincinnati, Ohio.

176. Simmons, Tal, Richard L. Jantz and William M. Bass
1990 Stature Estimation from Fragmentary Femora: A Revision of the Steele Method. Journal of Forensic Sciences 35(3):628-636.

177. Bass, William M.
1991 Book review of The Human Species: An Introduction to Biological Anthropology by John Relethford and Human Biology and Behavior: An Anthropological Perspective by Mark L. Weiss and Alan E. Mann. American Journal of Physical Anthropology 84(1):103.

178. Berryman, Hugh E., William M. Bass, Steven A. Symes and O'Brien C. Smith
1991 Recognition of Cemetery Remains in the Forensic Setting. Journal of Forensic Sciences 36(1):230-237.

179. Haskell, Neal H., Murray K. Marks, William M. Bass and John E. Pless
1991 Observations of Rapid Decomposition of Pigs (Sus scrofa L.) and a Human Infant in the Presence of Blow Fly (Calliphoridae) Larvae. ABSTRACT. 43rd Annual Meeting of the American Academy of Forensic Sciences, pp. 137-138. Anaheim, CA.

180. Mann, Robert W., Richard L. Jantz, William M. Bass and Patrick S. Willey
1991 Maxillary Suture Obliteration: A Visual Method for Estimating Skeletal Age. Journal of Forensic Sciences 36(3):781-791.

181. Bass, William M.
1991 Long Term Post Mortem Changes in the Human Body. Proceedings of the Taipei International Symposium on Forensic Sciences. Central Police University, Taipei, Republic of China, pp. 87-98.

182. Bass, William M.
1991 Skeletal Material Associated with the Lindbergh Kidnap Case. American Journal of Human Biology 3:613-616.

183. Bass, William M.
1991 Book review of Human Osteology by Tim D. White, Academic Press. The Quarterly Review of Biology 67:412-413.

184. Matternes, Hugh B., William M. Bass, Stephen P. Langdon, Murray K. Marks and Susan M. Holcomb
1992 Analysis and Interpretation of Human Osteological Remains from the South Dakota Archaeological Research Center. Department of Anthropology, University of Tennessee.

185. Vass, Arpad A.; William M. Bass, Jeffery D. Walt, John E. Foss and John T. Ammons
1992 Time Since Death Determinations of Human Cadavers Using Soil Solutions. Journal of Forensic Sciences 37(5):1236-1253.

186. Bass, William M.
1992 Book review of "A Life in Science: Papers in Honor of J. Lawrence Angel." Jane E. Buikstra, editor. American Antiquity 57(3):561-562.

187. Bass, William M.
1992 Forensic Anthropology Program at the University of Tennessee. The Connective Tissue. 8(4):3.

188. Bass, William M.
1992 What is Forensic Anthropology? Tennessee University and College Law Enforcement Association 1(2):11-12.

189. Bass, William M.
1992 Book review of Human Paleopathology: Current Syntheses and Future Options by Donald J. Ortner and Arthur C. Aufderheide. American Anthropologist 94:731-732.

190. Bass, William M.
1992 Book review of Bone Modification by Robson Bonnicksen and Marcella H. Sorg. Human Biology 64(4):634-636.

191. Craig, Emily A. and William M. Bass
1993 Changes in Facial Contours Produced by Smiling. Journal of Forensic Identification 43(1):27-34.

192. Bass, William M.
1993 The University of Tennessee at Knoxville Aids in Training Cadaver Dogs. Tennessee University and College Law Enforcement Association. 2(1):9-10.

193. Bass, William M.
1993 Book review of "Postmortem Changes in Human and Animal Remains" by Marc S. Micozzi. Journal of Forensic Sciences 38(1):225-226.

194. Gregg, John B. and William M. Bass
1994 Erosion of the Supraorbital Plate. Plains Anthropologist 39(147):77-79.

195. Bass, William M.
1995 Book review of "Skeletal Biology in the Great Plains: Migration, Warfare, Health and Subsistence." Edited by Douglas W. Owsley and Richard L. Jantz. In: American Journal of Human Biology 7:102-103.

196. 1996 Book review of "A Field Guide to Human Skeletal Identification" by K.A. Bennett. In: Journal of Forensic Sciences 41(2):324.

197. Gregg, John B. and William M. Bass
1996 Osteitis Pubis in the Male. Plains Anthropologist 41(155):93-98.

198. Bass, William M.
1996 Outdoor Decomposition Rates in Tennessee. Chapter 12 in "Forensic Taphonomy: The Postmortem Fate of Human Remains" edited by William D. Haglund and Marcella H. Sorg. CRC Press, New York.

199. Berryman, Hugh E., William M. Bass, Steven A. Symes and O'Brien C. Smith
1996 Recognition of Cemetery Remains in the Forensic Setting. Chapter 10 in "Forensic Taphonomy: The Postmortem Fate of Human Remains" edited by William D. Haglund and Marcella H. Sorg. CRC Press, New York.

200. Bass, William M.
1998 Forward in "Forensic Osteology: Advances in the Identification of Human Remains", Second Edition, edited by Kathleen J. Reichs. Page ix. Charles C. Thomas, Springfield, Illinois.

201. Bass, William M. and Joanne L. Bennett
2000 Archaeology, Science and Forensic Anthropology: A Tribute to Dr. T. Dale Stewart. Journal of Forensic Sciences 45(2):267-268.

202. Bass, William M.
2000 A Tribute to Dr. Ellis R. Kerley: The Kansas Years. Proceedings of the American Academy of Forensic Sciences, Vol. VI. Abstract H 30, pp 226-227.

203. Bass, William M.
2000 Anthropology: Overview. In: Encyclopedia of Forensic Sciences, pp. 194-198. Academic Press.

204. Bass, William M.
2001 Preface in "Forensic Entomology: The Utility of Arthropods in Legal Investigations." Edited by Jason H. Byrd and James L. Costner. Pages ix - x. CRC Press, Baco Raton, FL.

205. Bass, William M.
2001 A Tribute to Dr. Ellis R. Kerley: The Kansas Years. Journal of Forensic Sciences 46(4):12-13.

206. Bass, William M. and Richard L. Jantz
2004 Variation in cremation weight: Tennessee vs. Florida. Abstract H11, p. 274, Proceeding American Academcy of Forensic Sciences, Dallas, TX.

207. Bass, William M. and Richard L. Jantz
2004 Cremation weights in East Tennessee. *Journal of Forensic Sciences* 49(5): 901-904.