IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JAMES **DELLINGER**, | ) |
| | ) |
|     Petitioner, | ) |
| | )   No. 3:09-cv-00104 |
| **vs.** | ) |
| | )   CHIEF JUDGE VARLAN |
| TONY **MAYS**, Warden, | ) |
| Riverbend Maximum Security Institution, | )   **DEATH PENALTY CASE** |
| | ) |
|     Respondent. | ) |

**February 3, 2022 Status Report**

In accordance with this Court's November 5, 2021 order (R. 230), Mr. Dellinger provides this notice. Mr. Dellinger's Petition to Determine Ineligibility to be Executed Pursuant to Tennessee Code Annotated § 39-13-203, has been filed in the Circuit Court for Blount County. Counsel will promptly inform the court when this ancillary proceeding is resolved, or, in the alternative, continue to file status reports every 90 days as required by the Court.

                                  Respectfully Submitted,

                                  Amy D. Harwell #18691
                                  Richard L. Tennent #16931
                                  Office of the Federal Public Defender
                                  Middle District of Tennessee
                                  810 Broadway, Suite 200
                                  Nashville, Tennessee 37203
                                  615. 736. 5047

1

Email: Amy_Harwell@fd.org

*/s/ Amy D. Harwell*

# CERTIFICATE OF SERVICE

A copy of this status report will be served on Assistant Attorneys General Michael Stahl and Nicholas Bolduc electronically, via the CM/ECF system, on this the 3rd day of February, 2022.

*/s/ Amy D. Harwell*